UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS ROSSITER,
  Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
  Defendant.

MAGISTRATE JUDGE Bowler

04 CR 10069 DPW

RECEIPT # 53069
AMOUNT $ 150-
SUMMONS ISSUED ____
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. ____
DATE 1-12-04

## COMPLAINT

A.  Preliminary Statement:

This action for damages and other relief is brought pursuant to Massachusetts General Law ch. 151 B as well as the Age Discrimination in Employment Act 29 U.S.C. § 621 et seq.

The Court is asked to exercise its pendant jurisdiction over the State Claims because the State Claims arise from a Common nucleus of operative facts as the Federal Claims.

B.  Parties to the Action:

1.  PLAINTIFF

The Plaintiff Dennis Rossiter is a resident of Hancock, New Hampshire. At all relevant times the Plaintiff was employed by the Defendant Corporation in Massachusetts.

2.  DEFENDANT

The Defendant International Business Machines Corporation is a Corporation doing business in the Commonwealth of Massachusetts. During all relevant time the Defendant Corporation employed the Plaintiff in its corporate offices located in the City of Waltham, County of Middlesex, Commonwealth of Massachusetts.

## COUNT I--M.G.L. 151B Claim

3.  Dennis L. Rossiter (hereinafter the Plaintiff), was at all relevant times, over 40 years of age, his date of birth is January 16, 1942.

4.  In 1995 the Plaintiff began working in the Marketing Group of the Defendant International Business Machines Corporation's (hereinafter IBM) Microelectronics Division.

5.  The Plaintiff was the oldest employee in the Marketing Group.

6.  During the time the Plaintiff worked for IBM, he received excellent performance evaluations, and positive input from his supervisors and fellow employees.

7.  On January 3, 2002 the Plaintiff was laid off.

8.  Preceding the Plaintiff's lay off, he was functionally demoted, treated differently than younger employees in his Group, and not offered the

opportunity to compete for positions offered to younger employees, and for which he was well qualified.

9. Although the Plaintiff was laid off, his job was, in fact, not eliminated.

10. Two younger employees took over the job duties and responsibilities that the Plaintiff had previously performed.

11. One of the younger employees who took over the Plaintiff's job had previously been removed from a job identical to the one the Plaintiff was losing. This employee was being re-assigned to the Plaintiff's job after having failed to perform adequately in her prior assignment.

12. The other employee displacing the Plaintiff was a recent college graduate in his early twenties, who had been with IBM less than a year.

13. Younger, less experienced employees filled jobs for which the Plaintiff was well qualified.

14. Some of the jobs that were filled by employees who were younger than the Plaintiff were not posted to the IBM "Jobs Book".

15. Filling positions without first posting them in the IBM's "Jobs Book" was a violation of company policy.

16. Within IBM Microelectronics Division's Marketing Group, employees in the 50+-age category comprised 22% of the employee

population, but were subjected to 60% of the lay-offs within their age grouping.

17. The decision to lay off the Plaintiff and retain other younger employees was made on account of the Plaintiff's age.

18. The Plaintiff has suffered lost wages and emotional distress as a result of the Defendant's actions.

## COUNT II--ADEA CLAIM

19. The Plaintiff realleges, reasserts and incorporates by reference the facts and allegations set forth in paragraphs 1 through 18 above.

20. As a result of the Defendants' actions the Plaintiff has suffered lost wages and emotional pain and suffering.

Wherefore, the Plaintiff demands that this Court order:

a. that the Defendants compensate Plaintiff for any loss of wages and/or benefits incurred as a result of his termination;

b. that the Plaintiff be awarded an amount of money which will fairly compensate him for his emotional and physical pain and suffering;

c. that the Defendant pay the Plaintiff costs and attorney's fees resulting from this action;

d. that the Defendant pay the Plaintiff interest on any judgment entered from the time of the filing of this suit;

e. that the Defendant be ordered to pay the Plaintiff punitive damages;

    f.    that the Defendant be ordered to pay the Plaintiff exemplary damages;

    g.    that the Defendant be ordered to reinstate the Plaintiff to his position in the Marketing Group of IBM; and

    h.    such relief as may be just and proper and/or which will make the Plaintiff whole.

The Plaintiff Requests a Jury Trial on All Issues and Causes of Action Contained in this Complaint.

        Respectfully submitted,

        The Plaintiff
        By his attorneys,

        _____
        Kevin G. Powers, BBO# 405020
        Robert S. Mantell, BBO# 559715
        Rodgers, Powers & Schwartz LLP
        18 Tremont Street
        Boston, MA 02108
        (617) 742-7010