UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY -3 P 2: 19
DISTRICT COURT
DISTRICT OF MASS.

DENNIS ROSSITER,
Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,
Defendant.

C.A. No. 04 CR 10069 DPW

**JOINT STATEMENT PURSUANT TO LR 16.1**

In compliance with Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties to the above-captioned action conferred for the purposes of preparing an agenda of matters to be discussed at the scheduling conference; preparing a proposed pretrial schedule, including a discovery plan; and considering the option of trying this case before a magistrate judge.

The parties have conferred, pursuant to Local Rule 16.1(b) (3), and do not consent to trial of this action before a Magistrate Judge.

In addition, pursuant to Local Rule 16.1(C), Plaintiff will make a written settlement proposal to Defendant's counsel.

The certificate required by Local Rule 16.1(D) (3), from Plaintiff and Defendant will be provided under separate cover.

LOCAL RULE 16.1(D) PROPOSED PRETRIAL SCHEDULE

I. Discovery schedule

A. Interrogatories and Requests for Documents must be served by February 4, 2005.

B. Non-Expert Depositions must be completed by February 4, 2005.

C. Mandatory disclosures by a party pursuant to Rule 26 will be made by all parties by May 20, 2004.

D. Requests for Admissions must be served by March 4, 2005.

E. The parties will identify any expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a)(2), by February 4, 2005, or sooner as may be required pursuant to Fed. R. Civ. P. 26, 33 or 34.

F. The parties will identify any rebuttal expert witnesses who may testify on their behalf at trial and will provide expert disclosures, as required by Fed. R. Civ. P. 26(a)(2), no later than March 4, 2005.

G. All expert depositions will be completed by May 4, 2005.

II. Motion Scheduling

A. The parties shall file all dispositive motions, including Rule 56 Motions, together with supporting documents, by July 5, 2005.

B. Oppositions to Rule 56 motions, filed pursuant to Subsection A above, must be filed by August 5, 2005.

C. Rule 56 Reply Memorandums, if any, must be filed by August 22, 2005.

D. The Court will schedule a pre-trial conference after August 22, 2005.

Respectfully submitted,

The Plaintiff,
By his Attorneys

Kevin G. Powers, BBO #405020
Robert S. Mantell, BBO #559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

The Defendant
By its Attorneys

Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Rossiterrule16.1statement2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (~~by hand~~) on 4/29/04