UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER,<br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>Defendant. | C.A. No. 04 CR 10069 DPW |

CERTIFICATE PURSUANT TO LOCAL RULE 16.1 (D)(3)

     Pursuant to Local Rule 16.1 counsel for the Plaintiff Dennis Rossiter certifies that he has conferred (a) with the Plaintiff with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Plaintiff,
By his Attorneys

/Kevin G. Powers
Kevin G. Powers
BBO #405020
Robert S. Mantell
BBO #559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010