UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER )<br>      Plaintiff )<br>)<br>v. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION )<br>      Defendant )<br>_____) | C.A. No. 04 CR 10069DPW |

## LOCAL RULE 16.1 (D) CERTIFICATE

PLEASE TAKE NOTICE THAT the undersigned party to this action, and its counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

(a) they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
By its duly authorized representative,

_____
Terence J. Corrigan, Staff Attorney
IBM Corporate Litigation
1133 Westchester Avenue
White Plains, New York 10604
(914) 642-6574

Dated: May 6, 2004

By its attorneys,

_____
Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000