UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Dennis Rossiter,**<br>　　　　　**Plaintiff**<br><br>v.<br><br>**International Business Machines Corporation,**<br>　　　　　**Defendant** | C.A. No. 04-CR-10069-DPW |

### AFFIDAVIT OF LINDA EVANS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

I, Linda Evans, under oath depose and state as follows:

1.　I am an attorney (associate) with Rodgers, Powers & Schwartz LLP, 18 Tremont Street, Boston, Massachusetts 02108, and represent, along with Kevin G. Powers (partner), Plaintiff in the above-referenced action. I make this affidavit solely in support of Plaintiff's Opposition to Defendant's Motion to Compel.

2.　Attached hereto as Exhibit 1 is a true and accurate copy of excerpted transcript pages of Plaintiff's Deposition, Vol. II, which took place on December 22, 2004.

3.　Attached hereto as Exhibit 2 is a true and accurate copy of my affidavit, concerning my communications with Plaintiff; my experiences with the Massachusetts Commission Against Discrimination ("MCAD") in obtaining access to case-related documents; and Plaintiff's intention not to call a physician or counselor to testify in this action.

4.     Attached hereto as Exhibit 3 is a true and accurate copy of the Scheduling Order in this action, which identifies January 4, 2005, as the deadline for the completion of discovery.

5.     Attached hereto as Exhibit 4 is a true and accurate copy of the Complaint in this action concerning Plaintiff's claims of age discrimination and his generic damages claims of emotional distress.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY on this \_\_1st\_\_ of March, 2005.

_____
Linda Evans

LEAffSuppOpp