UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER )<br>      Plaintiff )<br> )<br>v. )<br> )<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION )<br>      Defendant )<br> ) | C.A. No. 04 CV 10069DPW |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SHORT REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL

Defendant International Business Machines Corporation ("IBM") hereby moves this court to allow IBM to file a short reply memorandum to Plaintiff Dennis Rossiter's Opposition to Defendant International Business Machines Corporation's Motion to Compel. As grounds for this motion, IBM states that in his opposition plaintiff misstates the law of damages in discrimination suits. In particular, plaintiff asserts that when a discrimination plaintiff seeks damages for emotional distress, defendants are not entitled to seek discovery concerning other possible sources of emotional distress. Based on this argument, plaintiff contends that the records concerning his prior discrimination suit against Digital Equipment Corporation ("DEC) are irrelevant, and hence he should not be compelled to obtain those records from the lawyer who represented him in his case against DEC. Plaintiff's argument is specious because it has never been the law that other sources of distress are irrelevant, the cases cited by plaintiff do not stand for this proposition, and in the recent case of Stonehill College v. Massachusetts Commission Against Discrimination, 441 Mass. 549, 575-76 (2004), the Supreme Judicial Court

specifically held that other sources of distress are relevant to an award of emotional distress damages.

As further grounds for this motion, IBM refers the court to the proposed reply memorandum attached hereto.

Respectfully submitted,

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

By its attorneys,

__/s/  Daniel S. Tarlow__
Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: 3/3/05