UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER )<br>    Plaintiff )<br>)<br>v. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION )<br>    Defendant )<br>) | C.A. No. 04 CR 10069DPW |

## LIST OF EXHIBITS TO STATEMENT OF UNDISPUTED FACTS

| EXHIBIT/ATTACHMENT | DOCUMENT(S) |
|---|---|
| **EXHIBIT A** | Cited pages from Deposition of Dennis Rossiter, December 2, 2004 ("Rossiter I") |
| ▪ Attachment A-1 | Cited pages from Deposition of Dennis Rossiter, December 22, 2004 ("Rossiter II") |
| ▪ Exhibit 4 to Exhibit A & A1 | IBM doc: "Microelectronics Resource Action Notice to Employees 'Age and Title Information'" |
| ▪ Exhibit 12 to Exhibit A & A1 | IBM doc: "Individual Development Plan" |
| ▪ Exhibit 16 to Exhibit A & A1 | E-mail of P. McGloin dated 10/22/01 re: Teamwork pays off! |
| **EXHIBIT B** | Cited pages from Deposition of James P. Monahan, Jr., January 17, 2005 ("Monahan") |
| **EXHIBIT C** | Affidavit of Mark Lefebvre |
| **EXHIBIT D** | Affidavit of Patricia McGloin |
| ▪ Attachment 1 | IBM doc: "TG U.S. Surplus Selection Guidelines – Manager Training 10/18/01" |
| ▪ Attachment 2 | IBM doc: "IBM Marketing Professional Career Skills List by Job Level – Integrated Marketing Communications Discipline, May 2001" |
| ▪ Attachment 3 | IBM doc: "Selection Worksheet – Staff Reduction" for Dennis Rossiter |
| ▪ Attachment 4 | IBM doc: "Selection Worksheet – Staff Reduction" for Deborah Guynn, Ron Milos, Kathleen Spilke and Kathryn Weaver |
| **EXHIBIT E** | Cited pages from Deposition of Patricia M. (McGloin) Waitt, December 17, 2004 ("McGloin") |
| **EXHIBIT F** | Affidavit of Margaret Shine |
| **EXHIBIT G** | Affidavit of Carol McNerney |
| **EXHIBIT H** | Affidavit of Karen Smith |
| **EXHIBIT I** | Plaintiff's Answers to Defendant's First set of Interrogatories |
| **EXHIBIT J** | Affidavit of Edward Abrams |
| ▪ Attachment 1 | IBM doc: "New Job Opportunities" |
| **EXHIBIT K** | Affidavit of Wendy McGee |
| **EXHIBIT L** | Correspondence from Plaintiff's Attorney Kevin Powers to the MCAD, 3/8/05 enclosing "Charge of Discrimination" |