# EXHIBIT A

Volume

Pages _____

Vol. I

1-171

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
DENNIS ROSSITER,                   *
                                   *
      Plaintiff,                   *
                                   *
- vs. -                            *    C.A. # 04 CR 10069DPW
                                   *
INTERNATIONAL BUSINESS             *
MACHINES CORPORATION,              *
                                   *
      Defendant.                   *
                                   *
* * * * * * * * * * * * * * * * * *
```

DEPOSITION of DENNIS ROSSITER, a witness called by

and on behalf of the Defendant, pursuant to the provisions

of the Massachusetts Rules of Civil Procedure, before

Charles E. Janey, Jr., CVR, a Notary Public in and for the

Commonwealth of Massachusetts, at the offices of Prince,

Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston,

Massachusetts, on Thursday, December 2, 2004, commencing at

10:07 a.m.

**JANEY ASSOCIATES**

P. O. Box 365355
Boston, MA 02136-0003
(617) 364-5555
Fax (617) 364-5550

1          and went to Prime Computer from '86 through '87.

2          And then at that point I was rehired by Digital,

3          1987, again, doing MARCOM and stayed with them until

4          1994.  I'm not sure of the date, I can -- but it was

5          approximately 1994.  And then I went to IBM.

6     Q.          And how long was the hiatus between leaving

7          DEC in or about '94 and joining IBM, approximately?

8     A.          It might've been about five or six months.

9     Q.          Tell me, in your own words, what is marketing?

10    A.          Marketing is developing products according to

11         market need.  And then promoting and selling those

12         products into the market for financial gain.

13    Q.          And what is MARCOM?

14    A.          Marketing Communications is a subset of

15         marketing and is the department within marketing

16         that promotes the product to the marketplace,

17         gaining awareness and preference for the product.

18    Q.          And how is marketing different than

19         advertising?

20    A.          Advertising is one discipline within

21         marketing.

22    Q.          And how is marketing different than P.R.?

23    A.          Well P.R. is limited basically to trying to

24         influence through third parties to gain preferential

1          treatment for your products, where marketing is

2          direct to the marketplace.  Direct communication to

3          the marketplace.

4    Q.          In your second stint at DEC you were doing

5          MARCOM stuff?

6    A.          That's correct.

7    Q.          And do you recall what your final position

8          was?

9    A.          I don't recall the title.  I was doing MARCOM

10          at that point.

11   Q.          Do you recall what your salary was when you

12          departed DEC, approximately?

13   A.          I don't.

14   Q.          Do you recall if your starting salary at IBM

15          was more than you had been making at DEC?

16   A.          I believe it was.

17   Q.          How old were you when you were hired by IBM?

18   A.          53.  I started in January of 1995, I was just

19          a few days away from my 53rd birthday.

20   Q.          And who was your hiring manager?

21   A.          Ron Black.

22   Q.          And what were you hired for?

23   A.          I was the Manager of Communications for Power

24          PC product line.

JANEY ASSOCIATES

12

1    Q.          And tell me what Power PC is?

2    A.          Power PC is a brand name for a microprocessor,

3               a microchip that at that point was the central

4               processor unit for all of the Apple computers.

5    Q.          So why don't you take me through your IBM

6               career in terms of job changes or department changes

7               with approximate dates, at least?

8    A.          I was hired in January of 1995 to be the

9               Communications Manager for Power PC.  I was directly

10              attached to the product line at that point.  And

11              reported right into the Director of Marketing for

12              the product line.

13   Q.          And at IBM, is it called the business line?

14   A.          It might be a business line.

15   Q.          And the abbreviation often is BL?

16   A.          Yes, that's correct.

17   Q.          Okay.  Go on.

18   A.          After a period of time, and I don't recall the

19              time frame, there was a new Vice-President of

20              Marketing.  I believe he was the Vice-President that

21              came in, his name is John Gleason.  And they formed

22              the Marketing Communications Operation under

23              Mr. Gleason.  And at that point I acquired a new

24              manager.

JANEY ASSOCIATES

```
 1   A.              I don't recall.

 2   Q.              If we look at this document it seems to track

 3         your career changes in terms of department and

 4         things of that nature, and title, correct?

 5   A.              That's correct.

 6   Q.              Does this at all refresh your memory as to

 7         when you went from Mr. Black to Mr. Monahan?

 8   A.              Yes, it does.

 9   Q.              And was that in April of ' 95?

10   A.              Yes.

11   Q.              So you remained under Mr. Black for only about

12         four months, is that right?

13   A.              According to this document.

14   Q.              Does that accord with your memory?

15   A.              From an organizational standpoint the move was

16         done, according to this document, after

17         approximately four months of reporting to Mr. Black.

18   Q.              And did your job substantively change when you

19         went to work for Mr. Monahan?

20   A.              Not at that time.

21   Q.              So why don't you then continue with the

22         chronology, if you will, of your IBM career and job

23         changes?

24   A.              After the administrative move to Mr. Monahan I
```

JANEY ASSOCIATES

1           continued with my duties as the Power PC

2           Communications Manager.

3    Q.     When was there a change, if ever?

4    A.     Well that continued for quite sometime and I

5           don't remember the dates.

6    Q.     Let me ask you a question, did you remain

7           doing the same work all the time that you were under

8           Monahan?

9    A.     Not as far as the Power PC group is concerned.

10   Q.     At sometime you changed your business line

11          focus?

12   A.     As relative to Power PC, yes, I still had a

13          business line focus.

14   Q.     But a different business line?

15   A.     That's right.

16   Q.     So you continued to do MARCOM stuff, but for a

17          different business line?

18   A.     That's right.

19   Q.     Do you recall what that other or new business

20          line was?

21   A.     It was the Server business line.

22   Q.     Describe what that business line is?

23   A.     The Server business line was an organization

24          within the microprocessor division that marketed

JANEY ASSOCIATES

1    server technology -- that marketed microprocessor

2    technology to the server market.  It was an OEM

3    provider to server manufacturers.

4  Q.    And can you give me an example of the kinds of

5    customers to whom you were hoping to be an OEM, or

6    you were successful in being an OEM?

7  A.    The business line was successful.  Well IBM

8    was a customer, an internal customer.  I don't

9    remember the names of the customers at this point.

10  Q.    And did you have another focus change under

11    Mr. Monahan, or did you finish up with him still

12    focusing on the Server business line?

13  A.    No, I had several other functions that

14    expanded my job from a functional standpoint.  We

15    were not hiring any new people so they were taking

16    other pieces of the business.  So I was doing other

17    things in addition to my business line

18    responsibilities.

19  Q.    And why weren't they hiring other people?

20        MR. POWERS: Objection.

21      BY MR. TARLOW:

22  Q.    If you know?

23  A.    I don't know.

24  Q.    Was there any corporate announcement made as

JANEY ASSOCIATES

1      manner.

2   Q.        And when you called it the Microprocessor

3      Division, is that the same thing as the

4      Microelectronics Division?

5   A.        Yes.  Actually, I'll amend my comment, it is

6      the Microelectronics Division.

7   Q.        And what was the scope in terms of the

8      business lines of your brand work, was it all the

9      business lines under microelectronics?

10  A.        Yes.

11  Q.        And instead of calling it microelectronics can

12     we call it MD?

13  A.        Yes.

14  Q.        Because that's what it was commonly known as?

15  A.        That's right.

16  Q.        Were you the only person working on branding

17     in MD?  And I'm going to focus on the time that you

18     were working under Jim Monahan, not subsequently.

19  A.        Within MD at that point, yes.

20  Q.        What was your role in establishing the

21     guidelines or the naming architecture at that

22     juncture?

23  A.        We had -- when a new product came along and

24     there were a lot of them, it was sort of a continual

JANEY ASSOCIATES

1          stream, we would work with the individual product

2          development people to put together a name for that.

3                    Eventually, we had a proliferation of these

4          names and we started to look at how we could make

5          them more cohesive, more integrated and more

6          supportive of the IBM brand.  So we put together

7          some naming architecture proposals and plans.  I'm

8          not recalling all of the detail of it.

9                    And we had, in some instances, an outside

10         naming company come in if it was a major product and

11         put together a naming architecture for one or more

12         prominent products.

13    Q.             And when you say "we put together a naming

14         architecture proposal" who is "we"?

15    A.             I would work either on my own or with the

16         consulting firm that we hired, the naming consulting

17         firm at the time.

18    Q.             Was there a corporate level that had

19         responsibility for naming, as well?

20    A.             Yes.

21    Q.             That sat above MD?

22    A.             Yes.

23    Q.             And how, if at all, did you have to report

24         into them in terms of the actual decision that's the

JANEY ASSOCIATES

27

1    saying "We want to call our product Blue so forth

2    and so on." And we would have to work with them to

3    kind of bring them around to the fact that we really

4    didn't want to do that. And they'd be much better

5    with a generic name.

6        We had done some testing to show that

7    customers and prospects actually preferred generic

8    names. Dealing with the technical audience and they

9    don't want, especially when English is the second

10    language, they didn't want to have something that

11    they really didn't know what it meant, if it was

12    some sort of a brand name. So the descriptive names

13    worked very well around the world and eventually we

14    came to using those predominately.

15    Q.        And is descriptive synonymous with generic?

16    A.        I mean generic, I'm sorry. Generic and

17    descriptive are synonymous, yes.

18    Q.        And I want to go back, we jumped ahead to the

19    McGloin period and you were telling me about the

20    elements of your job under Monahan. And you said

21    that you had a business line and then some pieces

22    were added and you were telling me the pieces that

23    were added.

24        Was there any other piece added that you have

1    not described to me?  And I will tell you the two

2    pieces you gave me were branding and you would

3    remember the other one, internal communications to

4    the field.  Those are the two pieces you said were

5    added.

6    A.       I want to be clear on one thing here, which

7    underlies all the answers that I'm giving you about

8    my working under Monahan.  Fairly early in my

9    relationship with him he told me that I was

10   overqualified, and he didn't know what to do with

11   me.

12            And as I described before I was a Director of

13   Communications at Exxon Corporation and I ran major

14   advertising programs for Wang Labs.  I had some

15   pretty big international jobs.  And he didn't know

16   what to do with me.  The naming, that assignment

17   that he gave me at that point were the dregs of the

18   assignments in the department.

19   Q.       Would it be fair to say you, yourself, felt

20   overqualified for the naming function?

21   A.       Yes, it had been typically handled by a junior

22   person earlier.  And it was described, naming was

23   described by Alex Tameno, who was a senior IP

24   attorney for IBM in a meeting that we had, naming

JANEY ASSOCIATES

1    was described as the septic tank of IP law.  It was

2    just -- it was a junior job and it was a functional

3    type of thing.  And I took it and I said, well I've

4    got to make something out of this because I'm told

5    I'm overqualified and he doesn't know what to do

6    with me.

7         So I built the job up from there and then

8    worked relationships with corporate to work into the

9    branding part of it.  And eventually the job

10   expanded into something a lot more meaningful than

11   it was when I started as far as its value to the

12   microelectronic division, MD.

13   Q.    Let's make sure we get the nuts and bolts out

14   of the way, then I will follow up on what Monahan

15   said to you.

16   A.    Okay.

17   Q.    Were there other pieces added to your job

18   under Monahan that you haven't told me about?

19   A.    There were assignments.  We wanted to have a

20   Customer Visit Center, and we designed that.  We did

21   the design proposal and it was decided that we

22   weren't going to spend the money on it.  And then

23   there were some things in terms of microelectronics

24   identity within the building.  Putting up, you know,

JANEY ASSOCIATES

1           posters and photographs of microprocessors and so

2           forth.

3    Q.        For the staff?

4    A.        For the people in the building, yes.

5    Q.        But that was not a significant part of your

6           job?

7    A.        That was not.

8    Q.        Let's go back to what you said Mr. Monahan

9           said to you about being overqualified.  First of

10          all, the job that you were doing for IBM, how did it

11          compare in scope to the job that you had last done

12          for DEC?

13    A.       It was probably more technical in some of the

14          aspects of the things that we were dealing with.  A

15          lot of the elements of the job were very similar.

16          And all of the jobs that I've held I've pretty much

17          stayed in the same career track and done the same

18          types of things.  At some points I've sort of had a

19          spike in like advertising or maybe event

20          development, that type of thing.  But generally the

21          jobs were pretty much the same, the functions were

22          the same.

23    Q.        So generally speaking, not just focusing on

24          your initial assignment of naming, but generally

JANEY ASSOCIATES

31

```
 1              speaking did you feel you were overqualified for the
 2              job that you were doing at IBM?
 3    A.            Not initially, no, no.
 4    Q.            Okay.  At some point did you begin to feel you
 5              were overqualified?
 6    A.            Well, no.  I mean, I don't know what
 7              overqualified means.  I don't know what that means
 8              when someone -- how do you over qualify?
 9    Q.            Well did you feel that the work was not using
10              your skills and experience to an appropriate extent?
11              That's the general definition I would give it.
12                  MR. POWERS: Objection.
13                  THE WITNESS: I think initially with the
14              naming as it was handed to me, the assignment was
15              handed to me, it was very simplistic and I thought
16              that I would bring my experience to developing that.
17              So when somebody tells you you're overqualified I
18              then look at that as an opportunity to, you know,
19              increase the scope and contribution of the job to
20              bring it up to my qualification levels, and I
21              believe I did that eventually.
22                  BY MR. TARLOW:
23    Q.            Under Monahan or when you ended up --
24    A.            Eventually, under McGloin.  I don't think --
```

JANEY ASSOCIATES

```
 1              how long was Monahan there?  A couple years, year

 2              and a half.  He was there from '95 to --

 3      Q.           By '98 you were already under McGloin,

 4              correct?

 5      A.           Yes.

 6      Q.           Okay.  And approximately when did Mr. Monahan

 7              tell you that he thought you were overqualified for

 8              the job and he didn't know what to do with you?

 9      A.           I'd have to refer to the date.  I don't have

10              the date in mind.

11      Q.           Early in your tenure with Monahan or in the

12              latter part of your tenure?

13      A.           I don't recall.

14      Q.           Did it upset you that he said that?

15      A.           Yeah.

16      Q.           Did you say anything to him about it?

17      A.           I did.

18      Q.           What did you say?

19      A.           Well we had a discussion and I said sort of

20              what I just told you.  I said, I don't know what

21              that means.  And I said, you know, are you trying to

22              get rid of me and what's the issue here.

23                   And he didn't really have any kind of cohesive

24              response to that other than, you know, sort of
```

JANEY ASSOCIATES

```
 1              saying that all the work had been farmed out to the

 2              other people and this is all we've got left for you.

 3              And you know, you're overqualified.

 4    Q.        And was it fair to say you were not satisfied

 5              with that response?

 6    A.        I wasn't -- I was unhappy about it, yes,

 7              certainly.  But you know, sometimes in corporations

 8              you have to take the hand that's dealt you, and I

 9              made the best of it.

10    Q.        If you know, or if you can give me an

11              approximation, how old of a fellow was Monahan when

12              you were reporting to him?

13    A.        He might've been in his mid to late 30's.  I'm

14              not absolutely sure of that.

15    Q.        So have you described to me your job as it

16              existed at the time that Monahan left the scene?

17    A.        I believe I have, yes.

18    Q.        And then you began to report to Ms. McGloin?

19    A.        Yes.

20    Q.        Were you in a new organization or was it the

21              same organization and she was just your new boss?

22    A.        It was the same organization.

23    Q.        And describe to me, if you would, your job

24              under McGloin in terms of what it started as and
```

1   products.  The business line people would work with

2   the scientists to develop products that had the kind

3   of functionality that would make these products

4   attractive in the marketplace.

5 Q.   And that's different than product development,

6   or is that a piece of --

7 A.   It's an extension of product development.

8   Product development is deeper into the initial

9   stages of developing the product.  And then the

10   business line people were kind of the transition

11   point between all of the technical aspects of

12   bringing products of developing products.  They were

13   the transition point into the market.  And so they

14   would come to us in MARCOM to develop the

15   promotional programs that I talked about a little

16   bit earlier to make the marketplace aware of the new

17   product, and put it forth in its best light.

18 Q.   I don't think you actually did describe

19   promotional programs.  Maybe you touched on it in

20   some vague way that I didn't pick up on.

21 A.   Okay.

22 Q.   Are promotional programs a big part of MARCOM?

23 A.   Yes.

24 Q.   So tell me about that so I really understand

JANEY ASSOCIATES

```
 1              what MARCOM actually does?
 2   A.              Okay.  Marketing Communications, so it has
 3         nomenclature of marketing associated with it and
 4         communications.  So we're communicating outward to
 5         the marketplace and there are certain disciplines
 6         within it.  Advertising, events, which would be
 7         trade shows and special customer events, internal
 8         communications to our sales force, literature
 9         development, all of the brochures and stuff.
10   Q.              Collateral?
11   A.              Collateral material.  It might extend to
12         supporting some of the business lines with more
13         detailed catalogues, like product catalogues and
14         things like that.  Although we didn't do too much of
15         that.  And as the internet became more prominent,
16         and that was during this time frame, we developed a
17         web capability where we were putting everything out
18         on a website for the Microelectronics Division.  And
19         there was a manager in charge of that.
20   Q.              And who was that?
21   A.              Rob Rohrer, R-O-H-R-E-R.  So you had
22         advertising, collateral, events, web, and then some
23         product catalogue and then internal communications.
24   Q.              Okay.  So if you are developing a MARCOM
```

JANEY ASSOCIATES

1          elements of the plan.

2    Q.          So was it your job to come up with the

3          comprehensive plan that laid out how the marketing

4          campaign would be conducted for this product?

5    A.          The marketing communications, yes.  The

6          marketing communications campaign.

7    Q.          Let me make sure --

8    A.          Because marketing -- I'm sorry.

9    Q.          No, I want you to tell me, please?

10   A.          Marketing, there was a layer above what we did

11         in working with the business lines.  The business

12         lines would do pricing.  They would do the product

13         availability.  They would do customer relations with

14         key accounts.

15   Q.          This may be the exact answer you just gave,

16         but what part of marketing is not included in

17         marketing communications?

18   A.          Pricing, delivery, the features and

19         functionality of the product, customer commitment in

20         terms of delivery, and the longer range product

21         planning, what's the successor product to the one

22         that we have now.

23   Q.          And for the server line was there one

24         marketing communications plan for the entire year?

JANEY ASSOCIATES

45

```
1              organization?
2                   BY MR. TARLOW:
3    Q.             Yes.
4    A.             That's your question?
5    Q.             Yes.
6    A.             This is very late.  This is probably what it
7              looked like almost at the time that they announced
8              the layoffs.  It might've been even slightly after
9              it because they announced the layoffs in November of
10             '01.  But I don't know what the date is on this, so
11             I just --
12   Q.             But your general recollection --
13   A.             This is late in the game.
14   Q.             Okay.
15   A.             Ms. McNerney, Carol McNerney of brand
16             marketing of corporate programs was a very late
17             appointment.  I believe that was made in December
18             after the layoffs were announced, but I'm
19             speculating.  But I believe this may have been late
20             in the game.
21   Q.             Okay.  Thank you.  And you did not have anyone
22             reporting to you, did you?
23   A.             Not at that time.
24   Q.             At some point in your career had you had
```

JANEY ASSOCIATES

1            people reporting to you?

2    A.          Yes.

3    Q.          When was that?

4    A.          At IBM?

5    Q.          Yes.

6    A.          When I first was hired, 1995, January, 1995.

7    Q.          And how long did you have people reporting to

8            you?

9    A.          I don't recall.

10   Q.          Was it a short while, was it a number of

11           years?

12   A.          I don't recall.  It was a while.  It wasn't,

13           you know, like a week or something.  It was more

14           extensive but I don't recall the time.

15   Q.          I'll ask it another way.  During the time that

16           you reported to Jim Monahan did you have people

17           reporting to you?

18   A.          Yes.

19   Q.          How many?

20   A.          It might've been -- would've made it to the

21           five to seven.

22   Q.          Okay.  Let me just ask it in another way.  At

23           some point you went from Band 10 to a Band 9.  Had

24           you had people reporting to you during the entire

                      JANEY ASSOCIATES

```
 1              time that you were a Band 10?
 2   A.              I believe so.
 3   Q.              And what are the significance of those Bands
 4        at IBM?
 5   A.              The Bands are IBM's way of managing the salary
 6        levels, the bonus amounts and the promotional
 7        ladder.  And their Band 10, I believe, was the next
 8        one -- or the next one up from the Band 10 would've
 9        been a director level.
10   Q.              Do you know what Pat McGloin was?
11   A.              I don't.  No, I don't.  She was not a
12        director, so she probably was a 10.
13   Q.              She was a 10 manager?
14   A.              I believe so.
15   Q.              And within Bands you have manager and
16        non-manager distinctions, is that accurate?
17   A.              I don't recall that.  It's not uncommon to
18        have that in some companies but I don't know about
19        IBM.
20   Q.              And were you aware of other peoples' Bands who
21        worked under Pat McGloin or was that something that
22        was transparent to you?
23   A.              It was usually transparent.
24   Q.              It was an odd question.
```

JANEY ASSOCIATES

1          manifestation of that in your question?

2    Q.          Well I am assuming there are various ways --

3          there are one or more ways in which you believe you

4          were discriminated against based on your age.  One

5          or more things that happened to you in the

6          workplace, including your layoff.

7              I want you to tell me, and I'm assuming you

8          know what those things were that you believe were

9          discriminatory that occurred to you.  I want you to

10          tell me now, not the job events, but the list of

11          people who you believe discriminated against you

12          essentially in implementing those job events?

13    A.          Well we've asked for information from IBM that

14          hasn't been forthcoming that would answer some of

15          these because it deals with promotions and salary

16          information.  And in my Complaint I mention not

17          getting promoted and my contention that there may

18          have been other salary actions taken in favor of

19          other employees rather than myself.

20              The discrimination that I incurred began with

21          Mr. Monahan in my job interview with him in New York

22          before I reported to him.  I was going to be

23          reporting into Ron Black, but as a courtesy Monahan

24          interviewed me.  During that interview he asked me

1    if I still had the fire in my belly to do the job.

2    And I believe strongly at that point that that

3    showed some sort of an attitude about older

4    employees because he was considerably younger than I

5    was.

6         When I went to work for Ron Black almost in

7    one of our first meetings he asked me if I had any

8    problem reporting to him.  He was a very young guy,

9    probably in his mid 20's, but a brilliant guy with a

10    doctorate and a fast tracker at IBM.  He asked me if

11    I had any problem reporting to him and I took that

12    as an indication that he was uncomfortable with

13    older people because I knew that I was going to

14    report to him.  But he asked me that, and I felt

15    that from that point I needed to sort of raise his

16    comfort level about that.

17  Q.         What was your response?

18  A.         My response was that, you know, I worked in a

19    friendly, open way with him, made sure that I didn't

20    reinforce some of the stereotypes that might have

21    been there as far as his perspective of older

22    people, lack of flexibility, you know,

23    bombasticness, slow to adapt, things like that.  I

24    tried to, you know, just reinforce with him that I

```
 1              was not at all like that.  But the information that

 2              we really need here is --

 3    Q.        Well I want to focus on what you know.

 4    A.        Okay.

 5    Q.        Not what you don't know for the moment.

 6    A.        Okay.

 7    Q.        And I want to go back to Mr. Black.  You

 8              mentioned the number of stereotypes that people

 9              might have about older workers or older people.

10              Were those stereotypes that he expressed to you?

11    A.        He didn't say, you know, specifically that it

12              was an age related comment.  He would me questions

13              that indicated that he might've been uncomfortable

14              with an older employee as a subordinate.

15    Q.        And you can't understand how a young man, as a

16              manager, might want to get that on the table without

17              having negative biases.  But just to get on the

18              table, you know, maybe there is some degree of

19              discomfort about managing someone who is much more

20              senior than him and he wants to get it on the table

21              and get it out?

22                   MR. POWERS: Objection.

23                   BY MR. TARLOW:

24    Q.        You can't understand that?  From your
```

1      perspective it had to be negative biases he had

2      against older people?

3              MR. POWERS: Objection.

4              THE WITNESS: He was coming from a point

5      that indicated a bias toward older people.

6              BY MR. TARLOW:

7   Q.      What did he say that indicated that?

8   A.      He started that.  So whether you get it out on

9      the table or not, that was his mind set, as

10     indicated by the comments that he made to me.

11  Q.      Well what comments did he make other than --

12  A.      He related to me "Are you comfortable working

13     for me?".  Well I had been assigned to him and he

14     knew I was coming in and he had interviewed me.  Why

15     would he be asking me that?

16  Q.      How did he treat you --

17  A.      Because I was old enough to be his father.

18  Q.      How did he treat you thereafter?

19  A.      I took the initiative to get him more

20     comfortable.  So I would get us into situations

21     where he would become more comfortable with me.

22     We'd go out for beers, we'd talk about whatever.

23     And eventually I never heard anything more from him

24     after that in terms of some of these types of

JANEY ASSOCIATES

1           things.  But I never felt that, you know, he

2           should've said something like that to me when I was

3           starting the job.  He made me feel very

4           uncomfortable.

5    Q.         And did he exhibit any bias that you felt or

6           animus toward you because you were an older employee

7           after that conversation?

8    A.         There may have been things that were done to

9           my detriment that I'm not aware of because of his

10          animus, but he never said explicitly to me, you

11          know, you're an older employee and thus I'm going to

12          do this to you.  People are too sophisticated and

13          too well trained in corporate America today to do

14          anything like that.

15    Q.        There is nothing he did that exhibited bias

16          after that conversation that you are aware of,

17          correct?

18    A.         If he exhibited bias it was done out of my

19          purview or out of my presence.  And we've asked for

20          information from IBM in terms of notes and so forth

21          on things like that.

22    Q.        You know what, you are not a lawyer.  This is

23          not a discovery dispute conference, this is a

24          deposition.  I am asking you what you know.

54

1   A.          I'm telling you what we don't know.  And

2               there's a lot that we don't know that we've asked

3               for.  And you're asking me questions about what I

4               know and I'm telling you that we've asked for that.

5               And no, I'm not an attorney, thank goodness.

6   Q.          Did Mr. Black treat you with respect when you

7               reported to him?

8   A.          Yeah.

9   Q.          Okay.  So you identified also Jim Monahan, who

10              made a comment to you at an interview when you were

11              seeking a job initially at IBM?

12  A.          Right.

13  Q.          And without going into detail are there other

14              instances of Mr. Monahan exhibiting what you felt

15              was a discriminatory animus against you because you

16              were an older worker?

17  A.          Well he told me I was overqualified and he

18              demoted me.  I'm sure that once we do get the

19              information that we requested there may be

20              indications that there were opportunities for me to

21              be promoted or to receive salary increases that were

22              not there because of his attitude toward me.

23  Q.          And are there other people at IBM who you

24              believe discriminated against you based on your age?

JANEY ASSOCIATES

1   A.          Well again, Mark Lefebre is part of the

2               picture here because he ultimately made the decision

3               on the layoffs, and also Patricia McGloin.

4   Q.          Anybody else that you are aware of.  I don't

5               want to hear who you are not aware of, frankly?

6   A.          As far as animus, no.

7   Q.          Okay.  So now I am going to ask you for some

8               more detail about these folks.  And why don't you

9               tell me each and every reason why you believe that

10              Jim Monahan discriminated against you because of

11              your age?

12  A.          I had a lot of experience, as I detailed

13              earlier today.  I had a lot to offer and he did

14              everything he could to discourage me by job

15              assignments, by -- and by the comments that he made

16              early on in my interview process that indicated to

17              me that my age was coming into play.  He did not

18              have, I think, the openness that you had referenced

19              before about getting it out on the table and talking

20              to me about it.

21              But, you know, I just knew that I was dead in

22              the water as far as Jim Monahan was concerned as far

23              as my career at IBM because he felt, based on his

24              comments to me, that he was not in favor of having

56

```
 1           an older guy in the department that was going to be
 2           advancing.  And we saw it later on when people were
 3           brought in the department under Ms. McGloin and
 4           under Mark Lefebre, younger people, less qualified.
 5      Q.        You know what, I am going to interrupt this
 6           because I want to stick with Monahan.
 7      A.        Okay.
 8      Q.        We're going to get to those other folks.  I
 9           want to do this in a disciplined way.  So you said
10           you knew your career was dead in the water with Jim
11           Monahan because of things he said that made it clear
12           to you that having an older guy in the department
13           who was advancing was not something he wanted to
14           see.  What did he say that led you to that
15           conclusion aside from "fire in the belly" and the
16           comment about you being overqualified?
17      A.        What did he say in addition to those?
18      Q.        Yes.
19      A.        He said he didn't know what to do with me.
20      Q.        That was in the same conversation about you
21           being overqualified?
22      A.        Yes.
23      Q.        And did that conversation occur more than
24           once?  I mean was that topic and his belief, as you
```

JANEY ASSOCIATES

1              described it, expressed by him on more than one

2              occasion?

3    A.              No, as I recall it was basically on one

4              occasion.

5    Q.              And I apologize if I've asked this.  Do you

6              recall when that was, and you might have said you

7              didn't recall?

8    A.              It may have been in my Complaint.  Can I refer

9              to the Complaint?

10   Q.              Sure.

11   A.              I didn't see anything.  I don't recall the

12             time, but it was fairly early on in the

13             relationship.  It was maybe at the midpoint in the

14             relationship.

15   Q.              So beyond those two conversations, the one at

16             the interview and the one where he said in his view

17             you were overqualified and he didn't know what to do

18             with you, did he make other comments that you

19             thought exhibited an animus against you because you

20             were an older worker?

21   A.              There were things that he did that -- for

22             example, he revised the performance evaluations to

23             retrofit to, I believe, a preconceived notion that

24             was not based on any facts.

JANEY ASSOCIATES

1  Q.        You know, for the moment, and I am sorry, I

2            don't want to know what he did, I want to know what

3            he said.  Believe me, I'm going to ask you what he

4            did.

5  A.        Okay.  Alright, to answer your question, at

6            this point I can't recall any additional comments

7            that he made but there may have been some.  I can't

8            recall them now.

9  Q.        So now I will ask you what I just told you I

10           was going to ask you.  What did Monahan do that you

11           believe reflects his animus against you because you

12           are an older worker?

13 A.        He demoted me, he gave me very unpalatable and

14           frankly humiliating work assignments.  I was

15           assigned to a very cramped office in an area outside

16           of my work group.  That isn't a major thing, but it

17           was something that at that point I felt was sort of

18           harassing me and trying to pressure me to leave the

19           company.  He retrofitted one of the performance

20           evaluations.  And we can talk about that at some

21           point if you want.

22 Q.        No, I want to know what you mean by it?

23 A.        Okay.  We start out at the beginning of the

24           year, the employee would sit down with a manager and

1          consist of the employees narrative of his or her

2          estimate of the results they have obtained?

3    A.        That's correct.

4    Q.        And generally speaking the manager doesn't

5          rewrite those, the manager allows them to get into

6          the PBC just as written by the employee?

7    A.        To the best of my knowledge, yes.

8    Q.        So for example, was this the only occasion

9          where a manager rewrote the results portion that you

10         had drafted for the PBC?

11   A.        Yes.

12   Q.        Did you ever have an occasion to observe

13         Mr. Monahan's treatment of other older workers?

14   A.        No.

15   Q.        Do you have any knowledge of his treatment of

16         other older workers?

17   A.        No, I don't.

18   Q.        Did he have, to your knowledge, other workers

19         who were 50 years or older reporting to him?

20   A.        There were.

21   Q.        Do you recall who they were?

22   A.        I'm not sure of the ages.  I'm not sure that

23         there were people over 50 years old reporting to

24         him.

JANEY ASSOCIATES

```
 1    Q.          Did he have reporting to him people who, in

 2               your estimation, were however you think of that

 3               category "older workers" regardless of whether they

 4               were 50 or older or not?

 5    A.          The question's a little vague in my mind.

 6    Q.          Well you thought you were never going to get a

 7               fair shake from Mr. Monahan due to your age,

 8               correct?

 9    A.          Yes.

10    Q.          And you were, at the time, how old?

11    A.          In that time frame I was probably 54, 55

12               years.

13    Q.          Were there other people in Monahan's group who

14               you thought of as being peers in terms of your age

15               group?

16    A.          No.

17    Q.          Were you the oldest as far as you know?

18    A.          Yes.

19    Q.          Were you the oldest by far?

20    A.          I don't know because I don't know the other

21               ages.

22    Q.          Do you know whether there was anyone who was

23               older than 45 who reported to Mr. Monahan?

24    A.          I don't know for a fact.
```

JANEY ASSOCIATES

63

```
 1   Q.        Do you have a belief in that regard?

 2   A.        I don't want to speculate.  I don't know.

 3   Q.        And in terms of the unpalatable assignments

 4             you said that Mr. Monahan gave you, what were those?

 5   A.        The naming was the principle one.

 6   Q.        And you also mentioned your demotion from Band

 7             10 to Band 9, correct?

 8   A.        Yes.

 9   Q.        And when were you put in that cramped office

10             space?

11   A.        I don't know the date.

12   Q.        How long were you in that cramped office

13             space?

14   A.        I don't know.  It was a matter of years, but I

15             don't know how many.

16   Q.        And what about that cramped office space or

17             your assignment to that cramped office space led you

18             to believe that it had to do with your age?

19   A.        I felt it was part of the pattern that I was

20             experiencing with Mr. Monahan.

21   Q.        And what about your demotion led you to

22             believe that it had to do with your age?

23   A.        In my opinion it was.

24   Q.        But what about it led you to that conclusion?
```

JANEY ASSOCIATES

1    A.        That he had demonstrated, from his earlier

2              comments, that he had an opinion of older people or

3              at least as it related to me.  And that he was

4              discouraging me from staying with the company.  And

5              that was part of what he was doing.

6    Q.        Did he ever suggest in any express way that

7              you ought to think about leaving?

8    A.        He said he didn't know what to do with me.

9    Q.        That goes back to the over qualification

10             conversation?

11   A.        Yes.

12   Q.        And at what point in your tenure under

13             Mr. Monahan did you conclude that you were never

14             going to get a fair shake from this guy because of

15             your age?

16   A.        At what point in my tenure with him?

17   Q.        Yes.

18   A.        I believe from the very beginning.

19   Q.        And did you ever complain to him about this

20             discriminatory treatment of you as you believed it

21             was?

22   A.        If I understand your question, did I ever --

23   Q.        You know what, let's strike the question.  I

24             can ask it better than that.  Did you ever complain

JANEY ASSOCIATES

1          to him that you felt that he was treating you in a

2          discriminatory manner due to your age?

3     A.        Did I ever complain to him?

4     Q.        Yes.  In words or substance?

5     A.        No.

6     Q.        Did you complain to him, even if you didn't

7          mention the age discrimination, about the aspects of

8          your work under him that you were displeased with or

9          his assignments for you?

10    A.        Yes, I did.

11    Q.        And why didn't you ever complain to him about

12         what you believed was age discrimination on his

13         part?

14    A.        That would be the last thing I'd do.

15    Q.        Just tell me why?

16    A.        Because it would be -- I suspected there would

17         be retaliation.

18    Q.        Had you seen him retaliate against other

19         people?

20    A.        Not as far as -- no, I haven't.

21    Q.        And did you ever complain to anyone other than

22         Monahan at IBM about Monahan's discriminatory

23         treatment of you?

24    A.        No.

1    Q.        Why not?

2    A.        For fear of retaliation.

3    Q.        And would it be fair to say that's not because

4              you had observed any retaliation, but just because

5              that was a general concern you had about making such

6              complaints in the workplace?

7    A.        Yes.  I would've possibly been identified as,

8              you know, a person who was complaining and I didn't

9              want to be retaliated.

10   Q.        Did IBM have mechanisms that you were aware of

11             where you could lodge complaints about your

12             manager's treatment of you?

13   A.        Yes.  I think we do.

14   Q.        Were you aware at the time you reported to

15             Monahan that there were such mechanisms that IBM

16             had?

17   A.        Yes.

18   Q.        For example, the open door process?

19   A.        Yes.

20   Q.        And is it speak up process?

21   A.        I don't recall that.

22   Q.        What is the open door process, or what was it

23             as far as you understood it at the time you reported

24             to Monahan, generally?

JANEY ASSOCIATES

1    A.           Generally, if there was something amiss in

2                 terms of IBM's policies or procedures that related

3                 to either a business or to -- to the business

4                 aspect or to personnel aspects you could enter an

5                 open door of communication.

6    Q.           And did you have reason to believe that that

7                 was not a genuine process intended to help mediate

8                 and resolve employee/manager issues?

9                      MR. POWERS: Objection.

10                     THE WITNESS: My simple belief was that

11                if I complained I would've been identified and

12                retaliated against.

13                     BY MR. TARLOW:

14   Q.           You've probably already answered this and I

15                don't want to beat a dead horse, I'm sorry.  That

16                wasn't because of something you observed at IBM,

17                that's just a general belief that you had about

18                making that kind of complaint in the workplace?

19   A.           Complaining to the person who's perpetrating

20                the discrimination was, you know, was not possible

21                and I wasn't going to do it.  I was not going to

22                put my job on the line complaining to a guy who was

23                already hurting me.

24   Q.           Okay.  I understand your answer, although it

```
 1              didn't quite answer my question.  My question was,
 2              you hadn't observed anything at IBM that led you to
 3              that fear of retaliation, that was just a
 4              generalized belief you had about the workplace?
 5      A.      Yes.
 6      Q.      In the open door process is there a way to
 7              report a complaint to someone other than the
 8              manager who is the person you are complaining
 9              about?
10      A.      Open door is as it's named.  You can
11              basically talk to whoever you think is the
12              appropriate contact.  You don't have to go through
13              the chain of command or anything like that.
14      Q.      And you didn't use that process for the same
15              reason that you thought using that process might
16              lead to retaliation?
17      A.      All part of the same thing.
18      Q.      Would it be fair to say that when you were
19              working under Monahan you thought the situation was
20              hopeless and not likely to improve?
21      A.      I believe that, yes.
22      Q.      Was there anything else that Monahan did that
23              you felt evidenced his discriminatory bias against
24              you other than demoting you, giving you the
```

JANEY ASSOCIATES

1      unpalatable naming assignment, putting you into the

2      cramped office and retrofitting the performance

3      evaluation?

4    A.      There's nothing else that I know about at

5      this point.  That doesn't mean that that's all

6      there is, but that's all I know.

7    Q.      Now let's talk about Pat McGloin and Mark

8      Lefebre.  Let's just look at them individually.

9      What, if anything, did Mark Lefebre ever say to you

10      that evidenced a bias against you as an older

11      worker?

12    A.      There was never a direct comment from him in

13      a business environment.

14    Q.      Well was there ever a direct comment by him

15      in a non-business environment?

16    A.      Well I'll bring it up.  I didn't -- at the

17      time it was sort of a flag along with the Ron Black

18      comment and the Monahan comment.  We were at a

19      group dinner in New York and Mark Lefebre was at

20      the table, and we were getting ready to have dinner

21      and he started going around the table and asking

22      people what kind of music they liked.  It seemed

23      like a conversation to have -- kind of a fun thing.

24      And people were naming, you know, hard artists and

JANEY ASSOCIATES

1      so forth.

2              And I happen to like the kind of music that

3      goes back into the beginning of the R&B period,

4      stack records and things like.  You know, R&B

5      stuff, Sam and David so I mentioned that.  But that

6      has a time stamp on it in the 50's and 60's.  And

7      Mark said something to the effect of "I'm not going

8      to touch that.", and "That is so far off of my time

9      frame that I don't want to talk about it".

10  Q.          Did he say it in a derisive way or in a

11      joking way?

12  A.          It was kind of -- I felt it was unnecessary

13      at the time in that it was in front of probably ten

14      other employees, and it was just a little

15      embarrassing.  But it wasn't any major type of

16      thing, and I let it go.

17  Q.          Now what was this dinner?

18  A.          This was the Worldwide Communications meeting

19      that we held annually in New York.  We had all of

20      our people come in from around the world.

21  Q.          And you really felt embarrassed in front of

22      your peers about that?

23  A.          Yeah.

24  Q.          Is it your belief it's improper at anytime in

JANEY ASSOCIATES

```
 1              a workplace setting to acknowledge that an older

 2              worker is an older worker or comes from another

 3              generation?

 4    A.             Well I thought it was unnecessary.  Much as

 5              if it was a person of color or a particular

 6              religious or ethnic heritage, why bring it up.  Why

 7              have a comment to that effect that indicates, you

 8              know, that's what's on their mind.  It was

 9              gratuitous.

10    Q.             One last question, when you were asked to

11              state the kind of music that you liked was it on

12              your mind that if I state Sam and Dave I'm going to

13              be date stamped?

14    A.             I didn't really think of it.  I just answered

15              the question as it was asked.

16    Q.             Anything else that Mark Lefebre ever said?

17    A.             Not that I recall.

18    Q.             Did Pat McGloin ever say anything that, in

19              your estimation, evidenced an age bias against you?

20    A.             Not that I recall.

21    Q.             And how old, if you know, approximately was

22              Mark Lefebre when you were reporting into his

23              group?

24    A.             I don't know how old he was.  I don't know
```

JANEY ASSOCIATES

```
 1              how old he was.

 2    Q.        Was he in his 30's?

 3    A.        No.

 4    Q.        Is he in his late 40's?

 5    A.        I don't know how old he was.

 6    Q.        How old was Pat McGloin?

 7    A.        I don't know.

 8    Q.        Did you consider her to be substantially

 9              younger than you?

10    A.        Somewhat younger, yes.  I was the oldest

11              person in the group so everybody was younger than I

12              was.

13    Q.        What did Mark Lefebre do, as opposed to what

14              he said, that you think was the result of animus

15              against you because of your age?

16    A.        Well Mark Lefebre made the key decision in

17              who was going to be getting laid off.  And the net

18              result of that was that there was a preponderance

19              of older people getting laid off in the Marketing

20              Department.  He was the guy that was making the

21              decisions.

22    Q.        When you say the Marketing Department, first

23              of all, what does that refer to, his whole group?

24    A.        Mark's whole group.  The people that were
```

JANEY ASSOCIATES

1            effected by the layoff.

2    Q.        And is it your belief that Mark was the

3            person who decided to lay you off?

4    A.        Yes.

5    Q.        And what do you base that belief on?

6    A.        I got laid off.

7    Q.        When you say "There was a preponderance of

8            older workers let go in the Marketing Department",

9            what are you referring to?

10   A.        In the information that was provided to us by

11          IBM in the MERA package, M-E-R-A package, people in

12          the 50-plus age group comprised about 22 percent of

13          the population, but were subjected to 60 percent of

14          the layoffs within their age category.  22 percent

15          were 50 and above, but within that age group 60

16          percent of us got laid off.

17   Q.        Okay.  People at 50 or older were 22 percent

18          of what population?

19   A.        Of the total Marketing organization that was

20          subject to the layoff.

21   Q.        Mark's organization?

22   A.        Yes.

23   Q.        Not the whole MD --

24   A.        Right.

```
 1   Q.          -- layoff?

 2   A.          Right.  The layoff group.  I may want to

 3   amend that later because I'm not quite exactly sure

 4   of what the total population represented at that

 5   point.  But I have -- it's in the MERA package.

 6   I'd have to go back and refer to that.  But I

 7   believe I'm correct.

 8   Q.          So 22 percent of the people who reported into

 9   Mark's group were 50 or older.  60 percent of the

10   people that got laid off from Mark's group were 50

11   or older?

12   A.          60 percent of the people 50 years or older

13   got laid off.

14   Q.          And what percent --

15   A.          And they comprised 22 percent.

16   Q.          What percent of the people 49 or younger got

17   laid off?

18   A.          I'd have refer to the package that IBM

19   provided.  I believe the --

20   Q.          I'm going to jump ahead because I want to

21   understand your statistics.  I'll give you the

22   document you are referring to.  We'll mark this as

23   four.

24          ///              ///              ///
```

1                          (The document above-referred

2                          to was marked Deposition

3                          Exhibit No. 4 for Identification)

4              BY MR. TARLOW:

5     Q.        Take a look at the document as a whole.  I

6     will direct you to the page to make it easier for

7     you, but is this the document you were referring

8     to?

9     A.        Yes.

10    Q.        And this came with your severance letter,

11    essentially, for you to review?

12    A.        Yes.

13    Q.        And this document reflects employees selected

14    and not selected in the various groups in MD in

15    this layoff, correct?

16    A.        That's correct.

17    Q.        And I think if you turn to -- there's a

18    numbering system in the lower right hand corner, we

19    call it Bate stamping, 1140 I think is "MD

20    Marketing People Selected".  And I will, if it

21    helps you, if you turn ahead to 1165 and you can

22    even have mine.  You know what, to make this easier

23    on yourself you can tag it.  And you can tag 1165

24    is I think is the people in Marketing who were not

JANEY ASSOCIATES

1    A.              Lefebre's group.  I'm not sure what that

2                    number was, but I believe it might've been like 45

3                    or something.  50 years or older, 22 percent.

4                    Within that age grouping 60 percent of those people

5                    lost their job.

6    Q.              Do you know what percent of people 40 to 49

7                    lost their job?

8    A.              Yes.  But I don't have that information with

9                    me, but I did calculate that.

10   Q.              And is it your view that the people 50 and

11                   older were hardest hit in the layoff?  I don't mean

12                   individually how they experienced it, but

13                   statistically?

14   A.              I have no visibility of that.

15   Q.              What did Pat McGloin do that you believe

16                   evidenced her animus against you because of your

17                   age?

18   A.              I have no direct comments from her indicating

19                   that.  I don't have any direct action that she

20                   expressed to me that show that.  She did make a

21                   recommendation to Lefebre to lay me off, but I have

22                   no idea exactly what her position was on this.

23   Q.              When you say "her position was on this" do

24                   you mean what role she played in the layoff

1              decision?

2    A.            No, on the -- no, I know what her role was in

3         the layoff decision.

4    Q.            What was her role?

5    A.            Basically, she put forth names of people who

6         would be laid off, my name was on the list.  Mark

7         reviewed it and approved it.

8    Q.            So beyond her involvement in recommending

9         your layoff is there anything she did during your

10        tenure reporting to her that you felt was a result

11        of age discrimination against you?

12   A.            I can't recall anything at this point.

13   Q.            Did she treat you with respect?

14   A.            Yes, we had a professional relationship.

15   Q.            And you haven't expressly said it so I want

16        to ask you, do you believe that her recommendation

17        of your layoff was as a result of age

18        discrimination on her part?

19   A.            I don't know that.

20   Q.            And to be clear, I'm not asking you to look

21        into her soul, I am asking you your belief.  Is it

22        your belief that that recommendation on her part

23        emanated from age discrimination on her part?

24   A.            I have no knowledge of what was on her mind

JANEY ASSOCIATES

```
 1              when she made the decision.

 2    Q.             Did Mark Lefebre do anything up to the time

 3              of the layoff, before the layoff, did he do

 4              anything to or with any other employee that led you

 5              to believe he was discriminating against another

 6              employee because of their age?

 7    A.             I didn't have any knowledge of anything like

 8              that.

 9    Q.             And I take it Pat McGloin never did anything

10              with respect to any other employee that led you to

11              believe she was discriminating against another

12              employee because of that person's age?

13    A.             I have no visibility of that.

14    Q.             And before you were told of your selection

15              for the layoff did you know a layoff was in the

16              works?

17    A.             Yes, I believe we did.

18    Q.             Were you surprised that MD was conducting a

19              layoff at that time?

20    A.             I was a little, yes.

21    Q.             How did you learn of your layoff?

22    A.             I was called into Ms. McGloin's office and

23              she notified me.

24    Q.             And what did she say?  Was she alone or was
```

1          she with anybody else?

2    A.        Just the two of us.

3    Q.        And what did she say?

4    A.        In essence, it was that I've been selected.

5    Q.        Did the discussion go beyond that as to the

6          reasons why or anything like that?

7    A.        No, I don't recall that we had any discussion

8          like that.

9    Q.        Were there other topics discussed at this

10          meeting that may have related to your layoff in

11          terms of a severance package and things like that?

12    A.        Well I just said this was going to come down

13          hard on me from a personal standpoint.  It wasn't a

14          very long meeting.

15    Q.        When did this meeting occur, approximately?

16    A.        November 28th, 2001, the day after

17          Thanksgiving.

18    Q.        You remained at the workplace for how long

19          after that?

20    A.        Well I had access to the building until, I

21          believe, January 3rd of 2002.

22    Q.        Do you continue to do your job for some

23          period after that?

24    A.        I did, and -- yes.

                    JANEY ASSOCIATES

1    Q.              Why do you think that your selection for the

2              layoff was the result of age discrimination?

3    A.              I believe there was an environment of

4              prejudice against older people.  When the layoffs

5              came through the procedure that IBM went through to

6              justify the layoff was to look at skill sets,

7              vis-a-vis, organizational need.  And the

8              justification that Ms. McGloin put together to

9              justify the layoff was basically that my skills

10             were not adequate.

11              I believed at the time, and I do now, that

12             that was not true and was actually contradictory to

13             the written record of my performance evaluations by

14             Ms. McGloin.  So she, I think, made up some things

15             to get rid of me.  And I believe it was because she

16             felt that I had some of these stereotypes that

17             related to age as expressed in the layoff

18             justification.

19   Q.              Where did Pat McGloin conclude or communicate

20             that your skills were not adequate?

21   A.              There was a written justification that had to

22             be put together as part of the IBM layoff process.

23             I forget what it's actually called, but I was

24             provided a copy of that and it's in there.

JANEY ASSOCIATES

```
 1   Q.          IBM has knowledge level terms that it

 2               attaches to job skill sets that various Bands are

 3               supposed to have certain knowledge levels attained,

 4               correct?

 5   A.          Yes.

 6   Q.          So for example, there is applied knowledge

 7               and there is in-depth knowledge, and I believe

 8               there is a category above in-depth knowledge and

 9               there's categories below applied knowledge, right?

10   A.          I don't know.

11   Q.          In your job what level of knowledge were you

12               supposed to have, if you know?  In using the IBM

13               nomenclature of applied knowledge, in-depth

14               knowledge?

15   A.          I never figured out what those terms meant.

16               They're very esoteric and vague, and they leave a

17               lot of room for interpretation and I believe abuse

18               in terms of what a manager can put in there.  And

19               when we got the document from IBM on the

20               justification for the layoff we went back and

21               matched point for point and contradicted those, not

22               on what our opinion was but on what had been

23               entered into the IBM record.

24   Q.          Isn't it true that Ms. McGloin found your
```

1    skills to be adequate, but not as good as other

2    people's skills?

3  A.    That was in some instances, I believe what

4    was written in that document but it certainly

5    wasn't true.

6  Q.    Well it's true insofar as your skills were

7    adequate.  It's not true insofar as there were

8    other people had superior skills, is that what you

9    are saying?

10  A.    What's true is that she could make up

11    anything that she wanted to and put it in there to

12    justify getting rid of me, and that's what

13    happened.

14  Q.    What leads you to believe she wanted to

15    justify getting rid of you?

16  A.    Because of my age.  Because I believe of

17    unexpressed but preconceived stereotypes of me as

18    an older man.

19  Q.    But you said she never said or did anything

20    prior to this to evidence any age animus?

21  A.    People don't say things explicitly to you

22    about age or color or ethnic heritage or anything

23    else these days, ever.

24  Q.    So you felt that she had unexpressed and

JANEY ASSOCIATES

1          frankly unobserved stereotypes about age?

2    A.          That I believe were then -- that then entered

3          into her decision making to get rid of me.

4    Q.          Are you aware of whether there was a downturn

5          in the semiconductor industry in 2001?

6    A.          Yes.

7    Q.          Was it significant downturn?

8    A.          Yes.

9    Q.          And is the Microelectronics Division part of

10          the semiconductor industry?

11    A.          Yes.

12    Q.          What is a semiconductor?

13    A.          A semiconductor is basically electronic

14          circuitry that's programmed to act in a certain

15          way.

16    Q.          That is essentially what the Microelectronics

17          Division made?

18    A.          Yes.  We made microelectronic circuit chips.

19    Q.          Do you challenge or dispute the fact that IBM

20          had a legitimate business reason to engage in a

21          significant layoff in the Microelectronics

22          Division?

23    A.          No, I don't challenge that.

24    Q.          And you don't dispute that you were a Band 9

1          to, is it Deborah Guynn?

2    Q.          Guyn, it's G-U-Y-N.

3    A.          I think it's two "N's", G-U-Y-N-N.

4    Q.          It is G-U-Y-N-N.  You are right, sorry.  Can

5          you tell me how your performance compared to hers?

6    A.          I have no idea what her performance

7          evaluations were.

8    Q.          Did you ever have an opportunity to make any

9          observations about her performance?

10   A.          I worked with her on a couple of occasions.

11   Q.          So are you able to compare your performance

12         to her based upon your observations?

13   A.          No, I mean I never -- I didn't -- her

14         performance based on my -- I guess I'm not really

15         understanding what you're asking here.  We were not

16         privy to the performance evaluations so I did not

17         observe her performance, per se.  I worked with her

18         on some projects.

19   Q.          I understand you never read her PBC's.

20   A.          Right.

21   Q.          And that's not what I am asking, and I'm not

22         asking you to compare whatever you got as a rating

23         to whatever she got.  I'm asking you to compare

24         what you understand from whatever ways that you

JANEY ASSOCIATES

```
 1              understand it, whether it's direct observation or

 2              comments people made, your performance as compared

 3              to Deb Guynn's performance?

 4       A.         I think our performance was comparable at the

 5              time.  She was new in the job and I think was

 6              struggling a little bit to get her sea legs but --

 7       Q.         Was she a talented person as far as you could

 8              tell?

 9       A.         I don't know whether she was talented or not.

10              She was in the Buffalo, New York area so we didn't

11              see her very much.

12       Q.         Well why don't you tell me who in Pat's group

13              was physically in the same office with you?

14       A.         In the Waltham office was Lefebre, McGloin,

15              Weaver, Spilke, Rossiter.  Then we had some

16              contract workers.

17       Q.         Were the contract workers let go before the

18              layoff as far as you recall?

19       A.         I don't remember.

20       Q.         How do you compare your performance to Ron

21              Milos?

22       A.         I didn't know him.

23       Q.         So you cannot compare your performance to

24              him?
```

JANEY ASSOCIATES

1    A.        No.

2    Q.        Do you know where he worked, physically?

3    A.        No, I don't.

4    Q.        How do you compare your performance to Kathy

5              Spilke's?

6    A.        I think it was comparable.  I mean, we all

7              worked hard and tried to do our best.

8    Q.        Do you think she was a talented employee?

9    A.        Yeah.

10   Q.        And how do you compare your performance to

11             Kathy Weaver?

12   A.        Kathy Weaver.  I'd say again, it was

13             comparable.

14   Q.        Did you consider that she was a talented

15             employee?

16   A.        Yeah.

17   Q.        Can you compare the performance of Spilke and

18             Weaver?

19   A.        No.

20   Q.        Did you believe, in your observation, were

21             they both equally talented?

22   A.        They did different jobs so it's hard to

23             compare apples to apples.

24   Q.        And I take it you don't know any of their PBC

JANEY ASSOCIATES

```
 1            evaluations?

 2    A.            No.

 3    Q.            Are you familiar with Deb Guynn's background

 4            and experience?

 5    A.            No.

 6    Q.            Are you familiar with Ron Milos'?

 7    A.            No.

 8    Q.            Kathy Spilke's?

 9    A.            Yes.

10    Q.            What is it, as far as you recall?

11    A.            Her background was in writing and editorial

12            development.  And she had been a teacher at one

13            time.

14    Q.            Was she a young woman?

15    A.            Say it again.

16    Q.            Was she a young woman?

17    A.            I don't -- I don't know her age, but she

18            wasn't in her 20's, if that's what you mean by

19            "young".

20    Q.            I gave no definition of what I meant.

21    A.            Well I don't know what young is so she was

22            older than 20.

23    Q.            Are you familiar with the background and

24            experience of Kathy Weaver?
```

JANEY ASSOCIATES

1          required to make layoffs in her department --

2                    MR. POWERS: Can I just stop you there?

3                    MR. TARLOW: Yes.

4                    MR. POWERS: Not to give you a hard

5          time, but it might be easier if you said "If you

6          assume the fact".

7                    BY MR. TARLOW:

8     Q.          If you assume the fact that she was required

9          to make layoffs in her department -- I'm going to

10         step one step back.  I assume it is your position

11         that you don't believe you should have been chosen

12         for the layoff?

13    A.          I shouldn't have been chosen for the layoff

14         for the reasons that I was chosen, which is my age.

15         That's my contention.  I don't challenge the

16         business conditions, but I do -- I am contending

17         that it was because of my age and that's my

18         complaint.

19    Q.          If you assume the fact that Ms. McGloin had

20         to make layoffs in her department, who should she

21         have chosen for layoff instead of you?

22    A.          There were a lot of people in the department

23         with a lot less experience and skills.  I can't

24         name names, but there were a whole raft of people

```
 1              who were very young and relatively inexperienced

 2              than my experience as a director with Exxon,

 3              running worldwide advertising programs for Wang,

 4              there's everything that I articulated earlier.

 5              Well any one of those people, based on the skill

 6              sets that were needed to continue forward with the

 7              department, would've been higher on the list than I

 8              was.

 9    Q.              And if we focus on the group of Band 9

10              non-managers.  And I'm going to ask you to assume

11              the fact that the Band 9 non-managers in her

12              department were Guynn, Milos, Spilke, Weaver and

13              Rossiter.  Who should she have selected from that

14              group for layoff other than you, or as opposed to

15              you?

16    A.              I don't know because I don't believe that was

17              the way that the layoffs were selected.  So it's a

18              hypothetical situation that I don't think is rooted

19              in the reality of the way that it was done.

20    Q.              And if you assume the fact that it was done

21              that way?

22    A.              I can't answer a hypothetical like that

23              because I don't think it's relevant.

24    Q.              I'll show you another document and ask you to
```

JANEY ASSOCIATES

1          with the skills and one with the assessment against

2          those skills.  Do you understand that Ms. McGloin

3          reviewed all the Band 9 non-managers in terms of

4          these six skills that are outlined in this

5          selection worksheet?

6   A.        I don't recall what the specifics were with

7          the Band 9 skill sets.

8   Q.        I think I am asking a slightly different

9          question, though it may not have been clear.  I am

10         asking that in the process of making the layoff

11         selection, do you understand that Ms. McGloin

12         reviewed all the Band 9 non-managers in terms of

13         her assessment of them with respect to these six

14         skills?

15  A.        I don't know that she did that.

16  Q.        Is there anything about the selection of the

17         skills that you think was improper or evidence as

18         age bias?

19         MR. POWERS: Excuse me, are you talking

20         about the left --

21         MR. TARLOW: Yes, just the left.  Just

22         the skills not the assessment.

23         THE WITNESS: No, I would not say -- I

24         would say no, that they aren't.

1              BY MR. TARLOW:

2    Q.        And is there anything about the proficiency

3              level, that is in-depth knowledge, that you

4              consider to be inappropriate or evidence of age

5              bias?

6    A.        Are you talking about the right hand column

7              now?

8    Q.        No, I'm still talking about the left hand

9              column.  You will see there is both a proficiency

10             level and an actual skill description.  So for

11             example, in-depth knowledge of business plans.  The

12             proficiency level is in-depth knowledge.  The skill

13             is business plans.  Do you have any problem with

14             the way that she assessed you or other employees

15             with the measuring stick of "Did they have in-depth

16             knowledge?"  Do you understand the question?

17   A.        No.

18   Q.        Okay.  Fine.  I asked you earlier whether you

19             were familiar with the terms "applied knowledge"

20             and "in-depth knowledge", and you said you had some

21             familiarity though you found them I think to be

22             fuzzy?

23   A.        I said after I saw this document I knew about

24             them but I had no prior knowledge of them.  And

                         JANEY ASSOCIATES

1    they appear to be esoteric.

2  Q.      And you don't know what IBM means by

3    "in-depth knowledge"? You many have your own

4    understanding of what that term means but you don't

5    know what IBM means by that, is that correct?

6  A.      Unless they provide some back-up someplace in

7    terms of what the elements were then I don't know

8    what they mean.

9  Q.      And tell me what you understand the selection

10    process that Pat McGloin went through to be for the

11    layoff?

12  A.      Well I don't know what it was. I was told

13    that I was getting laid off, but there was no

14    information given to me about the selection

15    process.

16  Q.      Now looking at the column "Assessment". It

17    says for example, let's take the first skill which

18    is "Business Plans". It says "Applied knowledge as

19    demonstrated by developing NT naming architecture

20    based on business need with assistance from team."

21    Do you understand that that is Pat McGloin's

22    assessment of you with respect to the skill of

23    business plans?

24  A.      Well it says "Assessment" at the top of the

1          column.

2     Q.          And do you know what the term "applied

3          knowledge" means?

4     A.          No.

5     Q.          As far as you understand that first bullet

6          under the assessment column, do you agree with that

7          assessment?

8     A.          Well I don't understand really what they mean

9          by "applied knowledge" so it's hard for me to agree

10          to this.  We did work as a team on a lot of these

11          programs.

12     Q.          Okay.  Let's go down to the second skill,

13          which is "Developing Programs" and I believe that

14          means MARCOM programs.  And the assessment is

15          applied knowledge, and this is the second bullet in

16          the assessment.  "Applied knowledge.  Needs

17          development in creating simple effective

18          approaches."  Do you agree with that assessment to

19          the extent you understand it?

20     A.          To the extent that I understand it I don't

21          agree with it.  I don't.

22     Q.          And why don't you agree with it?

23     A.          Well this demonstrates one issue that I had

24          with Ms. McGloin, in that she didn't have a MARCOM

1     background in this job.  She had come out -- to the

2     best of my understanding she had come out of a PR

3     job at Digital.  And I felt almost all the time

4     that I was dealing with her that there always had

5     to be a tutorial element to what we were doing.  I

6     had worked in this field for almost 25 to 30 years

7     and done lots and lots of these programs.  She

8     never quite seemed to understand what we were

9     doing.

10          So when I read this when I got it from IBM it

11    seemed to me to indicate that this was another

12    manifestation of her lack of understanding.  And

13    that's why I kind of had a problem with all of

14    this.  I'm not sure she really understood what she

15    was writing here.  I had a lot of experience to

16    bring into this job and it was not recognized in

17    terms of some of the things that we did in this

18    evaluation.

19  Q.      Did you believe that you were more qualified

20    or that you would have better at James Monahan's

21    job than he was?

22  A.      Yes.

23  Q.      Did you believe the same of Pat McGloin?

24  A.      I believe I could have done her job better

JANEY ASSOCIATES

```
 1              because I had more experience.
 2      Q.          Do you believe you would have been better at
 3              Mark Lefebre's job than he was?
 4      A.          Well there was an element in his job that I
 5              didn't see and I'm not quite sure exactly what his
 6              overall role was, so I can't answer that.  But I
 7              know as far as Monahan and McGloin, they both came
 8              out of PR backgrounds to the best of my knowledge.
 9              And there's a degree in between those two
10              functions.  We were talking earlier about this, and
11              PR people usually struggle with MARCOM things.
12      Q.          Okay.  But what about this assessment in
13              bullet two tells you that she didn't understand
14              MARCOM?
15      A.          "Needs development in creating simple
16              effective approaches."  I don't know what that
17              means because we created approaches and we created
18              approached that were designed to be effective and
19              mapped to the marketing strategy.  Simple effective
20              programs we weren't off, you know, going in an 180
21              degree different direction on these things.
22      Q.          Do you believe you did not need development
23              or further development in creating simple effective
24              approaches to MARCOM programs?
```

JANEY ASSOCIATES

```
 1   A.            I don't believe in this instance that I did.

 2                 I had a tremendous amount of experience in this

 3                 area and I developed programs for Fortune 500

 4                 companies for years that were highly effective.

 5                 And I didn't -- I believe Pat McGloin did because I

 6                 was more experienced than she was.

 7   Q.            That she needed development in creating

 8                 simple effective approaches?

 9   A.            Or understanding how planning is done, per

10                 se.

11   Q.            Do you think this assessment of you is a

12                 result of her lack of understanding of MARCOM?

13   A.            Yes.  And it's also an indication of her bias

14                 toward my age, that I believe she was retrofitting

15                 her preconceived notions about my abilities to

16                 enter these things into this assessment.

17   Q.            How do you know she had preconceived notions

18                 about your abilities?

19   A.            Well because people younger than I with far

20                 less experience were getting opportunities that I

21                 was not getting even though I was more qualified in

22                 many instances for those.

23   Q.            What opportunities?

24   A.            Well we had jobs that were coming along that
```

JANEY ASSOCIATES

1          weren't posted and people were given positions.

2     Q.          Who did Pat hire for a job that you thought

3          you should have been put in?  We are talking about

4          Pat McGloin now --

5     A.          Right.

6     Q.          -- we're not talking about the world or IBM

7          as a whole?

8     A.          Right.  Well there was an events job that

9          came up, corporate exhibits, trade shows.  And the

10          position wasn't posted and it was given to a person

11          who had been in the department working in that

12          field but was a lot less in experience and a lot

13          younger than I was.  And I could've taken that job

14          because I had produced some of the largest events

15          in the history of the division.

16     Q.          When was this?

17     A.          The event occurred?

18     Q.          No, when this person was given this job?

19     A.          I don't know the time frame.  It was fairly

20          early on in Ms. McGloin's tenure, but I don't know

21          the date.

22     Q.          And did you ever mention to her that you

23          would have wanted that job?

24     A.          Not that particular job.  Not after she made

JANEY ASSOCIATES

113

```
1              the decision.

2    Q.        Who did she put in the job?

3    A.        Marge Oppold, O-P-P-O-L-D.

4    Q.        And you had not applied for the job?

5    A.        It wasn't posted.

6    Q.        And you would have taken the job over your

7              current job?

8    A.        I think at that point I would have because I

9              think I had a lot to bring to it, and I could've

10             upgraded that whole program.

11   Q.        And how old was Marge Oppold?

12   A.        Late 30's, early 40's maybe.  I would say

13             late 30's.

14   Q.        And you never complained to anyone about

15             this?

16   A.        No.

17   Q.        Do you know how Marge Oppold did in the job?

18   A.        We were getting feedback from a couple of the

19             other business lines that she was not doing well.

20             And was, I think in a couple of instances, co-opted

21             by some of the people in the business lines.

22   Q.        Do you know what happened to Marge Oppold's

23             job in the layoff?

24   A.        I think she -- she wasn't involved in the
```

JANEY ASSOCIATES

```
 1              her position.  She came out of a background that
 2              didn't include, I don't believe, a lot of MARCOM.
 3              And basically I believe business lines started to
 4              take over her job because they weren't satisfied
 5              with what she was doing.  So her job kind of went
 6              away, and she replaced me when I got laid off.
 7       Q.          Okay.  But that's in the layoff.  I'm talking
 8              about outside of the layoff, before the layoff?
 9       A.          You were asking me about age related
10              positions being created to my disadvantage.  Karen
11              Smith was -- there was a huge gap between my
12              experience and her experience.
13       Q.          How long had she been at the company, do you
14              know?
15       A.          I don't know.  She'd been there for a while,
16              but I don't know.
17       Q.          Did she start in 1974 with the company?
18       A.          I don't know.  But she didn't have a lot of
19              experience.  In fact, she had a problem developing
20              the core plans that we all had to do.  And she got
21              my job and I left.
22       Q.          Okay.  Before the layoff were there any other
23              positions that Pat gave to any other employee that
24              you think exhibited stereotypical thinking about
```

JANEY ASSOCIATES

1        you as an older worker because she did not give

2        them to you or offer them to you, other than Marge

3        Oppolds?

4  A.      Other than Marge Oppold's and I believe Karen

5        Smith, but you can discount that if you want, those

6        are the two that I can recall at the moment.

7  Q.      And what difficulty had Karen Smith had in

8        her position that you are aware of?

9  A.      Well I mentioned earlier in today's

10       proceedings that one of the core things that we did

11       was this market planning function where we had to

12       develop an integrated marketing communications plan

13       for the business line bringing together all of the

14       elements and disciplines.  Karen was -- Karen Smith

15       was struggling with that as we understood.  And

16       wasn't -- actually postponed delivery of her plan.

17       She missed the deadline.  And we had some

18       intercession by the Director of Communications at

19       that point to try to get it fixed, and it never

20       really got fixed.

21  Q.      How do you know this?

22  A.      It was, I believe Pat McGloin told me that

23       she was having a problem.

24  Q.      What did she tell you exactly?

```
 1   A.            I believe she said something to the effect
 2                 that "Karen can't get a plan done and Ed Abrams,
 3                 who was the director has been talking to the
 4                 business line to try to get it to work".  And
 5                 eventually it did not.  So her inexperience was
 6                 causing some problems.
 7   Q.            Pat said that Karen can't get the plan done
 8                 and Ed Abrams has intervened?
 9   A.            To that extent.
10   Q.            What plan was it that Karen couldn't do?
11   A.            This was the integrated marketing
12                 communications plan for, I believe it was for Power
13                 PC.
14   Q.            And when did this occur, approximately, when
15                 you were told this?
16   A.            It would've been right after the formation of
17                 the business lines, but I don't recall the date.
18                 We went to the new business line organization.
19   Q.            And do you know what Karen Smith's ratings
20                 were on the PBC?
21   A.            No, I don't.
22   Q.            Were there any other problems with Karen
23                 Smith's performance of the job that you are aware
24                 of other than the one that you just mentioned?
```

```
 1   A.        She was -- this job was going away that I

 2             just mentioned because she was having problems with

 3             this.

 4   Q.        What job was going away?

 5   A.        This job as the IMC specialist for the

 6             business line that I was just talking about.

 7   Q.        Which business line?

 8   A.        For, I believe it was the Power PC business

 9             line at that point.

10   Q.        It was going away specifically because Karen

11             Smith hadn't done well with it?

12   A.        That's right.  Pat McGloin had hired Karen

13             Smith into the group so she -- Pat McGloin came up

14             with another assignment for Karen Smith, which was

15             to develop an integrated message architecture for

16             the organization.  What that means is that there

17             would've been kind of a common play list of

18             messages and information that the field could use

19             or any other people around the world could use.

20             And she was given that assignment.

21   Q.        And when you say Pat hired her into the group

22             and that's why she gave her this new function, are

23             you suggesting that Pat felt committed to her

24             success?  I'm not sure what you --
```

JANEY ASSOCIATES

1    A.          No, I think that Pat saw me as an older, less

2               desirable employee and wanted to put this younger

3               person into it.

4    Q.          Into what?

5    A.          Into this -- coming out of this failed job,

6               put her into this other one with message

7               architecture.  And I had been doing the naming

8               architecture and this probably would've been an

9               extension.  I could've done that job as well.  She

10              gave it to Karen.  At the time I had plenty to do

11              so it wasn't anything that I took issue with.

12              Other than the fact that younger people were

13              being given more latitude in terms of, you know,

14              their job performance and their expectations.  It

15              was unheard of that we couldn't develop a plan.

16              You had to come in with a plan and get it done, and

17              she didn't do it.  It was a core responsibility.

18   Q.          What was integrated messaging architecture?

19              I'm not sure if I understand this.

20   A.          Some of this is corporate stuff, but it means

21              that we would look at the basic messages that were

22              to be utilized throughout the world by PR people,

23              by advertising people, by our MARCOM people.  And

24              we would provide sort of a set of messages that

120

1                they could then use in their various communication

2                and promotions.  It was a way of getting some

3                consistency around the world in terms of what we

4                were saying as an organization.

5    Q.        Did you participate in that effort at all?

6    A.        I reviewed the -- we had several sessions

7                where we reviewed the developing plan.

8    Q.        And how did Karen Smith do with that

9                responsibility, as far as you know?

10   A.        Well she basically borrowed a lot of

11              information from another division that had nothing

12              to do with our type of business.  She wasn't

13              bringing any fresh thinking into it.  She, I

14              believe in my observation, was that she was

15              struggling in terms of trying to get it done.

16   Q.        Did you ever hear anyone say that she was

17              struggling to get it done?

18   A.        What I heard was that the quality of the work

19              was not good and we would have been embarrassed to

20              propagate that around the world, and I don't

21              believe it was ever adopted.

22   Q.        From whom did you hear the quality of the

23              work was not --

24   A.        Kathy Weaver.

JANEY ASSOCIATES

1          done.  I produced the largest show the division had

2          ever done in its history for two years at the Las

3          Vegas Convention Center.  Nobody had ever even

4          touched what we did out there.  And there's this

5          job comes along and she gets it without any

6          posting.

7    Q.    What had she been doing previously?

8    A.    She had been doing event work, but on a

9          tactical level.

10   Q.    Should it have been posted, that job?

11   A.    Yes.

12   Q.    By the corporate policy should it have been

13         posted?

14   A.    Yes.

15   Q.    Are there exceptions in the corporate policy

16         that allow for a situation where there is no

17         posting?

18   A.    I don't know.  I think all jobs are supposed

19         to be posted and open to competition.

20   Q.    And at the time that Karen Smith was given

21         this integrated messaging architecture and you did

22         not receive that responsibility, did you think that

23         was because of your age?

24   A.    I believe it was yet another example of

JANEY ASSOCIATES

124

```
1              age issue, that you would have liked to have had

2              the opportunity to compete for those jobs?

3    A.            Yes, I told her on numerous occasions that I

4              was always eager for new opportunities, new

5              training particularly in web related things, and it

6              went nowhere.

7    Q.            That's not what my question was.  I meant

8              specifically the Marge Oppold job and the Karen

9              Smith, the messaging architecture job, did you tell

10             Pat McGloin specifically that you wished you had

11             had an opportunity to compete for those jobs?

12   A.            No, once the decision was made that would've

13             been questioning her decision.

14   Q.            So let's look at the third bullet under

15             "Assessment", which says that regarding measurement

16             techniques, "Applied knowledge.  Has designed

17             surveys and managed research agencies, but research

18             did not meet validity criteria."  Do you agree with

19             that assessment?

20   A.            No.

21   Q.            Why not?

22   A.            I don't know what it means, but there was

23             never any indication or any feedback that that was

24             the case.  These surveys went on for many years and
```

JANEY ASSOCIATES

1          were quite costly.  And if they weren't being done

2          properly I was never told that.

3   Q.      There was never any issue about any research

4          not meeting validity criteria as far as you can

5          recall?

6   A.      I don't know what "validity criteria" means.

7   Q.      And the next assessment is regarding the

8          skill of working in cross functional teams and it

9          says, "In-depth knowledge.  Works cross

10         organization cross geography."  Do you agree with

11         that assessment?

12  A.      That was an important part of the job and

13         relied on the experience that I had brought to the

14         job, yeah, it says I had worldwide experience.

15  Q.      So you do agree with her assessment on that

16         scale?

17  A.      As far as I understand it here, yes.

18  Q.      The next assessment is with respect to the

19         skill of agency operations, and the assessment is

20         "Applied knowledge.  Has experienced working with

21         agencies.  Requires guidance in limiting costs."

22         Do you agree with that assessment?

23  A.      No.

24  Q.      Why not?

1    A.          Well it's another indication of Ms. McGloin

2              not understanding what it took to get the job done

3              because of her lack of experience relative to mine.

4    Q.          Do you recall any instances where she brought

5              to your attention an issue of not -- where she

6              thought you hadn't limited cost effectively in

7              working with an agency?

8    A.          No.  I never went over budget as far as I

9              recall.

10   Q.          And the next assessment is with respect to

11              the scale of basic financial concepts.  And the

12              assessment is "Applied knowledge.  Manages budgets

13              and can explain with ROI, return of investment

14              concepts.  Needs coaching to stay within budgetary

15              guidelines."  Do you agree with that assessment?

16   A.          No.

17   Q.          Do you recall any instance where she felt

18              that you had needed some coaching or some prodding

19              to stay within the budgetary guidelines?

20   A.          Nope.  The budgets were being constantly

21              reduced so we would have an idea of what kind of

22              spending we had.  And then later on maybe a month

23              or two later we would find that spending would be

24              reduced.  There were programs that Ms. McGloin

127

1 asked for proposals on and we came in with -- I

2 came in with what was needed for the program based

3 on my experience.

4   And because I don't think she had anything to

5 compare it to, any type guidelines -- financial

6 guidelines that we had I felt that she was just

7 getting caught up in really not understanding what

8 was going on, rather than what really needed to be

9 done.  But I never had any problems staying within

10 budgetary guidelines.  I never went over budget as

11 far as I remember, and you know, we reviewed the

12 budgets I think almost every month.

13   MR. TARLOW: Let's take a very short

14 bathroom break.

15   (A brief recess was taken)

16   MR. TARLOW: We're back on the record.

17  BY MR. TARLOW:

18 Q. I want to go back to Jim Monahan's demotion

19 of you.  What did he tell you, how did he explain

20 it?

21 A. That there was a general flattening of the

22 organization, and essentially they were reducing

23 the management ranks.

24 Q. So it wasn't personal to you as he described

JANEY ASSOCIATES

1           for the function and sell programs, as you need to

2           do in that function.

3   Q.       Something she should have been able to do in

4           that stage in her career?

5   A.       I'd say she should've been able to do it.

6           She was more of a tactical person rather than, I

7           believe, program manager.

8   Q.       I apologize if I've forgotten and you have

9           told me this.  What was Deb Guynn's actual

10          function, what was she working on?

11  A.       She had a job comparable to mine, she was an

12          IMC strategist.

13  Q.       Just for a different business line?

14  A.       Yeah.

15  Q.       Her business line was what?

16  A.       Networking.

17  Q.       And if we have a group that includes

18          Rossiter, Guynn, Milos, Spilke and Weaver, who in

19          your estimation is the weakest performer of the

20          group?

21  A.       Probably Weaver.

22  Q.       Do you know who Rob Rohrer is?

23  A.       Yes.

24  Q.       Who is he?

JANEY ASSOCIATES

```
 1          so I guess the question is in light of that fact

 2          would you agree that you received this document

 3          prior to leaving the employ of the company?

 4                    THE WITNESS: I must have.

 5                    BY MR. TARLOW:

 6     Q.             But your recollection is that at the end of

 7          your tenure under Pat McGloin that Weaver was not

 8          reporting to Rohrer, but was reporting directly to

 9          McGloin?

10     A.             That was my recollection and if Weaver --

11          that was my recollection.

12     Q.             And I will tell you my understanding is, for

13          what it's worth, that Weaver, Milos and Spilke all

14          did report to Rob Rohrer.

15     A.             There might've been a change at the very end

16          that I'm not recalling right now because after

17          November 28th, when I got my layoff, I'm fuzzy on

18          the details.

19     Q.             Do you have any reason to believe that Rob

20          Rohrer has an animus against older workers?

21     A.             My association with Rob was one of impatience

22          on his part when he was dealing with me, and I

23          don't know that we were real comfortable with one

24          another.  And I don't know that it was just his
```

JANEY ASSOCIATES

```
 1              personality or whether it was a reaction to me, but

 2              I always felt that he was uncomfortable in dealing

 3              with me, and I didn't know what the reason was.  I

 4              felt that at some point he may have had some

 5              stereotypes that he was dealing with as well

 6              because he was a younger guy.

 7    Q.        Would you say you focused heavily on people's

 8              stereotypes or potential stereotypes about your age

 9              in the workplace?

10    A.        I felt that there were stereotypes that were

11              in effect as far as older employees were concerned

12              there because most of the people that worked there

13              were quite young.

14    Q.        Were most of the people who worked in the MD

15              marketing organization quite young?

16    A.        They were all younger than me.  Not all of

17              them were quite young, but a lot of them were, as

18              what I believe I said, and they were all younger

19              than I was.

20    Q.        So Rob Rohrer exhibited impatience in his

21              dealings with you and you weren't sure whether that

22              was just his style, someway in which you and he

23              didn't click, or maybe he had stereotypes that

24              related to your age?
```

JANEY ASSOCIATES

139

```
1   A.              I felt it was more of the latter, but he

2                never made any explicit statements to me.  I had

3                approached him on a possible position within the

4                web group because that was really the future of

5                communications and he was completely disinterested

6                even though I had a lot of background in promotion

7                and creative development.

8   Q.              What position was this?

9   A.              Well it was an open -- there wasn't a

10               specific position at the time.  There may have

11               been.  But I had indicated to him that I was

12               interested in taking on ad hoc assignments that I

13               could help him with in the web area to gain more

14               experience, so I wasn't increasing his head count.

15               And I had the ability to do it because it involved

16               writing, it involved graphic development and things

17               like that, I could do all that.  Completely

18               disinterested.

19  Q.              What did he say?

20  A.              I believe he didn't even respond to the

21               e-mails that I had sent him on it.

22  Q.              When was this?

23  A.              I would say it was maybe a year or two before

24               the layoffs.
```

JANEY ASSOCIATES

140

1    Q.        Was there a job that was open that you were

2              applying to get, or was this more you wanted him to

3              give you ad hoc assignments?

4    A.        He was building his organization at the time

5              and I think he did have some job openings but they

6              were more of a technical nature.  I approached him

7              on the basis of I'm interested in getting some web

8              experience and I'll take this on as an added

9              assignment without increasing your head count, and

10             here are the things I can do, which he needed.

11   Q.        So you didn't want those open jobs, they

12             really were not right for you?

13   A.        They were technical jobs and not appropriate

14             for my background.

15   Q.        Do you know who did the selection worksheets

16             for Milos, Spilke and Weaver?

17   A.        I don't.

18   Q.        Other than the impatience that you felt with

19             Rob Rohrer when you had some interactions with him

20             or his not responding to your e-mail, did he ever

21             do anything else that you thought exhibited a

22             discriminatory bias against older workers?

23   A.        He didn't give me the time of day as far as

24             my interest in getting associated with some of the

1          anybody else in a way that you thought exhibited an

2          animus towards older workers?

3    A.    You mean Rohrer?

4    Q.    Yes, Rob Rohrer?

5    A.    Not that I saw.

6    Q.    Do you know how old he was?

7    A.    No, I don't.

8    Q.    IBM's performance evaluation process, which

9          ultimately results in a PBC rating, was that in

10         existence basically during your entire tenure?

11   A.    No, I believe it was adopted after my first

12         year there.

13   Q.    Were you rated in your first year on some

14         other scale or through some other process?

15   A.    Well maybe my first rating was done in the

16         PBC process.  I think they may have changed it half

17         way through the year and then at the end I was

18         rated, I think.

19   Q.    Do you recall the rating scale?

20   A.    It was the same, it was one to four, four

21         being the lowest.

22   Q.    During the period in which you reported to

23         Mr. Black and Mr. Monahan do you recall what your

24         ratings were?

1    A.        I believe my first rating with Mr. Monahan

2              was a three.

3    Q.        Mr. Black never rated you because you didn't

4              remain under him for a full period of --

5    A.        I don't believe he did.

6    Q.        You have to let me finish the question no

7              matter ham-handed it is.

8    A.        I thought you were done.

9    Q.        Did you receive three ratings in all of the

10             years in which Mr. Monahan rated you?

11   A.        I may have.  I'd have to look at the record.

12   Q.        I am going to represent that it is my

13             understanding that you did.

14   A.        Okay.

15   Q.        Do you recall being satisfied with your

16             ratings under Mr. Monahan?

17   A.        I was not satisfied.

18   Q.        Was a three rating, in your estimation, a

19             good rating?

20   A.        No.

21   Q.        And do you recall what your first rating was

22             by Ms. McGloin?

23   A.        I don't at this point.

24   Q.        I'm going to suggest again that it was a

144

1        three.

2   A.        Okay.

3   Q.        You don't have to remember that and maybe you

4            don't.  Do you recall being satisfied with her

5            first rating of you or do you not have a clear

6            recollection of that?

7   A.        No, I mean, I was not satisfied with it, no.

8   Q.        Do you recall what she rated you in the final

9            two years in which she did your ratings?

10  A.        I believe they were two's.

11  Q.        Were you satisfied with those?

12  A.        Yeah, I think so.

13  Q.        Okay.  I'm going to enter some documents, I

14           think we'll just do them as a package to make it

15           easier.  I am going to do your '97, '98, '99 and

16           2000 PBC's.

17                MR. POWERS: Can you start with the

18           Bates Stamp, I know that No. 6 was marked 430.

19                     (The documents above-referred

20                      to were marked Deposition

21                      Exhibit No's. 6 and 7 for

22                      Identification)

23                MR. TARLOW: No. 8 begins with Bates

24           Stamp No. 101.  It is the PBC for 2000.  And you

                    JANEY ASSOCIATES

155

```
 1    Q.          And how big an element of her job was that?

 2    A.          I don't know, but the branding was certainly

 3                a big part of the job that she had to do.

 4    Q.          You list in your Answers to Interrogatories

 5                and maybe in your Complaint, as well, I don't think

 6                it's just an answer to your interrogatories a

 7                series of jobs that you think you should have been

 8                given an opportunity to fill and weren't.  At least

 9                that's what I take from the allegation.  I just

10                want to ask you about the job and tell me, so I can

11                understand really what job you are talking about.

12                Director Integrated Marketing Communications

13                Technology Group, whose job was that?

14    A.          Ed Abrams.

15    Q.          That was Pat McGloin's boss before Mark

16                Lefebre?

17    A.          Yes.

18    Q.          So you should have had Pat McGloin's bosses

19                job?

20    A.          Yes.  Well I should have had the opportunity

21                to compete for it.  I'm not saying that any of this

22                should've been handed to me, I just wanted the

23                opportunity to compete for it.

24    Q.          How old a man was Ed Abrams?
```

```
 1   A.          Maybe late 30's.

 2   Q.          And then there is IBM Microelectronics

 3               Integrated Communications Manager, what job was

 4               that?

 5   A.          I believe that was the McGloin.  That

 6               might've been the McGloin position.

 7   Q.          Who had filled that job before Pat McGloin?

 8   A.          Monahan.

 9   Q.          And that job was not posted?

10   A.          No.  Not to the best of my knowledge.

11   Q.          Microelectronics Events Manager?

12   A.          That's the Marge Oppold position that I

13               mentioned earlier.

14   Q.          Microelectronics Collateral Manager?

15   A.          That was the Kathleen Spilke position.

16   Q.          You wanted Kathy Spilke's job?

17   A.          I wanted the opportunity to compete for it.

18   Q.          That hadn't been posted?

19   A.          I don't believe it was.

20   Q.          Power PC Marketing Communications Manager?

21   A.          Yeah, that was a job that opened up in North

22               Caroline, I believe, and was filled.  I can't

23               recall whether that was posted or not.

24   Q.          Who was it filled by, do you know?
```

1   A.        She was existing when Abrams came in.

2   Q.        But you said one of your complaints is that

3             you should have been given or given the opportunity

4             to --

5   A.        I believe there was a gentleman who was the

6             marketing manager for a time that preceded Lefebre,

7             his name was Jessie Parker and he appointed

8             McGloin.

9   Q.        And Pat McGloin hired Marge Oppold into her

10            Events Manager position, or do you not know?

11  A.        Oppold preceded McGloin.  Oppold was working

12            in the group prior to McGloin coming in.

13  Q.        So who hired her into her position?

14  A.        I don't know.

15  Q.        Well I thought you had a problem with the

16            fact that you were not given an opportunity to

17            apply for or given the job that Oppold was given?

18  A.        Oppold was moved from a tactical implement to

19            a manager position with no posting.  I was capable

20            of doing that job.

21  Q.        Who did that, who moved her?

22  A.        I believe it might've been McGloin, but I'm

23            not certain.  But it was during that watch, it was

24            during McGloin's watch.

JANEY ASSOCIATES

1          do this one.   The Answer to Interrogatories, we'll

2          go to that list.

3     A.        Okay.

4     Q.        The second one listed is the Corporate Events

5          Operations Manager?

6     A.        Yes.

7     Q.        Whose position was that?

8     A.        That was a corporate job that was being

9          sourced by this gentleman here, James --

10              MR. POWERS: The question, I think, was

11         who got the job, right?

12              THE WITNESS: I don't know because this

13         was a job that I was actively pursuing at the in

14         between time of my notification and departure, and

15         we ran out of time.   This job had been posted.

16              BY MR. TARLOW:

17    Q.        The third one listed is Technology Group

18         Events Manager, what job is that?

19    A.        That was the Oppold job.

20    Q.        And that's going from tactical to manager and

21         that happened under Pat McGloin?

22    A.        I believe so, yes.

23    Q.        The next one listed is Technology Group

24         Collateral Manager, whose job is that?

161

```
 1    A.          I believe this was the Spilke position and
 2          this was not posted.
 3    Q.          I thought she had a mixed job that wasn't as
 4          broad as yours?
 5    A.          It was a function that I had performed and
 6          was capable of doing.
 7    Q.          When did she get that job?
 8    A.          I don't recall a time, but it had to be a
 9          year and a half into McGloin's tenure.
10    Q.          And you would have wanted that job over the
11          job you had?
12    A.          I would've wanted to compete for it and be
13          considered for it.
14    Q.          Would you have taken it if you were offered
15          it?  This is not an academic exercise.
16    A.          No, I know.  All things being equal, I might
17          have been interested in taking it because I had
18          done it before and enjoyed the work.
19    Q.          And what advantages did it have over your
20          job?
21    A.          It was more focused.  It would've given me
22          more opportunity to work with graphic designers
23          that I had a lot of experience prior and enjoyed.
24    Q.          Do you think your qualifications were
```

JANEY ASSOCIATES

162

1          superior to Kathy Spilke's?

2    A.     On an overall basis, yes.

3    Q.     I mean for this job?

4    A.     Yes, I do.

5    Q.     The next one listed is Power PC Marketing

6          Communications Manager and/or Programs Manager?

7    A.     This was a position filled by Cindy Puttlitz.

8          I believe it was posted.  I had been the Power PC

9          MARCOM Manager.

10   Q.     When?

11   A.     When I was first hired in 1995.  And this was

12         the replacement for Karen Smith who wasn't

13         performing well in her job so they created this

14         position within the business line, and put Puttlitz

15         into it.

16   Q.     How old was Cindy Puttlitz?

17   A.     Late 20's, early 30's.

18   Q.     Who is "they", who did that?

19   A.     Wendy Arnette.

20   Q.     When did this occur?

21   A.     Probably midway through McGloin's tenure.

22         Prior to my being laid off.  Maybe actually a

23         little bit later than that.  This was probably a

24         little closer to the layoffs.

JANEY ASSOCIATES

1    Q.            And had you had the opportunity to compete

2               for the job or had been offered this job you would

3               have left yours and taken this job?

4    A.            I may not have.

5    Q.            Where was this job located?

6    A.            It was in North Carolina, I believe.

7    Q.            Were you willing to move from New Hampshire

8               to North Carolina?

9    A.            No, but Puttlitz did the job and she stayed

10              in Burlington.  So I could've worked in Burlington,

11              which I had done before.  It wasn't necessary to

12              work in North Carolina.

13    Q.         Okay.  But you might not have taken this job

14             anyways?

15    A.         I might not have, but I at least wanted the

16             chance to look at it and compete for it.

17    Q.         What advantages did the job have over the one

18             you were doing?

19    A.         Well they ended up getting into a lot of

20             consumer products, game devices.  And they were

21             working with some of the high end retailer -- high

22             end technology, retail technology companies.  And I

23             thought that might've been fun to do that.

24    Q.         Did your job have any advantages over this

1          job?

2   A.          Not necessarily.  No, I don't think so.

3   Q.          And the next one listed is Technology Group

4           Interactive Marketing Manager, is that right?

5   A.          You missed one.

6   Q.          Which one did I miss?

7   A.          Technology Group Brand Marketing and

8           Corporate Programs.

9   Q.          Technology Group Brand Marketing and

10           Corporate Programs Manager?

11   A.          Yes.

12   Q.          Whose job was that?

13   A.          This was the McNerney position.

14   Q.          The next one is Technology Group Interactive

15           Marketing Manager?

16   A.          Yes.

17   Q.          Whose job?

18   A.          This was Rob Rohrer.

19   Q.          And you were qualified for that job?

20   A.          I believe I was and had actually started the

21           first interactive website for the division when the

22           internet first came on the scene.

23   Q.          What had you started when the internet first

24           came on the scene?

JANEY ASSOCIATES