# ATTACHMENT A-1

# In The Matter Of:

*Dennis Rossiter,    v.*
*International Business Machines Corp.*

---

*Dennis Rossiter*
*Vol. 2, December 22, 2004*

---

*JANEY ASSOCIATES*
*Court Reporting Services*
*P.O. Box 365355*
*BOSTON, MA  02136-0003*
*(617) 364-5555    FAX: (617) 364-5550*

*Original File ROSSITER.ASC, 142 Pages*
*Min-U-Script® File ID: 2485182334*

**Word Index included with this Min-U-Script®**

Dennis Rossiter
Case 1:04-cv-10069-DPW    Document 20-4    Filed 05/04/2005    Page 3 of 109
International Business Machines Corp.

Dennis Rossiter
Vol. 2, December 22, 2004

II
1 - 142
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS ROSSITER, *
            Plaintiff *
- vs. -        * C.A. No. 04 CR 10069DPW
INTERNATIONAL BUSINESS MACHINES *
CORPORATION, *
            Defendant. *

DEPOSITION OF DENNIS ROSSITER, a witness called by and on behalf of the Defendant, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Lynn S. Burns, a Notary Public in and for the Commonwealth of Massachusetts, at the offices of PRINCE LOBEL GLOVSKY & TYE, LLP, 285 Commercial Street,
Boston, Massachusetts, on Wednesday, December 22, 2004, commencing at 10:05 a.m.

Page 2

APPEARANCES
  Kevin G. Powers, Attorney at Law, Law Offices of ROGERS, POWERS & SCHWARTZ LLP, 18 Tremont Street, Boston, Massachusetts, 02108, (617) 742-7010; on behalf of the Plaintiff.
  Daniel S. Tarlow, Attorney at Law, Law Offices of PRINCE LOBEL GLOVSKY & TYE, LLP, 585 Commercial Street,
Boston, Massachusetts, 02109, (617) 456-8130; on behalf of the Defendant.

Page 3

INDEX
Deposition of:                        Page
DENNIS ROSSITER (Vol. II)              4
Exhibits                             Page
#11 (Job Posting Overview)             7
#12 (Individual Development Plan)     38
#13 (Skills List by Job Level)        57
#14 (Awards Form Summary)             79
#15 (Awards Form Summary)             79
#16 (Packet of e-mails)               80
#17 ("Open Door" Policy)             105
#18 ("Speak Up" Policy)             105
#19 (Personal Business Commitments, 1997)  139
REQUEST FOR DOCUMENTS ........ Page 110, Line 24
REQUEST FOR DOCUMENTS ........ Page 125, Line 13

Page 4

[1] PROCEEDINGS

[3] MR. TARLOW: The witness is still sworn, [4] and we'll have the same stipulations.

[5] MR. POWERS: Yes.

[6] (Whereupon, DENNIS ROSSITER, having duly [7] affirmed that his testimony would be the truth, the [8] whole truth and nothing but the truth, testified as [9] follows in answer to direct interrogatories:)

[10] BY MR. TARLOW:

[11] Q: And the same question I asked last time, are [12] you taking any medications that might impair your [13] ability to understand?

[14] A: No, I'm not.

[15] Q: And you'll try to listen to my whole question [16] and wait until I've finished as best you can. [17] Okay.

[18] When we finished last time, we were talking [19] about a series of jobs that you had raised in your [20] Complaint and your Answers to Interrogatories.

[21] I have a general question. During the tenure [22] of your employment at IBM, up until the time that [23] what's called the MERA, the resource action that — [24]

really, the layoff that resulted in your layoff —

Page 5

[1] was announced, had you applied for any internal [2] jobs?

[3] A: I believe I did at certain times.

[4] Q: And do you recall what those jobs were that [5] you applied for?

[6] A: Just to clarify, are you talking prior to [7] getting the MERA package?

[8] Q: Yes. Prior to the announcement that there was [9] going to be a layoff or that you were selected for [10] the layoff.

[11] A: I might have had one conversation with — an [12] informational conversation with a potential hiring [13] manager.

[14] Q: Do you recall who that was and what the job [15] was?

[16] A: I don't.

[17] Q: And were there any jobs in the marketing [18] discipline or field that were posted of a [19] managerial level during your tenure?

[20] A: I don't recall any.

[21] Q: So you never applied for any jobs internally [22] before the announcement of the resource action.

[23] A: I don't recall specifically at this time.

[24] Q: Did you apply for any external jobs from the

Page 6

[1] beginning of your tenure at IBM until you were told [2] of your selection for the layoff? I don't mean [3] after you were told.

[4] A: I don't believe so, but I'm not positive.

[5] Q: I'm just going to go back and talk about each [6] of the jobs, just because I need to drill down as [7] far as I can with you to understand those jobs that [8] you've brought into issue and everything you know [9] about them.

[10] So the first job, at least the first job on [11] the list, as I have it, is the Director of [12] Integrated Marketing Communications Technology [13] Group job, which was the one filled by Ed Abrams. [14] Is that correct?

[15] A: That's correct.

[16] Q: And is it your testimony that that was not [17] posted?

[18] A: To the best of my knowledge, it was not.

[19] Q: And are you aware whether it was required to [20] be posted under IBM's policy, its job posting [21] policy?

[22] A: I'm not aware of whether it should have been [23] posted, but I believe it should have been. My [24] understanding

of the policy is that all job

Page 7

[1] openings are supposed to be posted.

[2] Q: And were you familiar with the policy during [3] the course of your employment? I don't mean since [4] you left and have gotten involved in the [5] litigation, but while you were there.

[6] A: On a general level, yes.

[7] Q: I'd like to show you a document. This is [8] something that we produced; "we," that is IBM [9] produced this in the case.

[10] MR. TARLOW: Would you please mark this [11] as the next Exhibit.

[12] (The document above referred to was [13] marked Deposition Exhibit No. 11 for [14] identification.)

[15] BY MR. TARLOW:

[16] Q: I'm showing you No. 11, and I'll ask you if [17] you recognize it.

[18] A: It appears to be a job posting overview [19] created by IBM.

[20] Q: And do you know if this was the policy that [21] was in existence when you were at IBM or at any [22] time you were at IBM?

[23] MR. POWERS: Objection.

[24] THE WITNESS: I don't know when this was

Page 8

[1] in effect.

[2] BY MR. TARLOW:

[3] Q: I'm going to ask you to turn — I'm not going [4] to ask you to read the whole document, although you [5] are free to do so, Bates stamped 1310. And this is [6] under the heading, "Types of openings posted."

[7] Were you familiar with this aspect of the [8] policy when you were at IBM?

[9] A: Not to this level of detail, I was not.

[10] Q: Is a director's level job above a Level 10, in [11] your understanding, or a Band 10?

[12] A: I don't know what the band is for a director [13] at IBM.

[14] Q: And I want to give you my best estimate, [15] if you would, of when Ed Abrams was hired into that [16] position.

[17] A: Other than during my time at IBM, I don't [18] recall the date.

[19] Q: You can't place it with any — I mean [20] obviously that covers a six-year period. You can't [21] place it any better than that?

[22] A: No, I can't. I'd be speculating. I don't [23] remember the date.

[24] Q: Who was he replaced by in that job?

Page 9

[1] **A:** The group was disbanded, and he was not [2] replaced, to my under-standing.

[3] **Q:** Okay. And by the time Mark LeFavre joined the [4] M.D. Marketing organization, Ed Abrams was already [5] out of this job that we're talking about?

[6] **A:** I believe so.

[7] **Q:** And Ed Abrams had been Pat McGloin's boss [8] before Mark LeFavre?

[9] **A:** Yes.

[10] **Q:** Was Ed Abrams Pat McGloin's boss when she [11] became your boss?

[12] **A:** When she became my boss, no.

[13] **Q:** Who was her boss at that time?

[14] **A:** I believe it was an employee named Jesse [15] Parker, to the best of my knowledge.

[16] **Q:** And that would have been basically the [17] beginning of 1998 when she took over management of [18] you, correct?

[19] **A:** I don't know the date.

[20] **Q:** She did your PBC rating for 1998, correct? [21] Monahan did not.

[22] **A:** I'd have to look at the documents to determine [23] that. I don't recall when she took over.

[24] **Q:** How soon into your tenure under Pat McGloin

Page 10

[1] did she begin to report to Ed Abrams, [2] approximately? Was it a matter of months, years?

[3] **A:** I don't really recall.

[4] **Q:** And who was the hiring manager who hired Ed [5] Abrams into this Director of Integrated Marketing [6] Communications position?

[7] **A:** I don't know who hired him. There was a vice [8] president of marketing for the Technology Group. I [9] assume he had something to do with it, but I don't [10] recall his name.

[11] **Q:** And do you contend that the non-posting of [12] this position was directed at you personally?

[13] **A:** No.

[14] **Q:** Did it affect only you that it wasn't posted?

[15] **A:** No.

[16] **Q:** Did it affect only older workers that it [17] wasn't posted?

[18] **A:** In my instance, it did.

[19] **Q:** Well, it affected you, but were you the only [20] person it affected?

[21] **A:** I can't speculate on that, I don't know. It [22] may have.

[23] **Q:** It may have because you might have been the [24] only other person

Page 11

interested in the job?

Page 11

[1] **A:** Well, I would have to know who else was [2] considered and what their ages were. The [3] environment was that they were not considering [4] older employees at that time. At least in my case [5] that was true. It may have been the case for other [6] older employees with similar experience.

[7] **Q:** But isn't it true if it wasn't posted, anyone [8] else who was interested would be — who might have [9] been interested but didn't know about it until [10] after the fact would have been in the same boat as [11] you?

[12] **A:** Are you telling me it was not posted?

[13] **Q:** You're the one who said it wasn't posted. You [14] were there, I wasn't.

[15] **A:** Okay.

[16] **MR. POWERS:** Why don't you just ask the [17] question.

[18] **BY MR. TARLOW:**

[19] **Q:** The whole premise of this claim that you have [20] brought is that it wasn't posted.

[21] **MR. POWERS:** Just ask the question, which [22] is —

[23] **BY MR. TARLOW:**

[24] **Q:** Okay. We'll get back into the moment. I

Page 12

[1] believe the question was: if it wasn't posted, as [2] you have testified, that would have affected anyone [3] who was interested in the job and didn't know about [4] it until after the fact in the same way that it [5] affected you, they would have been in the same boat [6] as you, correct?

[7] **MR. POWERS:** Objection. Go ahead.

[8] **THE WITNESS:** I believe my testi-mony was [9] that I didn't know when it was posted. I do not [10] recall knowing it was posted or seeing a posting on [11] it.

[12] **BY MR. TARLOW:**

[13] **Q:** So it might have been posted.

[14] **A:** It might have been posted, it might not have [15] been.

[16] **Q:** Well, if it was posted, why didn't you apply [17] for it?

[18] **A:** I believe the hiring of Ed Abrams was done [19] relatively quickly. Sometimes at IBM they would [20] have candidates ready, post the job, and then fill [21] it almost immediately to circumvent a requirement. [22] Not all people were considered for the job as a [23] result.

[24] **Q:** So sometimes it would be posted and filled

Page 13

[1] quickly to circumvent what re-quirement?

[2] **A:** The requirement of considering all applicable [3] candidates for the posi-tion. "Applicable" meaning [4] having the experience and the skills and the [5] performance history to do the job.

[6] **Q:** How long was it supposed to be posted before [7] someone was hired?

[8] **A:** I don't know that. We'd have to look at IBM's [9] policy on this.

[10] But the policy was that the people be [11] considered for — a job was posted and people could [12] apply and be considered. And sometimes these were [13] done very quickly, and the door closed almost [14] immediately.

[15] **Q:** Can you give me examples of this circumvention [16] of the posting re-quirement through hiring very [17] quickly?

[18] **A:** No, I can't, but I'm sure we could probably [19] get some information on that. But I don't have it [20] right here.

[21] **Q:** And what were your qualif-ications for this job [22] as compared to Ed Abrams?

[23] **A:** I'd been a director of com-munications at a [24] couple of Fortune 500 companies, including Exxon

Page 14

[1] Corporation and Wang Laboratories. I had the [2] management scope and experience to do the job and [3] was very well qualified, well schooled, in what was [4] required for that position.

[5] **Q:** What were Ed Abrams' qualif-ications as [6] compared to yours?

[7] **A:** I don't know. Let me just amend that. I [8] believe at that time that his qualifications were [9] less than mine as far as the scope of what he had [10] done in his prior career.

[11] **Q:** How do you know that?

[12] **A:** At the time, I believe, Ed had come out of [13] another division within IBM and had not a [14] comparable position to ones that I had held. But [15] I'd have to go back and look at the details of his [16] resume. I don't have those in hand right now.

[17] But as I recall at the time, I don't believe [18] he had the comparable skills.

[19] **Q:** And isn't it true that at the time this job [20] was filled, you had received only three ratings in [21] your PBC's at IBM, correct?

[22] **A:** When was this?

[23] **Q:** You haven't been able to give me a date, I [24] don't know.

Page 15

[1] **MR. POWERS:** Well, then he can't an-

swer [2] the question.

[3] THE WITNESS: I don't know how to [4] it.

[5] BY MR. TARLOW:

[6] Q: Well, we know it wasn't 2001, right? He was [7] not in that position in 2001, was he?

[8] A: Again, I don't recall when he was put into [9] that position.

[10] Q: Isn't it true that at the time that this [11] position opened up, you had received either [12] exclusively or mostly three rankings, and you had [13] been demoted from a ten to a nine —

[14] MR. POWERS: Objection.

[15] BY MR. TARLOW:

[16] Q: — isn't that accurate?

[17] A: At the time of Ed Abrams getting that job, I [18] don't recall whether I was, at that point, a three [19] performer or not. My performance ratings exceeded [20] commitments during the time that he was in the job.

[21] Q: And how were you harmed by not getting this [22] job that Ed Abrams got?

[23] A: Well, it was a great job, it was an excellent [24] opportunity within IBM, a job that I had

---

Page 16

[1] demonstrated for other companies that I had handled [2] with a high success rate. And from a career [3] standpoint, it was a lost opportunity for me.

[4] Q: Do you have any idea what that job paid that [5] he got?

[6] A: No. More than what I was making, but I don't [7] know what it was.

[8] Q: The next job was the Technology Group Events [9] Manager position, and that was a job filled by [10] Marge Oppold, O-P-P-O-L-D, correct?

[11] A: That's correct.

[12] Q: And that job was or was not posted?

[13] A: I don't believe it was posted.

[14] Q: Did you apply for it?

[15] A: If it was not posted, I didn't apply for it.

[16] Q: And if it was posted, did you apply for it?

[17] A: I don't believe it was posted.

[18] Q: The answer is you didn't apply for it, [19] correct?

[20] A: I didn't apply for it because I didn't know [21] about it.

[22] Q: How did that job relate to what Oppold was [23] already doing in her function just prior to taking [24] that job?

---

Page 17

[1] A: She had been working in the events area, doing [2] events for the division.

[3] Q: Was this an expansion of what she was doing in [4] some way?

[5] A: It would have been, yes.

[6] Q: Was there a requirement that this job be [7] posted?

[8] A: I'd have to check the policy. I would — I'm [9] not going to speculate. I would assume it was [10] supposed to be posted.

[11] Q: And when did she obtain this job?

[12] A: It was in the same time frame that the [13] technology group was formed, but I don't recall the [14] dates.

[15] Q: And who hired her into this job?

[16] A: I'm not positive at this point. It may have [17] been Ed Abrams.

[18] Q: What was your relationship like with Ed [19] Abrams?

[20] A: What do you mean by "relationship"?

[21] Q: Did you have any dealings with him?

[22] A: Occasionally.

[23] Q: How did he treat you in those dealings?

[24] A: I didn't deal with him that much, but when I

---

Page 18

[1] did, it was usually on a business basis, and we [2] dealt with a business issue.

[3] Q: Did he treat you with respect in those [4] dealings?

[5] A: He wasn't rude to me, if that's what you mean, [6] disrespectful. He was a much younger guy, but —

[7] Q: Do you have any reason to believe that Ed [8] Abrams had an animus against older workers?

[9] A: I think that there was an animus there, but it [10] may not have been manifested directly toward me, [11] but I didn't have that much dealings with him, so I [12] couldn't say.

[13] But the overall atmosphere in the group at [14] that time was against older people.

[15] Q: Again, I'm talking about Ed Abrams, just for [16] the moment —

[17] A: Okay.

[18] Q: — I'm not talking about generally. Did you [19] ever observe, or are you aware of, anything he did [20] that evidences an animus against older workers?

[21] A: Yes. He was appointing people to positions [22] that I was well qualified for. And I believe his [23] mind-set at that time may have been that he wanted [24] younger people in those jobs, even though I was

---

Page 19

[1] more experienced.

[2] Q: So you don't believe the Oppold job was [3] posted. Do you believe that its non-posting was [4] directed at you?

[5] A: Personally, no.

[6] Q: Did the non-posting affect only older workers [7] who might have been interested in that job?

[8] A: Would you repeat that, please?

[9] Q: Did the non-posting of that position affect [10] only older workers who might have been interested [11] in that job?

[12] A: Could we just go back a second. Would you ask [13] me the question again prior to this one, because [14] I'm not sure I understood it when you asked it.

[15] It was —

[16] Q: It was about Ed Abrams. I don't know the [17] question just before this one. I'm sorry, we can —

[18] A: I think the — well —

[19] Q: If you tell me what you think it was, I'll try [20] to help you.

[21] A: I believe your question was that —

[22] Q: Was it directed at you.

[23] A: Was it directed at me.

[24] Q: Yes.

---

Page 20

[1] A: In the appointment of Marge Oppold to this [2] position.

[3] Q: Yes.

[4] A: And I believe that there was an age factor in [5] Ed's decision to appoint Oppold, because I had [6] handled some of the largest events in the history [7] of the division, certainly well qualified for it. [8] And I was never approached, and I don't know why [9] they wouldn't do that.

[10] The only thing I can think about is that they [11] thought I was too old. That's the answer that I [12] want on the record.

[13] Q: So you do believe that the non-posting of this [14] position, if it wasn't posted, was directed at you [15] because of your age.

[16] A: I believe so, yes.

[17] Q: And my next question was: did the non-posting [18] affect only older workers or only you?

[19] A: It certainly affected me. I don't know if it [20] affected other older workers or not, because I [21] don't know who else might have been interested.

[22] Q: Did it affect any younger workers who might [23] have been interested?

[24] A: I don't know. I don't know.

---

[1] Q: And are you aware of any instances of Ed [2] Abrams' age animus with respect to any older [3] workers other than you?

[4] MR. POWERS: Do you mean did he [5] demonstrate any animus towards any other older [6] workers?

[7] MR. TARLOW: Right.

[8] BY MR. TARLOW:

[9] Q: Other than you.

[10] A: I don't know.

[11] Q: And did he ever say anything, or did you ever [12] hear that he said anything, that evidenced the age [13] animus that you are accusing him of?

[14] A: Did he say anything, is that the question?

[15] Q: Yes.

[16] A: He never said anything to me about it.

[17] Q: And did you ever hear from anybody else or [18] through any other source that he had said something [19] that evidenced an animus against older workers?

[20] A: At this point I don't know whether he did or [21] not.

[22] Q: You don't recall anything.

[23] A: I don't know whether he did or not. I don't, [24] at this point — I think my answer is: I don't

Page 22

[1] know whether he did or not. That's my answer.

[2] Q: Were there other older workers who were in the [3] groups that reported in to Ed Abrams?

[4] A: I don't have a roster of everyone, but I was [5] one of the oldest, if not the oldest, person in the [6] group.

[7] Q: I'm asking whether there were other older [8] workers, as you conceive of that term. That's a [9] term, I believe, you have used.

[10] A: There were older workers. Not older than me, [11] per se, but there were other older workers in [12] Abrams' group, yes.

[13] By "older," I'm assuming over forty, or what [14] do you mean by "older"?

[15] Q: Well, you said last time that everyone in Pat [16] McGloin's group was quite young. That's a [17] statement you made on the record. And I just want [18] to ask you: at the time that you left Pat's group, [19] or when you were laid off, you were fifty-nine, is [20] that right?

[21] A: Yes. [22] And I'm just going to ask you — may I just [23] interrupt for a moment? I'd like to check the [24] record eventually when we get the transcript as to

Page 23

[1] whether I said that everyone in Pat McGloin's group [2] was young. I believe I said that I was the oldest [3] person in her group.

[4] Q: Do you consider a fifty-four-year-old worker [5] to be an older worker?

[6] A: Yes.

[7] Q: I'm not talking legally. I'm not talking [8] about the line the law draws at age forty.

[9] A: I don't know how you define "older worker." [10] To me it's not chronological, and that's one of the [11] problems that I've had with age discrimination.

[12] Q: When you say "it's not chronological," what do [13] you mean by that?

[14] A: Well, it should — your evaluation or your [15] candidacy for a position should not be based on a [16] stereotype related to age. It should be based on [17] whether you have the skills, the experience, and [18] the wherewithal to get the job done.

[19] And my experience on repeated occasions at IBM [20] was that decisions were being made as a result of [21] the stereotypes that were held by the people making [22] the decisions.

[23] Q: And the reason why you think that Ed Abrams [24] directed or didn't post the position so that you

Page 24

[1] wouldn't be able to see it was because of what?

[2] A: You'll have to restate the question, because [3] I'm not quite sure what you're asking me.

[4] Q: You think that Ed Abrams did not post the [5] Marge Oppold position because he didn't want you to [6] be able to apply for it, correct?

[7] A: I don't know that. I don't know what Ed was [8] thinking. I know the results were that I was not [9] able to apply for the position.

[10] Q: So you don't believe that the non-posting of [11] that position was directed at you, Dennis Rossiter.

[12] A: I believe it was directed at excluding older [13] workers from being considered, because they did not [14] open the job to an open competition.

[15] Q: What older workers, other than you, did it [16] exclude?

[17] A: Anyone who was qualified and had the [18] experience for that position.

[19] Q: And who are we talking about, can you identify [20] anybody?

[21] A: I don't know who else would have — who would [22] have applied. It could

Page 25

have been anybody within [23] IBM.

[24] Q: Were there any younger workers who were

Page 25

[1] qualified for that position at IBM who didn't have [2] an opportunity to apply?

[3] A: I don't know.

[4] Q: And what was the harm to you in not getting [5] that position that Marge Oppold filled?

[6] A: Again, it was another opportunity to step up [7] into a bigger job from what I was doing, have an [8] increase in my salary and ...

[9] Q: Do you know what the increase in your salary [10] would have been?

[11] A: No.

[12] Q: The next job that we described last time was [13] the Technology Group Collateral Manager job, which [14] was filled by Kathy Spilke. Was that job posted or [15] not?

[16] A: I don't believe it was posted.

[17] Q: How did that job relate to what Spilke was [18] already doing?

[19] A: Spilke had been working in the Collateral area [20] primarily as a writer-editor in one division, which [21] was the Micro Electronics Division.

[22] Q: So was this job of Technology Group Collateral [23] Manager an expansion of her current job?

[24] A: It would have been an expansion of her current

Page 26

[1] position.

[2] Q: And was the non-posting proper under IBM's job [3] posting policy?

[4] MR. POWERS: Objection.

[5] THE WITNESS: If a job is open and it's [6] not posted, it's counter to IBM's policy.

[7] BY MR. TARLOW:

[8] Q: And you are not familiar with the exceptions [9] under the policy to the posting requirement, is [10] that correct?

[11] A: Well, you just showed them to me, so I am now.

[12] Q: But you weren't then.

[13] A: At the time, I was familiar with the posting [14] requirements for positions that if a job came open, [15] it had to be posted. That was my understanding of [16] the posting procedure at that time.

[17] Q: Where did you obtain that understanding?

[18] A: It was available to us on line. It was known [19] by all the employees.

[20] Q: The posting policy.

[21] A: Yes.

[22] Q: And when was Kathy Spilke hired into this job?

[23] A: At the same time that the Technology Group was [24] being formed, and as I told you earlier, I don't

---

Page 27

[1] recall that date.

[2] Q: And who hired her into that job?

[3] A: I don't know.

[4] Q: And do you believe that the non-posting of [5] that job was directed at you personally?

[6] A: Yes, I believe it was.

[7] Q: By whom?

[8] A: Whoever did the hiring.

[9] Q: But you don't know who that is.

[10] A: I don't recall at this point. It had to be [11] either McGloin or Ed Abrams, I believe.

[12] Q: And did the non-posting of this job affect [13] only you?

[14] A: No, it did not affect only me.

[15] Q: And did it affect only older workers?

[16] A: It included an effect on older workers.

[17] Q: But it would have affected any worker who [18] might have been interested in the job had it been [19] posted.

[20] A: I believe so, yes.

[21] Q: And what was the harm to you in not obtaining [22] this job?

[23] A: Similar to the other positions that we've [24] discussed earlier, I was not allowed to compete and

---

Page 28

[1] to advance my career by gaining one of these [2] positions. It was a job that I was well qualified [3] for, I had done before, and could have done for the [4] Technology Group. It was a lost career [5] opportunity.

[6] Q: How would it have advanced your career beyond [7] the job that you were already in?

[8] A: The Technology Group was a larger group [9] encompassing several other business organizations. [10] It was broader in scope and would have included a [11] higher level of work.

[12] Q: Did the Technology Group last?

[13] A: No.

[14] Q: When did it get disbanded?

[15] A: I don't recall the date.

[16] Q: So, for example, when the Technology Group got [17] disbanded, Oppold and Spilke came back to M.D., [18] correct?

[19] A: Yes.

[20] Q: Were you in the Technology

---

Group at some [21] point?

[22] A: No. Let me amend that. Our division was part [23] of the Technology Group. But there was a layer of [24] communications people at the Technology Group

---

Page 29

[1] level, which is the jobs that we've been [2] discussing: Ed Abrams, Marge Oppold, Kathy Spilke.

[3] And then there were division-level jobs, which [4] I held one of them.

[5] Q: Were you more qualified than Marge Oppold was [6] for the Technology Group Events Manager position?

[7] A: Yes, I was.

[8] Q: And what makes you say that?

[9] A: Well, just at IBM alone, I had done the [10] largest event in the history of the division for [11] two years consecutively, and it was at the National [12] Computer Conference in Las Vegas where we did an [13] enormous exhibit there.

[14] And then in prior positions I had done very [15] aggressive and comprehensive exhibition schedules. [16] I had a lot of experience in that field.

[17] Q: Were you more qualified than Kathy Spilke was [18] for the Technology Group Collateral Manager [19] position?

[20] A: Yes, I was.

[21] Q: And why do you say that?

[22] A: Well, for the same reason, that I had handled [23] broader communications activities related to [24] collateral development for major corporations.

---

Page 30

[1] Q: And your testimony is that Spilke and Oppold [2] filled those jobs at or about the time the [3] Technology Group was formed?

[4] A: I believe so. I don't recall the exact split [5] between Micro Electronics and Technology Group as [6] far as the timing is concerned on that, but there [7] was movement of Micro Electronics people into the [8] Technology Group which was an advancement for them.

[9] Q: And did you apply for the job that Cindy [10] Puttlitz, P-U-T-T-L-I-T-Z, filled?

[11] A: Which job are you referring to?

[12] Q: The Power P.C. Marketing Communications [13] Manager and/or Program Manager.

[14] A: No, I did not.

[15] Q: Why not?

[16] A: I didn't know about it.

[17] Q: But you testified it was posted.

[18] A: I did testify it was posted.

[19] Q: Yes.

---

[20] A: Well, if it was posted, I didn't see the [21] posting. I don't recall that it was posted.

[22] When did I say that?

[23] Q: You said it twice during the first day of your [24] deposition.

---

Page 31

[1] A: I'd have to go back and check the record on [2] that, because I don't believe it was posted.

[3] Q: And who hired her into that position?

[4] A: I can't recall the name of the manager at this [5] point.

[6] Q: I think you said on the first day you thought [7] it might have been Wendy Arnett?

[8] A: Yes, that's correct.

[9] Q: How old a person was Wendy Arnett, do you [10] recall, at that time?

[11] A: I believe early thirties. Well, I'm [12] speculating. I'm going to strike that. I don't [13] recall her age.

[14] Q: Do you recall whether she was older or younger [15] than forty-five at the time?

[16] A: She was younger than me by many years, but I [17] don't know her age.

[18] Q: Had you had any dealings with Wendy Arnett?

[19] A: Yes.

[20] Q: And how had those dealings been?

[21] A: They were professional and limited. She was [22] out of the area.

[23] Q: Do you believe that Wendy Arnett had an age [24] animus against older workers?

---

Page 32

[1] A: I don't know.

[2] Q: Did you ever observe or did anything ever come [3] to your attention that would lead you to believe [4] that she had an age animus against older workers?

[5] A: Again, I don't know that. I don't know what [6] was on her mind.

[7] Q: When was Puttlitz hired into this job?

[8] A: I can't recall the date.

[9] Q: And if it wasn't posted, do you believe its [10] non-posting was something that was directed at you [11] personally?

[12] A: I think that would have — I think it was [13] directed at me personally in that I was included in [14] a group of probably older people who wouldn't have [15] been considered for that position as a result of it [16] not being posted.

[17] Q: And did its non-posting affect only older [18] people or workers who might

---

have been interested in [19] the job?

[20] **MR. POWERS:** Objection.

[21] **THE WITNESS:** It could have included [22] older people, definitely. I don't know about who [23] or how many.

**Page 33**

[1] **BY MR. TARLOW:**

[2] **Q:** Its non-posting might have also affected [3] younger workers who would have been interested in [4] the job, correct?

[5] **A:** I don't know.

[6] **MR. POWERS:** Objection.

[7] **BY MR. TARLOW:**

[8] **Q:** What other older workers was Wendy Arnett [9] seeking to exclude, other than you?

[10] **A:** I don't know.

[11] **Q:** How did the job of Power P.C. Marketing [12] Communications Manager and/or Programs Manager [13] relate to what Cindy Puttlitz had been doing?

[14] **A:** This was a job that Karen Smith was supposed [15] to be doing. And Puttlitz replaced Smith in the [16] job.

[17] **Q:** My question was, though: how did this job [18] relate to what Puttlitz had been doing before she [19] took this job? Or maybe it didn't relate, maybe [20] you don't know.

[21] **A:** Puttlitz had been doing IMC at one time within [22] the division. Just prior to her taking this job, I [23] don't know what she was doing.

[24] **Q:** Was this job related to IMC work?

**Page 34**

[1] **A:** Yes.

[2] **Q:** Was this job basically IMC work?

[3] **A:** I recall that it was, yes.

[4] **Q:** And IMC work is Integrated Marketing [5] Communications, correct?

[6] **A:** That's correct.

[7] **Q:** And the next job that we discussed was the [8] Technology Group Brand Marketing and Corporate [9] Programs Manager, which was the job filled by Carol [10] McNerny, correct?

[11] **A:** Yes.

[12] **Q:** Do you recall when she filled that job?

[13] **A:** No, I don't. It was after the demise of the [14] Technology Group, and she was moved into our [15] division.

[16] **Q:** It was before the MERA.

[17] **A:** I believe it was after the MERA.

[18] **Q:** And the MERA stands for the Micro Electronics [19] Resource Action?

[20] **A:** Yes.

[21] **Q:** Just because we keep using it. [22] That is the layoff that you ended up

being [23] laid off, correct?

[24] **A:** That's correct.

**Page 35**

[1] (Pause.)

[2] **Q:** So your recollection is that McNerny filled [3] that job after you were notified of your selection [4] for layoff?

[5] **A:** My recollection is it was either shortly [6] before the layoff, I mean almost immediately [7] before, or after, but it was coincidental with the [8] layoff.

[9] **Q:** Do you have any idea what her title was before [10] that?

[11] **A:** No, I don't.

[12] **Q:** I want to go back to the Oppold and the Spilke [13] jobs and ask you the same question about both.

[14] **A:** How did the job that Oppold filled differ from [15] the job she was already doing?

[16] **A:** It was a much larger scope.

[17] **Q:** Because it was related to Technology Group?

[18] **A:** She had been basically doing tactical [19] implementation level work for Micro Electronics [20] Division. The Technology Group job was much more [21] strategic and much broader in scope.

[22] **Q:** How so broader in scope?

[23] **A:** Well, they were going to be positioning the [24] new Technology Group, and there was a whole

**Page 36**

[1] marketing plan behind that, which I won't go into [2] now. But that job would have been much broader [3] than what she had been doing before.

[4] **Q:** How did Spilke's job, the Technology Group [5] Collateral Manager job, differ from what she was [6] doing immediately prior to that?

[7] **A:** It's the same answer, that basically it was [8] broader in scope, more strategic.

[9] **Q:** The next job was the Technology Group [10] Interactive Marketing Manager job, which was the [11] one that was filled by Rob Rohr, correct?

[12] **A:** Yes.

[13] **Q:** And was that job posted?

[14] **A:** I don't believe it was.

[15] **Q:** How did it relate to what Rohr was already [16] doing before taking that job?

[17] **A:** I don't know what he was doing before he took [18] that job.

[19] **Q:** And is it your understanding that it should [20] have been posted, if it wasn't, under IBM's policy?

[21] **A:** Yes.

[22] **Q:** Do you recall when Rohr was hired?

[23] **A:** No.

[24] **Q:** Strike that. Do you recall when Rohr was

**Page 37**

[1] hired into that job?

[2] **A:** No.

[3] **Q:** Do you know who his hiring manager was?

[4] **A:** No, I don't.

[5] **Q:** And do you contend that its non-posting, that [6] is the non-posting of that job, was directed at you [7] personally?

[8] **A:** As included in the older group of workers, [9] yes.

[10] **Q:** Was it only directed at older workers?

[11] **A:** I don't know.

[12] **Q:** Had you ever put together a web site?

[13] **A:** We did the first web site for the division, I [14] had a fellow reporting to me that did it.

[15] **Q:** Who was that?

[16] **A:** Did the technical part of it. [17] I'm trying to think of his name at the moment. [18] It was several years ago.

[19] **Q:** Were you more qualified for this job than Rob [20] Rohr?

[21] **A:** I believe so.

[22] **Q:** What were his qualifications?

[23] **A:** I don't know what his experience or [24] qualifications were coming into the job, but it was

**Page 38**

[1] management position, more strategic than technical. [2] And I could have done the job.

[3] **Q:** You had actually been seeking assignments from [4] him to get experience in web-based marketing, [5] correct?

[6] **A:** That's right. I don't believe he had a [7] marketing background. I don't believe he had the [8] kind of marketing background that I had.

[9] **Q:** What do you understand of his background?

[10] **A:** Well, I believe it was more technical.

[11] **Q:** And was that an important qualification for [12] the job?

[13] **A:** For the job that he held, not necessarily, no. [14] Normally we would hire technical people to support [15] the manager.

[16] **Q:** I'm going to show you a document and ask you [17] to take a look at it.

[18] **MR. TARLOW:** Would you mark this, please.

[19] (The document above referred to

was [20] marked Deposition Exhibit No. 12 for [21] identification.)

[22] BY MR. TARLOW:

[23] Q: Would you take a look at it and tell me if you [24] recognize it.

**Page 39**

[1] A: Yes, I do.

[2] Q: And what is it?

[3] A: This is called an Individual Development Plan, [4] an IBM Individual Development Plan.

[5] Q: Did you play a role in preparing it?

[6] A: Yes, I did.

[7] Q: What part of it did you prepare? Or maybe you [8] prepared the whole thing.

[9] A: I prepared the first section marked as [10] "Goals."

[11] Q: Did you prepare the second section, "Skills [12] needed"?

[13] A: Yes, I believe I did.

[14] Q: And would you agree with me that as of [15] December 30th, 2000, you do not rate your Internet [16] marketing skills very highly?

[17] A: Where does it say that?

[18] Q: "Current skill level versus plan skill level"[19] in the "Skills needed" section.

[20] A: Where does it say "Internet marketing skills"?

[21] Q: Well, "Strategic use of WWW as marketing [22] medium, using WWW for market research feedback, [23] implementing web-based design, technical [24] understanding of WWW development slash design."

**Page 40**

[1] A: So your —

[2] MR. POWERS: He's pointing out — so the [3] question is —

[4] BY MR. TARLOW:

[5] Q: Isn't it true that you did not rate your [6] Internet marketing skills highly at this point?

[7] A: My Internet marketing skills were not rated on [8] here.

[9] Q: You said your current skill level is between a [10] zero and a two, and the skill level you hope to [11] have achieved would be four or five.

[12] A: You're mixing up the categories here. The —[13] you'll have to ask the question again, because [14] you're sort of mixing what's in here.

[15] Q: Did you fill out the current skill level [16] designations in the "Skills needed" section?

[17] A: Yes, I did.

[18] Q: And what do those numbers signify?

[19] A: If you compare the current skill level to plan [20] skill level, the two columns, it shows the movement [21] that you want to make, from a skills standpoint, in [22] this particular skill for this job.

[23] Q: Well, what does — for example, under [24] "Technical understanding of WWW development slash

**Page 41**

[1] design," you say your current skill level was zero.

[2] A: That's correct.

[3] Q: What does that mean?

[4] A: That means that the technical aspects of [5] maintaining a web site on a network needed to be [6] developed.

[7] Q: And you think the person who had the job that [8] Rob Rohr had, it would have been acceptable if that [9] person had had zero skills in understanding the [10] technical aspects of development and design?

[11] A: Well, as I said before, we hired technical [12] people to support the manager, so the manager could [13] have had a low level of technical skill.

[14] Q: Okay. So let's drop down to " Strategic use of [15] the worldwide web as a marketing medium."

[16] A: Yes.

[17] Q: You rate yourself a two.

[18] A: Yes.

[19] Q: What does that two mean?

[20] A: That's on a scale of zero to five, and I was [21] saying that I needed to develop in that area [22] further than what my current skills — what I felt [23] my current skills were.

[24] This was an emerging technology. It was

**Page 42**

[1] practically brand new in the division. None of us [2] had the in-depth knowledge that we needed, [3] including Rohr, to the best of my knowledge.

[4] And this is where I wanted to develop.

[5] Q: Well, a two means what exactly?

[6] A: It's a relative scale of zero to five, so it's [7] approximately halfway to the optimum skill level.

[8] Q: Five would be expertise?

[9] A: I don't know. This is IBM's skill level [10] nomenclature. It's a relative scale.

[11] Q: Well, if you go to the next page, I think the [12] actual scale is there. Do you see the bottom of [13] the next page?

[14] A: Yes.

[15] Q: The numbers that you inserted in the "Skills [16] needed" section are based on this scale.

[17] A: That's correct.

[18] Q: So a two means very limited experience, [19] limited ability to perform.

[20] A: That's what it says here.

[21] Q: And was this Individual Development Plan [22] approved by Pat McGloin?

[23] A: Her signature is on here as approving it.

[24] Q: Did you take any of the courses that are

**Page 43**

[1] outlined in the document?

[2] A: I took some on-line training.

[3] Q: Who provided that training?

[4] A: I don't believe Pat McGloin approved all of [5] these courses as far as spending the money. I took [6] the IBM on-line tutorial.

[7] Q: Well, she signed this document, but you're [8] suggesting she did not approve all three of the [9] courses?

[10] A: As I recall, she did not. But I can — I [11] would have to check that.

[12] Q: Well, wasn't there an earlier occasion when [13] you sought a $4,000.00 course, again in web-based [14] marketing, that wasn't approved?

[15] A: I recall it was not.

[16] Q: I'm just wondering if you're maybe mixing the [17] two events up. Or combining the two events.

[18] A: Well, I have to — I have no way of checking [19] at this point because I don't have these records [20] anymore, but I don't believe all of these courses [21] were approved. Or they may have been approved, but [22] at a later point we didn't spend the money.

[23] Q: So in the face of this self-assessment of your [24] skills in web-based marketing, you still maintain

**Page 44**

[1] that you were more qualified than Rob Rohr for the [2] job that he held.

[3] A: Well, I don't know what the time frame is of [4] this IDP relative to Rohr's appointment. This was [5] done in 2000. For all I know, Rohr may have had [6] less or the same skill set at that time. I don't [7] know when he was appointed.

[8] Q: And from the date of this document through the [9] end of your tenure at IBM, how much did your web- [10] based marketing skills advance?

[11] A: I didn't have the opportunity to exercise [12] them. I had asked Rob Rohr for assignments in this [13] area so that I could do that, and was rebuffed. I [14] didn't have the opportunity to exercise them.

[15] **Q:** The next job was the IBM Micro Electronics [16] Server Group Marketing Services Manager job which [17] was filled by Phil Bender, correct?

[18] **A:** Yes.

[19] **Q:** And you testified that you thought that job [20] had been posted.

[21] **A:** I did.

[22] **Q:** Are you asking — you are agreeing with that, [23] that you believe it was posted.

[24] **A:** I believe it was.

---

Page 45

[1] **Q:** Did you apply for it?

[2] **A:** I was — no, I didn't.

[3] **Q:** Why not?

[4] **A:** Because I was already doing that job for [5] another division.

[6] **Q:** So what is your complaint about that job, [7] then?

[8] **A:** It seemed to me to be a duplication of what I [9] had been doing, and seemed to be an opportunity [10] that I could have picked up his responsibilities [11] without having the added headcount within the [12] division.

[13] And as far as age is concerned, he is a much [14] younger guy, and I don't know why I wasn't [15] considered. The job was posted and filled, as I [16] recall, very quickly. He had a relationship with a [17] senior IBM manager, and I believe he was placed in [18] the job.

[19] **Q:** But you weren't interested in applying for [20] that job.

[21] **A:** As I recall at the time, the job was posted, [22] but we knew that they had already selected the [23] candidate. It was another one of these instances [24] where they posted and filled it immediately.

---

Page 46

[1] **Q:** However, I thought you indicated you weren't [2] interested in applying for that job.

[3] **A:** I wasn't interested in applying for the, [4] but I was interested in not being co-opted by a [5] younger guy who, I was already doing the job.

[6] **Q:** And how did he co-opt you?

[7] **A:** Basically a lot of what he was coming in to do [8] was a job that I had already been doing.

[9] **Q:** When did he fill that job?

[10] **A:** I don't recall.

[11] **Q:** So what effect did it have on your job once he [12] filled it?

[13] **A:** Well, we seemed to be doing a lot of the same [14] things in terms of what he was trying to do [15] internally within the business line and what I was [16] trying to do at the division level. And it seemed [17] to me to be a duplication of effort.

[18] **Q:** So who is it that created that job?

[19] **A:** It was created by the — as I recall, it was [20] created by the business line manager, whose name I [21] don't recall, but that Phil Bender was handpicked [22] by a senior IBM manager to go into the job.

[23] **Q:** And did that business line manager create that [24] job specifically to detract from Dennis Rossiter's

---

Page 47

[1] career?

[2] **A:** You'd have to ask him that.

[3] **Q:** I'm asking you.

[4] **A:** I don't know.

[5] **Q:** Is that your contention?

[6] **A:** I'm not contending that. Those are your [7] words. I'm contending that this was a duplication [8] that was unnecessary, and I was going to get co-[9] opted by a younger guy —

[10] **Q:** Did you end up —

[11] **A:** — with less experience.

[12] **Q:** Strike that. Did you end up getting co-opted?

[13] **A:** To a certain extent at the beginning, I did.

[14] **Q:** When is the beginning?

[15] **A:** Well, when Phil Bender first came on.

[16] **Q:** When is that?

[17] **A:** Whatever the date was. But just in the order [18] of events as they took place, we had to work out [19] who was doing what, and eventually we were able [20] to work it out. His job actually shifted away from [21] the IMC stuff.

[22] **Q:** So it ended up not being a problem for you?

[23] **A:** Eventually it was not. But in the beginning [24] it was.

---

Page 48

[1] **Q:** Okay. But I need — time frames matter a lot [2] in lawsuits because of statutes of limitations and [3] other reasons to want to understand when things [4] occurred.

[5] When approximately did Phil Bender fill that [6] job?

[7] **A:** Again, I don't have these dates. We can get [8] them from IBM, but I don't have them.

[9] **Q:** Can you even tell me the year?

[10] **A:** No.

[11] **Q:** Can you tell me whether it was in 2001?

[12] **A:** No, I can't.

[13] **Q:** If I went back further, you're not going to be [14] able to say in any given year you think it's that [15] year.

[16] **A:** No, I can't. We're three years into this [17] complaint against IBM, and a lot of these events [18] took place two or three years, four years prior to [19] that, a lot of these questions you're asking me. I [20] don't remember all these dates, but they can be put [21] together and constructed.

[22] **Q:** Did Phil Bender fill that job more than a year [23] before you left IBM?

[24] **A:** I believe he did.

---

Page 49

[1] **Q:** Did he fill that job more than two years [2] before you left IBM?

[3] **A:** I don't recall.

[4] **Q:** Did Rob Rohr fill the job of Technology Group [5] Interactive Marketing Manager more than a year [6] before you left IBM?

[7] **A:** I don't recall at this point.

[8] **Q:** He might have or might not have?

[9] **A:** He might have or might not have, yes.

[10] **Q:** Okay. Did Cynthia Puttlitz fill the Power [11] P.C. Marketing Communications Manager job more than [12] a year before you left IBM?

[13] **A:** I don't recall the date.

[14] **Q:** She might have or might not have?

[15] **A:** I don't recall the date.

[16] **Q:** Do you recall when the Technology Group was [17] disbanded?

[18] **A:** No.

[19] **Q:** The final job that you mentioned in your [20] Answers to Interrogatories and in the first day of [21] your testimony was the Corporate Events Operations [22] Manager job, I believe where Jim Hasl, H-A-S-L, was [23] the hiring manager.

[24] **A:** That's correct.

---

Page 50

[1] **Q:** And I think you said, and I want to confirm [2] this, that basically that's a job you were [3] interested in at the time that you were leaving [4] IBM, correct?

[5] **A:** Yes.

[6] **Q:** And isn't it true you essentially ran out of [7] time in terms of being able to pursue that job?

[8] **A:** Yes, I did. It was posted and I had applied [9] for it, and I had discussions with Jim Hasl, but I [10] had to leave the company.

[11] **Q:** What were the rules regarding the period [12] within which you could look for and obtain a new [13] job after you had been notified of your selection [14] for layoff?

[15] **A:** Well, we were notified the day after [16] Thanksgiving, so that would have been November [17] 28th. And I left the company the first week in [18]

January. And anytime up until leaving, we were [19] actively looking for positions.

[20] Q: But if you hadn't found a position by January [21] 3rd, 2002, you had to leave the company?

[22] A: Yes.

[23] Q: And are you accusing Jim Hasl of age [24] discrimination?

---

Page 51

[1] A: No.

[2] Q: You're not suggesting that he didn't hire you [3] or didn't fill this job before you left because he [4] had an animus against you as an older worker?

[5] A: He never met me. So I don't know what — you [6] know, what his animus was toward older workers. [7] But our communication was electronic and on the [8] telephone.

[9] Q: So what is your complaint about this job?

[10] A: On this particular job, I put that in there [11] only as an example of I believe the jobs that I was [12] qualified for and interested in at the time.

[13] Q: So you don't have a complaint about not being [14] hired for this job. I want to —

[15] A: No, I don't.

[16] Q: — eliminate the wheat from the chaff if we [17] can.

[18] A: I don't. No.

[19] Q: Now, you draw a connection between some of [20] these jobs, I gather, that you didn't obtain and [21] Jim Monahan's April '97 demotion of you, correct?

[22] A: Yes.

[23] Q: What is the connection you draw?

[24] A: That there was an underlying stereotype held

---

Page 52

[1] against older workers that when the opportunity [2] arose for new positions that our candidacies were [3] suppressed in favor of younger people. And that [4] Monahan was kind of the first link in the chain, [5] starting with my interview with him, my demotion, [6] and him telling me that I was overqualified.

[7] Q: I think the connection that I recall being [8] drawn in your Answers to Interrogatories, and maybe [9] in your Complaint, is that Monahan told you you [10] were being demoted due to a leveling of the [11] organization, and somehow some of these jobs [12] suggest to you there was no leveling. Is that [13] correct?

[14] MR. POWERS: Objection.

[15] BY MR. TARLOW:

[16] Q: I don't want to put words in your mouth. I [17] really just want to under-stand.

[18] A: I believe in my Complaint I said that Monahan [19] told me that there was a leveling of the [20] organization and a reduction of management [21] positions. And then they went ahead and appoin-ted [22] all these managers, a lot of whom were younger and [23] less qualified.

[24] Q: Did Monahan appoint any of these managers?

---

Page 53

[1] A: I don't know. I don't believe so. No, I [2] don't know. I don't know. I don't believe so. I [3] think he was out of the company by that time.

[4] Q: Was the Technology Group formed after Monahan [5] demoted you?

[6] A: Yes.

[7] Q: For example, what does the hiring of Phil [8] Bender have to do with Jim Monahan's demotion of [9] you?

[10] A: I'm not sure I understand what the question [11] is.

[12] Q: Well, you suggest in your Com-plaint that the [13] hiring of people into these positions somehow [14] suggest that Jim Monahan's demotion of you was age [15] discrimination.

[16] MR. POWERS: Objection.

[17] THE WITNESS: So what's the ques-tion?

[18] BY MR. TARLOW:

[19] Q: What does the hiring of Phil Bender, or what [20] connection does the hiring of Phil Bender have, [21] with the demotion of you in April 1997?

[22] A: It's an example of the underlying stereotype [23] against older people who were well-equipped to do [24] the job, and they were hiring a guy to basically do

---

Page 54

[1] the job that I was doing, even though I was doing [2] it satisfactorily.

[3] Why they hired him instead of ex-panding my [4] job, I don't know.

[5] Q: I want you to look at your Answers to [6] Interrogatories.

[7] Answer 10, it's a long answer, un-fortunately, [8] it will take you a bit of time to read it, and I'm [9] particularly in-terested in what you have to say in [10] Subparagraph 6 that appears on Page 9. You can [11] start by reading Answer 10.

[12] A: What do you want me to do, just read this for [13] now?

[14] Q: Well, if you want to skip ahead to [15] Subparagraph 6 on Page 9, I can direct you to [16] specifically what I'm interested in.

[17] A: What's the question?

[18] Q: Did you look at Subparagraph 6?

---

Page 55

[1] A: Okay. So I'm going to read the Interrogatory.

[2] (Pause.)

[3] A: Interrogatory 10 deals with dam-ages, is that [4] correct?

[5] Q: Yes.

[6] A: Okay. What's the question?

[7] Q: Well, if you look at the first sent-ence of [8] Paragraph 6, or the first two sentences, you say, [9] "However, subsequent to Plaintiff's demotion, IBM [10] promoted younger, less-experienced employees to [11] manage the positions. New jobs were created for [12] which Plaintiff was well qualified but never [13] considered because the jobs were not posted."

[14] Are you suggesting that your dem-otion which [15] you were told related to a leveling of the [16] organization, that that was inaccurate because [17] sub-sequently, younger, less-experienced people were [18] given management positions?

[19] MR. POWERS: Objection. Go ahead.

[20] THE WITNESS: I believe what I'm saying [21] in my Complaint, in my words, is that I was told by [22] James Monahan that I was being reduced to a Level 9 [23] from a Level 10 because of a general flattening of [24] the organization.

---

Page 56

[1] Subsequent to that, other less-qual-ified, [2] less-experienced, and younger employees were [3] promoted into man-agement positions.

[4] BY MR. TARLOW:

[5] Q: But not by James Monahan.

[6] A: Not by James Monahan, but it was the same [7] organization.

[8] Q: Well, there was a major business change when [9] it became part of Technology Group, correct?

[10] A: No, we're still dealing with the Micro [11] Electronics Division here. It's the same [12] organization that Jim Mon-ahan was running and [13] eventually Pat McGloin took over.

[14] There was no dynamic of change within the [15] group such as the Tech-nology Group might have [16] acquired this. It was just within the division of [17] Micro Electronics.

[18] Q: And how long after you were demoted in April [19] of '97 did the first of these younger, less- experienced

employees obtain one of the management [21] positions that you're complaining about?

[22] **A:** I don't know the date. I don't know the time [23] frame.

[24] **Q:** Was it more than a year after?

---

Page 57

[1] **A:** I don't recall the dates.

[2] **Q:** It could be more than a year after.

[3] **A:** I don't recall the dates. That's my answer.

[4] **Q:** It could be more than two years later.

[5] **A:** That the events happened that these folks were [6] promoted into management jobs within the same [7] organization that Monahan had run at the time.

[8] **Q:** But the earliest of these jobs might have been [9] more than two years after your demotion, correct?

[10] **A:** I don't know.

[11] **Q:** I'll show you another document and ask if you [12] recognize it.

[13] **MR. TARLOW:** Would you mark this, please.

[14] (The document above referred to was [15] marked Deposition Exhibit No. 13 for [16] identification.)

[17] **BY MR. TARLOW:**

[18] **Q:** Take a look at No. 13, please, and tell me if [19] you recognize it.

[20] **A:** What do you mean "recognize it"?

[21] **Q:** Is it something that you ever saw when you [22] were employed at IBM?

[23] **A:** No.

[24] **Q:** And were you familiar that IBM did have a

---

Page 58

[1] skills list by job level when you were there?

[2] **A:** No. Are you asking me if I'm aware of it?

[3] **Q:** Yes.

[4] **A:** No. I was not aware of it.

[5] **Q:** Did you ever work with Dorrie Gentes, which I [6] think is G-E-N-T-E-S.

[7] **A:** I recall the name. I may have had a very [8] limited contact with her, but it wasn't consistent.

[9] **Q:** So you have no view of how she was at her job.

[10] **A:** No.

[11] **Q:** Did you ever work with a woman named Karen [12] Kirkland?

[13] **A:** Again, on a limited basis. Those folks were [14] up in Burlington.

[15] **Q:** Did you have any view or any ability to [16] observe or obtain data on how Karen Kirkland did [17] her job?

[18] **A:** I don't recall any observations.

[19] **Q:** And are you aware of the fact that those two [20] people were also laid off from Pat McGloin's group [21] in the layoff in which you were laid off?

[22] **A:** I believe at the time of the layoff that Pat [23] told me that Gentes was being laid off, but I don't [24] recall that she said anything about Kirkland.

---

Page 59

[1] **Q:** And do you contend that they should not have [2] been laid off in the MERA?

[3] **A:** Do I contend that they should not have been [4] laid off? I don't really have an answer for that.

[5] Can you maybe restate the question so I can [6] understand a little better.

[7] **Q:** Do you contend that they were laid off as a [8] result of age discrimination, that is Ms. Gentes [9] and Ms. Kirkland?

[10] **A:** I don't know that.

[11] **Q:** Well, I understand you don't know it, but do [12] you have a reason to believe it's the case?

[13] **A:** I don't know how old they are.

[14] **Q:** Did you continue with the field communications [15] responsibilities that you described having under [16] Mr. Monahan when you began to work with Ms. [17] McGloin?

[18] **A:** I was in and out of that periodically.

[19] **Q:** Did that continue up through the time you left [20] the company?

[21] **A:** It may have. I don't recall specifically, just [22] but ...

[23] **Q:** And other than with respect to your layoff and [24] the comment that you said that Mark LeFavre made

---

Page 60

[1] about your enjoying Sam and Dave, the musicians, [2] did he do anything that you're aware of that [3] evidences an animus on his part against older [4] workers?

[5] **A:** Well, he was part of the decision to lay off [6] the people that got laid off —

[7] **Q:** I want to put aside the layoff. Putting aside [8] the layoff —

[9] **A:** Yes.

[10] **Q:** — and the comment he made to you about Sam [11] and Dave —

[12] **A:** Yes.

[13] **Q:** — did he do anything else that you're aware [14] of that evidences an animus on his part against [15] older workers?

[16] **A:** He approved a predominant percentage of [17] layoffs of older people.

[18] **Q:** If you can, and I know you want to

---

talk about [19] the layoff, I want to put — other than the layoff, [20] other than the layoff, other than the comment about [21] Sam and Dave, and I don't just mean your layoff, I [22] mean the layoff as a whole, let's just put that [23] aside.

[24] **A:** Okay.

---

Page 61

[1] **Q:** Did he do anything else that you believe [2] evidenced an animus on his part against older [3] workers?

[4] **A:** I only know what I experienced personally with [5] Mark, which I've already described for the record.

[6] **Q:** That's your layoff and the comment about Sam [7] and Dave.

[8] **A:** Yes. And that's all I can comment on that.

[9] **MR. TARLOW:** Okay, I want to take a short [10] break.

[11] (A brief recess was taken.)

[12] **BY MR. TARLOW:**

[13] **Q:** Have you ever had any discussions with anyone [14] at IBM about why you were selected for the layoff?

[15] **A:** Well, I think in my meeting with Pat McGloin, [16] we may have discussed it briefly, but not to any [17] extent.

[18] **Q:** Yes, I think you didn't really get into the [19] reasons.

[20] **A:** No.

[21] **Q:** Did you feel you learned something about her [22] reasons in that meeting that you haven't yet [23] described?

[24] **A:** I didn't really learn very much from her in

---

Page 62

[1] the meeting.

[2] **Q:** Have you had discussions with IBM employees or [3] former employees about your layoff since leaving [4] the company?

[5] **A:** Not about my layoff, per se.

[6] **Q:** Have you had discussions with any IBM [7] employees or former employees about the layoff [8] as a [8] whole?

[9] **A:** I believe for a brief period of time I talked [10] with Kathy Weaver, just sort of comparing notes and [11] how she was doing.

[12] **Q:** She was someone in your group who was laid off [13] along with you.

[14] **A:** Yes.

[15] **Q:** You obviously touched on this next question in [16] your first day, but I want to make sure we have it [17] all down. I want you to name every reason why you [18] think you were selected for layoff from your job [19] because of your age.

---

**Page 69**

[1] **A:** I have no knowledge of that.

[2] **Q:** And do you recall that in 1998 Pat McGloin, [3] when she began to manage you, instituted a [4] performance monitoring process for you?

[5] **A:** Was I aware in 1998 that she instituted a [6] performance monitoring process?

[7] **Q:** Yes.

[8] **A:** No, I was not.

[9] **Q:** Were you aware at the time that she felt your [10] PBC's were not challenging enough for a Band 9?

[11] **A:** In 1998?

[12] **Q:** Yes.

[13] **A:** Restate the question.

[14] **Q:** Were you aware that in 1998 when she began to [15] manage you, Pat McGloin felt that your PBC's were [16] not challenging enough for a Band 9?

[17] **A:** I don't recall that. But she signed off on my [18] PBC's, so she accepted — she accepted them. [19] Remember I described a process, we had a beginning [20] and end-of-the-year process. So they would sign [21] off at the beginning of the year in terms of the [22] PBC's. So at that point, those were my goals for a [23] Band 9, and she would have signed off on them, so [24] she accepted them.

**Page 70**

[1] **Q:** Do you recall that she worked with you to try [2] to make them what she thought was — bring them to [3] a level that they were challenging enough for a [4] Band 9?

[5] **A:** No, I don't recall that she did that.

[6] **Q:** And Pat McGloin rated you a three for 1998?

[7] **A:** If that's what's on the record, yes.

[8] **Q:** You don't recall?

[9] **A:** At this point I don't, but if — whatever's on [10] the record.

[11] **Q:** I'm going to show you what was previously [12] marked as Exhibit 9 and ask you to take a look at [13] it.

[14] **A:** (The witness complied.)

[15] **Q:** Is that your 1998 PBC?

[16] **A:** Yes, it is.

[17] **Q:** And your manager at the time was Pat McGloin?

[18] **A:** Yes.

[19] **Q:** And did she rate you a three?

[20] **MR. POWERS:** Are you talking about the [21] overall rating?

[22] **MR. TARLOW:** Yes.

[23] **THE WITNESS:** Yes.

**Page 71**

[1] **BY MR. TARLOW:**

[2] **Q:** And were you satisfied with that rating?

[3] **A:** No.

[4] **Q:** Did you think that rating was fair?

[5] **A:** What do you mean by "fair"?

[6] **MR. POWERS:** Deserved?

[7] **MR. TARLOW:** No, that's not what I meant [8] to ask. I'll re-ask it.

[9] **BY MR. TARLOW:**

[10] **Q:** Did you believe that rating was the result of [11] age discrimination on the part of Pat McGloin?

[12] **A:** I believe at that point that it demonstrated [13] her underlying prejudice against older people.

[14] **Q:** Did you say anything to anybody about that at [15] the time?

[16] **A:** No. Again, about the age discrimination, is [17] that what you mean?

[18] **Q:** Yes.

[19] **A:** No.

[20] **Q:** Did you complain to anyone other than Pat [21] about your rating for 1998?

[22] **A:** No. [23] May I say something?

[24] **Q:** Yes.

**Page 72**

[1] **A:** Anything with a three or above was not subject [2] to additional review. In other words, if you got a [3] three, it was not subject to appeal.

[4] **Q:** But you could complain if you thought that [5] someone was unfairly rating you as a result of your [6] age.

[7] **A:** If I experienced age discrimination of any [8] sort, I could complain, is my answer. And I did [9] not.

[10] **Q:** And the next two years Pat McGloin rated you a [11] two in each year. And you already said you were [12] satisfied with those ratings, correct?

[13] **A:** Yes.

[14] **Q:** So the ratings that Pat McGloin gave you in [15] 1999 and 2000, each of which was a two, was not as [16] a result of age discrimination on her part, [17] correct?

[18] **A:** I don't know whether they were or not. They [19] reflected my performance as it was evaluated by [20] her.

[21] **Q:** Well, you were satisfied with those ratings.

[22] **A:** Yeah. Yeah.

[23] **Q:** So you don't think those ratings were the [24] result of age discrimination, do you?

**Page 73**

[1] **A:** I didn't see a connection between age [2] discrimination and an adequate rating as I did when [3] the rating was a three and I had achieved my goals. [4] I

thought that she was being prejudicial in terms [5] of the way that she was viewing me within the [6] organization.

[7] Let me just add one other thing. I also felt [8] in working with Pat that I had to work harder than [9] other people to achieve the same rating. I had a [10] lot of resistance from Pat in terms of the ideas [11] that I brought forth and things that I wanted to [12] achieve in terms of my career advancement and so [13] forth. And I had to fight like the dickens with [14] her.

[15] "Fight" may be the wrong word, but what I mean [16] is that I had to be more persistent in terms of my [17] contributions to prove that I could do it.

[18] **Q:** And overall did you feel that Pat McGloin [19] treated you fairly?

[20] **A:** Overall? No, I did not. Absolutely not.

[21] **Q:** In what respect did she not treat you fairly?

[22] **A:** Well, I believe her underlying prejudice [23] against older employees was reflected in the way [24] that she dealt with me, not only my performance

**Page 74**

[1] evaluations, but the things that I wanted to do in [2] terms of advancing my career, having additional [3] training, listening to proposals and ideas that I [4] brought forth on my own initiative.

[5] I was simply put in the backwater and not [6] given the opportunities that I've described in [7] earlier testimony.

[8] **Q:** What proposals did you make that were ignored [9] by her or not received in the way you would have [10] wanted them to be received?

[11] **A:** Well, there were proposals during the year, I [12] don't recall specifically what they were.

[13] We had one that comes to mind that was a [14] customer retention program. And I presented — I [15] believe at that point she may have been my manager, [16] I'm not sure of the date. But it was a customer [17] retention program which I thought had merit and [18] which I presented to the senior marketing team [19] there, all of whom thought it was a good idea and [20] wanted it adopted, but she did not.

[21] **Q:** This may have been before she was even your [22] manager.

[23] **A:** It was maybe coincidental at the time of [24] Monahan leaving, and she may have been identified

**Page 75**

[1] at that point.

[2] **Q:** And you thought the reason that she didn't [3] accept or like the proposal was because you were an [4] older

worker.

[5] A: I believe that that was one of the underlying [6] major factors with it, that she was dismissing me [7] at that point. And that proved out as we went [8] along in our relationship, that she was always [9] dismissing ideas that I brought forth, curtailing [10] my volunteering to do things, wanting to get [11] involved in other programs.

[12] Q: What other ideas of yours did she dismiss?

[13] A: The idea that I wanted to get more involved in [14] the web work, she could have influenced that.

[15] Q: She approved the plan.

[16] A: She approved a very modest plan that was way [17] under what I really needed for my skills.

[18] Q: And how much money —

[19] A: An $800.00 expenditure for an on-line course [20] was — well, she — I had asked to take a much more [21] extensive training that would have been really what [22] I needed. These other training programs that were [23] approved, and then I believe one of them was [24] withdrawn, were totally inadequate for what I

Page 76

[1] wanted and needed.

[2] Q: And did she approve greater educational [3] expenditures for younger workers that you know of?

[4] A: Her manager approved one for her, that I'm [5] aware of, that was I think a $5,000.00 program just [6] about at that same time. So other managers — [7] other people were getting —

[8] Q: I'm asking about the people who reported to [9] her. You're accusing her.

[10] A: Well, within our department, as an older [11] worker, I was denied the type of training that I [12] wanted and needed.

[13] Q: I know, but —

[14] A: That's my answer.

[15] Q: I'm asking: what is your knowledge of whether [16] she ever approved greater expenditures for the [17] development of plans of other employees who worked [18] for her.

[19] A: I didn't see the other IDP's, but I know that [20] for Pat, she took the type of training, the level [21] of training, that I had wanted, for herself.

[22] Q: What was that training?

[23] A: I don't recall what it was. But I know that [24] it was an expensive course. It was a $5,000.00

Page 77

[1] program.

[2] Q: How do you know that it was

$5,000.00?

[3] A: Because as part of the course, she gave us [4] some information that we needed to complete. And [5] somewhere along the line I think it was identified [6] in terms of the cost of the program. It was [7] somewhere in the documentation that she provided.

[8] Q: In what other ways did she dismiss your ideas [9] or not allow you to grow?

[10] A: Well, the ones that I've spoken on the record [11] about are the ones that I know about. There may [12] have been others that she had done that she may [13] eventually find out. But that's sort of what I [14] know at this point.

[15] Q: So, overall, it was pretty rough at IBM. You [16] pretty much experienced age discrimination from the [17] day you started till the day you left by every [18] manager who you reported to, except maybe Mr. Black [19] for the first four months, correct?

[20] MR. POWERS: Objection.

[21] THE WITNESS: Those are your words, not [22] mine.

[23] BY MR. TARLOW:

[24] Q: Well, that's how it seems to come out in your

Page 78

[1] testimony.

[2] MR. POWERS: Objection.

[3] THE WITNESS: That's not my testimony.

[4] BY MR. TARLOW:

[5] Q: Monahan was dismissive of you, correct?

[6] A: Monahan demoted me. I would say that's pretty [7] dismissive.

[8] Q: And now you're saying that Pat was dismissive [9] of you.

[10] A: Yes.

[11] Q: So those are the two managers who you reported [12] to for pretty much all of your tenure at IBM, [13] correct?

[14] A: With the exception of Mr. Black.

[15] Q: Why didn't you seek to leave IBM if you were [16] experiencing on such an ongoing basis age [17] discrimination?

[18] A: Because working for IBM was a dream for me, a [19] dream come true. It was one of the finest [20] corporations in American history, and I just felt [21] an association with the company, that I liked [22] working there. I didn't like the way I was being [23] treated.

[24] I did not complain because I didn't want to be

Page 79

[1] a marked man and be identified as a malcontent. I [2] just sucked it up and worked harder and took on [3] additional

assignments as I could to try to [4] increase my value.

[5] Q: Did Pat McGloin ever acknowledge the [6] contribution you were making to the team?

[7] A: In my performance evaluations, she did. [8] You're talking about team-work and so forth, yes, [9] she did.

[10] Q: And didn't she give you performance awards?

[11] A: Yes, I believe she did. One. Maybe one or [12] two.

[13] Q: I will show you a document and ask you to take [14] a look at it.

[15] MR. TARLOW: Would you mark this as [16] Exhibit No. 14.

[17] (The document above referred to was [18] marked Deposition Exhibit No. 14 for [19] identification.)

[20] MR. TARLOW: And would you mark this as [21] No. 15.

[22] (The document above referred to was [23] marked Deposition Exhibit No. 15 for [24] identification.)

Page 80

[1] BY MR. TARLOW:

[2] Q: And do you recognize 14? I'll put No. 15 in [3] front of you, as well.

[4] (Pause.)

[5] Q: Do you recall these two cash awards from Pat [6] McGloin?

[7] A: I don't recall them specifically, but I know [8] that I did receive cash awards.

[9] Q: And were you pleased by the fact that you [10] received cash awards?

[11] A: Certainly.

[12] MR. TARLOW: I'm going to mark the next [13] packet of documents, and these are all documents [14] produced by Mr. Rossiter, and I guess I'll [15] generally describe them as being e-mails in praise [16] of his performance.

[17] I'd like to mark them as a packet, if you [18] don't mind.

[19] MR. POWERS: Sure.

[20] MR. TARLOW: So I'll mark that as No. 16.

[21] (The packet of documents above [22] referred to was marked Deposition [23] Exhibit No. 16 for identification.)

Page 81

[1] BY MR. TARLOW:

[2] Q: I'll put Exhibit No. 16 in front of you. [3] You're certainly free to review them if you want [4] before I ask you about them.

[5] A: Okay.

[6] Q: Why don't we take a look at the first page [7] which is your Bates stamp Page 81, that is Mr. [8] Rossiter's Bates stamping. And it's an October [9] 22nd,

**2001**, e-mail from Pat McGloin to you and [10] others, correct?

[11] **A:** Yes.

[12] **Q:** And it's praising great team work, is that [13] correct?

[14] **A:** Yes.

[15] **Q:** And it specifically mentions you, is that [16] right?

[17] **A:** Yes.

[18] **Q:** And do you remember what this was about?

[19] **A:** Yes.

[20] **Q:** What was it about?

[21] **A:** I developed a proposal for Pat McGloin and [22] Mark LeFavre sort of generally entitled "Best [23] Practices for IMC."

[24] **Q:** Certainly Pat was not dismissive of all your

Page 82

[1] ideas and your contributions, isn't that correct?

[2] **A:** According to this note she wasn't, but —

[3] **Q:** She was able to praise you, and she did praise [4] you.

[5] **A:** Yes. Um-hum.

[6] **Q:** And was this a significant accomplishment?

[7] **A:** Nothing got accomplished, because at this [8] point I'd already been designated for layoff and [9] nothing ever happened. So she could praise me, but [10] it was a hollow exercise on her part because she [11] knew I was going to be leaving.

[12] **Q:** This was before you were notified of your [13] departure, correct?

[14] **A:** Yes, it was about a month before. [15] There was an underlying issue here, the reason [16] why she wrote this, too.

[17] **Q:** Which is what?

[18] **A:** Well, she had been, from my understanding of [19] what I had been told by Pat, that she needed to [20] work on teamwork within her group, that apparently [21] she was concerned about it in terms of her ability [22] to get the group to work together.

[23] And I developed this proposal in concert with [24] my colleagues, Debra Gwynn and the others that are

Page 83

[1] mentioned here, as an exercise to show that the [2] team could work together, sort of as a way to [3] buttress her — sort of her image around teamwork.

[4] So I received this as a thank you because we [5] had done that, and it demonstrated that her team [6] was working together.

[7] **Q:** Are you saying Pat McGloin's image or ability [8] to create teamwork had come under some sort of [9] criticism?

[10] **A:** To the best of my knowledge it did at that [11] time, or prior to that, yeah.

[12] **Q:** How did you learn that?

[13] **A:** I believe it came up in a staff meeting that [14] Pat ran and talked about something to that effect.

[15] **Q:** She said that she had come under criticism [16] from —

[17] **A:** She didn't say that she had come under [18] criticism, but she said that we needed to [19] demonstrate the integration of the team better to [20] achieve the marketing goals.

[21] **Q:** Why don't we go to the next page which is [22] Bates stamped 85, and that's an e-mail from Philip [23] Bender to you.

[24] **A:** That's correct.

Page 84

[1] **Q:** And this is the Philip Bender who we talked [2] about earlier.

[3] **A:** That's correct.

[4] **Q:** Was this before or after he had obtained the [5] job that you raised in your Complaint and the [6] Answer to Interrogatories?

[7] **A:** After.

[8] **Q:** He was already in the job at this point?

[9] **A:** Yes.

[10] **Q:** And was this before or after the situation in [11] terms of your concerns about being co-opted had [12] been worked out?

[13] **A:** It was afterward.

[14] **Q:** And do you recall what this was about, this [15] e-mail?

[16] **A:** I don't.

[17] **Q:** Let's go to the next one which is Bates [18] stamped 86. And it's an e-mail from Pat McGloin to [19] you, cc'ing others, is that right?

[20] **A:** Yes.

[21] **Q:** And she is praising you for an excellent piece [22] of work.

[23] **A:** She's praising me for an excellent piece of [24] work and collaboration with another employee.

Page 85

[1] **Q:** I take it you were pleased with this praise?

[2] **A:** Certainly.

[3] **Q:** Do you recall what it was about?

[4] **A:** Well, the subject of this is the " Event [5] Architecture." I don't remember the specifics of [6] it.

[7] **Q:** If you read down to the bottom of the page, [8] does that help you?

[9] **A:** "I have reviewed this with Marge and —"

[10] **MR. POWERS:** Don't do that. Just read it [11] to yourself.

[12] **THE WITNESS:** Okay.

[13] I don't recall what this was about.

[14] **BY MR. TARLOW:**

[15] **Q:** Why don't we go to the next document within [16] this packet which is Bates stamped 88, which is [17] another e-mail from Pat McGloin to you, cc'ing her [18] boss, Mark LeFavre, again, praising you and others?

[19] **A:** Yes.

[20] **Q:** Specifically, however, this praises you, [21] correct?

[22] **A:** I'm sorry, I didn't hear you.

[23] **Q:** This specifically praises you.

[24] **A:** Yes.

Page 86

[1] **Q:** And do you recall what this May 11th, 2000, [2] e-mail was about?

[3] **A:** Yes, I recall from reading the bottom portion [4] of this note what the subject was.

[5] **Q:** What was the subject?

[6] **A:** We were going to be developing an event [7] program that was going to be rolled out in the [8] field, and I was working with Marge Oppold on the [9] content. Or I volunteered to work with Marge [10] Oppold on the content.

[11] **Q:** And you were pleased and satisfied with this [12] praise from Pat McGloin.

[13] **A:** Yes.

[14] **Q:** She was certainly not dismissive of your [15] efforts in this regard.

[16] **A:** Well, she was thanking me for what I had done [17] on my own initiative.

[18] **Q:** Well, previously you said that she tried to [19] stifle you in growing through your own initiative, [20] isn't that right?

[21] **A:** No, I didn't say that.

[22] **Q:** Let's go to the next document in this packet [23] which is Bates stamped 89. And it's a — is that [24] an April 5th, 2001, e-mail from Pat McGloin to you?

Page 87

[1] **A:** Yes.

[2] **Q:** And, again, it's praising you, correct?

[3] **A:** Yes.

[4] **Q:** Do you recall what this was about?

[5] **A:** I don't recall.

[6] **Q:** Let's go back to the one that relates to you [7] taking initiative, of Marge Oppold, which is on [8] Page 88. Was that a significant accomplishment on [9] your part?

[10] A: What do you mean by "significant"?

[11] (Discussion off the record.)

[12] THE WITNESS: Please restate your [13] question.

[14] BY MR. TARLOW:

[15] Q: Well, did you consider it a major [16] accomplishment? I'm just asking your take on it.

[17] A: A major accomplishment. No, I didn't consider [18] it a major accomplishment.

[19] Q: Okay. Let's go to Page 91, which is the next [20] document. And this is a February 28th, 2001, [21] e-mail from Pat McGloin to you, is that right?

[22] A: Yes.

[23] Q: And, again, she's praising your work.

[24] A: Yes.

Page 88

[1] Q: And she refers to your tactic of, quote, [2] unquote, "small wins."

[3] A: Yes.

[4] Q: And says it's working. [5] Do you know what she's referring to?

[6] A: That was a phrase that I had originally posed [7] to her. This relates to work that we were doing [8] for one of the product lines. And you'll see under [9] the e-mail that's below this, the subject was the [10] "Encoder Name."

[11] Q: And do you recall what the substance of this [12] project or assignment was about?

[13] A: Well, we had — I was responsible for naming [14] of these products as they came along. And we had [15] probably on the magnitude of hundreds of these in a [16] year. And it was sort of divide and conquer, we'd [17] try to win each one as they came along. And that's [18] what I was talking about, that this was not a [19] monumental project, but, you know, it turned out [20] the way that we wanted it.

[21] And I called them small wins, but on the [22] cumulative basis it was moving the program in the [23] direction that we wanted.

[24] Q: And she was praising you for that.

Page 89

[1] A: Yes.

[2] Q: Are there any documents or e-mails where the [3] attitude of hers that you described, you described [4] as being dismissive, is evidenced?

[5] A: I left most of my e-mail on my hard drive when [6] I left, so they would exist, but I don't have them [7] in my possession.

[8] Q: I want to go to Page 95. I'm skipping the [9] next one because it really

is the same e-mail that [10] was embedded in the prior e-mail that we looked at.

[11] A: Okay.

[12] Q: And we're going to the February 12th, 2001, [13] e-mail from Mark LeFavre to Dennis Rossiter, cc'ing [14] a whole bunch of people, correct?

[15] A: Yes.

[16] Q: And he's praising something that you did?

[17] A: Yes.

[18] Q: Do you recall what it is?

[19] A: I'd have to read this. Give me a moment.

[20] (Pause.)

[21] A: Yes, I do recall this.

[22] Q: And what was it?

[23] A: This was a new marketing planning tool that [24] IBM was instituting corporate-wide through the

Page 90

[1] marketing organization. And I was the team lead [2] for Micro Electronics on this. And the subject of [3] this note is that I was calling to attention that [4] the people in our group needed to get engaged and [5] get into training.

[6] Q: Let's go to the next document, which is Page [7] 100. And it's a December 12th, 2000, e-mail from [8] McGloin to you, cc'ing her then boss, Ed Abrams, is [9] that right?

[10] A: Yes.

[11] Q: And this relates to one of the cash awards, [12] correct?

[13] A: Yes.

[14] Q: You had thanked her and said it was a complete [15] surprise.

[16] A: Yes.

[17] Q: And did you in fact appreciate her pat on the [18] back and addition to your wallet as you suggest in [19] your e-mail?

[20] A: Yes.

[21] (Discussion off the record.)

[22] BY MR. TARLOW:

[23] Q: We'll go to the next one, which is Page 107, [24] and that's a June 27th, 2000, e-mail from Pat

Page 91

[1] McGloin to you.

[2] A: Correct.

[3] Q: Again, praising your work.

[4] A: Correct.

[5] Q: And do you remember what this was about?

[6] A: Well, it's explained in my note to her that [7] this was some kind of a template that I had put [8] together. And she's acknowledging the work and how [9] difficult it was.

[10] Q: Let's go to the next document, Page 111. [11] Strike that. Let's go back to 107. That template [12] that you put together, was that a major [13] accomplishment? Did you consider it personally a [14] major accomplishment?

[15] A: It was part of the job.

[16] Q: The next, and I believe last, is Page 111, and [17] that's an April 28th, 2000, e-mail from Pat McGloin [18] to someone named Larry Grant, cc'ing —

[19] A: You're looking at Bates stamp 111?

[20] Q: Yes.

[21] A: It's March of — sorry, you're right, April of [22] 2000. Strike that, yes, you're correct.

[23] Q: And that's an e-mail to Larry Grant, cc'ing [24] you and others, correct?

Page 92

[1] A: Yes.

[2] Q: And who is Larry Grant, do you recall?

[3] A: No, I don't.

[4] Q: And she praises, that is Pat McGloin praises, [5] you and Kathy Weaver in this e-mail, correct?

[6] A: Yes.

[7] Q: And do you recall what this was about?

[8] A: This had something to do with our web page and [9] some stats that we were posting, it looks like as a [10] result of a campaign. But I don't recall much [11] about it.

[12] Oh, I'm sorry, the title of this is "Net World [13] Web Hit Measurements." So this is reflecting the [14] amount of interest that we were creating by one of [15] our programs.

[16] Q: Do you recall the program?

[17] A: No.

[18] Q: I want you to tell me generally what your [19] understanding is of what happened to the job [20] functions that you had been doing after you were [21] laid off.

[22] A: My understanding of the job functions that I [23] was doing were my one job was given to three other [24] people.

Page 93

[1] Q: And those are?

[2] A: My IMC job was given to Karen J. Smith, [3] initial "J." My naming assignments were given to [4] initially Kathy Spilke, but they ended up with a [5] Ray Chang, C-H-A-N-G. And my brand work and [6] corporate liaison with the Brand Office was given [7] to Carol McNerny.

[8] Q: You say that the naming assignments first went [9] to Spilke and then to Ray Chang?

[10] A: It was originally — Pat McGloin

told me that it [11] was originally going to go to Spilke, S-P-I-L-K-E, [12] but after they looked at the load balancing in the [13] group, they brought in Ray Chang. And I briefed him, [14] I think on the day before I left the company, on how [15] to do the job.

[16] **Q:** Did Spilke ever do the job, as far as you [17] know?

[18] **A:** As far as I know, she didn't.

[19] **Q:** So Ray Chang actually ended up with the naming [20] responsibilities as far as you —

[21] **A:** At that time, he did, yeah.

[22] **Q:** And at the time that Karen Smith took on your [23] IMC function which related to the server business [24] line, correct?

---

Page 94

[1] **A:** Yes.

[2] **Q:** What else did she have on her plate, or as far [3] as her job?

[4] **A:** At that time I believe she was trying to [5] create a message architecture.

[6] **Q:** Was that all she had on her plate?

[7] **A:** I don't know.

[8] **Q:** Did she have any business lines?

[9] **A:** At that point — prior to taking over my [10] position?

[11] **Q:** Yes.

[12] **A:** She had lost her business line with the Power [13] P.C. That went away.

[14] **Q:** Did she have another business line?

[15] **A:** I don't recall.

[16] **Q:** Do you know who made the decision to put the [17] naming function and your brand work, or to take [18] that from Pat McGloin's group? Strike the [19] question.

[20] Do you know who made the decision to take the [21] naming work and the brand work that you had been [22] doing from Pat McGloin's group?

[23] **A:** No, I don't. No.

[24] **Q:** Had you ever had occasion to work with Carol

---

Page 95

[1] McNerny?

[2] **A:** Yes.

[3] **Q:** And you had been working with her before you [4] were laid off?

[5] **A:** Yes.

[6] **Q:** Were you working with her before you were [7] notified of your selection for the layoff?

[8] **A:** Let me amend my comment. I had a very limited [9] working relationship with her. I knew who she was, [10] and we were in some meetings together. I don't

---

[1] recall that we worked on a particular project [12] together. I knew her before I got laid off.

[13] **Q:** Before you were notified of your selection for [14] layoff, which was November 28th or so.

[15] **A:** November 28th of 2001.

[16] **Q:** Did she have any responsibilities with respect [17] to branding or naming before then?

[18] **A:** I don't recall that she did.

[19] **Q:** What had you thought she was doing, if you —

[20] **A:** I think she — prior to her taking over my [21] job, I believe she was doing marketing planning for [22] the Technology Group. And when that went away, she [23] didn't have a job.

[24] **Q:** Did you ever have any interactions with her

---

Page 96

[1] regarding naming or branding?

[2] **A:** Interaction, no. We went to some meetings [3] together about branding and naming, but I didn't [4] work on anything with her.

[5] **Q:** Meetings with who?

[6] **A:** We went to a corporate meeting in Armonk on [7] branding. And I made a branding presentation at [8] our world-wide communications meeting where she was [9] in attendance.

[10] **Q:** In your Complaint you mention at Paragraph 8, [11] and I can put it in front of you, but I think [12] you're going to recall it when I mention it, that [13] you had been functionally demoted at some point. [14] And you can take a look at Paragraph 8 if you want.

[15] **A:** Yes.

[16] **Q:** That's Jim Monahan's demotion of you from a [17] Band 10 to a Band 9?

[18] **A:** Yes.

[19] **Q:** And what do you mean by "functionally"?

[20] **A:** Well, I was demoted. "Functionally" meant [21] that I went from a higher level of functioning to a [22] Band 9. "Functioning" may not be the best choice [23] of words there, but I was demoted.

[24] **Q:** You were just demoted.

---

Page 97

[1] **A:** Yes.

[2] **Q:** And I believe in your Answer to [3] Interrogatories you described the impact of that [4] demotion. If you can — I think it's No. 10, Mr. [5] Rossiter. That's Exhibit 10, and it's Answer 10 in [6] Exhibit 10.

[7] If you look on Page 7, you describe the impact [8] on you of your demotion, correct? And that runs [9] through —

---

midway through Page 10.

[10] I focus you on Page 8, Subparagraph 1, you're [11] describing some of the ways in which the demotion [12] adversely affected you, correct?

[13] **A:** Yes.

[14] **Q:** And the first way that you describe it is it [15] limited the potential for future salary increases, [16] is that right?

[17] **A:** Yes.

[18] **Q:** And essentially you say it resulted in your [19] salary being partially frozen. What do you mean by [20] "partially frozen"?

[21] **A:** The way that the compensation works on the [22] bands is that my salary was not reduced, but the [23] salary increases are determined is [24] that I would have ended up at the higher, if not

---

Page 98

[1] highest, end of the Band 9 salary range, which [2] would have prohibited any further increase in my [3] salary based on their compensation policy.

[4] **Q:** And when did you realize that there was going [5] to be this effect on your salary or future salary [6] growth?

[7] **A:** When Monahan told me that I was getting [8] demoted.

[9] **Q:** Immediately you knew.

[10] **A:** Yeah.

[11] **Q:** And did it in fact play out as you had thought [12] it would, that it resulted in essentially a [13] partially frozen salary?

[14] **A:** Yes.

[15] **Q:** Did you ever get any increases in future [16] years?

[17] **A:** Yes, I did.

[18] **Q:** But they were limited to modest?

[19] **A:** Yes. The bonuses were also impacted by this.

[20] **Q:** Your bonus was negatively impacted?

[21] **A:** Yes.

[22] **Q:** How so?

[23] **A:** In IBM nomenclature it's called variable pay, [24] because the variable pay is based on the band.

---

Page 99

[1] **Q:** And you realized that at the time of the [2] demotion?

[3] **A:** Yes. So it was a double whammy, so to speak.

[4] **Q:** And were you assigned to that small, cramped [5] cubicle before or after the demotion?

[6] **A:** We moved from one building to another. And I [7] don't recall when I was demoted in terms of the [8] building we were in, so I can't answer that.

[9] **Q:** And did you remain in that small, cramped [10] cubicle until the time that you no longer were [11] reporting to Monahan?

[12] **A:** Did I remain in the cubicle —

[13] **Q:** Yes.

[14] **A:** — at a time —

[15] **Q:** Throughout his tenure, until he left the scene [16] and you began reporting —

[17] **A:** Yes.

[18] **Q:** — to McGloin.

[19] **A:** Monahan did the office layout that assigned me [20] to that cubicle.

[21] **Q:** And did you remain in that cubicle under Pat [22] McGloin?

[23] **A:** Yes.

[24] **Q:** During the whole of your tenure under Pat

---
Page 100

[1] McGloin?

[2] **A:** Yes.

[3] **Q:** Did you ever complain to her?

[4] **A:** No.

[5] **Q:** Did you ever complain to Monahan about it?

[6] **A:** I had asked Monahan for an office on several [7] occasions, and he always seemed to have some reason [8] why I couldn't have one.

[9] **Q:** Did you ever ask Pat for an office?

[10] **A:** No. I'm sorry, let me amend that. Yes, I [11] did.

[12] **Q:** When?

[13] **A:** I don't remember the time frame, but an office [14] became available, and I asked her if I could have [15] it, and she said no.

[16] **Q:** Who did end up in it?

[17] **A:** Another marketing person. I don't recall who. [18] Other people in the department had offices.

[19] **Q:** Was there anyone who didn't have an office?

[20] **A:** In Waltham where we were, Weaver and myself I [21] believe were the only two.

[22] **Q:** Who that worked for Pat in Waltham had an [23] office?

[24] **A:** Kathy Spilke.

---
Page 101

[1] **Q:** Anybody else?

[2] **A:** No.

[3] **Q:** And when did you ask Pat for that office?

[4] **A:** At whatever time it became vacant. But I [5] don't recall what the date was.

[6] **Q:** And what was her response?

[7] **A:** "No."

[8] **Q:** So Pat only had three people in Waltham [9] reporting to her?

[10] **A:** As I recall, there were three of us there, and [11] we had some temps.

[12] **Q:** Did the person who went into the office that [13] you requested report to Pat?

[14] **A:** No.

[15] **Q:** So she may not have had control over it.

[16] **A:** She could have had control, but she chose not [17] to.

[18] **Q:** How do you know she could have had control?

[19] **A:** She could have spoken to her manager and said, [20] you know, "Rossiter's in this shoebox of a cubicle; [21] he's asked that he get an office."

[22] **Q:** But the person who ended up occupying the [23] office didn't even work for her.

[24] **A:** No. But she could have controlled it.

---
Page 102

[1] **Q:** You believe she could have controlled it.

[2] **A:** Yes.

[3] **Q:** But you never complained to her about your [4] office or that you were dissatisfied with it.

[5] **A:** Well, I told her that I needed more space, and [6] in a way I was — I didn't complain.

[7] **Q:** And did you believe that the reason Pat didn't [8] get you a better or bigger office space was because [9] of your age?

[10] **A:** I believe it was related to her view of me and [11] her underlying disposition toward older people.

[12] **Q:** And how else did she exhibit that underlying [13] disposition towards older people, other than with [14] respect to her treatment of you?

[15] **A:** Well, I mean I've already gone through that on [16] the record. As far as what I've said already, I'll [17] stand by that. And other acts of her [18] discrimination against older people, you know, [19] you'd have to ask her.

[20] **Q:** But I'm asking you. Did you observe her [21] discriminate — or are you aware of her [22] discriminating against any other older workers?

[23] **A:** All I know is what happened to me. I'm not [24] going to speculate on what she did to other people.

---
Page 103

[1] **Q:** Do you recall what happened to Mr. Monahan? [2] Did he remain at the company after he was no longer [3] managing you?

[4] **A:** No, he left shortly thereafter.

[5] **Q:** Let's go back to Paragraph 8 of your [6] Complaint.

[7] **A:** Is that — which document?

[8] **Q:** Exhibit 2.

[9] **MR. TARLOW:** Let's take a quick break.

[10] (A brief recess was taken.)

[11] **BY MR. TARLOW:**

[12] **Q:** Okay. Paragraph 8.

[13] **A:** We're referring to the Complaint here?

[14] **Q:** Yes. [15] You say in Paragraph 8 that preceding your [16] layoff, you were functionally demoted, treated [17] differently than younger employees in your group, [18] and not offered the opportunity to compete for [19] positions offered to younger employees and for [20] which you were well qualified.

[21] We've discussed the latter, which is not being [22] offered the opportunity to compete for positions, [23] correct?

[24] **A:** Yes.

---
Page 104

[1] **Q:** There's nothing you have to add to that, [2] correct?

[3] **A:** At this point, I don't.

[4] **Q:** In terms of generally being treated [5] differently than younger employees, which is the [6] second clause, let's say, of this paragraph, is [7] there anything you haven't told us already about [8] how you were treated differently than younger [9] employees?

[10] **A:** I've told you what I recall at this time.

[11] **Q:** And we've discussed the functional demotion, [12] correct?

[13] **A:** Yes.

[14] **Q:** And, generally, is there any way in which you [15] experienced age discrimination at IBM that you've [16] not already described in this deposition?

[17] **A:** I've described to you what I can recall at [18] this time.

[19] **Q:** I will show you a document and ask you to look [20] at it.

[21] **MR. TARLOW:** We can mark both pages, and [22] they are separate, they're not attached. And we [23] can mark them as No. 17 and No. 18. "Open Door" is [24] 17, "Speak Up" is 18.

---
Page 105

[1] (The documents above referred to [2] were marked Deposition Exhibits No. [3] 17 and 18 for identification.)

[4] **BY MR. TARLOW:**

[5] **Q:** I'll put them in front of you, Mr. Rossiter.

[6] **A:** I'm looking at Exhibit 17?

[7] **Q:** Yes. This was produced by you. It

---

has your [8] Bates stamp on it.

[9] Do you recall when or why you downloaded this?

[10] A: (No response.)

[11] Q: I see a date on the bottom right-hand corner [12] which may or may not be of some help to you.

[13] A: You're looking at the date that's below the [14] Bates stamp?

[15] Q: Yes, which I assume is the date it was [16] printed, although I'm not positive about that.

[17] A: I don't recall printing this.

[18] MR. POWERS: But the question is: does [19] that date refresh your recollection as to when you [20] did or why you did?

[21] THE WITNESS: No. No, I don't remember [22] this at all.

[23] BY MR. TARLOW:

[24] Q: And look at Exhibit 18. Do you recall when

---

Page 106

[1] and why you downloaded that —

[2] A: No.

[3] Q: — document? [4] And 18 is the company's policy on so-called [5] "Speak Up"?

[6] A: I don't know if it's a policy. It's a [7] description — it appears to be a description of [8] the "Speak Up" program.

[9] Q: And did you apply for some positions after [10] your notification of layoff and before your [11] departure?

[12] A: Yes.

[13] Q: Do you recall what positions you applied for?

[14] A: I applied for the position with Jim Hasl, [15] which was the Corporate Events Operations.

[16] Q: We discussed that one, too, correct?

[17] A: Yes.

[18] Q: What else?

[19] A: There was one other that I don't recall [20] exactly. There was one other.

[21] Q: Is that the Web Events job? Manager [22] of Web [23] Events?

[23] A: No.

[24] Q: Did you apply —

---

Page 107

[1] A: Oh, I'm sorry, who was the hiring manager on [2] that one?

[3] Q: Laurie Currage.

[4] A: I believe I had some correspondence with [5] Laurie Currage at the very end.

[6] Q: Did you actually apply as far as —

[7] A: I don't recall whether I actually

---

applied or [8] not.

[9] Q: And was the other position that you might be [10] thinking of Integrated Marcom Lead, reporting to [11] Richard Stern?

[12] A: I have no recollection of that.

[13] Q: We've already dealt with the Hasl job, so [14] let's take that off the table. But the Web Events [15] job, are you including that in your complaint about [16] age discrimination, the fact that you didn't get [17] that job?

[18] A: No, I don't think so.

[19] Q: And you don't remember having applied for or [20] been interested in this Marcom Lead — Integrated [21] Marcom Lead job that I mentioned.

[22] A: I don't recall that at all.

[23] Q: And you don't recall any other jobs that you [24] specifically applied for after your notification of

---

Page 108

[1] layoff before your departure?

[2] A: Other than the aforementioned, no.

[3] Q: Did Mark LeFavre assist you in any way in [4] trying to find another job?

[5] A: Yes, he did.

[6] Q: And were you satisfied with the assistance he [7] provided, other than ultimately it wasn't [8] successful?

[9] A: At the time I was. It was nominal, but he did [10] what I asked him to do.

[11] Q: And what knowledge do you have of what became [12] of other employees in M.D. Marketing who were [13] selected for layoff at the same time you were?

[14] A: What became of them?

[15] Q: Whether they found jobs elsewhere at IBM or [16] did not and left the company.

[17] A: Your question is: what knowledge do I have of [18] the other people that got laid off after — what [19] happened to them after they left IBM — or after [20] they were laid off.

[21] Q: Well, after they were notified of their [22] selection for layoff, before the end of the period [23] where one was allowed to find another job.

[24] A: Yeah.

---

Page 109

[1] MR. POWERS: And the question is whether [2] they found another job within IBM.

[3] THE WITNESS: Within IBM.

[4] And you're talking specifically about the [5] people that were notified of layoff, not anybody [6] else.

[7] BY MR. TARLOW:

[8] Q: Correct.

---

[9] A: Okay. I don't recall that anyone else [10] received another position within IBM, but I'm not [11] certain of that.

[12] Q: And you sued Digital Equipment Corporation for [13] age discrimination, is that right?

[14] A: Yes.

[15] Q: Can you just describe that.

[16] A: Let me amend that, I didn't sue them.

[17] Q: You had a complaint with the MCAD —

[18] A: I filed a complaint with the MCAD.

[19] Q: You never moved it to court, is that correct?

[20] A: That's correct. It was voluntarily withdrawn.

[21] Q: And what was the essence of the allegations in [22] that case?

[23] A: I'm trying to think at this point.

[24] MR. POWERS: I think he's asking the

---

Page 110

[1] essence, which you say, for instance, is it a claim [2] of age discrimination.

[3] MR. TARLOW: Well, I think we've already [4] established that, so maybe I should go beyond that [5] with my question, then.

[6] THE WITNESS: It was a case of age [7] discrimination.

[8] BY MR. TARLOW:

[9] Q: Did it relate to your layoff by Digital [10] Equipment Corporation?

[11] A: It didn't relate to the layoff.

[12] Q: You were not claiming age discrimination in [13] the layoff?

[14] A: I was claiming age discrimination on the job. [15] I don't recall whether I was claiming it as a part [16] of the layoff or not.

[17] Q: Do you still have a copy of the Complaint in [18] that action?

[19] A: No. Well, I may at home someplace, but ...

[20] Q: I asked — we did ask that it be produced, and [21] it wasn't produced. I'm going to ask again that it [22] be produced, just a copy of the Complaint, so we [23] can see what the allegations are.

[24] MR. POWERS: We will produce — if there

---

Page 111

[1] is a copy available —

[2] THE WITNESS: Six years, eight, how long [3] ago was it?

[4] MR. POWERS: — let me talk — we will [5] produce it.

[6] BY MR. TARLOW:

[7] Q: Did you make allegations in that

Dennis Rossiter
Case 1:04-cv-10069-DPW    Document 20-4    Filed 05/04/2005    Page 20 of 109
International Business Machines Corp.

Dennis Rossiter
Vol. 2, December 22, 2004

case similar [8] to the allegations you made in this case, that [9] there was a failure to post jobs?

[10] A: At this point I don't recall the specifics of [11] the Complaint because it's been a number of years. [12] And I don't want to speculate.

[13] Q: I'm just going to ask one more time. Did that [14] case include the same two basic allegations that [15] are part of this case; that is: that you were laid [16] off as a result of your age; and that prior to your [17] layoff, younger employees had obtained jobs over [18] you and the company had failed to post those jobs?

[19] A: Well, as I said, and I'll repeat it, my [20] answer is that I don't recall the specifics of the [21] Complaint. It's been a number of years. And I'm [22] not going to speculate.

[23] Q: So tell me about your efforts to find a new [24] job after you left IBM. What did you do to find a

---

Page 112

[1] new job?

[2] A: Well, I started — as soon as I was notified, [3] I started looking aggressively within IBM at [4] anything that would fit. And then after I left the [5] company, I initiated a job search immediately, [6] looking on the Internet and for help wanted, [7] networking, and sent out resumes and letters and [8] electronic applications to numerous companies. And [9] as I recall, probably after about six months, [10] nothing was really forthcoming.

[11] And at that point, I really needed to do [12] something to get some income started, so I went [13] through real estate school and got my New Hampshire [14] real estate license and began selling real estate [15] as a contractor with a real estate company. And [16] I've been doing that ever since.

[17] Q: When you were looking for jobs, what kind of [18] jobs were you looking for?

[19] A: Pretty much along the lines that I had been [20] doing at IBM in terms of marketing communications. [21] Several of them were much lower than the level I [22] had been working at, but they were pretty much in [23] the marketing communications area.

[24] Q: Geographically located where?

---

Page 113

[1] A: Well, I live in western New Hampshire, and I [2] didn't — wasn't in a position to relocate, so we [3] were looking in southern New Hampshire and north [4] central Massachusetts.

[5] Q: And did you get any interviews?

[6] A: No.

---

[7] Q: You were not offered any jobs?

[8] A: No.

[9] Q: And after six months did you essentially give [10] up on the job search, so to speak?

[11] A: Not entirely. I kept it going in the [12] background while I was preparing for the real [13] estate work and kept sending resumes out as they [14] were appropriate.

[15] It was during a recession at that point, so [16] there weren't a lot of jobs to begin with. But I [17] was basically applying for anything that I saw at [18] almost any level.

[19] Q: And at some point did you stop sending out [20] resumes?

[21] A: No.

[22] Q: You're still doing it today?

[23] A: Occasionally, yeah, if there's something [24] interesting.

---

Page 114

[1] Q: At some point did you stop your job search in [2] earnest?

[3] MR. POWERS: Objection.

[4] THE WITNESS: No. I mean it's basically [5] applying whenever an opportunity presents itself, [6] and I'm still doing that.

[7] BY MR. TARLOW:

[8] Q: And are you still putting as much energy into [9] it as you did during the first six months?

[10] A: Yes. Probably — yes, probably as much.

[11] Q: Are you sending out as many resumes?

[12] A: Again, it depends on the opportunity. So a [13] lot of them I had already gone — I've already [14] applied to a lot of the ones, you know, other [15] companies and so forth. Those jobs were filled. [16] But as new ones come along, if it's something [17] that's suitable, I will apply.

[18] Q: What was the last job you applied for? Or [19] when was the last job that you applied for?

[20] A: I just talked to Fidelity Investments this [21] week.

[22] Q: About what kind of job?

[23] A: About a call center benefits special- [24] ist position.

---

Page 115

[1] Q: And are you going to get an interview?

[2] A: I decided that I can make more money selling [3] real estate, that to break even on it was below [4] what I'm making now.

[5] Q: So when did you begin selling real

---

estate?

[6] A: I think the beginning of 2002.

[7] Q: You were let go in January of 2002.

[8] A: I'm sorry, then 2003.

[9] Q: Did you have to first study and take an exam?

[10] A: Yes. You have to take the state and national [11] exams.

[12] Q: And before you began selling real estate, did [13] you earn any remuneration from any source?

[14] A: Commonwealth of Massachusetts on —

[15] Q: Unemployment checks?

[16] A: — unemployment.

[17] Q: Nothing beyond unemployment insurance before [18] you began selling real estate.

[19] A: No.

[20] Q: And when did you begin selling real estate in [21] earnest? You think it was early 2003?

[22] A: Yes.

[23] Q: And do you recall what your income was from [24] that source in 2003?

---

Page 116

[1] A: Approximately $22,000.00.

[2] Q: We're near the end of 2004, so you may have [3] some idea what this year is going to look like.

[4] A: It will be a little bit more. Probably [5] between twenty-two and twenty-five thousand.

[6] Q: And is it a full-time job?

[7] A: Yes.

[8] Q: How many hours a week do you work?

[9] A: I work pretty much forty, fifty hours a week.

[10] Q: And do you get a W-2 from an employer or are [11] you an independent contractor?

[12] A: I'm an independent contractor.

[13] Q: What other sources of income do you have?

[14] A: My wife's income.

[15] Q: What does your wife do?

[16] A: She's sort of a patient care person.

[17] Q: And between your two incomes are you able to [18] support yourselves?

[19] A: At this point, yes. I'm sorry, let me amend [20] that. We have had to draw down on reserves, so we [21] are using up reserves in addition to our income. [22] With the combination, we're able to pay our bills.

[23] Q: And are you still having to draw down on [24] reserves?

---

---

Page 117

[1] **A:** Yes.

[2] **Q:** What reserves are you talking about?

[3] **A:** Savings.

[4] **Q:** How much have you had to draw down on savings [5] since leaving IBM?

[6] **A:** Probably over $50,000.00.

[7] **Q:** And how does that relate to the total savings [8] that you have? What percentage is that?

[9] **A:** I don't know.

[10] **Q:** Is it a specific percentage?

[11] **A:** It's worrisome that we've had to draw that [12] down. I don't know what the percentage is.

[13] **Q:** Have you had to draw down any reserves other [14] than savings?

[15] **A:** Not that I can recall.

[16] **Q:** Well, does fifty thousand represent fifty [17] percent or more of your savings?

[18] **A:** I'd have to add up my 401(k)'s and so forth. [19] I don't have that information.

[20] **Q:** And during the time you were working for IBM, [21] what, if any, plans or thought had you given to [22] when you would retire?

[23] **A:** We had planned on retiring from IBM at age [24] sixty-five.

---

Page 118

[1] **Q:** I'm going to ask you questions about your [2] damages or the harm you've suffered.

[3] Is it true that while you were at IBM you were [4] suffering from — or you felt depressed and you [5] experienced sleeplessness?

[6] **A:** While I was at IBM?

[7] **Q:** Yes.

[8] **A:** From time to time, yeah.

[9] **Q:** And that was related to what?

[10] **A:** The way I was being treated.

[11] **Q:** By who?

[12] **A:** By the people that I've mentioned in my [13] testimony, Ms. McGloin and principally Monahan.

[14] **Q:** So when did you begin to feel depressed?

[15] **A:** When?

[16] **Q:** Yes, when?

[17] **A:** They were basically related to the events that [18] I've described. So if I was demoted, certainly the [19] layoff was a major event.

[20] **Q:** Okay. I'm talking about when you were at IBM. [21] So let's go pre-layoff. You said in your Answers [22] to Interrogatories that you were depressed as a

---

[23] result of the demotion.

[24] **A:** The demotion, the lack of opportunity when

---

Page 119

[1] those came up, the working conditions, the nature [2] of the work that I was being assigned. I was [3] humiliated.

[4] **Q:** And were you depressed from April '97 when you [5] were demoted through the end of your employment?

[6] **A:** I think periodically.

[7] **Q:** And what were the manifestations of the [8] depression?

[9] **A:** Oh, just a feeling of — what you would [10] expect, a feeling of sadness, worthlessness, [11] relations at home, increased stressed levels. I [12] have a medical condition that's aggravated by [13] stress, and I think we provided the medical records [14] on that.

[15] **Q:** And that's a dermatological condition?

[16] **A:** Yes.

[17] **Q:** Is that psoriasis? What is it?

[18] **A:** No, it's recalcitrant excema.

[19] **Q:** And were you frequently depressed during the [20] period you reported to Pat McGloin?

[21] **A:** "Frequently" meaning what in your —

[22] **Q:** Weekly.

[23] **A:** I wouldn't say continually. I would say these [24] are related to events as they came along. And my

---

Page 120

[1] way of dealing with it was to work my way out of [2] it.

[3] **Q:** Would you say that you were more upbeat during [4] the time you reported to Pat McGloin than when you [5] worked for Monahan?

[6] **A:** No.

[7] **Q:** So you were equally depressed during both [8] periods?

[9] **A:** I can't quantify it. I mean it was [10] basically — you know, I had points when I knew [11] I was being treated badly in my view, and I [12] would get upset and depressed about it. But it [13] wasn't every day of every week of every month.

[14] **Q:** Did you ever seek any treatment for it during [15] the time that you worked at IBM?

[16] **A:** For some stress I did.

[17] **Q:** With whom?

[18] **A:** I saw my principal physician.

[19] **Q:** When was this?

[20] **A:** It's in the medical records. I don't remember [21] the dates.

[22] **Q:** Well, I don't believe there's any-

---

thing you [23] produced to us, so don't expect that I know it.

[24] **A:** I don't know the dates.

---

Page 121

[1] **Q:** How often?

[2] **A:** How often what?

[3] **Q:** Did you seek out treatment for the depression [4] or stress you were feeling?

[5] **A:** I would say probably maybe one or two [6] occasions with my primary physician.

[7] **Q:** With anybody else?

[8] **A:** I didn't see a specialist.

[9] **Q:** And what did your primary physician do or [10] recommend?

[11] **A:** He prescribed some medication to get me over [12] the hard spots.

[13] **Q:** What medication?

[14] **A:** Some sort of a sedative.

[15] **Q:** Who was your primary care physician?

[16] **A:** Frederick Bruch, B-R-U-C-H.

[17] **Q:** Where is he located?

[18] **A:** He's at the Dartmouth-Hitchcock Clinic.

[19] **Q:** Where is that located?

[20] **A:** Keene, New Hampshire.

[21] **Q:** You said you did not recall what he [22] prescribed?

[23] **A:** No. It was some sort of a sedative, but I [24] don't know what it was.

---

Page 122

[1] **Q:** How long did you take that sedative for?

[2] **A:** I didn't take it continually. I would take it [3] if — what would happen is if I was feeling [4] stressed, the recalcitrant excema would kick in, [5] and I would take one of these tablets, and that [6] would sort of break the cycle. And then I wouldn't [7] take — I didn't take them every day.

[8] **Q:** When you get the recalcitrant excema, where [9] does it show up on you?

[10] **A:** Basically it could be anywhere on my body.

[11] **Q:** And how often did you experience sleeplessness [12] during the period you were working for IBM as a [13] result of the depression you suggest that you were [14] experiencing from time to time?

[15] **A:** It could have been, again, related to events. [16] If there was a particular event going on, "event" [17] meaning an opportunity lost or something like that, [18] sleeplessness might go on for two or three nights.

[19] **Q:** You were claiming at the same

---

time that you [20] were employed at IBM — well, strike that. When [21] did your case against Digital get resolved?

[22] **A:** I don't recall.

[23] **MR. TARLOW:** I'll be right back.

[24] (Pause.)

---

Page 123

[1] **BY MR. TARLOW:**

[2] **Q:** This is a letter we got from the MCAD with the [3] information that they had about your case. They [4] don't have a file, but they have a printout. And [5] it indicates on this printout from the MCAD that [6] the case was closed — was conciliated in December [7] 1999. Does that ring a bell — refresh your [8] memory?

[9] **A:** No.

[10] **Q:** Well, the point I was going to raise is: were [11] you claiming emotional distress in that case [12] against Digital Equipment Corporation?

[13] **A:** I'd have to refer to the Complaint. I don't [14] recall at this point.

[15] **Q:** Were you experiencing any emotional distress [16] as a result of the events that you were complaining [17] about in the Digital case during the time you [18] worked for IBM?

[19] **A:** No, I don't believe so. I believe at that [20] point, once I started with IBM, I put the Digital [21] thing behind me.

[22] **Q:** Did you report that to the MCAD, you dropped [23] your emotional distress at that point?

[24] **MR. POWERS:** Well, wait a minute. I

---

Page 124

[1] don't think he's saying that he dropped the [2] emotional distress. I think he's saying that once [3] he joined IBM, he no longer experienced emotional [4] distress.

[5] **MR. TARLOW:** Well, I'd like to see if [6] that's consistent between the two cases, because he [7] joined IBM shortly after leaving DEC. And he [8] continued to be suing DEC for some number of years [9] while working at IBM. And I would be surprised if [10] he wasn't claiming ongoing emotional distress as a [11] result of the events at DEC that is overlapping [12] with what he's talking about here.

[13] **MR. POWERS:** Well, you're never going to [14] find that out.

[15] **MR. TARLOW:** Why is that?

[16] **MR. POWERS:** Well, you have all the [17] documents.

[18] **MR. TARLOW:** Have you produced everything [19] that you have regarding the case against DEC? [20] You've produced nothing.

[21] **MR. POWERS:** I don't have anything, so [22] you can ask him.

---

[23] **BY MR. TARLOW:**

[24] **Q:** Do you have any files at home regarding the

---

Page 125

[1] case against DEC?

[2] **A:** I'd have to check. I don't know. It's been a [3] number of years.

[4] **MR. TARLOW:** I think it's clearly [5] relevant. But more relevant, I think, having gone [6] through this exercise today than we even realized [7] before.

[8] **THE WITNESS:** It's a matter of public [9] record —

[10] **MR. POWERS:** You don't have to argue [11] about it. I don't dispute relevancy. If we have —[12] if he has in his possession documents regarding the [13] case against DEC, we will produce them.

[14] **BY MR. TARLOW:**

[15] **Q:** Were there any other events in your life [16] during your tenure with IBM, before your layoff, [17] that were causing you stress or occasional feelings [18] of being depressed?

[19] **A:** When was the date that I joined IBM? I'm [20] sorry, was it 19 —

[21] **Q:** '95.

[22] **A:** '95. Not that I can recall at the moment.

[23] **Q:** And how did the events at IBM affect your —[24] that's before your layoff — affect your

---

Page 126

[1] relationships or your marriage?

[2] **A:** Well, I became withdrawn and uncommunicative [3] with my wife, caused her stress, wondering what was [4] going on. And generally it was just a hard time [5] because we had come so close to retiring and had a [6] plan on what we were going to do retirement-wise, [7] and basically all of that went away.

[8] **Q:** But I'm talking about the period before your [9] layoff. I'm talking about the period where you [10] said you were feeling at least occasional [11] depression and stress as a result of the events —

[12] **A:** Well, I tend to keep things to myself, and I [13] don't like to bring my wife into it and have her [14] worry, so I would just generally clam up. And she [15] knows when I get quiet that something's bothering [16] me. But I normally don't talk to her about all of [17] these things.

[18] After the layoff, it was a different story. [19] But you're not asking me about that.

[20] **Q:** Did you have a good marriage before you went [21] to work at IBM?

[22] **A:** Yes.

[23] **Q:** Did you continue to have a good marriage while [24] you were working at

---

Page 127

[1] **A:** Yes.

[2] **Q:** And what are the damages or the harm you've [3] suffered as a result of the layoff?

[4] **MR. POWERS:** Do you mean emotional —

[5] **MR. TARLOW:** Well, he can tell me the [6] categories. And for the moment — so it can be [7] either economic — I expect it to be economic [8] and/or emotional.

[9] **THE WITNESS:** I don't have an answer on [10] the economic part of it. And the emotional, I've [11] sort of been describing that as we've been going [12] along here.

[13] **BY MR. TARLOW:**

[14] **Q:** The only thing we've talked about so far as [15] far as emotionally is what occurred while you were [16] working at IBM. So what harm have you incurred or [17] experienced emotionally as a result of the layoff?

[18] **A:** Well, I mean this was a very difficult thing [19] to deal with it at this particular time of my life. [20] Second only to a death in the family or something, [21] this was a very, very serious — a blow both [22] psychologically and financially to me.

[23] All of our financial plans were put on hold. [24] We had to just adapt and spend down some of our

---

Page 128

[1] reserves. So, from a financial standpoint, it was [2] very stressful.

[3] I have these other medical conditions that got [4] triggered.

[5] And as I was just relaying, my communication [6] at home became difficult, and my wife was stressed [7] as a result of the financial difficulties that we [8] were anticipating.

[9] **Q:** You said you had medical conditions that were [10] triggered, is that more than one?

[11] **A:** No, just the — basically the recalcitrant [12] excema.

[13] **Q:** How many flare-ups did you experience of the [14] recalcitrant excema?

[15] **A:** Usually once it starts, it's hard to get back [16] under control, so it would ebb and flow, but it was [17] continuing there for several months.

[18] **Q:** Is that something that you experience absent [19] stress?

[20] **A:** Not as much, but occasionally with temperature [21] changes it might, but generally it's stress related [22] in my particular case.

[23] **Q:** And did you seek any treatment from any health [24] care professional as a

---

result of the emotional harm

Page 129

[1] or the physical manifestations of emotional harm?

[2] A: Yes, I did.

[3] Q: With whom and when?

[4] A: I saw a dermatologist in Keene, New Hampshire, [5] Richard Seymour, S-E-Y-M-O-U-R, I believe. He's at [6] the same institution, the Dartmouth-Hitchcock [7] Clinic in Keene.

[8] There may have been another dermatologist, but [9] I can't recall the name right now.

[10] Q: Did you seek any other treatment or assistance [11] from any other health care professional other than [12] Richard Seymour regarding whatever you experienced [13] as a result of the layoff?

[14] A: Only the aforementioned primary care [15] physician, Dr. Bruch.

[16] Q: And what Dr. Bruch do or recommend?

[17] A: He basically gave me something to kind of help [18] me relax and as a sedative.

[19] Q: When was that?

[20] A: It was sometime after the layoff.

[21] Q: How soon after the layoff?

[22] A: I don't know. I don't remember.

[23] Q: How long did you take the sedative for?

[24] A: I take it infrequently.

Page 130

[1] Q: Do you still take it?

[2] A: Occasionally I do. Very infrequently, though.

[3] Q: And did you experience any depression-like [4] symptoms after the layoff?

[5] A: Yes, I had sleeplessness and withdrawal, lack [6] of appetite, relations with my wife.

[7] Q: Do they continue to today, all of those [8] elements?

[9] A: Not to the degree that they did.

[10] Q: When were they —

[11] A: I tend not to try to dwell on these things [12] because it's counter-productive, so —

[13] Q: I take it during this whole period from 1995 [14] to the present, you've never sought out a mental [15] health professional?

[16] A: No.

[17] Q: Why is that?

[18] A: Well, I feel probably the best way to handle [19] it is to try to work my way out of it and get [20] another job and eliminate the things that are [21] causing the stress, which are the unemployment,

[22] basically.

[23] Q: And for what period of time did you experience [24] sleeplessness after the layoff?

Page 131

[1] A: I would say for a period of maybe two to three [2] months.

[3] Q: Okay.

[4] A: Not every night, but —

[5] Q: For what period of time did you experience or [6] were you withdrawn?

[7] A: I would say — I would say up until the time [8] that I really started to get into the real estate [9] thing and decided I had to really bootstrap my [10] something on my own that I was more withdrawn [11] than normal.

[12] Q: And when did that period come about that you [13] really sort of realized you needed to commit [14] yourself to the real estate field?

[15] A: Well, as I was going through the job [16] application process for whatever months it was, six [17] months or whatever after I got laid off, I think it [18] was just dawning on me that I wasn't going to [19] get a job.

[20] Q: Well, I'm trying to figure how long did you [21] feel you were more withdrawn than usual. Was it [22] for the first six months, was it for a year?

[23] A: I would say more intensively in the first [24] three months, and then it diminished.

Page 132

[1] Q: And for how long did you experience a lack of [2] appetite?

[3] A: I would say for about the same period.

[4] Q: Three months or so?

[5] A: Yeah, three to five months, maybe, afterward.

[6] Q: For how long were your relations — and do you [7] mean by that — I really don't want to pry, but do [8] you mean sexual relations with your wife?

[9] A: Yes.

[10] Q: How long were they adversely affected?

[11] A: I would say probably maybe six months or so.

[12] Q: If you look at Answer 10 in your Answers to [13] Interrogatories, you do describe elements of your [14] damages which I want to ask you about.

[15] A: Do you want me to look at something —

[16] Q: Yes, if you can find Exhibit 10.

[17] MR. POWERS: Are you talking about the [18] Interrogatory Answers?

[19] MR. TARLOW: Yes.

[20] MR. POWERS: I have those right here. [21] Page 14?

[22] MR. TARLOW: No. Page 10 and 11 and 12.

[23] THE WITNESS: What document?

[24] MR. TARLOW: Exhibit 10, your Answers to

Page 133

[1] Interrogatories in this case.

[2] BY MR. TARLOW:

[3] Q: So this is a description, Pages 10 through 13, [4] of basically your damages as a result of the [5] layoff. It's a fair description.

[6] If you look on the next page, Dennis, which is [7] Page 11, it describes some elements of the [8] financial harm, I believe it is.

[9] A: Can you point that out to me?

[10] Q: Well, look in Subparagraph 4, Subparagraph 5.

[11] A: Yeah.

[12] Q: Subparagraph 4 you describe having to spend [13] down your financial reserves. Is that the [14] $50,000.00 or so you've already told me about?

[15] A: Yes.

[16] Q: And then Subparagraph 5 relates to the sale of [17] securities.

[18] A: Yes.

[19] Q: Is that something different than 4? That's a [20] different element that you had to sell securities [21] in order to raise money for living expenses?

[22] A: No, it's — basically we were selling money [23] that we had saved in mutual funds. They're [24] basically the same.

Page 134

[1] Q: 4 and 5 are related.

[2] A: Yes.

[3] Q: I want to just go back. Similar to the [4] questions about loss of appetite and withdrawal, [5] when did you begin to pull out of the depression [6] you were experiencing after the layoff? Is it the [7] same period essentially?

[8] A: I think toward the end of that first six [9] months after the layoff, and I was getting more [10] involved in real estate. Starting to go to school [11] and studying for the exam and then taking the exam [12] occupied my mind.

[13] Q: How do you like the real estate field?

[14] A: Well, I'm starting at the bottom rung of the [15] — you know, I'm low man on the totem pole, [16] competing with a lot of experienced agents, so it's [17] like any other — like a law practice or anything [18] else, you've got to build up a client list and a [19] book of business. And

it takes about four to five [20] years to really get rolling.

[21] Q: Do you enjoy the substance of the work?

[22] A: Yeah. Yeah, I do.

[23] Q: And on Page 12, the top of Page 12 of Exhibit [24] 10, you say that — and this may be the same

Page 135

[1] category, you had to spend down retirement savings. [2] That's the same category we've already discussed.

[3] And then it says, "Cut life insurance [4] expenses." What's that all about?

[5] A: Well, we eliminated — I believe we eliminated [6] one life insurance policy that we had.

[7] Q: On you?

[8] A: I believe so. I don't recall specifically, [9] but I know that we canceled one policy.

[10] Q: Do you still have life insurance?

[11] A: Yes.

[12] Q: Do you have what you consider to be adequate [13] life insurance?

[14] A: Yes.

[15] Q: And then there's something here about [16] "delaying paying property taxes." What was that [17] all about?

[18] A: Well, we — we didn't have the money to pay [19] our property taxes when they came due, and they [20] come due twice a year in New Hampshire. And at the [21] time they came due, we didn't have the money for [22] them.

[23] So we had to delay, and you can delay, but you [24] pay a penalty and you can pay them later.

Page 136

[1] Q: Did you end up paying them?

[2] A: Yeah.

[3] Q: And what was the penalty?

[4] A: It's a percentage of the outstanding balance [5] on it. I don't know what it is, twelve percent or [6] something.

[7] Q: Is the penalty more than $1,000.00? I just [8] want to understand the magnitude of it.

[9] A: This was not more than a thousand.

[10] Q: And obviously you didn't have your property [11] seized.

[12] A: No.

[13] Q: And then you say your IBM pension has been [14] diminished. What does that mean?

[15] A: Well, the pension is based on time of service [16] and your salary level. And because my service was [17] terminated, I didn't get to the number of years [18] that I would have had it if I'd stayed.

[19] Q: And are you vested in a pension?

[20] A: Yes.

[21] Q: And what are the terms of that in terms of [22] when you can begin to receive a payout and how much [23] it will be?

[24] MR. POWERS: That's a very complicated

Page 137

[1] question.

[2] MR. TARLOW: Well, I'm asking his best [3] understanding.

[4] MR. POWERS: No, but I mean that's [5] information that's clearly available to IBM. And [6] the only way he's going to find out — because [7] there's so many options. You're asking a very [8] complicated question.

[9] MR. TARLOW: Well, I'm allowed to ask it. [10] And he can say he doesn't know.

[11] THE WITNESS: Well, I can answer it this [12] way, that I have to get a statement from IBM, and I [13] don't have that here with me.

[14] BY MR. TARLOW:

[15] Q: When do you expect to begin to draw down on [16] the pension or to draw on the pension?

[17] A: I would say at age sixty-five.

[18] Q: Do you know if you're entitled to do so now if [19] you wanted to?

[20] A: I believe at age sixty-two I could.

[21] Q: And you are sixty-two now?

[22] A: I'm sixty-two. I'll be sixty-three in a [23] couple weeks.

[24] Q: And can you estimate the dollar impact on the

Page 138

[1] pension benefit as a result of not being able to [2] stay around at IBM until you were sixty-five?

[3] A: No, I couldn't.

[4] Q: And do you know if you've engaged an expert [5] witness who can or will do that?

[6] A: I think that's to be determined. I don't know [7] at this point.

[8] Q: How much weight did you gain as a result of [9] your layoff?

[10] A: Oh, boy, that's a good question. I would say [11] maybe at least fifteen percent. So it might have [12] been over fifty pounds.

[13] Q: And did you ever take it off?

[14] A: I've taken some of it back off, yeah.

[15] Q: Is there any other element of your damages you [16] have not described?

[17] A: That's what I can recall at this point.

[18] Q: Do you know what happened to

Kathy Weaver's [19] job functions after the layoffs?

[20] A: I believe Ms. McGloin told us that Kathy [21] Weaver's job function was going to be transferred [22] to Corporate.

[23] Q: But you don't know to whom it went?

[24] A: No.

Page 139

[1] Q: Do you know whether Spilke, Gwynn and Chang [2] were laid off in the subsequent round of layoffs in [3] 2002?

[4] A: I believe Spilke was. I don't know about [5] Debbie Gwynn or Chang.

[6] THE WITNESS: Off the record for just a [7] second.

[8] (Discussion off the record.)

[9] BY MR. TARLOW:

[10] Q: Do you ever recall being criticized for [11] creating IBM business cards for a contractor [12] inappropriately?

[13] A: No. Which contractor?

[14] Q: I can't answer questions, I can only ask them.

[15] A: Okay. No.

[16] (Pause.)

[17] MR. TARLOW: Would you mark this, please.

[18] (The document above referred to was [19] marked Deposition Exhibit No. 19 for [20] identification.)

[21] BY MR. TARLOW:

[22] Q: Please take a look at this document.

[23] A: (The witness complied.)

[24] Q: Do you recognize that document, Mr. Rossiter?

Page 140

[1] A: No, I don't.

[2] Q: Is that something you ever saw before that you [3] recall?

[4] A: I do not recall seeing this.

[5] (Pause.)

[6] Q: It says in your Answers to Interrogatories [7] that for some period of time you were unable to [8] enjoy even the simple pleasures in life such as [9] reading a book. How long did that last for?

[10] A: Am I describing the time after —

[11] Q: After the layoff.

[12] A: — after the layoff? I would say for probably [13] several months.

[14] Q: Did you enjoy reading before that?

[15] A: Yes.

[16] Q: Do you enjoy reading today?

[17] A: Yes.

[18] MR. TARLOW: No further questions.

[19] (Whereupon, the deposition in the

above- [20] entitled matter was con-
cluded at 1:45 p.m.)

---

**Page 141**

COMMONWEALTH OF MASSACHUSETTS
Suffolk, ss.

I, Lynn S. Burns, a Notary Public duly commissioned
and qualified in and for the Commonwealth of
Massachusetts, do hereby certify that there came before
me on the 22nd day of December, 2004, at 10:05 a.m., the
person hereinbefore named, who was by me duly sworn to
testify to the truth and nothing but the truth of his
knowledge touching and concerning the matters in
controversy in this cause; that he was thereupon
examined under his oath and his examination reduced to
typewriting under my direction; and that the deposition
is a true record of the testimony given by the witness.

  I further testify that I am neither attorney or
counsel for, nor related to or employed by any of the
parties to the action in which this deposition is taken,
and, further, that I am not a relative or employee of
any attorney or counsel employed by the parties hereto
or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and
affixed my notarial seal this 17th day of January, 2005.
My Commission expires on
February 17, 2006.

    Lynn S. Burns, Notary Public

---

**Page 142**

I have read the foregoing transcript of the
testimony, and the same contains a true and
accurate recording of my answers given to
the questions therein set forth.

 Witness: Signed under pains and penalties
      of perjury

# EXHIBIT 4
## to EXHIBIT A & A-1

DEFENDANT'S DEPOSITION
EXHIBIT
#4
12|10|04 (S)
PENGAD-Bayonne, N.J.

MICROELECTRONICS RESOURCE ACTION (MERA)
NOTICE TO EMPLOYEES

AGE AND TITLE INFORMATION (OWBPA REPORT)

The following is information regarding job titles and ages of employees selected to participate in IBM's current resource reduction action as required by federal law. This information is as of November 28, 2001.

Employees were designated as selected for the MERA on the basis of one or more of the following criteria (based on the particular situations involved):

- Employees performing work that has been eliminated (used in work elimination situations).

- Best Qualified Based on Total Assessment - of employees within a skill group, based primarily on an assessment of relevant skills, taking into consideration, in addition to the skills themselves and associated levels of proficiencies, such factors as work experience, performance, and educational background, with seniority as a tie-breaker (used in staff reduction and job restructuring situations).

If you have any questions about your specific title, contact your manager or the MERA Project Office. Please refer to the MERA Project Information Contacts page for more detailed information.

### Alliances & Partnerships - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| CAREER FINANCIAL ANALYST | 33(1). |
| EXEC PROJ MGR(NON-MGR)NON-CERT | 64(1). |
| SENIOR SOFTWARE ENGINEER | 52(1). |
| SR ENGINEER/SCIENTIST-DEV | 54(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 55(1) and 59(1). |

### Business Development & Operations - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| CONTRACTS & NEGOTIATIONS SPCL | 59(1). |
| STAFF PROFESSIONAL | 47(1). |

### Business Information & Transformation - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 41(1) and 44(1). |
| ADV APPLICATION DEV ANALYST | 50(1). |
| ADV ENGINEER/SCIENTIST-DEV | 52(1) and 55(1). |
| ADVISORY I/T SPECIALIST | 46(1). |
| SENIOR I/T SPECIALIST | 54(1). |

**Business Information & Transformation - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| SENIOR SOFTWARE ENGINEER | 45(1). |
| SR PROGRAMMER ANALYST | 57(1). |
| STAFF INFO SYSTEMS ANALYST | 47(1). |
| STAFF SYS AND PROCED ANALYST | 50(1). |

**Business Transformation - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| SR ENGINEER/SCIENTIST-DEV | 59(1). |

**Endicott Sr Location Exec-Distribution - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| DEPARTMENT MGR MANUFACTURING | 53(1). |
| ENGINEER/SCIENTIST MFG | 44(1). |
| PRODUCTION OPERATOR | 44(1), 46(1), 49(1), 53(2), 55(2), 61(1), and 62(1). |
| PRODUCTION SPECIALIST | 43(1). |

**Information Technology - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 42(1), 43(1), and 53(1). |
| ADMINISTRATOR SPECIALIST | 27(1). |
| ADV ENGINEER/SCIENTIST-DEV | 37(1), 38(1), 41(1), 42(1), 46(2), 48(1), 53(1), 55(1), 59(2), 62(1), and 64(1). |
| ADV PROJ MGR (NON-CERT) | 56(1). |
| ADV SALES OPERATIONS SPCL | 52(1). |
| ADVISORY PROFESSIONAL | 61(1). |
| ADVISORY SOFTWARE ENGINEER | 55(1). |
| ASSOC MARKETING MGR (NON-MGR) | 26(1). |
| ASSOC PROJECT MANAGER | 45(1) and 49(1). |
| ASSOC TECH SUPT MKTG SPCL | 45(1). |
| CONSLT SALES OPERATIONS SPCL | 49(1). |
| CUSTOMER SUPPORT ANALYST | 54(1). |
| DEV ENGINEER MANAGER | 39(1). |
| ENGINEER/SCIENTIST | 24(2) and 26(1). |
| FLOWA-20HRS A WEEK | 46(1). |
| MARKETING MANAGER - band 08 | 44(1). |
| MARKETING OPERATIONS SPCL | 43(1). |
| MATERIALS LOGISTICS SR PROF | 47(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 44(1). |
| PRODUCTION SPECIALIST | 56(1). |
| PROGRAMMER SPECIALIST | 53(1). |
| SALES OPERATIONS SPECIALIST | 25(1) and 28(1). |
| SENIOR LAB TECHNICIAN | 38(1). |
| SR ENGINEER/SCIENTIST-DEV | 40(1). |
| SR LABORATORY SPECIALIST | 52(2). |
| SR SALES OPERATIONS SPCL | 31(1), 33(1), and 54(1). |
| SR TECHNICIAN SPECIALIST | 45(1) and 46(1). |
| SR VLSI MASK DESIGN SPCL | 58(1), 60(1), and 64(1). |

I001136

### Information Technology - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| STAFF ENGINEER/SCIENTIST-DEV | 26(1), 33(1), 40(1), 42(1), 53(1), and 62(1). |
| TECH LAB SPECIALIST | 33(1), 42(1), 44(1), 47(2), 49(1), and 58(1). |
| TECH VLSI MASK DESIGN SPCL | 37(1), 41(1), 43(1), 45(2), and 58(1). |
| TECHNICAL SUPPORT MKTG SPCL | 42(1). |
| TECHNICIAN SPECIALIST | 27(1). |

### Integrated Product Development - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 41(1). |
| RESOURCE ANALYST | 45(1) and 51(1). |
| TECHNICAL SUPPORT MKTG SPCL | 53(1). |

### Integrated Supply Chain - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR | 27(1), 36(1), and 52(1). |
| ADMINISTRATOR ANALYST | 39(1), 43(1), 47(1), 51(1), and 52(1). |
| ADMINISTRATOR SPECIALIST | 50(1), 51(1), and 54(1). |
| ADVISORY PRODUCT PLANNER | 57(1). |
| ASSOCIATE  ADMINISTRATOR | 21(2), 22(1), 28(1), and 58(1). |
| EXEMPT  PRE-PROF - RETRAINEE | 29(1), 33(1), and 56(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 09 | 58(1). |
| MATERIALS LOGISTICS ADV PROF | 42(1), 47(1), and 57(1). |
| MATERIALS LOGISTICS PROF | 26(1), 31(1), 34(1), and 38(1). |
| MATERIALS LOGISTICS SR PROF | 49(1). |
| MATERIALS LOGISTICS STAFF PROF | 44(1), 46(1), and 49(1). |
| STAFF PRODUCT PLANNER | 47(1). |

### Intellectual Property Counsel - Employees Selected

| Title | Age (Number of Employees) |
|---|---|
| SENIOR ATTORNEY, IPL | 59(1). |
| SR ENGINEER/SCIENTIST-DEV | 54(1). |

I001137

**Interconnect Products - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 44(1) and 59(1). |
| ADMINISTRATOR SPECIALIST | 48(1). |
| ADV APPLICATIONS PROGRAMMER | 37(1) and 60(1). |
| ADV ENGINEER/SCIENTIST MFG | 34(1), 44(1), 47(1), 49(1), 54(1), 55(1), 60(2), 61(1), 62(1), and 71(1). |
| ADV ENGINEER/SCIENTIST-DEV | 35(1), 40(1), 41(3), 43(2), 44(1), 47(1), 48(1), 50(2), 54(1), 55(2), 58(1), and 65(1). |
| ADVANCED TECHNICAL SPCL | 45(1), 50(1), 53(1), 54(1), 63(1), and 64(1). |
| ADVISORY SOFTWARE ENGINEER | 41(1) and 53(1). |
| ADVISORY SYSTEMS ANALYST | 58(1). |
| ASSISTANT - band 04 | 48(1). |
| DEPARTMENT MGR MANUFACTURING | 48(1), 49(1), 52(1), and 60(1). |
| DEPARTMENT TECHNICIAN - band 04 | 57(1). |
| DEVELOPMENT STAFF MEMBER - band 07 | 28(1) and 30(1). |
| ENGINEER/SCIENTIST | 27(1), 30(1), 43(1), 49(1), 50(1), 54(1), and 59(1). |
| ENGINEER/SCIENTIST MFG | 25(1), 27(3), 40(1), 46(1), 50(1), and 51(1). |
| I/T ARCH-SYS INTEGRATION | 55(1). |
| IBM MANAGER - band 08 | 53(1). |
| IBM MANAGER - band 09 | 54(1) and 59(1). |
| MATERIALS LOGISTICS PROF | 55(1). |
| MATERIALS LOGISTICS STAFF PROF | 45(1). |
| PRODUCTION ASSOCIATE | 21(3), 22(3), 23(5), 24(6), 25(5), 27(2), 28(6), 29(1), 30(1), 31(2), 32(3), 33(2), 34(5), 35(3), 36(2), 37(2), 38(5), 39(5), 40(6), 42(5), 43(5), 44(2), 45(5), 46(5), 47(3), 48(7), 49(3), 50(3), 51(1), 52(2), 53(2), 54(4), 55(1), 56(2), 57(4), 59(3), 61(1), and 65(2). |
| PRODUCTION OPERATOR | 24(2), 26(1), 27(1), 29(1), 31(2), 36(2), 37(2), 40(4), 41(2), 42(1), 43(1), 44(2), 45(2), 46(3), 47(3), 48(3), 49(2), 50(3), 51(3), 52(1), 53(5), 54(3), 55(1), 56(4), 57(3), 60(2), 61(1), 62(1), and 66(1). |
| PRODUCTION SPECIALIST | 37(1), 39(1), 41(2), 42(2), 43(1), 44(2), 45(4), 46(5), 47(4), 48(1), 49(3), 50(2), 51(3), 52(5), 53(3), 55(3), 56(1), 58(1), 61(1), 62(1), 63(1), and 64(1). |

I001138

**Interconnect Products - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| PRODUCTION TECHNICIAN | 28(1), 36(1), 40(1), 42(1), 44(1), 45(2), 47(1), 48(2), 49(1), 51(1), 53(1), 54(2), and 56(1). |
| PRODUCTION TECHNICIAN SPCL | 31(1), 44(1), 49(1), 51(1), 52(1), 55(1), and 60(1). |
| PROFESSIONAL - EXEMPT | 56(1). |
| SENIOR ADVISOR | 55(1). |
| SENIOR ENGINEERING MANAGER | 57(1). |
| SENIOR LAB TECHNICIAN | 48(2) and 52(1). |
| SOFTWARE ENGINEER | 28(1). |
| SR ENG/SCI MGR - SECOND LINE | 62(1). |
| SR ENGINEER/SCIENTIST MFG | 54(1), 62(1), 63(1), 66(1), and 68(1). |
| SR ENGINEER/SCIENTIST-DEV | 41(1), 45(1), 53(1), 54(1), 60(1), and 61(1). |
| SR LABORATORY SPECIALIST | 42(2), 43(1), 52(2), 54(1), and 58(2). |
| SR PRODUCTION TECH SPCL | 45(1), 48(2), 53(2), 54(1), 55(1), and 60(1). |
| SR PROGRAM MANAGER | 63(1). |
| SR TECHNICAL STAFF MEMBER | 55(1), 63(1), and 64(1). |
| SR TECHNICIAN SPECIALIST | 27(1), 35(1), 40(1), 41(1), 42(3), 44(1), 47(1), 48(2), 49(2), 52(1), 55(1), 58(1), and 62(1). |
| SR VLSI MASK DESIGN SPCL | 44(1) and 46(1). |
| STAFF APPLICATIONS PROGRAMMER | 44(1). |
| STAFF ENGINEER/SCIENTIST MFG | 35(1), 36(1), 38(1), 44(2), 48(1), 49(1), 53(1), 57(3), and 61(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 25(1), 26(2), 27(1), 28(1), 30(1), 31(1), 32(1), 34(1), 35(2), 37(1), 39(1), 41(1), 45(1), 56(1), and 58(1). |
| STAFF PROFESSIONAL | 48(1), 51(1), 58(1), and 59(1). |
| SYS AND PROCEDURES ANALYST | 52(1). |
| TECH LAB SPECIALIST | 40(1), 43(1), 44(2), 47(1), 48(1), 51(1), and 52(2). |
| TECH VLSI MASK DESIGN SPCL | 45(1). |
| TECHNICAL ASSISTANT - band 08 | 48(1). |
| TECHNICAL ASSISTANT - band 10 | 63(1). |
| TECHNICIAN | 25(1), 54(1), and 56(1). |

I001139

**Interconnect Products - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| TECHNICIAN SPECIALIST | 25(1), 27(1), 32(1), 39(1), 44(1), 45(1), 48(1), 51(2), and 55(1). |

**Microelectronics Division Marketing - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| ADV I/T SPCL(TECH OR SALES) | 25(1). |
| ASSOC INTGR MKTG COMM SPCL-ADV | 36(1). |
| ASSOC MARKETING MGR (ADVANCED) | 24(1). |
| ASSOC TECH SUPT MKTG SPCL | 32(1). |
| INTEGR MKTG COMM SPCL - ADV | 54(1) and 59(1). |
| INTEGR MKTG COMMUNICATION SPCL | 43(1) and 55(1). |
| MARKET INTELLIGENCE SPCL | 30(1). |
| MARKET INTELLIGENCE SPCL(ADV) | 40(1). |
| MARKETING MANAGER - band 08 | 35(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 38(1) and 44(1). |
| SR MARKET INTELLIGENCE SPCL | 58(1). |
| STAFF INFORMATION DEVELOPER | 54(1). |
| TECHNICIAN SPECIALIST | 55(1). |

**Microelectronics Division Quality - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| ADV ENGINEER/SCIENTIST-DEV | 51(1), 53(2), 58(1), 61(1), and 62(1). |
| PRODUCTION SPECIALIST | 36(1) and 56(1). |
| PROFESSIONAL - EXEMPT | 27(1). |
| SENIOR LAB TECHNICIAN | 58(1). |
| SR ENGINEER/SCIENTIST-DEV | 59(1) and 61(1). |
| SR TECHNICAL STAFF MEMBER | 60(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 24(1), 41(1), and 53(1). |
| STAFF SYS AND PROCED ANALYST | 48(1). |
| SYS AND PROCEDURES ANALYST | 59(1). |
| TECH LAB SPECIALIST | 49(1) and 58(1). |

**Microelectronics Division Quality - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| TECHNICIAN SPECIALIST | 25(1). |

**Microelectronics Division Strategy - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR TECHNICAL STAFF MEMBER | 61(1). |

**Network Processing - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 51(1). |
| ADV SALES OPERATIONS SPCL | 31(1). |
| ASSOC MARKETING MGR (ADVANCED) | 26(1). |
| ENGINEERING CONSULTANT - band 09 | 58(1). |
| MARKET INTELLIGENCE SPCL(ADV) | 50(1). |
| MARKETING MANAGER - band 09 | 62(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 42(2) and 44(1). |
| SENIOR OSS/SOFTWARE ANALYST | 51(1). |
| SR ENGINEER/SCIENTIST-DEV | 50(1). |
| SR PROJ MGR (NON-MGR) CERT | 60(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 45(1) and 50(1). |
| SR SALES OPERATIONS SPCL | 27(1) and 45(1). |
| SR. CONTR AND NEG SPCL/TLDR | 66(1). |
| TECHNICAL SUPT MKTG SPCL(ADV) | 44(1) and 50(1). |

**Networking Technology - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 23(1), 28(1), 30(1), and 31(1). |
| ADV ENGINEER/SCIENTIST-DEV | 25(1). |
| ADV PROJ MGR (NON-CERT) | 35(2) and 42(1). |
| ADV PROJ MGR NON-MGR CERT | 44(1). |
| ADV SALES OPERATIONS SPCL | 30(1), 31(1), 34(1), 37(1), 41(1), and 46(1). |
| ADVISORY PRODUCT PLANNER | 52(1). |

I001141

**Networking Technology - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADVISORY SOFTWARE ENGINEER | 47(1). |
| ASSISTANT - band 04 | 37(1). |
| ASSOC INTEGR MKTG COMM SPCL | 23(1). |
| ASSOC MARKETING MGR (NON-MGR) | 42(1). |
| ASSOC PROJECT MANAGER | 26(1), 48(1), and 52(1). |
| ASSOC TECH SUPT MKTG SPCL | 31(1) and 32(1). |
| CONSLT SALES OPERATIONS SPCL | 45(1). |
| DEV ENGINEER MANAGER | 43(1). |
| ENGINEER/SCIENTIST | 25(1), 40(2), and 41(2). |
| EXEC PROJ MGR (MGR)(NON-CERT) | 55(1). |
| EXEC PROJ MGR(NON-MGR)NON-CERT | 55(1). |
| IBM MANAGER - band 10 | 43(1). |
| MARKETING OPERATIONS MANAGER | 38(1) and 40(1). |
| MGR OF STRATEGIC SYS TECHNOLOG | 63(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 54(1). |
| SALES OPERATIONS SPECIALIST | 37(1). |
| SENIOR ENGINEERING MANAGER | 52(1). |
| SENIOR MARKETING MANAGER | 51(1) and 52(1). |
| SR ENGINEER/SCIENTIST-DEV | 45(2), 54(1), 55(1), and 59(1). |
| SR ENGINEERING MANAGER | 48(1). |
| SR LABORATORY SPECIALIST | 34(1) and 43(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 34(1), 36(1), 43(1), 44(1), 50(1), and 52(1). |
| SR SALES OPERATIONS SPCL | 59(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 23(1). |
| TECHNICIAN SPECIALIST | 36(1). |

**Pervasive Computing - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 29(1). |
| ADV ENGINEER/SCIENTIST-DEV | 37(1), 41(1), 44(1), 48(1), and 50(1). |

I001142

### Pervasive Computing - Employees Selected

| Title | Age (Number of Employees) |
| --- | --- |
| ADV SALES OPERATIONS SPCL | 34(1) and 41(1). |
| ADVANCED TECHNICAL SPCL | 51(1). |
| ADVISOR/LEAD FINANCIAL ANALYST | 43(1). |
| ASSOC MKT INTLLGNCE SPCL(ADV) | 23(1). |
| ASSOC PROJECT MANAGER | 32(1). |
| ASSOC TECH SUPT MKTG SPCL ADV | 38(1). |
| DIR, SYS DEVELOP - COMMQUEST | 38(1). |
| ENGINEER/SCIENTIST | 46(1). |
| ENGINEER/SCIENTIST RETRAINEE | 41(1). |
| EXEMPT PRE-PROF - RETRAINEE | 27(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 44(1). |
| SALES OPERATIONS SPECIALIST | 24(1). |
| SENIOR SOFTWARE ENGINEER | 54(1). |
| SR ENGINEER/SCIENTIST-DEV | 43(1), 54(1), and 61(1). |
| SR LABORATORY SPECIALIST | 50(1). |
| SR PROGRAM MANAGER | 50(1). |
| SR PROJ MGR (NON-MGR) CERT | 47(1). |
| SR SALES OPERATIONS SPCL | 40(1). |
| STAFF PRODUCT PLANNER | 46(1). |
| STAFF PRODUCT SUPPORT ANALYST | 61(1). |
| STAFF PROFESSIONAL | 50(1). |
| TECH LAB SPECIALIST | 48(1). |

### Product Development - Employees Selected

| Title | Age (Number of Employees) |
| --- | --- |
| ADMINISTRATOR ANALYST | 24(1), 27(1), 44(1), and 51(1). |
| ADMINISTRATOR SPECIALIST | 27(1) and 28(1). |
| ADV APPLICATIONS PROGRAMMER | 59(1). |

I001143

**Product Development - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 33(1), 34(1), 36(2), 37(1), 38(1), 39(2), 41(1), 42(2), 43(1), 44(1), 45(1), 46(1), 49(1), 50(1), 51(1), 52(1), 53(1), 54(1), 55(2), 56(2), 57(3), 58(2), 59(2), and 65(1). |
| ADVANCED TECHNICAL SPCL | 46(1). |
| ADVISORY PROFESSIONAL | 44(1). |
| ADVISORY SOFTWARE ENGINEER | 29(1), 36(1), 39(2), 41(1), 45(1), 48(1), and 61(1). |
| APPLICATIONS PROGRAMMER | 28(1). |
| ASSISTANT - band 04 | 41(1). |
| ASSOC MARKETING MGR (NON-MGR) | 37(1). |
| ENGINEER/SCIENTIST | 22(1), 23(4), 24(3), 25(6), 26(3), 27(2), 28(1), 29(2), 30(1), 31(2), 32(1), 33(3), 39(1), 42(1), 43(1), and 56(1). |
| ENGINEER/SCIENTIST MFG | 32(1). |
| ENGINEER/SCIENTIST RETRAINEE | 38(1), 42(1), and 49(1). |
| EXEMPT  PRE-PROF - RETRAINEE | 57(1). |
| HARDWARE DEV MANAGER | 50(1). |
| I/T SPCL-NETWORK INTEGRATION | 23(1). |
| MANAGER SOFTWARE TECHNOLOGY | 43(1). |
| PROFESSIONAL - EXEMPT | 35(1), 50(1), and 63(1). |
| PROFESSIONAL PRODUCT PLNR | 48(1). |
| PROGRAMMER SPECIALIST | 27(1). |
| PROJECT ENGINEER MANAGER | 50(1) and 61(1). |
| SENIOR LAB TECHNICIAN | 29(1), 31(1), 34(1), 43(1), and 53(1). |
| SENIOR SOFTWARE ENGINEER | 34(1) and 40(1). |
| SOFTWARE ENGINEER | 24(1), 25(2), 38(1), 39(1), and 54(1). |
| SR ENGINEER/SCIENTIST-DEV | 37(1), 40(1), 44(1), 45(1), 48(1), 57(1), 58(1), 59(1), 61(1), 62(1), 63(1), and 68(1). |
| SR ENGINEERING MANAGER | 55(1). |
| SR LABORATORY SPECIALIST | 34(1), 41(1), 49(1), 50(1), 52(1), 53(1), 56(1), and 58(1). |
| SR PROGRAMMING TECHNICIAN | 31(1). |

I001144

**Product Development - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 42(1). |
| SR VLSI MASK DESIGN SPCL | 40(1), 49(2), 53(2), and 54(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 24(1), 27(1), 28(3), 31(1), 33(1), 34(1), 35(1), 36(1), 38(1), 39(1), 40(3), 41(2), 42(2), 43(3), 46(1), 47(2), 50(1), 51(1), 52(1), 56(1), 57(1), 62(1), and 66(1). |
| STAFF INFORMATION DEVELOPER | 47(1) and 52(1). |
| STAFF SOFTWARE ENGINEER | 23(2), 28(1), 29(1), 31(1), 32(2), 33(1), 35(2), 40(1), 42(1), 43(1), 45(1), 50(1), 57(1), and 60(1). |
| SYSTEMS MGMT PROF - ADVISORY | 48(1). |
| SYSTEMS MGMT PROFESSIONAL | 54(1). |
| TECH LAB SPECIALIST | 35(1), 37(1), 44(1), and 50(1). |
| TECH VLSI MASK DESIGN SPCL | 27(2), 35(1), 36(1), 40(1), 45(1), 52(1), and 56(1). |

**Subsystems Development-MYLEX - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| ADMINISTRATOR | 40(1). |
| ADMINISTRATOR ANALYST | 28(1), 34(1), and 49(1). |
| ADMINISTRATOR SPECIALIST | 20(1). |
| ADV ENGINEER/SCIENTIST-DEV | 51(1) and 54(1). |
| ADV PROJ MGR (NON-CERT) | 44(1), 58(1), and 66(1). |
| ADVISOR/LEAD FINANCIAL ANALYST | 31(1). |
| ADVISORY I/T SPECIALIST | 46(1). |
| ADVISORY PRODUCT PLANNER | 54(1). |
| ADVISORY SOFTWARE ENGINEER | 45(1) and 53(1). |
| ASSISTANT - band 03 | 32(1). |
| ASSISTANT - band 04 | 38(1). |
| ASSOC INTGR MKTG COMM SPCL-ADV | 39(1). |
| ASSOCIATE  ADMINISTRATOR | 39(1). |
| BUSINESS CONTROLS ADVISOR | 51(1). |
| DEVELOPMENT ENGINEER MANAGER | 43(1). |
| ENGINEER/SCIENTIST | 39(1). |

**Subsystems Development-MYLEX - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| EXPER PROFESSIONAL AUDITOR | 63(1). |
| GRAPHICS DESIGNER | 42(1). |
| I/T SPCL-NETWORK INTEGRATION | 38(1) and 41(1). |
| IBM MANAGER - band 08 | 59(1). |
| IBM MANAGER - band 09 | 56(1). |
| LABORATORY TECHNICIAN | 45(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 60(1). |
| PRODUCTION OPERATOR-INDIRECT | 49(1). |
| PRODUCTION SPECIALIST | 33(1). |
| PROF INFORMATION DEVELOPER | 25(1), 44(1), and 52(1). |
| SENIOR LAB TECHNICIAN | 35(2). |
| SENIOR MARKETING MANAGER | 53(1). |
| SENIOR SOFTWARE ENGINEER | 47(1). |
| SOFTWARE ENGINEER | 24(1), 27(1), 29(2), 30(1), 36(1), 37(1), 39(2), and 50(1). |
| SR EDUCATION SPECIALIST | 49(1). |
| SR ENGINEER/SCIENTIST-DEV | 32(1). |
| SR LABORATORY SPECIALIST | 40(1) and 46(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 48(1). |
| STAFF ENGINEER/SCIENTIST MFG | 58(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 47(2) and 58(1). |
| STAFF GRAPHIC DESIGNER | 29(1). |
| STAFF PRODUCT COORDINATOR | 39(1). |
| STAFF SOFTWARE ENGINEER | 40(1), 45(1), 47(1), 49(1), and 53(1). |
| SYS AND PROCEDURES ANALYST | 53(1) and 61(1). |
| SYS INTEGR & TEST PROF | 31(2), 35(1), 40(1), 42(1), and 46(1). |
| SYS INTEGR & TEST PROF ADV | 25(1), 33(1), and 50(1). |
| TECH CUSTOMER SUPPORT PROF | 37(1). |
| TECH LAB SPECIALIST | 25(1), 27(1), 28(1), 29(1), 31(1), 33(1), 35(1), 37(2), 42(1), 46(1), 49(1), and 69(1). |

I001146

**Technology/Emerging Products - Employees Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| ADMINISTRATOR ANALYST | 53(1). |
| ADV ENGINEER/SCIENTIST MFG | 41(1) and 57(1). |
| ADV ENGINEER/SCIENTIST-DEV | 32(1), 34(1), 40(1), 46(1), 47(1), 49(1), 54(1), 56(1), and 63(1). |
| ADVISORY SOFTWARE ENGINEER | 58(1). |
| ASSOC MARKETING MGR (NON-MGR) | 25(1) and 27(1). |
| ASSOC TECH SUPT MKTG SPCL | 32(1). |
| CONTRACTS & NEGOTIATIONS SPCL | 33(1). |
| ENGINEER/SCIENTIST | 27(1), 30(1), 31(1), 44(1), and 49(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 63(1). |
| PRODUCTION TECHNICIAN SPCL | 41(1). |
| SENIOR PRODUCT PLANNER | 58(1). |
| SENIOR PROFESSIONAL | 61(1). |
| SR ENGINEER/SCIENTIST-DEV | 52(1), 55(1), 59(2), 60(1), 64(2), and 66(1). |
| SR LABORATORY SPECIALIST | 41(1), 51(1), 54(1), and 58(1). |
| SR TECHNICIAN SPECIALIST | 36(1). |
| STAFF COMMUNICATIONS SPCL | 54(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 32(1), 33(1), 36(1), 37(1), 39(1), 40(1), 43(1), 44(1), 45(1), 46(1), 49(1), 50(1), 51(1), 54(1), and 56(1). |
| STAFF PROFESSIONAL | 60(1). |
| SYS AND PROCEDURES ANALYST | 54(1). |
| TECH LAB SPECIALIST | 43(1), 46(1), 51(1), and 64(1). |
| TECHNICIAN SPECIALIST | 22(1), 35(1), 38(1), and 48(1). |
| TELECOMMUNICATIONS SPECIALIST | 52(1). |

I001147

**WorldWide SemiConductor Manufacturing - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 43(1) and 54(1). |
| ADV ENGINEER/SCIENTIST MFG | 55(1), 59(1), and 61(1). |
| ADV ENGINEER/SCIENTIST-DEV | 40(1), 56(1), 58(3), 60(3), and 61(1). |
| ADVANCED TECHNICAL SPCL | 41(1), 48(2), 53(1), 54(1), 56(1), and 61(1). |
| ADVISORY SOFTWARE ENGINEER | 50(1). |
| DEPARTMENT MGR MANUFACTURING | 52(1), 54(2), 59(1), and 60(1). |
| DEPARTMENT TECHNICIAN - band 04 | 41(1), 46(1), 47(1), 54(1), 60(1), and 64(1). |
| DEV ENGINEER MANAGER | 52(1), 54(1), and 63(1). |
| ENGINEER/SCIENTIST | 23(1), 26(1), 32(1), 37(1), 41(1), 52(1), 55(1), and 65(1). |
| I/T SPECIALIST | 51(1). |
| IBM MANAGER - band 08 | 55(1) and 62(1). |
| MATERIALS LOGISTICS PROF | 54(1). |
| MATERIALS LOGISTICS STAFF PROF | 58(2). |
| PROCUREMENT PROFESSIONAL | 46(1). |
| PRODUCTION SPECIALIST | 46(1), 56(1), and 57(1). |
| PRODUCTION TECHNICIAN | 26(1), 30(1), 40(1), 45(1), 46(2), and 54(1). |
| PRODUCTION TECHNICIAN SPCL | 32(1), 37(1), 40(1), 47(1), 49(1), 54(1), 55(1), and 57(1). |
| PROFESSIONAL - EXEMPT | 54(2) and 61(1). |
| PROFESSIONAL PRODUCT PLNR | 45(1). |
| PROGRAMMER ANALYST | 26(1). |
| PROGRAMMER SPECIALIST | 46(1) and 54(1). |
| RESOURCE ANALYST | 47(1) and 62(1). |
| SENIOR LAB TECHNICIAN | 23(1), 26(1), 28(2), 32(2), 34(2), 35(1), 37(1), 38(1), 40(1), 43(1), 50(1), 52(1), and 54(1). |
| SENIOR PROFESSIONAL | 56(1) and 58(1). |
| SENIOR SYSTEMS ANALYST | 60(1). |
| SOFTWARE ENGINEER | 24(1) and 52(1). |
| SR ENG/SCI MGR - SECOND LINE | 58(1). |

I001148

**WorldWide SemiConductor Manufacturing - Employees Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR ENGINEER/SCIENTIST-DEV | 62(1), 64(1), and 66(1). |
| SR LABORATORY SPECIALIST | 39(1), 43(1), 44(1), 47(2), 49(1), 50(1), 51(1), 53(1), 54(1), 55(1), 56(2), 62(2), and 64(1). |
| SR PRODUCTION TECH SPCL | 42(1), 44(1), 51(1), and 57(1). |
| SR TECHNICIAN SPECIALIST | 31(1), 34(1), 35(1), 38(1), 42(2), 44(1), 45(3), 47(1), 53(1), 54(1), and 56(1). |
| STAFF APPLICATIONS PROGRAMMER | 64(1). |
| STAFF CUST SUPPORT ANALYST | 62(1). |
| STAFF ENGINEER/SCIENTIST MFG | 31(1), 38(1), 43(1), 44(1), and 45(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 31(1), 36(2), 39(1), 40(1), 42(1), 48(1), 51(1), 53(1), 54(1), 58(2), 59(1), 60(1), and 62(1). |
| STAFF PRODUCT SUPPORT ANALYST | 53(1). |
| STAFF PROFESSIONAL | 57(1) and 59(1). |
| STAFF RESOURCE ANALYST | 53(1) and 56(1). |
| STAFF SOFTWARE ENGINEER | 39(1) and 40(2). |
| STAFF SYS AND PROCED ANALYST | 64(1). |
| TECH LAB SPECIALIST | 23(1), 24(1), 29(1), 34(1), 36(1), 38(1), 39(1), 41(1), 43(2), 45(1), 46(1), 47(1), 48(2), 52(1), 59(1), and 63(1). |
| TECHNICIAN SPECIALIST | 20(1), 21(1), 22(1), 23(2), 24(1), 25(1), 26(1), 27(4), 28(3), 31(3), 33(1), 34(1), 35(5), 36(2), 37(3), 40(1), 42(1), 43(1), 44(2), 47(1), 49(1), 50(3), 53(1), 55(1), and 60(1). |

I001149

## Alliances & Partnerships - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 27(1), 34(2), 35(1), 36(1), 40(1), and 44(2). |
| ADVISORY SOFTWARE ENGINEER | 50(1). |
| DIR, IP LICENSING - MD | 41(1). |
| ENGINEERING CONSULTANT - band 10 | 42(1). |
| ENGINEERING MANAGER | 45(1), 54(1), and 60(1). |
| EXEC PROJ MGR (MGR)(NON-CERT) | 44(1). |
| EXEC PROJ MGR(NON-MGR)NON-CERT | 40(1). |
| HARDWARE DEV MANAGER | 40(1), 41(1), 43(1), 50(1), 56(1), and 58(1). |
| SENIOR ENGINEERING MANAGER | 45(1). |
| SENIOR SOFTWARE ENGINEER | 44(1). |
| SOFTWARE DEVELOPMENT MANAGER | 48(1). |
| SR ENGINEER MANAGER - DEV | 59(1). |
| SR ENGINEER/SCIENTIST MFG | 40(1) and 53(1). |
| SR ENGINEER/SCIENTIST-DEV | 39(1), 43(1), 47(1), 51(1), 59(1), and 61(1). |
| SR TECHNICAL STAFF MEMBER | 53(1). |
| SW PRODUCT DESIGN PROF | 49(1). |

## Business Development & Operations - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADVISORY I/T SPECIALIST | 45(1). |
| ADVISORY PRODUCT PLANNER | 47(1). |
| ADVISORY PROFESSIONAL | 44(1). |
| CONSLT SALES OPERATIONS SPCL | 46(1). |
| CONSULTING I/T SPECIALIST-MGR | 39(1). |
| ENGINEERING MANAGER | 51(1). |
| IBM MANAGER - band 08 | 51(1). |
| PROFESSIONAL ACCOUNTANT | 52(1). |
| PROFESSIONAL - EXEMPT | 32(1), 34(1), 38(1), 45(1), 46(1), and 47(1). |
| SENIOR I/T SPECIALIST | 42(1). |
| SOFTWARE DEVELOPMENT MANAGER | 38(1). |

**Business Development & Operations - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR ENGINEER/SCIENTIST-DEV | 41(1). |
| SR ENGINEERING MANAGER | 49(1). |
| SR PROF FINANCIAL ANALYST | 46(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 27(1). |
| STAFF PROFESSIONAL | 49(1) and 57(1). |
| SYSTEMS MGMT PROF - ADVISORY | 50(1). |
| TECHNICAL ASSISTANT - band 10 | 53(1). |

**Business Information & Transformation - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 46(1). |
| ADV APPLICATION DEV ANALYST | 47(1). |
| ADV ENGINEER/SCIENTIST MFG | 31(1), 38(1), and 46(1). |
| ADV ENGINEER/SCIENTIST-DEV | 45(1) and 47(1). |
| ADV PROJ MGR (NON-CERT) | 43(1) and 45(1). |
| ADVISORY I/T SPECIALIST | 25(1), 34(1), 35(1), 36(2), 42(3), 43(1), 44(1), 47(3), 48(1), 50(1), 54(1), 56(1), and 58(1). |
| ADVISORY SOFTWARE ENGINEER | 40(1). |
| ADVISORY SYSTEMS ANALYST | 42(1) and 47(1). |
| APPLICATION DEV ANALYST - band 07 | 40(1). |
| CONSULTING I/T SPECIALIST-MGR | 30(1), 40(1), 46(1), 48(1), and 49(1). |
| EXEC PROJ MGR(NON-MGR)NON-CERT | 49(1), 50(1), and 56(1). |
| I/T SPCL-AD/M APPL INTEGRATION - band 07 | 42(1). |
| I/T SPECIALIST | 38(1), 39(1), 41(1), 46(2), 47(1), and 55(1). |
| PROFESSIONAL - EXEMPT | 30(1). |
| SENIOR I/T SPECIALIST | 32(3), 36(1), 37(1), 41(1), 42(1), 44(2), 46(3), 48(3), 49(1), 50(1), 51(1), 52(1), 53(1), and 54(2). |
| SENIOR SOFTWARE ENGINEER | 42(1), 46(1), 49(1), 53(1), and 57(1). |
| SENIOR SYSTEMS ANALYST | 48(1). |
| SOFTWARE ENGINEER | 24(1). |
| SR CONSULTING I/T ARCHITECT | 45(1). |

I001151

**Business Information & Transformation - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR CONSULTING I/T SPCL MGR | 36(1), 56(2), and 58(1). |
| SR ENGINEER/SCIENTIST MFG | 40(1), 47(1), and 49(1). |
| SR I/T SPECIALIST - MANAGER | 34(1). |
| SR PROGRAMMER ANALYST | 47(1) and 49(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 49(1). |
| SR SOFTWARE SYS SPCL(LOTUS) | 44(1). |
| STAFF ENGINEER/SCIENTIST MFG | 25(1). |
| STAFF INFO SYSTEMS ANALYST | 40(1). |

**Business Transformation - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| IBM MANAGER - band 10 | 54(1). |
| SR ENGINEER/SCIENTIST-DEV | 59(1) and 60(1). |
| SR ENGINEERING MANAGER | 46(1). |
| STAFF PROFESSIONAL | 45(1). |

**Endicott Sr Location Exec-Distribution - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 46(2), 52(1), 54(1), and 61(1). |
| ADV ENGINEER/SCIENTIST MFG | 46(1) and 49(1). |
| ADVANCED TECHNICAL SPCL | 46(1), 49(1), and 53(1). |
| ADVISORY PROF-MGMT INFO ACCESS | 54(1). |
| ADVISORY SYSTEMS ANALYST | 48(1). |
| ASSISTANT - band 04 | 62(1). |
| DEPARTMENT MGR MANUFACTURING | 48(1), 49(1), and 55(1). |
| DEPARTMENT TECHNICIAN - band 04 | 43(1), 44(1), 47(2), 49(1), and 57(1). |
| DEV SYSTEM ANALYST MGR | 55(1). |
| IBM MANAGER - band 09 | 44(1). |
| PRODUCTION ASSOCIATE | 26(1), 30(1), 34(1), 38(1), and 43(1). |
| PRODUCTION OPERATOR | 26(1), 28(1), 30(2), 31(1), 32(1), 33(1), 35(1), 40(3), 44(1), 45(2), 46(1), 47(1), 48(2), 50(3), 51(2), 52(1), 53(2), 57(1), and 61(1). |

## Endicott Sr Location Exec-Distribution - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| PRODUCTION SPECIALIST | 33(1), 39(1), 41(3), 42(3), 43(7), 44(1), 45(4), 46(4), 47(3), 48(2), 49(2), 50(1), 51(2), 52(2), 53(1), 54(1), and 55(2). |
| PROFESSIONAL - EXEMPT | 47(2). |
| SR TECHNICIAN SPECIALIST | 41(1) and 49(1). |
| STAFF SYS AND PROCED ANALYST | 42(1) and 47(1). |
| STAFF/SITE/AREA COUNSEL MGR | 60(1). |
| SYS AND PROCEDURES ANALYST | 44(2), 46(1), 49(1), 50(1), and 52(1). |
| TECHNICIAN SPECIALIST | 38(1) and 42(1). |

## Information Technology - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 44(1). |
| ADMINISTRATOR SPECIALIST | 30(1). |
| ADV ENGINEER/SCIENTIST MFG | 45(1). |
| ADV ENGINEER/SCIENTIST-DEV | 33(1), 34(1), 35(2), 37(3), 38(2), 39(1), 40(2), 41(3), 42(1), 43(4), 44(3), 45(4), 46(3), 47(1), 48(1), 49(2), 50(2), 52(2), 54(2), 55(2), 56(3), 58(2), 60(1), and 61(1). |
| ADV PROJ MGR (NON-CERT) | 35(1), 50(1), and 60(1). |
| ADV SALES OPERATIONS SPCL | 29(1), 30(1), 31(1), 33(1), 37(1), 38(2), 47(1), 51(1), and 53(1). |
| ADVISORY I/T SPECIALIST | 35(1). |
| ADVISORY SOFTWARE ENGINEER | 38(1). |
| ADVISORY SYSTEMS ANALYST | 55(1). |
| ASSOC MARKETING MGR (ADVANCED) | 27(1) and 38(1). |
| ASSOC MKTG OPERATIONS SPCL ADV | 27(1) and 44(1). |
| ASSOC PROJECT MANAGER | 43(1). |
| ASSOC TECH SUPT MKTG SPCL | 23(1). |
| ASSOC TECH SUPT MKTG SPCL ADV | 33(1). |
| BLM SERVERS | 56(1). |
| DEV ENGINEER MANAGER | 34(2) and 48(1). |
| DEV ENGINEER MGR | 33(1). |

I001153

## Information Technology - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| DIR, IBM SERVER GRP BUS LINE | 46(1). |
| DIR, INFO TECH BUS OPERATION | 49(1). |
| DIR, MEM PRODUCT/PROFIT CTR | 47(1). |
| DIR, STORAGE PRODUCT OFFERS | 41(1). |
| DISTINGUISHED ENGINEER | 45(1) and 46(1). |
| ENGINEER/SCIENTIST | 22(4), 23(3), 24(3), 25(3), 26(1), 27(1), 31(1), 37(1), 38(1), 40(1), 44(2), and 60(1). |
| ENGINEERING MANAGER | 41(1) and 60(1). |
| EXEC PM MGMTINFO (CERT) | 36(1). |
| EXEC PM MGMTINFO (NON-CERT) | 46(1). |
| EXEC PROJ MGR (MGR)(CERT) | 47(1), 50(1), and 57(1). |
| EXEC PROJ MGR(NON-MGR)NON-CERT | 49(1). |
| HARDWARE DEV MANAGER | 37(2), 42(2), 43(4), 45(2), 46(2), 47(1), 48(1), 49(1), 50(1), and 58(1). |
| INTEGR MKTG COMMUNICATION SPCL | 44(1). |
| MARKETING MANAGER - band 08 | 36(2), 40(1), and 44(1). |
| MARKETING MANAGER - band 10 | 53(1). |
| MARKETING OPERATIONS SPCL ADV | 43(1). |
| MASTER VLSI CHIP DESIGNER | 43(1). |
| MATERIALS LOGISTICS ADV PROF | 45(1). |
| MATERIALS LOGISTICS STAFF PROF | 40(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 43(1). |
| PROFESSIONAL - EXEMPT | 29(1), 46(1), and 61(1). |
| SALES OPERATIONS SPECIALIST | 32(1). |
| SAN JOSE SITE GM | 49(1). |
| SENIOR ATTORNEY | 35(1). |
| SENIOR I/T SPECIALIST | 47(1). |
| SENIOR LAB TECHNICIAN | 36(2). |
| SENIOR MARKETING MANAGER | 35(1). |
| SENIOR TECHNICAL STAFF MEMBER | 50(1) and 56(1). |

I001154

**Information Technology - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR ENGINEER MANAGER - DEV | 40(1), 41(1), 42(1), 45(1), and 50(1). |
| SR ENGINEER/SCIENTIST-DEV | 36(2), 40(2), 41(4), 42(2), 43(2), 44(1), 45(1), 46(2), 47(4), 48(1), 52(2), 53(3), 54(3), 55(2), 56(3), 57(1), 58(1), 59(1), and 60(1). |
| SR ENGINEERING MANAGER | 39(1), 40(3), 41(2), 44(1), 45(1), 51(1), 52(2), 53(1), 54(1), and 60(1). |
| SR LABORATORY SPECIALIST | 42(1), 43(1), 44(1), 45(1), 47(1), 48(2), 50(1), 51(1), 52(2), 53(1), 54(1), and 60(1). |
| SR PM MGMT INFO ACCESS (CERT) | 49(1) and 57(1). |
| SR PRODUCT PLANNING MGR | 47(1). |
| SR PROJ MGR (NON-MGR) CERT | 41(1), 47(1), and 54(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 36(1), 43(1), 48(1), 49(1), 51(1), 54(1), and 55(1). |
| SR SALES OPERATIONS SPCL | 35(1), 38(1), 47(1), and 50(1). |
| SR TECHNICAL MANAGER - ENG | 33(1). |
| SR TECHNICAL STAFF MEMBER | 40(1), 42(1), 43(1), 44(1), 45(1), 48(1), and 50(1). |
| SR TECHNICIAN SPECIALIST | 47(1). |
| SR VLSI MASK DESIGN SPCL | 39(1), 40(1), 42(1), 43(1), 44(3), 46(1), 47(1), 50(1), 51(2), 52(1), and 55(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 24(1), 25(2), 26(4), 27(1), 28(1), 30(1), 31(2), 32(1), 33(1), 35(3), 38(1), 39(3), 41(3), 42(2), 43(2), 45(2), 46(1), 47(1), 50(1), 57(1), 58(1), 59(1), and 62(1). |
| STAFF PROFESSIONAL | 47(1). |
| STAFF SOFTWARE ENGINEER | 43(1) and 51(1). |
| STAFF SYSTEMS PROGRAMMER | 23(1). |
| STAFF/SITE/AREA COUNSEL MGR | 36(1). |
| SYS INTEGR & TEST PROF | 31(1). |
| TECH LAB SPECIALIST | 23(1), 42(1), 44(2), 45(1), 46(1), 50(1), and 51(1). |
| TECH VLSI MASK DESIGN SPCL | 36(1), 37(1), 45(1), 50(1), and 51(1). |
| TECHNICAL SUPPORT MKTG SPCL | 30(1). |
| VP, COT & COMPLIMENTARY PROD | 44(1). |

**Integrated Product Development - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV PROJ MGR (NON-CERT) | 51(1) and 56(1). |
| IBM MANAGER - band 09 | 49(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 41(1). |
| SR ENGINEER/SCIENTIST-DEV | 45(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 50(1). |

**Integrated Supply Chain - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR | 29(1), 36(2), 38(2), 39(1), 44(1), 45(1), 46(1), 47(1), 49(1), and 57(2). |
| ADMINISTRATOR ANALYST | 26(1), 28(1), 31(2), 32(1), 33(2), 35(1), 36(1), 37(1), 39(2), 42(3), 43(2), 44(2), 45(3), 46(5), 47(1), 48(1), 49(1), 50(2), 52(1), 53(1), 55(2), and 58(1). |
| ADMINISTRATOR SPECIALIST | 27(1), 30(2), 36(2), 38(2), 40(1), 42(1), 43(2), 44(1), 45(1), 46(2), 47(1), 48(2), 50(1), 51(2), 54(1), and 56(2). |
| ADV APPLICATIONS PROGRAMMER | 42(1). |
| ADV ENGINEER/SCIENTIST MFG | 39(2), 40(1), 48(2), 53(1), and 59(1). |
| ADV ENGINEER/SCIENTIST-DEV | 39(1), 41(1), 45(1), 48(1), 49(1), and 50(1). |
| ADVANCED TECHNICAL SPCL | 27(1), 44(1), 48(3), 49(2), and 54(1). |
| ADVISORY PRODUCT PLANNER | 44(1), 47(1), and 59(1). |
| ADVISORY PROFESSIONAL | 35(1), 39(1), and 47(1). |
| APPLICATION DEV ANALYST - band 06 | 37(1). |
| ASSISTANT - band 04 | 49(1). |
| ASSOCIATE ADMINISTRATOR | 22(1), 23(2), 32(1), 33(1), 34(1), and 37(1). |
| CONSULTING I/T SPECIALIST-MGR | 51(1). |
| DEV ENGINEER MANAGER | 41(1). |
| DIR, SUPPLY CHAIN INTERGRATION | 44(1). |
| DIR, WW LOGISTICS | 42(1). |
| DIR, WW LOGISTICS & DIST-MD | 54(1). |
| ENGINEER/SCIENTIST | 23(1), 24(1), 25(2), 27(1), and 36(2). |
| ENGINEER/SCIENTIST MFG | 23(1) and 25(1). |

I001156

## Integrated Supply Chain - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ENGINEER/SCIENTIST RETRAINEE | 46(1). |
| ENGINEERING MANAGER | 45(1) and 48(1). |
| EXEMPT PRE-PROF - RETRAINEE | 29(1), 30(1), 32(2), 33(1), 34(1), 35(3), 36(1), 37(2), 38(1), 43(2), 46(1), and 47(1). |
| I/T ARCHITECT-A D - CONSULTING | 44(1). |
| I/T SPCL AD/M BUS ANALYSIS-SR | 39(1). |
| I/T SPCL-AD/M BUS ANALYSIS-ADV | 46(1). |
| IBM MANAGER - band 07 | 41(1) and 43(1). |
| IBM MANAGER - band 08 | 44(1). |
| IBM MANAGER - band 09 | 51(1). |
| IBM MANAGER - band 10 | 40(1) and 48(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 08 | 27(1), 29(2), 31(1), 33(1), 39(1), 41(1), 42(1), 46(1), 47(1), and 49(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 09 | 30(1), 42(1), 43(2), 46(1), 47(1), 50(1), and 53(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 10 | 45(1), 48(1), and 52(1). |
| MATERIALS LOGISTICS ADV PROF | 32(2), 33(1), 34(1), 36(1), 38(2), 41(1), 42(1), 43(2), 44(2), 45(2), 46(1), 48(1), 49(1), 50(1), 51(1), 53(2), 55(1), 57(1), and 61(1). |
| MATERIALS LOGISTICS MGR 2ND LI | 39(1), 44(1), 45(1), 54(1), and 57(1). |
| MATERIALS LOGISTICS PROF | 22(2), 23(6), 24(1), 26(1), 29(5), 31(2), 33(1), 34(2), 36(1), 38(2), 39(1), 40(1), 43(1), 44(2), 45(3), 46(2), 47(2), 50(2), and 55(1). |
| MATERIALS LOGISTICS SR PROF | 41(1), 42(1), 43(1), 45(2), and 47(1). |
| MATERIALS LOGISTICS STAFF PROF | 22(1), 23(1), 24(2), 28(4), 29(2), 30(2), 31(4), 32(4), 33(5), 34(2), 35(1), 36(1), 37(1), 38(2), 39(1), 41(3), 43(4), 44(4), 45(1), 46(1), 47(3), 49(1), 50(1), 51(1), 52(1), and 57(1). |
| PROFESSIONAL - EXEMPT | 46(1). |
| PROFESSIONAL PRODUCT PLNR | 33(1). |
| PROGRAM MANAGER CHAIR | 43(1). |
| SENIOR ENGINEERING MANAGER | 42(1) and 44(1). |
| SENIOR I/T SPECIALIST | 55(1). |
| SENIOR LAB TECHNICIAN | 27(1). |

I001157

## Integrated Supply Chain - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| SENIOR PRODUCT PLANNER | 54(1) and 60(1). |
| SENIOR PROFESSIONAL | 56(1). |
| SR CONSULTING I/T ARCHITECT | 51(1). |
| SR ENG/SCI MGR - SECOND LINE | 40(1). |
| SR ENGINEER/SCIENTIST MFG | 39(1) and 41(1). |
| SR ENGINEERING MANAGER | 44(1). |
| SR LABORATORY SPECIALIST | 34(1), 46(1), and 52(1). |
| SR PROGRAM MANAGER | 54(1). |
| SR TECHNICIAN SPECIALIST | 43(1) and 47(1). |
| STAFF ENGINEER/SCIENTIST MFG | 26(1), 31(1), 32(1), and 43(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 27(2), 29(1), 32(1), 33(1), and 46(1). |
| STAFF PRODUCT PLANNER | 26(1), 29(1), 34(1), 38(1), 42(1), 43(1), and 48(1). |
| STAFF PROFESSIONAL | 32(1), 46(1), and 52(1). |
| STAFF SYSTEMS ANALYST | 42(1) and 46(1). |
| TECH LAB SPECIALIST | 39(1). |

## Intellectual Property Counsel - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 33(1), 34(1), 38(1), 43(1), 44(1), 47(2), 50(1), 51(1), 52(1), 55(2), and 56(1). |
| ADV ENGINEER/SCIENTIST-DEV | 41(1) and 54(1). |
| COUNSEL IPL - ENDICOTT | 50(1). |
| IBM MANAGER - band 07 | 61(1). |
| IPL ATTORNEY | 44(1). |
| PROFESSIONAL - EXEMPT | 43(1), 47(1), and 58(1). |
| SENIOR ATTORNEY, IPL | 43(1), 44(1), 46(1), 47(1), 52(1), 53(3), and 58(1). |
| SITE/STAFF COUNSEL, MGR | 37(1). |
| SR ENGINEER/SCIENTIST-DEV | 42(1), 51(1), 53(1), 60(1), and 62(1). |
| STAFF ATTORNEY, IPL | 34(1), 35(1), 37(1), 40(1), 43(1), 50(1), 62(1), and 63(1). |
| STAFF COUNSEL | 60(1). |

I001158

**Intellectual Property Counsel - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| STAFF ENGINEER/SCIENTIST-DEV | 36(1). |

**Interconnect Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR | 26(1) and 33(1). |
| ADMINISTRATOR ANALYST | 31(1), 32(1), 37(2), 39(1), 41(2), 42(3), 43(1), 44(2), 45(4), 46(2), 47(1), 48(1), 49(2), 50(3), 51(4), 52(1), 53(2), 54(1), 55(3), and 58(2). |
| ADMINISTRATOR SPECIALIST | 22(1), 27(1), 32(1), 40(1), 42(1), 44(3), 47(1), 48(1), and 50(1). |
| ADV APPLICATIONS PROGRAMMER | 43(1), 46(1), 47(1), 50(1), 53(1), 55(1), and 64(1). |
| ADV EDUCATION SPECIALIST | 25(1). |
| ADV ENG-MGMT INFO ACCESS | 34(1). |
| ADV ENGINEER/SCIENTIST MFG | 30(1), 31(1), 34(2), 35(3), 36(3), 37(4), 38(2), 39(6), 40(11), 41(13), 42(10), 43(6), 44(16), 45(7), 46(7), 47(9), 48(3), 49(4), 50(3), 51(2), 52(4), 53(4), 54(5), 55(3), 56(2), 57(1), 58(2), 59(2), and 64(1). |
| ADV ENGINEER/SCIENTIST-DEV | 28(1), 32(1), 33(1), 34(4), 35(3), 36(3), 37(3), 38(2), 39(6), 40(4), 41(12), 42(4), 43(6), 44(13), 45(8), 46(2), 47(6), 48(5), 49(5), 50(4), 51(5), 52(3), 53(6), 54(5), 55(2), 56(1), 57(2), 58(1), 59(3), 60(2), 61(1), and 63(1). |
| ADV PRODUCT SAFETY ENG | 52(1). |
| ADV PROGRAMMER ANALYST | 53(1). |
| ADVANCED TECHNICAL SPCL | 30(1), 31(2), 32(2), 33(3), 34(2), 35(3), 36(4), 37(2), 38(8), 39(6), 40(6), 41(6), 42(17), 43(21), 44(25), 45(22), 46(12), 47(20), 48(14), 49(6), 50(9), 51(9), 52(6), 53(6), 54(8), 55(5), 56(9), 57(3), 58(3), 59(2), 61(2), 62(1), 63(1), and 66(1). |
| ADVISOR/LEAD FINANCIAL ANALYST | 44(1) and 52(1). |
| ADVISORY I/T SPECIALIST | 48(1). |
| ADVISORY PRODUCT COORDINATOR | 53(1). |
| ADVISORY PRODUCT PLANNER | 47(1) and 55(1). |
| ADVISORY PROF-MGMT INFO ACCESS | 54(1) and 57(1). |
| ADVISORY PROFESSIONAL | 50(1), 54(1), and 55(1). |
| ADVISORY SOFTWARE ENGINEER | 40(1), 46(1), and 48(1). |

**Interconnect Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADVISORY SYSTEMS ANALYST | 49(1). |
| APPLICATIONS PROGRAMMER | 37(1). |
| ASSISTANT - band 03 | 25(1), 28(1), and 38(1). |
| ASSISTANT - band 04 | 31(1), 32(1), 35(2), 36(2), 37(1), 38(2), 39(4), 40(2), 41(5), 43(3), 44(1), 45(1), 46(1), 47(2), 48(3), 49(3), 50(2), 51(3), 52(1), 53(2), 54(5), 55(1), 56(4), 57(2), 59(1), 60(1), and 63(1). |
| ASSISTANT - band 05 | 45(1) and 53(1). |
| BUSINESS CONTROLS ADVISOR | 54(1). |
| CAREER FINANCIAL ANALYST | 49(1) and 52(1). |
| DEPARTMENT MGR MANUFACTURING | 30(1), 32(1), 33(2), 34(1), 35(3), 36(2), 37(1), 38(1), 39(4), 40(2), 41(4), 42(4), 43(5), 44(5), 45(11), 46(4), 47(7), 48(10), 49(4), 50(3), 51(3), 52(3), 53(4), 55(1), and 60(3). |
| DEPARTMENT TECHNICIAN - band 03 | 23(1). |
| DEPARTMENT TECHNICIAN - band 04 | 23(1), 30(1), 35(1), 40(1), 41(1), 43(1), 46(1), 47(2), 48(2), 49(1), 51(1), and 55(1). |
| DEV ENGINEER MANAGER | 30(1), 34(1), 37(2), 38(1), 42(1), 43(1), and 44(2). |
| DEV SYSTEM ANALYST MGR | 59(1). |
| DEVELOPMENT ENGINEER MANAGER | 24(1), 32(1), 34(2), 35(2), 36(1), 37(3), 38(1), 40(3), 41(1), 42(3), 43(1), 44(2), 47(1), 48(1), 50(1), 51(1), 54(2), 55(1), and 56(1). |
| DEVELOPMENT STAFF MEMBER - band 07 | 29(1), 30(1), and 31(1). |
| DIR, CHINA OPERAITONS ICP | 55(1). |
| DIR, ICP DEVELOPMENT | 46(1). |
| DIR, MID-HUDSON VLY ICP MFG | 49(1). |
| DIR, WW APPLICATIONS ICP | 43(1). |
| DISTINGUISHED ENGINEER | 57(1). |
| ENDICOTT PLANT MANAGER | 52(1). |
| ENGINEER/SCIENTIST | 22(9), 23(7), 24(2), 25(3), 26(5), 27(1), 28(4), 30(1), 34(1), 39(1), 43(1), 44(2), 45(1), 46(2), and 56(1). |
| ENGINEER/SCIENTIST MFG | 21(2), 22(14), 23(26), 24(17), 25(17), 26(7), 27(5), 28(5), 29(2), 30(2), 31(3), 32(1), 33(4), 35(1), 37(4), 39(2), 40(1), 41(1), 43(1), 44(2), 46(1), 47(2), 52(1), and 56(1). |

**Interconnect Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ENGINEERING MANAGER | 34(1), 38(2), 39(1), 40(2), 41(1), 42(1), 45(1), 48(2), 53(1), and 54(1). |
| EPD ANALYST | 45(1) and 48(1). |
| EXECUTIVE - band D0 | 39(1). |
| HARDWARE DEV MANAGER | 36(1), 38(1), 40(1), 41(1), and 44(1). |
| I/T SPCL-AD/M APPL INTEGRATION - band 08 | 42(1). |
| IBM MANAGER - band 07 | 35(1), 40(2), 42(2), 43(1), 45(1), 46(2), 51(1), 52(1), and 62(1). |
| IBM MANAGER - band 08 | 41(1), 42(2), 43(2), 44(3), 47(4), 48(1), 49(1), 50(2), 51(1), 53(1), 54(1), 56(1), 58(2), and 59(1). |
| IBM MANAGER - band 09 | 43(1), 44(1), 45(1), 47(1), and 55(1). |
| IBM MANAGER - band 10 | 40(1), 52(1), and 54(1). |
| MASTER VLSI CHIP DESIGNER | 34(1), 39(1), 42(1), 43(1), 44(1), 46(1), and 50(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 08 | 37(1), 45(1), and 61(1). |
| MATERIALS LOGISTICS ADV PROF | 37(1), 41(1), 44(1), 45(1), 46(1), 53(1), and 59(1). |
| MATERIALS LOGISTICS PROF | 39(1), 41(1), 42(1), and 43(1). |
| MATERIALS LOGISTICS SR PROF | 48(1). |
| MATERIALS LOGISTICS STAFF PROF | 40(1), 42(1), and 45(1). |
| MGR OF STRATEGIC SYS TECHNOLOG | 40(1). |
| OEM ADV SALES REP | 51(1). |
| PRODUCTION ASSOCIATE | 19(9), 20(22), 21(41), 22(44), 23(49), 24(42), 25(43), 26(30), 27(31), 28(24), 29(24), 30(26), 31(27), 32(25), 33(25), 34(26), 35(19), 36(30), 37(24), 38(19), 39(24), 40(19), 41(21), 42(37), 43(29), 44(26), 45(27), 46(29), 47(26), 48(27), 49(23), 50(19), 51(16), 52(20), 53(13), 54(15), 55(24), 56(16), 57(12), 58(10), 59(2), 60(8), 61(2), 62(3), 63(2), 64(1), and 65(1). |
| PRODUCTION OPERATOR | 19(1), 21(2), 22(14), 23(20), 24(12), 25(17), 26(15), 27(11), 28(13), 29(17), 30(11), 31(14), 32(15), 33(14), 34(11), 35(10), 36(9), 37(11), 38(5), 39(14), 40(19), 41(21), 42(17), 43(23), 44(18), 45(11), 46(14), 47(25), 48(14), 49(15), 50(15), 51(19), 52(13), 53(12), 54(13), 55(6), 56(11), 57(3), 58(9), 59(3), 60(2), 62(1), 63(2), 64(1), and 66(1). |

I001161

**Interconnect Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| PRODUCTION SPECIALIST | 21(1), 22(1), 23(2), 24(2), 25(7), 26(2), 27(6), 28(1), 29(5), 30(7), 31(2), 32(3), 33(3), 34(4), 35(6), 36(5), 37(3), 38(14), 39(14), 40(16), 41(13), 42(18), 43(22), 44(28), 45(29), 46(27), 47(21), 48(22), 49(23), 50(16), 51(15), 52(18), 53(14), 54(23), 55(13), 56(9), 57(3), 58(10), 59(6), 60(3), 61(5), 62(1), 63(1), and 64(5). |
| PRODUCTION TECHNICIAN | 23(1), 25(2), 26(1), 27(2), 28(2), 29(1), 30(5), 31(6), 32(1), 33(3), 35(2), 36(4), 37(3), 38(2), 39(7), 40(6), 41(6), 42(13), 43(13), 44(9), 45(10), 46(12), 47(9), 48(12), 49(15), 50(6), 51(4), 52(5), 53(3), 54(10), 55(5), 56(1), 57(6), 58(1), 61(1), 62(2), and 64(1). |
| PRODUCTION TECHNICIAN SPCL | 28(1), 29(1), 30(1), 31(1), 32(2), 33(1), 34(2), 35(1), 36(5), 37(2), 38(9), 39(6), 40(9), 41(9), 42(8), 43(8), 44(12), 45(13), 46(17), 47(11), 48(13), 49(8), 50(6), 51(5), 52(4), 53(2), 54(1), 55(3), 56(2), 57(2), 58(2), 59(2), and 61(2). |
| PROFESSIONAL  ACCOUNTANT | 49(1). |
| PROFESSIONAL - EXEMPT | 41(2), 43(3), 44(2), 49(1), 50(2), 52(1), and 55(1). |
| PROGRAM MANAGER - band 08 | 41(1). |
| PROGRAM MANAGER - band 09 | 56(1). |
| PROGRAMMER ANALYST | 32(1). |
| PROGRAMMER SPECIALIST | 33(1), 34(1), 41(1), 42(1), 44(1), 46(1), and 48(1). |
| PROJECT ENGINEER MANAGER | 28(1), 31(1), 37(1), 41(1), and 43(1). |
| PROJECT MGR MANUFACTURING | 43(1), 45(1), 46(1), 48(1), 49(1), 50(1), and 56(1). |
| RESOURCE ANALYST | 49(1). |
| SENIOR ENGINEERING MANAGER | 34(2), 37(1), 39(4), 40(1), 41(3), 42(3), 43(2), 44(3), 45(4), 46(4), 47(1), 49(3), 51(1), 52(1), 55(1), 57(1), and 60(1). |
| SENIOR LAB TECHNICIAN | 26(1), 30(1), 42(1), and 47(1). |
| SENIOR PRODUCT PLANNER | 40(1). |
| SENIOR PROFESSIONAL | 40(1). |
| SENIOR SOFTWARE ENGINEER | 44(1). |
| SENIOR TECHNICAL STAFF MEMBER | 48(1), 54(1), and 60(1). |
| SOFTWARE ENGINEER | 23(2), 25(1), 34(1), 37(1), 43(2), 47(1), and 51(1). |
| SR  ENGINEER MANAGER - DEV | 38(1), 39(1), and 41(1). |

I001162

**Interconnect Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR BUS OPERATIONS MANAGER(MGR) | 54(1). |
| SR ENG/SCI MGR - SECOND LINE | 32(1) and 50(1). |
| SR ENGINEER/SCIENTIST MFG | 36(2), 40(3), 41(1), 43(4), 44(2), 45(4), 46(3), 47(2), 48(1), 49(2), 50(1), 51(2), 52(1), 55(1), 56(1), 58(1), 59(2), 60(1), 62(1), 63(1), and 64(1). |
| SR ENGINEER/SCIENTIST-DEV | 35(1), 37(2), 39(1), 40(2), 41(6), 42(5), 43(3), 44(6), 45(1), 46(3), 47(1), 48(1), 49(7), 50(3), 51(3), 52(2), 53(1), 54(4), 55(3), 56(2), 57(2), 58(2), and 59(3). |
| SR ENGINEERING MANAGER | 40(3), 41(3), 44(1), 45(1), 46(1), 48(2), 50(1), 52(1), 54(1), 56(1), 58(1), and 63(1). |
| SR LABORATORY SPECIALIST | 34(1), 35(1), 36(1), 37(2), 38(2), 39(3), 40(5), 42(2), 43(7), 44(4), 45(11), 46(7), 47(5), 48(3), 50(3), 51(1), 52(8), 53(3), 54(2), 55(3), 57(2), and 58(6). |
| SR PRODUCT PLANNING MGR | 40(1). |
| SR PRODUCTION TECH SPCL | 32(2), 36(1), 37(1), 38(3), 39(3), 40(2), 41(3), 42(6), 43(10), 44(6), 45(7), 46(8), 47(8), 48(5), 49(3), 50(3), 51(2), 52(4), 53(1), 54(4), 55(1), 56(1), 57(1), 58(1), and 59(1). |
| SR PROGRAM MANAGER | 47(1), 56(1), 58(1), and 60(1). |
| SR PROGRAMMING TECHNICIAN | 37(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 57(1). |
| SR TECHNICAL MANAGER - ENG | 36(1). |
| SR TECHNICAL STAFF MEMBER | 39(1), 43(1), 46(1), 47(1), 48(1), 51(1), 56(1), 57(1), 58(3), 59(1), 62(1), 63(1), and 65(1). |
| SR TECHNICIAN SPECIALIST | 23(1), 26(2), 27(1), 28(1), 29(1), 31(1), 32(5), 33(2), 34(5), 35(2), 36(4), 37(7), 38(11), 39(10), 40(13), 41(14), 42(23), 43(30), 44(17), 45(25), 46(25), 47(19), 48(13), 49(17), 50(9), 51(6), 52(11), 53(13), 54(18), 55(7), 56(3), 57(4), 58(2), 59(3), 60(3), 61(2), 62(1), 63(2), and 65(1). |
| SR VLSI MASK DESIGN SPCL | 37(1), 41(1), 42(1), 43(3), 44(1), 47(2), 48(1), 52(1), and 54(2). |
| SR VLSI MASK DESIGN TECH | 40(1) and 42(1). |
| STAFF APPLICATIONS PROGRAMMER | 37(2), 40(1), 41(1), 45(2), and 52(1). |
| STAFF ENG/SCI MIA | 41(1). |

I001163

**Interconnect Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| STAFF ENGINEER/SCIENTIST MFG | 24(1), 25(2), 26(3), 27(2), 28(2), 29(4), 30(2), 31(3), 32(1), 33(2), 34(4), 35(5), 36(5), 37(4), 38(3), 39(4), 40(6), 41(5), 42(8), 43(9), 44(8), 45(3), 46(5), 47(7), 48(2), 49(4), 50(1), 51(2), 52(3), 54(2), 57(1), and 59(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 23(1), 24(2), 25(4), 26(5), 27(1), 28(2), 29(1), 30(3), 31(1), 32(1), 34(2), 35(2), 36(2), 38(2), 39(1), 40(2), 41(2), 42(3), 43(1), 44(2), 45(1), 48(1), 49(1), 50(2), 52(1), 53(1), 55(1), and 57(1). |
| STAFF INDUSTRIAL DESIGNER | 53(1). |
| STAFF PRODUCT PLANNER | 42(1) and 51(1). |
| STAFF PROF-MGMT INFO ACCESS | 45(1) and 54(1). |
| STAFF PROFESSIONAL | 41(1), 42(1), 43(1), 45(1), 46(1), 47(2), 48(1), 50(1), 51(1), 53(1), 54(2), 55(1), and 57(1). |
| STAFF RESOURCE ANALYST | 47(1) and 54(1). |
| STAFF SOFTWARE ENGINEER | 28(1), 37(2), 38(1), 43(1), 46(1), and 52(1). |
| STAFF SYS AND PROCED ANALYST | 42(3), 44(1), 48(1), 49(2), 51(1), 52(1), 54(1), 55(1), 56(1), and 59(1). |
| SYS AND PROCEDURES ANALYST | 23(1), 46(1), 56(1), and 59(1). |
| SYSTEMS MGMT INTEGR PROF | 45(1). |
| SYSTEMS MGMT PROFESSIONAL | 42(1). |
| TECH LAB SPECIALIST | 22(1), 31(1), 34(1), 36(1), 37(3), 39(1), 40(3), 41(1), 43(1), 44(5), 45(5), 46(3), 47(1), 48(1), 49(4), 50(3), 51(1), 52(2), 55(2), and 56(1). |
| TECH VLSI MASK DESIGN SPCL | 38(1). |
| TECHNICAL ASSISTANT - band 10 | 43(1) and 46(1). |
| TECHNICIAN | 21(1), 23(2), 26(1), 29(2), 31(2), 33(2), 34(1), 35(1), 39(1), 44(1), 45(2), 49(1), 50(1), 51(1), 52(1), and 57(1). |
| TECHNICIAN SPECIALIST | 20(3), 22(3), 23(3), 24(5), 25(4), 26(3), 27(3), 28(2), 29(4), 30(5), 31(5), 32(1), 33(4), 34(9), 35(4), 36(5), 37(6), 38(5), 39(2), 40(5), 41(9), 42(5), 43(5), 44(5), 45(8), 46(3), 47(6), 48(9), 49(3), 50(2), 51(5), 52(1), 53(3), 54(1), 55(2), 56(1), 58(2), 60(1), and 62(2). |

I001164

**Microelectronics Division Marketing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 42(1). |
| ASSISTANT - band 03 | 44(1). |
| ASSOC INTGR MKTG COMM SPCL-ADV | 40(1) and 46(1). |
| ASSOC TECH SUPT MKTG SPCL | 40(1) and 43(1). |
| INTEGR MKTG COMM SPCL - ADV | 38(1), 49(1), and 54(1). |
| INTEGR MKTG COMMUNICATION SPCL | 50(1). |
| MARKETING MANAGER - band 08 | 26(1). |
| MARKETING MANAGER - band 09 | 34(1). |
| MARKETING MANAGER - band 10 | 34(1) and 40(1). |
| MGR INTEGR MKTG COMMUNICATION - band 09 | 44(1). |
| MGR INTEGR MKTG COMMUNICATION - band 10 | 48(1) and 50(1). |
| MGR TECHNICAL SUPPORT MKTG - band 08 | 40(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 33(1) and 38(1). |
| PROF INFORMATION DEVELOPER | 31(1). |
| SR ENGINEER MANAGER - DEV | 46(1). |
| SR INTEGR MKTG COMM SPCL | 48(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 22(1) and 54(1). |
| STAFF INFORMATION DEVELOPER | 38(1) and 45(1). |
| STAFF SOFTWARE ENGINEER | 42(1), 44(1), and 46(1). |

I001165

## Microelectronics Division Quality - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 33(1), 35(1), 36(1), 37(1), 39(2), 40(4), 41(3), 42(2), 43(2), 44(3), 45(4), 46(1), 47(1), 48(1), 49(2), 50(2), 51(1), 52(1), 53(2), 55(2), 59(1), 60(2), 61(1), and 62(1). |
| ADVANCED TECHNICAL SPCL | 43(1), 45(1), 53(1), and 61(1). |
| ADVISORY PROFESSIONAL | 46(1). |
| DEPARTMENT TECHNICIAN - band 04 | 47(1). |
| DEV ENGINEER MANAGER | 42(1), 56(1), 58(1), and 59(1). |
| ENGINEER/SCIENTIST | 22(3), 23(1), 24(2), 25(2), 27(1), 28(1), 31(1), 36(1), and 53(1). |
| HARDWARE DEV MANAGER | 39(1), 55(1), and 58(1). |
| PRODUCTION OPERATOR | 42(1), 44(1), 50(1), 52(1), and 56(1). |
| PRODUCTION SPECIALIST | 46(2), 47(2), 52(2), and 57(1). |
| PROFESSIONAL - EXEMPT | 41(1). |
| SENIOR LAB TECHNICIAN | 20(1), 23(1), 24(1), 28(1), and 38(1). |
| SENIOR TECHNICAL STAFF MEMBER | 56(1) and 58(1). |
| SR ENGINEER/SCIENTIST MFG | 48(1), 53(1), and 54(1). |
| SR ENGINEER/SCIENTIST-DEV | 40(1), 41(1), 42(1), 44(1), 45(3), 47(3), 48(1), 50(1), 54(1), 55(1), 56(2), 59(1), 60(1), and 61(1). |
| SR ENGINEERING MANAGER | 44(1), 46(1), 47(1), 52(1), 58(1), and 60(1). |
| SR LABORATORY SPECIALIST | 32(1), 37(1), 40(3), 41(3), 42(1), 43(3), 44(3), 45(3), 46(3), 47(2), 51(1), 52(3), 53(2), 55(3), 57(1), and 61(1). |
| SR PROGRAM MANAGER | 40(1) and 66(1). |
| SR TECHNICAL STAFF MEMBER | 50(1), 62(1), and 68(1). |
| SR TECHNICIAN SPECIALIST | 43(1), 46(1), 51(1), 53(1), and 60(1). |
| STAFF APPLICATIONS PROGRAMMER | 37(1) and 47(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 24(1), 25(2), 26(1), 27(1), 28(4), 29(1), 30(2), 31(2), 32(1), 34(2), 35(1), 36(1), 39(1), 40(1), 45(1), 46(1), 49(1), and 58(1). |
| STAFF PROFESSIONAL | 42(1) and 52(1). |
| STAFF RESOURCE ANALYST | 51(1). |
| TECH LAB SPECIALIST | 24(1), 37(1), 45(1), and 49(1). |

I001166

**Microelectronics Division Quality - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| TECHNICIAN SPECIALIST | 28(1), 46(1), and 48(1). |

**Microelectronics Division Strategy - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| DIR, COMPETIVE STRATEGY | 53(1). |
| ENGINEERING MANAGER | 53(1). |
| SR ENGINEER/SCIENTIST-DEV | 43(1). |
| SR ENGINEERING MANAGER | 46(1). |

**Network Processing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 33(1), 38(1), and 42(1). |
| ADV SALES OPERATIONS SPCL | 22(1) and 30(1). |
| ADVISORY I/T SPECIALIST | 52(1). |
| ASSISTANT - band 03 | 58(1). |
| ASSOC MARKETING MGR (NON-MGR) | 26(1). |
| ASSOC PROJECT MANAGER | 24(1) and 31(1). |
| CONSLT SALES OPERATIONS SPCL | 47(1). |
| CONSULTING PRODUCT DESIGN PROF | 46(1). |
| DIR, MARKETING | 36(1). |
| DIST CHANNELS MGMT SPCL (ADV) | 33(1). |
| EXEC PROJ MGR (MGR)(CERT) | 43(1). |
| EXEC PROJ MGR (NON-MGR) (CERT) | 40(1). |
| EXEC PROJ MGR(NON-MGR)NON-CERT | 46(1) and 49(1). |
| HARDWARE DEV MANAGER | 35(1), 44(1), 46(1), and 56(1). |
| MARKETING MANAGER - band 09 | 39(1). |
| MARKETING MANAGER - band 10 | 38(1). |
| MATERIALS LOGISTICS STAFF PROF | 36(1). |
| MGR, TECH SOLUTIONS MGR. (SO) | 50(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 33(1), 36(1), 45(1), 49(1), and 54(1). |
| SALES OPERATIONS MGR(1ST LINE) - band 10 | 43(1). |

I001167

**Network Processing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SENIOR MARKETING MANAGER | 45(1) and 52(1). |
| SENIOR PROGRAMMER MANAGER | 48(1). |
| SENIOR SOFTWARE ENGINEER | 41(1) and 48(2). |
| SOFTWARE ENGINEER | 24(2). |
| SR ENGINEER MANAGER - DEV | 40(1). |
| SR ENGINEER/SCIENTIST-DEV | 36(1), 38(2), 42(1), 47(1), 50(1), and 56(1). |
| SR ENGINEERING MANAGER | 51(1). |
| SR PROJ MGR (MGR)(NON-CERT) | 45(1) and 48(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 53(1) and 54(1). |
| SR SALES OPERATIONS SPCL | 31(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 34(1). |
| TECHNICAL SUPPORT MKTG SPCL | 47(1). |

**Networking Technology - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 32(2), 34(1), 35(1), 47(1), 49(1), and 61(1). |
| ADV PROJ MGR (MGR)(NON-CERT) | 25(1). |
| ADV PROJ MGR (NON-CERT) | 34(1), 42(1), 46(1), and 47(1). |
| ADV SALES OPERATIONS SPCL | 30(1), 32(1), 36(1), and 38(1). |
| ADVANCED TECHNICAL SPCL | 53(1). |
| ADVISORY SOFTWARE ENGINEER | 39(1), 44(1), and 47(1). |
| ASSISTANT - band 03 | 45(1). |
| ASSOC PROJECT MANAGER | 24(2), 29(1), and 32(1). |
| ASSOC TECH SUPT MKTG SPCL ADV | 29(1) and 34(1). |
| DEV ENGINEER MGR | 26(1). |
| DIR, X86 PROFIT CENTER | 47(1). |
| DISTINGUISHED ENGINEER | 54(1). |
| ENGINEER/SCIENTIST | 23(1) and 29(1). |
| EXEC PROJ MGR (MGR)(NON-CERT) | 32(1) and 49(1). |
| EXEC PROJ MGR (NON-MGR) (CERT) | 43(1). |

I001168

### Networking Technology - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| EXEC PROJ MGR(NON-MGR)NON-CERT | 40(1), 44(1), 48(1), and 55(1). |
| HARDWARE DEV MANAGER | 36(1), 38(1), 39(2), 41(1), 43(3), 45(1), 47(1), 48(2), 49(1), 51(1), and 53(1). |
| MARKET INTELLIGENCE SPCL(ADV) | 29(1). |
| MARKETING MANAGER - band 08 | 45(1). |
| MARKETING MANAGER - band 10 | 35(1), 41(1), 42(1), 46(1), and 50(1). |
| MGR OF STRATEGIC SYS TECHNOLOG | 44(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 34(1) and 44(1). |
| PROGRAM MANAGER - band 09 | 45(1). |
| SALES OPERATIONS SPECIALIST | 22(1). |
| SALES SPECIALIST - SR (SC) | 41(1). |
| SENIOR ADVISOR | 59(1). |
| SENIOR MARKETING MANAGER | 39(2), 41(1), 46(1), 47(1), and 48(1). |
| SENIOR PRODUCT PLANNER | 48(1). |
| SOFTWARE DEVELOPMENT MANAGER | 57(1). |
| SOFTWARE ENGINEER | 23(1). |
| SR ENGINEER MANAGER - DEV | 32(1). |
| SR ENGINEER/SCIENTIST-DEV | 38(1), 40(1), 43(1), 44(1), 46(1), 49(1), 53(1), 59(1), 63(1), and 66(1). |
| SR ENGINEERING MANAGER | 35(2) and 37(1). |
| SR MARKET INTELLIGENCE SPCL | 56(1). |
| SR PROJ MGR (MGR)(NON-CERT) | 35(1). |
| SR PROJ MGR (NON-MGR) CERT | 41(1), 42(1), 50(1), and 55(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 41(1), 42(1), 45(1), and 53(1). |
| SR SALES OPERATIONS SPCL | 28(1) and 41(1). |
| SR TECHNICAL STAFF MEMBER | 42(1) and 53(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 24(1), 25(2), 26(1), 29(1), 31(1), and 37(1). |
| STAFF SOFTWARE ENGINEER | 31(1). |
| TECH LAB SPECIALIST | 35(1). |
| TECHNICAL ASSISTANT - band 10 | 42(1) and 45(1). |

I001169

**Networking Technology - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| VP, CUSTOM LOGIC BUS LINE | 41(1). |

**Pervasive Computing - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| ADV ENGINEER/SCIENTIST-DEV | 33(2), 34(1), 35(2), 37(1), 42(1), 48(1), and 51(1). |
| ADV INFORMATION SYS ANALYST | 50(1). |
| ADV PROJ MGR (NON-CERT) | 38(1). |
| ADV SALES OPERATIONS SPCL | 32(1) and 46(1). |
| ADVANCED TECHNICAL SPCL | 41(1). |
| ADVISORY PROFESSIONAL | 47(1). |
| ADVISORY SOFTWARE ENGINEER | 41(1). |
| APPLICATION DEV ANALYST - band 06 | 23(1). |
| APT BLM | 42(1). |
| ASSISTANT - band 04 | 54(1). |
| ASSOC PROJECT MANAGER | 52(1). |
| CAREER FINANCIAL ANALYST | 44(1). |
| DIR, BUSIN OFFICE/OPERATIONS | 46(1). |
| DIR, DIGITAL VIDEO PROD GRP | 45(1). |
| DIR, RP/ANALOG PROD DEV | 43(1). |
| DIR, SILICON GERMAN MKT DEV | 47(1). |
| ENGINEERING MANAGER | 58(1). |
| EXEC PROJ MGR (NON-MGR) (CERT) | 59(1). |
| HARDWARE DEV MANAGER | 39(1), 40(1), 42(1), 43(1), 45(1), and 50(1). |
| I/T SPCL-AD/M APPL INTEGRATION - band 08 | 52(1). |
| IBM MANAGER - band 10 | 40(1) and 50(1). |
| MARKETING MANAGER - band 08 | 34(1) and 35(1). |
| MATERIALS LOGISTICS STAFF PROF | 34(1). |
| MGR SR SYSTEMS ANALYST | 58(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 47(1). |
| PROFESSIONAL PRODUCT PLNR | 45(1). |

I001170

**Pervasive Computing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SALES OPERATIONS MGR(1ST LINE) - band 09 | 39(1). |
| SALES OPNS SPCL(ROTATIONAL) | 29(1). |
| SENIOR PRODUCT PLANNER | 57(1). |
| SENIOR SOFTWARE ENGINEER | 37(1) and 39(1). |
| SENIOR TECHNICAL STAFF MEMBER | 55(1). |
| SOFTWARE ENGINEER | 39(1). |
| SR ENGINEER MANAGER - DEV | 36(1). |
| SR APPLICATIONS PROGRAMMER | 46(1). |
| SR ENGINEER/SCIENTIST-DEV | 36(1), 37(1), 39(2), 40(1), 41(2), 42(2), 44(2), 45(1), 46(2), 47(1), 48(1), 54(1), 57(1), 58(1), 62(1), 63(1), and 67(1). |
| SR ENGINEERING MANAGER | 34(1), 35(1), 38(1), 43(1), 46(1), 55(1), and 56(1). |
| SR LABORATORY SPECIALIST | 54(1). |
| SR PROJ MGR (NON-MGR) CERT | 47(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 38(1), 39(1), and 54(1). |
| SR SALES OPERATIONS SPCL | 43(1). |
| SR TECHNICAL  STAFF MEMBER | 39(1) and 43(1). |
| SR TECHNICAL STAFF MEMBER | 62(1). |
| SR TECHNICAL SUPT MKTG SPCL | 59(1). |
| SR TECHNICIAN SPECIALIST | 42(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 38(1), 39(2), 40(2), 41(1), 44(1), and 54(1). |
| STAFF SOFTWARE ENGINEER | 43(1) and 48(1). |

**Product Development - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ACCOUNT OPERATIONS MANAGER | 53(1). |
| ADMINISTRATOR ANALYST | 27(1), 30(1), 34(1), 37(1), 38(1), 43(1), 45(1), 46(1), 48(1), and 51(1). |
| ADV APPLICATIONS PROGRAMMER | 36(1). |
| ADV ENGINEER/SCIENTIST MFG | 53(1). |

## Product Development - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADV ENGINEER/SCIENTIST-DEV | 24(1), 27(3), 29(3), 30(4), 31(8), 32(9), 33(11), 34(27), 35(29), 36(31), 37(21), 38(28), 39(35), 40(28), 41(28), 42(26), 43(22), 44(22), 45(28), 46(16), 47(12), 48(14), 49(9), 50(13), 51(11), 52(11), 53(9), 54(3), 55(5), 56(2), 57(5), 58(3), 59(8), 60(1), 61(2), and 63(3). |
| ADV PROJ MGR (NON-CERT) | 48(1). |
| ADV PROJ MGR MGMTINFO NON-CERT | 41(1). |
| ADV SALES OPERATIONS SPCL | 46(1). |
| ADV TECHNICAL  MANAGER - ENG | 31(1). |
| ADVANCED TECHNICAL SPCL | 24(1), 35(1), 38(1), 39(2), 40(1), 42(1), 44(1), 48(1), 49(1), 50(1), 53(1), and 56(1). |
| ADVISORY I/T SPECIALIST | 48(1) and 49(1). |
| ADVISORY PRODUCT PLANNER | 52(1). |
| ADVISORY PROF-MGMT INFO ACCESS | 52(1). |
| ADVISORY PROFESSIONAL | 50(1) and 58(2). |
| ADVISORY SOFTWARE ENGINEER | 26(1), 27(3), 28(2), 32(6), 33(3), 34(5), 35(3), 36(8), 37(5), 38(7), 39(5), 40(11), 41(5), 42(5), 43(5), 44(5), 45(6), 46(2), 47(8), 48(1), 49(5), 50(4), 51(6), 52(1), 53(1), 54(4), 55(3), and 58(2). |
| ADVISORY SYSTEMS ANALYST | 48(1). |
| APPLICATIONS PROGRAMMER | 29(1). |
| ASSISTANT - band 03 | 33(1), 37(1), 50(1), 52(1), and 53(1). |
| ASSISTANT - band 04 | 35(1), 42(1), 44(1), 49(1), and 56(1). |
| ASSOC TECH SUPT MKTG SPCL ADV | 53(1). |
| CONSULTING I/T SPECIALIST-MGR | 43(1). |
| CONSULTING PRODUCT DESIGN PROF | 59(1). |
| CONTRACTS & NEGOTIATIONS SPCL | 31(1). |
| CUSTOMER FULFILLMENT PROF | 47(1). |
| DEV ENGINEER MANAGER | 28(1), 32(1), 33(2), 35(1), 36(2), 37(1), 38(1), 39(5), 40(2), 41(1), 42(1), 43(2), 44(1), 45(1), 46(1), 48(1), 49(2), and 55(2). |
| DEV ENGINEER MGR | 27(1), 31(1), 35(1), 36(1), 37(1), 38(2), and 51(1). |
| DEVELOPMENT PROGRAMMER MGR | 34(1), 39(1), 45(1), and 52(1). |

I001172

**Product Development - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| DEVELOPMENT STAFF MEMBER - band 07 | 34(1). |
| DEVELOPMENT STAFF MEMBER - band 08 | 31(1). |
| DIR RF/MIXED SIGNAL DESIGN | 40(1). |
| DIR, ADVANCED DRAM TECH DEV | 48(1). |
| DIR, BUSINESS DEVELOPMENT | 52(1). |
| DIR, CUSTOM LOGIC BLM | 42(1). |
| DIR, CUSTOM LOGIC DESIGN CNTRS | 38(1). |
| DIR, POWERPC MICROPROCESSOR | 43(1). |
| DIR, STORAGE & OPTICAL DEVEL | 39(1). |
| DIRECTOR OF EDA | 42(1). |
| DISTINGUISHED ENGINEER | 41(1), 42(1), 44(1), 46(1), 50(1), and 52(1). |
| ENGINEER/SCIENTIST | 20(1), 21(2), 22(35), 23(58), 24(55), 25(52), 26(35), 27(27), 28(15), 29(18), 30(12), 31(15), 32(11), 33(8), 34(5), 35(2), 36(4), 37(4), 38(3), 39(1), 40(6), 41(4), 42(2), 43(4), 44(2), 45(1), 46(1), 48(3), 50(2), 52(1), 53(1), and 58(1). |
| ENGINEER/SCIENTIST MFG | 43(1). |
| ENGINEER/SCIENTIST RETRAINEE | 40(1) and 50(1). |
| ENGINEERING MANAGER | 43(1), 44(1), and 46(1). |
| EXEC PROJ MGR (MGR)(CERT) | 46(1). |
| EXEC PROJ MGR (MGR)(NON-CERT) | 58(1). |
| EXECUTIVE - band C0 | 45(1). |
| HARDWARE DEV MANAGER | 31(1), 34(1), 35(1), 36(1), 38(1), 39(4), 40(4), 41(4), 42(2), 43(3), 44(2), 45(3), 46(2), 47(1), 48(2), 49(1), 50(1), 51(2), 53(2), 54(1), 55(1), 56(1), 57(1), 58(1), and 64(1). |
| HR PROFESSIONAL | 28(1). |
| I/T ARCH-SYS INTEGR-CONSULTING | 48(1). |
| I/T SPCL-AD/M APPL INTEGRATION - band 07 | 26(1), 37(1), and 38(1). |
| I/T SPCL-AD/M APPL INTEGRATION - band 08 | 37(1). |
| I/T SPCL-AD/M BUS ANALYSIS-ADV | 44(1) and 51(1). |
| I/T SPECIALIST | 47(1). |

I001173

## Product Development - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| IBM MANAGER - band 08 | 47(1). |
| IBM MANAGER - band 09 | 32(1). |
| MANAGER SOFTWARE TECHNOLOGY | 52(1). |
| MARKET INTELLIGENCE SPCL | 38(1). |
| MASTER VLSI CHIP DESIGNER | 52(1). |
| MGR OF STRATEGIC SYS TECHNOLOG | 54(1). |
| PRODUCT SUPPORT ANALYST | 46(1). |
| PRODUCTION OPERATOR | 42(1). |
| PROFESSIONAL - EXEMPT | 26(1) and 54(1). |
| PROGRAMMER SPECIALIST | 33(2) and 46(1). |
| PROJECT ENGINEER MANAGER | 26(1), 27(1), 28(1), and 31(1). |
| RESEARCH STAFF MEMBER | 39(1), 47(1), 49(1), and 54(1). |
| RESEARCH STAFF MEMBER MGR | 44(1). |
| RESOURCE ANALYST | 42(1). |
| SENIOR I/T SPECIALIST | 53(1). |
| SENIOR LAB TECHNICIAN | 28(1), 30(1), 35(2), 39(1), 44(1), 49(1), 50(1), and 54(1). |
| SENIOR PRODUCT PLANNER | 55(1). |
| SENIOR PROGRAMMER MANAGER | 35(1), 38(1), 40(1), 42(1), 43(1), 46(1), 47(1), 49(1), 53(1), 59(1), and 62(1). |
| SENIOR SOFTWARE ENGINEER | 33(1), 34(1), 35(2), 36(1), 37(2), 38(2), 39(3), 40(4), 41(3), 42(1), 43(5), 44(5), 45(3), 46(1), 47(1), 49(1), 50(1), 52(1), 53(2), 54(2), 57(1), and 58(1). |
| SENIOR TECHNICAL STAFF MEMBER | 38(1), 46(1), and 48(1). |
| SOFTWARE DEVELOPMENT MANAGER | 40(1). |
| SOFTWARE ENGINEER | 21(1), 22(4), 23(2), 24(5), 25(3), 27(1), 28(1), 29(2), 30(2), 38(1), 39(1), 40(1), 42(1), 43(1), 48(2), and 53(1). |
| SR ENGINEER MANAGER - DEV | 36(1), 38(1), 39(1), 40(1), 41(1), 46(1), 47(1), 48(1), and 61(1). |
| SR ENG/SCI MGR - SECOND LINE | 34(1). |
| SR ENG/SCI-MGMT INFO ACCESS | 58(1). |

I001174

**Product Development - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR ENGINEER/SCIENTIST MFG | 55(1). |
| SR ENGINEER/SCIENTIST-DEV | 30(1), 32(1), 33(1), 34(2), 35(7), 36(3), 37(5), 38(14), 39(17), 40(21), 41(22), 42(21), 43(12), 44(23), 45(14), 46(11), 47(10), 48(10), 49(12), 50(10), 51(11), 52(5), 53(5), 54(8), 55(4), 56(4), 57(6), 58(2), 59(4), 60(1), and 63(2). |
| SR ENGINEERING MANAGER | 30(1), 33(1), 34(1), 35(3), 36(2), 37(2), 38(9), 39(3), 40(5), 41(7), 42(10), 43(6), 44(5), 45(8), 46(4), 47(7), 48(2), 49(1), 50(2), 51(7), 52(2), 53(5), 55(2), 56(2), 57(3), 58(2), 61(1), and 63(1). |
| SR LABORATORY SPECIALIST | 25(1), 30(1), 32(1), 37(1), 38(1), 39(1), 41(2), 42(3), 43(3), 44(5), 45(3), 46(2), 47(3), 48(3), 49(2), 50(1), 51(4), 52(1), 53(1), 55(1), and 65(1). |
| SR PROGRAMMER MANAGER - DEV | 36(1). |
| SR PROJ MGR (MGR) (CERT) | 41(1) and 48(1). |
| SR TECHNICAL  STAFF MEMBER | 46(1). |
| SR TECHNICAL MANAGER - ENG | 38(1) and 43(1). |
| SR TECHNICAL STAFF MEMBER | 32(1), 36(2), 37(1), 39(1), 40(2), 42(4), 43(1), 45(4), 46(3), 47(1), 48(1), 49(2), 52(5), 53(2), 54(2), 58(1), 59(1), and 61(1). |
| SR TECHNICIAN SPECIALIST | 27(1), 32(1), 39(1), and 53(1). |
| SR VLSI MASK DESIGN SPCL | 30(1), 35(2), 37(1), 38(1), 39(1), 40(5), 41(5), 42(4), 43(6), 44(5), 45(4), 46(7), 47(4), 48(3), 49(3), 50(6), 51(5), 52(1), 53(1), 54(1), 55(2), and 59(1). |
| STAFF APPLICATIONS PROGRAMMER | 27(1) and 53(1). |
| STAFF ENGINEER/SCIENTIST MFG | 28(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 23(2), 24(14), 25(14), 26(27), 27(36), 28(29), 29(19), 30(16), 31(22), 32(26), 33(18), 34(8), 35(21), 36(8), 37(12), 38(15), 39(17), 40(10), 41(12), 42(15), 43(6), 44(7), 45(8), 46(2), 47(6), 48(4), 49(3), 50(6), 51(2), 52(3), 53(4), 54(1), 56(2), 57(1), 58(1), 61(1), 63(2), and 69(1). |
| STAFF INFO SYSTEMS ANALYST | 60(1). |
| STAFF INFORMATION DEVELOPER | 47(1), 48(1), and 58(1). |
| STAFF PRODUCT PLANNER | 29(1). |
| STAFF PROF-MGMT INFO ACCESS | 44(1). |
| STAFF PROFESSIONAL | 41(1), 43(1), 53(1), and 60(1). |

I001175

**Product Development - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| STAFF RESOURCE ANALYST | 58(1). |
| STAFF SOFTWARE ENGINEER | 23(2), 24(5), 25(5), 26(6), 27(3), 28(8), 29(4), 30(6), 31(3), 32(3), 33(7), 34(3), 35(4), 36(4), 37(6), 38(5), 39(2), 40(7), 41(3), 42(6), 43(4), 44(4), 45(2), 46(3), 47(2), 48(3), 49(3), 50(1), 51(1), 52(3), and 55(1). |
| STAFF SYS AND PROCED ANALYST | 43(1). |
| STAFF SYSTEMS ANALYST | 44(1) and 54(2). |
| STAFF SYSTEMS PROGRAMMER | 44(1) and 50(1). |
| SYS AND PROCEDURES ANALYST | 42(1) and 53(2). |
| SYSTEMS MGMT PROFESSIONAL | 25(1), 33(1), and 38(1). |
| SYSTEMS PROGRAMMER | 32(1) and 41(1). |
| TECH CUSTOMER SUPPORT PROF | 49(1). |
| TECH LAB SPECIALIST | 33(1), 34(1), 35(1), 36(1), 41(1), 43(1), 44(3), 46(1), 47(1), 49(1), 51(1), 53(1), 54(1), 55(1), and 58(1). |
| TECH VLSI MASK DESIGN SPCL | 21(1), 23(1), 26(2), 33(2), 34(1), 35(1), 36(2), 37(2), 38(1), 43(2), 44(1), 45(1), 47(1), 48(2), 49(1), 50(3), 52(1), 53(2), and 54(1). |
| TECHNICAL SUPT MKTG SPCL(ADV) | 49(1). |
| TECHNICIAN SPECIALIST | 47(1). |
| VP, CRDC & IBM BELLOW | 47(1). |

**Subsystems Development-MYLEX - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ACCOUNT OPERATIONS MANAGER | 41(1). |
| ADMINISTRATOR ANALYST | 40(1). |
| ADMINISTRATOR SPECIALIST | 35(1), 41(1), and 59(1). |
| ADV ENGINEER/SCIENTIST MFG | 47(1). |
| ADV ENGINEER/SCIENTIST-DEV | 27(1), 29(1), 31(2), 35(1), 37(2), 38(2), 40(1), 43(2), 44(2), 45(2), 46(1), 48(2), 51(1), 54(1), and 62(1). |
| ADV PROJ MGR (MGR)(NON-CERT) | 35(1) and 38(1). |
| ADV PROJ MGR (NON-CERT) | 36(1), 39(1), 40(1), 43(1), 47(1), 49(1), 52(1), and 53(1). |
| ADV TECHNICAL MANAGER - ENG | 36(1). |
| ADVISOR/LEAD FINANCIAL ANALYST | 40(1). |

I001176

**Subsystems Development-MYLEX - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| ADVISORY I/T SPECIALIST | 31(1). |
| ADVISORY PRODUCT COORDINATOR | 33(1). |
| ADVISORY PROFESSIONAL | 42(1). |
| ADVISORY SOFTWARE ENGINEER | 31(1), 38(1), 42(1), 43(1), 44(3), 46(1), 47(1), 48(1), and 52(1). |
| ASSISTANT - band 04 | 35(1) and 49(1). |
| ASSOC DIST CHNL MGMT SPCL | 43(1). |
| ASSOC PROJ MGR-MGMT INFO ACCES | 29(1). |
| ASSOC PROJECT MANAGER | 37(1) and 46(1). |
| CAREER FINANCIAL ANALYST | 32(1), 37(1), and 43(1). |
| CONSULTING PRODUCT DESIGN PROF | 38(1). |
| DEV ENGINEER MANAGER | 41(1), 43(2), 45(1), and 48(1). |
| DEVELOPMENT ENGINEER MANAGER | 49(1). |
| DEVELOPMENT PROGRAMMER MGR | 32(1), 34(1), 39(1), and 46(1). |
| DIR. OPERS, MYLEX & SUBSYS | 39(1). |
| DIR, ENGINEERING, EXT PRODUCTS | 45(1). |
| DIST CHANNELS MGMT SPCL | 43(1). |
| ENGINEER/SCIENTIST | 24(3), 28(1), 34(1), and 54(1). |
| ENGINEER/SCIENTIST MFG | 42(1). |
| ENGINEERING MANAGER | 57(1). |
| EXEC PROJ MGR (MGR)(CERT) | 44(1). |
| EXEC PROJ MGR (MGR)(NON-CERT) | 56(1). |
| FUNCTION MANAGER - FINANCE | 43(1). |
| HARDWARE DEV MANAGER | 47(1). |
| I/T SPCL-NETWORK INTEGRATION | 36(1), 37(1), 48(1), and 50(1). |
| IBM MANAGER - band 07 | 57(1). |
| IBM MANAGER - band 08 | 37(1). |
| LABORATORY TECHNICIAN | 20(1). |
| MARKET INTELLIGENCE SPCL | 37(1) and 41(1). |

I001177

**Subsystems Development-MYLEX - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| MARKET INTELLIGENCE SPCL(ADV) | 36(1) and 46(1). |
| MARKETING MANAGER - band 08 | 32(1). |
| MARKETING MANAGER - band 09 | 42(1) and 50(1). |
| MARKETING MANAGER - band 10 | 45(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 10 | 55(1). |
| MGR INTEGR MKTG COMMUNICATION - band 08 | 47(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 45(1). |
| MYLEX VICE PRESIDENT, FINANCE | 48(1). |
| MYLEX VP, MARKETING | 47(1). |
| NETWORK MGMT PROF - ADV | 34(1). |
| PRODUCT SUPPORT ANALYST | 52(1). |
| PRODUCTION SPECIALIST | 51(2). |
| PROF INFORMATION DEVELOPER | 37(1). |
| PROFESSIONAL DEV MGR | 50(1). |
| PROGRAM MANAGER - band 09 | 51(1). |
| PROGRAMMER SPECIALIST | 19(1) and 44(1). |
| PROJECT ENGINEER MANAGER | 51(1). |
| PROJECT MGR INFORMATION DEV | 41(1). |
| SENIOR ENGINEERING MANAGER | 45(1). |
| SENIOR MARKETING MANAGER | 54(1). |
| SENIOR PROGRAMMER MANAGER | 36(1). |
| SENIOR SOFTWARE ENGINEER | 45(1), 46(1), 48(1), and 49(1). |
| SOFTWARE ENGINEER | 22(1), 23(1), 24(2), 26(4), 28(2), 29(2), 32(1), 34(1), 36(1), 43(1), and 53(1). |
| SOLUTIONS ASSURANCE REP | 47(1). |
| SR ENG/SCI MGR - SECOND LINE | 41(1), 42(1), and 44(1). |
| SR ENGINEER/SCIENTIST MFG | 61(1). |
| SR ENGINEER/SCIENTIST-DEV | 35(1), 46(1), and 53(1). |
| SR ENGINEERING MANAGER | 36(1), 44(1), and 46(1). |

I001178

**Subsystems Development-MYLEX - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR I/T SPECIALIST - MANAGER | 54(1). |
| SR LABORATORY SPECIALIST | 52(1). |
| SR PROF FINANCIAL ANALYST | 34(1). |
| SR PROJ MGR (MGR)(NON-CERT) | 45(1) and 53(1). |
| SR PROJ MGR (NON-MGR) CERT | 46(1). |
| SR PROJ MGR(NON-MGR)(NON-CERT) | 46(1) and 61(1). |
| SR PROJ MGR-MGMTINFO(NON-CERT) | 50(1). |
| SR SW PRODUCT DESIGN MGR | 44(1) and 61(1). |
| SR TECHNICIAN SPECIALIST | 30(1) and 54(1). |
| STAFF ENGINEER/SCIENTIST MFG | 27(1) and 33(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 30(1), 35(1), 36(2), 37(1), 38(2), 39(1), 40(2), 42(2), 44(1), 46(1), 48(1), 49(2), 50(1), and 57(1). |
| STAFF INFORMATION DEVELOPER | 52(2). |
| STAFF PRODUCT COORDINATOR | 32(1), 35(1), 36(1), 38(1), 41(1), and 43(1). |
| STAFF PRODUCT PLANNER | 42(1) and 44(1). |
| STAFF PROGRAMMER ANALYST | 50(1). |
| STAFF SOFTWARE ENGINEER | 24(1), 26(1), 27(3), 29(1), 31(3), 32(2), 33(2), 34(1), 35(4), 36(1), 39(1), 40(1), 41(1), 43(3), 44(1), 45(1), 46(2), 47(1), 48(2), 52(1), 53(2), and 55(1). |
| SYS AND PROCEDURES ANALYST | 32(1) and 40(1). |
| SYS INTEGR & TEST PROF | 33(1), 38(1), 43(1), 44(1), 45(1), 46(1), and 54(1). |
| SYS INTEGR & TEST PROF ADV | 32(1), 38(1), 39(1), and 41(1). |
| TECH LAB SPECIALIST | 22(1), 28(1), 35(1), 40(1), 42(1), and 46(2). |
| TECH SERVICES MGR 1ST LINE - band 07 | 38(1). |
| TECH SERVICES MGR 1ST LINE - band 08 | 41(1), 44(1), 48(1), and 49(1). |
| TECHNICAL ASSISTANT - band 10 | 55(1). |
| TECHNICAL RESOLUTION MANAGER | 29(1), 31(1), 37(1), and 48(1). |
| TECHNICAL SUPPORT SPECIALIST | 56(1). |
| VP, DEV, MYLEX SS | 45(1). |
| VP, ENGINNERING -MYLEX | 46(1). |

I001179

**Technology/Emerging Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 31(1), 38(1), 39(2), 47(1), and 52(1). |
| ADMINISTRATOR SPECIALIST | 45(1), 46(1), 50(1), 52(1), and 53(1). |
| ADV APPLICATIONS PROGRAMMER | 43(1) and 48(1). |
| ADV ENG/SCI-MGMT INFO ACCESS | 58(1). |
| ADV ENGINEER/SCIENTIST MFG | 34(1), 37(1), 46(1), 50(1), 52(1), 55(1), and 63(1). |
| ADV ENGINEER/SCIENTIST-DEV | 27(5), 28(3), 29(7), 30(10), 31(10), 32(11), 33(8), 34(9), 35(10), 36(16), 37(8), 38(8), 39(14), 40(8), 41(7), 42(10), 43(19), 44(15), 45(11), 46(10), 47(10), 48(4), 49(7), 50(8), 51(6), 52(9), 53(4), 54(1), 55(5), 56(1), 57(6), 58(3), 59(3), 60(2), and 63(1). |
| ADV PROJ MGR (MGR)(NON-CERT) | 41(1). |
| ADV PROJ MGR (NON-CERT) | 38(1). |
| ADVANCED TECHNICAL SPCL | 31(1), 32(1), 36(1), 38(2), 40(3), 41(4), 42(7), 43(1), 44(6), 45(4), 47(2), 48(5), 49(2), 50(1), 52(1), 53(7), 54(1), 55(1), and 57(1). |
| ADVISORY PROF-MGMT INFO ACCESS | 48(1) and 51(1). |
| ADVISORY PROFESSIONAL | 54(1). |
| ADVISORY SOFTWARE ENGINEER | 41(1), 43(1), 44(1), 45(2), and 46(1). |
| APPLICATIONS PROGRAMMER | 35(1) and 53(1). |
| ASSISTANT - band 04 | 47(1). |
| ASSOC MARKETING MGR (ADVANCED) | 27(1) and 31(1). |
| ASSOC PROJECT MANAGER | 30(1). |
| CAREER FINANCIAL ANALYST | 54(1). |
| DEPARTMENT MGR MANUFACTURING | 30(1), 35(1), 36(1), 37(1), 38(1), 39(2), 41(2), 42(2), 44(1), 47(1), 49(1), 50(2), and 53(3). |
| DEPARTMENT TECHNICIAN - band 03 | 32(1) and 35(1). |
| DEV ENGINEER MANAGER | 27(1), 32(1), 33(1), 34(6), 35(3), 36(1), 38(2), 40(2), 41(2), 43(3), 44(1), 45(3), 46(1), 47(1), 48(2), 53(1), and 54(2). |
| DEV ENGINEER MGR | 35(1) and 46(1). |
| DEVELOPMENT ENGINEER MANAGER | 39(1). |
| DEVELOPMENT STAFF MEMBER - band 07 | 28(1), 30(3), 34(1), 36(1), and 37(1). |
| DEVELOPMENT STAFF MEMBER - band 08 | 30(1), 31(2), 32(2), 36(1), and 38(1). |

**Technology/Emerging Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| DEVELOPMENT STAFF MEMBER - band 09 | 32(1). |
| DIR. ASTC | 40(1). |
| DIR. SRDC STRATEGY | 63(1). |
| DIR, & BLM, BROADBAND | 32(1). |
| DISTINGUISHED ENGINEER | 46(1), 53(1), 54(1), and 55(1). |
| ENGINEER/SCIENTIST | 22(8), 23(11), 24(11), 25(8), 26(4), 27(4), 28(6), 29(3), 30(5), 32(2), 33(2), 34(2), 35(1), 36(1), 37(2), 38(2), 39(1), 40(3), 41(1), 42(1), 43(1), 45(2), 46(1), and 47(2). |
| ENGINEER/SCIENTIST MFG | 23(1), 36(1), 43(1), and 46(1). |
| HARDWARE DEV MANAGER | 38(1), 39(1), 40(2), 41(1), 42(1), 43(1), 45(1), and 60(1). |
| IBM FELLOW | 42(1), 49(1), 63(1), and 64(1). |
| IBM MANAGER - band 09 | 47(2). |
| LABORATORY TECHNICIAN | 26(1). |
| MARKETING MANAGER - band 09 | 36(1) and 45(1). |
| MARKETING MANAGER - band 10 | 46(1). |
| MATERIALS LOGISTICS ADV PROF | 43(1) and 45(1). |
| MATERIALS LOGISTICS PROF | 41(1), 44(1), and 50(1). |
| MATERIALS LOGISTICS SR PROF | 55(1). |
| MATERIALS LOGISTICS STAFF PROF | 43(1). |
| MGR OF STRATEGIC SYS TECHNOLOG | 41(1). |
| PRODUCTION ASSOCIATE | 20(1), 21(1), 22(2), 24(1), 27(1), 32(1), 33(1), 36(1), 37(1), 38(2), 40(1), 42(1), 44(1), 45(2), 46(1), 50(1), 51(1), and 60(1). |
| PRODUCTION OPERATOR | 20(3), 21(7), 22(4), 23(4), 24(12), 25(2), 26(4), 27(1), 28(1), 29(5), 30(3), 31(1), 32(3), 33(2), 34(2), 35(2), 36(2), 37(1), 38(2), 39(1), 40(1), 41(3), 42(4), 43(3), 44(3), 45(3), 46(4), 47(3), 48(4), 49(1), 50(3), 51(2), 52(2), 54(1), 55(3), 56(3), and 57(1). |
| PRODUCTION SPECIALIST | 24(1), 27(1), 33(1), 36(1), 37(1), 39(3), 41(3), 42(1), 45(1), 46(1), 48(1), 49(1), 50(1), 51(2), and 54(2). |
| PRODUCTION SPECIALIST-INDIRECT | 47(1). |

I001181

**Technology/Emerging Products - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| PRODUCTION TECHNICIAN | 20(2), 21(4), 22(4), 23(5), 24(3), 25(3), 26(5), 27(3), 28(5), 29(4), 30(3), 31(4), 32(1), 33(3), 34(4), 35(4), 36(3), 37(6), 38(2), 39(3), 40(6), 41(5), 42(6), 43(7), 44(7), 45(10), 46(2), 47(7), 48(8), 49(4), 50(7), 51(5), 52(6), 53(6), 54(6), 55(3), 56(3), 57(1), 58(2), 59(1), 60(3), 61(1), and 66(1). |
| PRODUCTION TECHNICIAN SPCL | 23(1), 31(1), 32(3), 35(1), 36(3), 37(5), 38(3), 39(5), 40(9), 41(2), 42(4), 43(5), 44(13), 45(10), 46(4), 47(4), 48(6), 50(3), 51(8), 52(6), 53(3), 54(4), 55(1), 56(1), 58(1), and 67(1). |
| PROFESSIONAL - EXEMPT | 41(1), 43(1), 47(1), and 54(1). |
| PROJECT ENGINEER MANAGER | 25(1), 33(1), 35(1), 36(1), 38(1), and 45(1). |
| PROJECT MGR MANUFACTURING | 42(1), 44(1), 46(1), 47(1), and 49(1). |
| RESEARCH STAFF MEMBER MGR | 35(1). |
| SENIOR LAB TECHNICIAN | 22(1), 23(2), 24(2), 26(2), 28(2), 30(2), 35(1), 36(1), 38(1), 39(2), 41(1), 42(4), 44(3), 46(1), 47(1), 49(1), 50(1), 54(1), and 58(1). |
| SENIOR PROGRAMMER MANAGER | 55(1). |
| SENIOR SOFTWARE ENGINEER | 38(1). |
| SENIOR TECHNICAL STAFF MEMBER | 40(1), 47(1), 51(1), 62(1), and 66(1). |
| SOFTWARE ENGINEER | 23(1), 35(1), and 55(1). |
| SR ENGINEER MANAGER - DEV | 36(1), 37(1), 39(1), 40(1), 41(1), and 44(1). |
| SR ATTORNY/LAB/AREA COUNSEL MG | 37(1). |
| SR ENG/SCI MGR - SECOND LINE | 32(1), 35(1), 41(1), 42(2), and 43(1). |
| SR ENGINEER/SCIENTIST-DEV | 31(1), 34(1), 37(3), 38(8), 39(3), 40(3), 41(6), 42(1), 43(6), 44(1), 45(8), 46(3), 47(2), 48(3), 49(2), 50(2), 51(4), 52(2), 53(8), 54(6), 55(5), 57(1), 60(2), 61(2), 63(4), 64(1), and 68(1). |
| SR ENGINEERING MANAGER | 28(1), 30(1), 31(1), 34(2), 35(2), 37(3), 38(2), 39(3), 40(4), 41(2), 42(4), 44(2), 45(3), 46(1), 47(3), 48(1), 50(1), 54(1), 58(1), and 61(1). |
| SR LABORATORY SPECIALIST | 30(1), 31(2), 33(1), 36(1), 37(1), 38(4), 39(6), 40(5), 41(4), 42(6), 43(5), 44(10), 45(6), 46(5), 47(3), 48(7), 49(4), 50(8), 51(3), 52(3), 53(3), 54(4), 55(3), 56(2), 57(1), 58(1), and 61(2). |
| SR PRODUCTION TECH SPCL | 33(1), 34(1), 36(1), 38(3), 40(1), 41(2), 42(2), 43(3), 44(3), 45(1), 47(2), 48(1), 50(2), 53(1), 57(1), and 59(1). |

## Technology/Emerging Products - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| SR PROJ MGR (NON-MGR) CERT | 40(1). |
| SR TECHNICAL  STAFF MEMBER | 53(1). |
| SR TECHNICAL STAFF MEMBER | 40(1), 42(1), 43(1), 45(1), 46(3), 49(1), 51(1), 53(1), 54(1), 55(1), 60(1), 62(1), and 64(1). |
| SR TECHNICIAN SPECIALIST | 27(1), 30(2), 31(4), 32(1), 33(2), 34(3), 35(1), 36(1), 38(1), 39(1), 40(1), 41(2), 42(6), 43(2), 44(3), 45(2), 46(2), 47(4), 48(1), 49(1), 50(1), 51(3), 52(1), 53(3), and 57(1). |
| SR VLSI MASK DESIGN SPCL | 43(1), 49(1), 54(1), and 55(1). |
| STAFF APPLICATIONS PROGRAMMER | 27(1), 33(1), 41(1), 44(1), and 52(2). |
| STAFF ATTORNEY | 31(1). |
| STAFF ENGINEER/SCIENTIST MFG | 23(1) and 47(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 23(4), 24(4), 25(10), 26(8), 27(15), 28(10), 29(7), 30(9), 31(13), 32(6), 33(14), 34(5), 35(3), 36(5), 37(9), 38(3), 39(4), 40(2), 41(2), 42(4), 43(2), 44(1), 45(7), 46(3), 47(1), 48(2), 49(2), 50(2), 52(1), 53(1), 54(1), 55(2), 56(2), 57(1), and 59(1). |
| STAFF PROF-MGMT INFO ACCESS | 36(1). |
| STAFF PROFESSIONAL | 27(1), 42(1), 43(1), 45(1), 48(1), and 56(1). |
| STAFF SOFTWARE ENGINEER | 40(1), 42(1), and 43(1). |
| STAFF SYS AND PROCED ANALYST | 47(1). |
| TECH LAB SPECIALIST | 31(1), 32(1), 34(1), 36(2), 37(4), 38(1), 39(2), 40(2), 41(3), 42(6), 43(4), 44(5), 45(5), 46(2), 47(4), 48(2), 49(2), 50(1), 51(3), 52(1), 53(1), 57(1), 60(1), and 66(1). |
| TECH VLSI MASK DESIGN SPCL | 31(1), 38(1), 45(1), and 51(1). |
| TECHNICIAN | 35(1). |
| TECHNICIAN SPECIALIST | 20(1), 21(1), 23(3), 24(1), 25(1), 27(3), 28(2), 29(2), 31(2), 34(1), 35(2), 36(2), 37(3), 38(1), 39(1), 40(2), 41(1), 42(1), 43(1), 45(1), and 53(2). |

## WorldWide SemiConductor Manufacturing - Employees Not Selected

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 24(1), 27(1), 31(1), 32(1), 33(1), 37(1), 41(1), 45(3), 47(1), 48(1), 49(1), 51(1), 53(1), 57(1), 58(1), and 59(1). |
| ADMINISTRATOR SPECIALIST | 35(1), 40(1), and 44(1). |

I001183

**WorldWide SemiConductor Manufacturing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADV APPLICATIONS PROGRAMMER | 34(1) and 40(1). |
| ADV EDUCATION SPECIALIST | 54(1). |
| ADV ENGINEER/SCIENTIST MFG | 30(2), 32(1), 34(2), 35(1), 36(1), 37(2), 38(1), 39(2), 40(2), 41(5), 42(3), 43(1), 44(2), 45(4), 48(1), 49(2), 50(1), 51(3), 52(1), 54(1), 55(2), 56(3), and 57(2). |
| ADV ENGINEER/SCIENTIST-DEV | 27(1), 28(3), 32(2), 33(2), 34(4), 35(2), 36(3), 37(8), 38(8), 39(12), 40(7), 41(8), 42(13), 43(18), 44(11), 45(20), 46(14), 47(12), 48(4), 49(6), 50(5), 51(4), 52(9), 53(10), 54(11), 55(2), 56(1), 57(3), 58(3), 59(3), 60(1), and 63(1). |
| ADV TECHNICAL  MANAGER - ENG | 42(1). |
| ADVANCED TECHNICAL SPCL | 31(2), 34(2), 35(1), 36(5), 37(4), 38(6), 39(4), 40(10), 41(4), 42(9), 43(13), 44(18), 45(20), 46(6), 47(15), 48(6), 49(7), 50(8), 51(5), 52(4), 53(1), 54(2), 55(4), 56(1), and 58(1). |
| ADVISORY I/T SPECIALIST | 31(1). |
| ADVISORY PRODUCT PLANNER | 47(1), 49(2), 57(1), 59(2), and 60(1). |
| ADVISORY PROFESSIONAL | 41(1), 43(1), 47(1), 49(1), 51(3), 52(1), 53(2), and 59(1). |
| ADVISORY SOFTWARE ENGINEER | 33(1), 37(1), 38(2), 39(1), 40(1), 41(1), 42(3), 43(4), 44(2), 45(3), 46(3), 47(1), 49(1), 50(1), 51(1), 54(1), 56(1), and 59(1). |
| ADVISORY SYSTEMS ANALYST | 45(1) and 49(2). |
| ADVISORY SYSTEMS ENGINEER | 46(1). |
| APPLICATION DEV ANALYST - band 06 | 51(1). |
| APPLICATIONS PROGRAMMER | 25(1), 26(1), 32(1), 36(1), 39(1), 43(1), 48(1), and 59(1). |
| ASSISTANT - band 03 | 27(1), 29(4), 35(1), 38(1), 39(1), and 47(1). |
| ASSISTANT - band 04 | 22(1), 27(1), 43(1), 44(1), 45(4), 46(3), 48(1), 49(3), 50(2), 51(3), 53(5), 54(1), 55(1), and 56(1). |
| ASSOC PROJECT MANAGER | 33(1) and 41(1). |
| CHAIR ASSIGNMENT | 36(1), 39(1), 42(1), 45(1), 52(1), and 56(1). |
| DEPARTMENT MGR MANUFACTURING | 26(1), 27(1), 29(1), 30(2), 31(2), 32(1), 33(2), 34(5), 35(8), 36(1), 37(2), 39(5), 40(5), 41(10), 42(7), 43(7), 44(5), 45(7), 46(5), 47(11), 48(8), 49(4), 50(7), 51(2), 52(6), 54(4), 55(1), and 59(2). |

I001184

**WorldWide SemiConductor Manufacturing - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| DEPARTMENT TECHNICIAN - band 03 | 23(1), 25(2), 26(2), 28(1), 29(2), 30(2), 32(3), 33(1), 34(1), 35(1), 37(2), 38(3), 39(1), 41(2), 42(3), 43(2), 44(1), 45(3), 46(5), 47(6), 48(5), 49(2), 56(2), 59(1), and 64(1). |
| DEPARTMENT TECHNICIAN - band 04 | 25(1), 26(1), 28(4), 29(5), 30(4), 31(2), 32(2), 33(1), 34(2), 37(3), 38(4), 39(7), 40(4), 41(8), 42(5), 43(5), 44(11), 45(9), 46(6), 47(5), 48(6), 49(3), 50(6), 51(3), 53(3), 54(2), 55(5), 56(2), 59(1), and 60(1). |
| DEV ENGINEER MANAGER | 27(1), 28(1), 29(1), 31(1), 32(1), 33(1), 34(2), 35(5), 36(3), 37(2), 38(3), 39(6), 40(4), 41(4), 42(1), 43(1), 44(4), 45(6), 47(5), 48(3), 49(1), 51(1), 53(1), 54(1), 57(1), and 58(2). |
| DEV ENGINEER MGR | 27(1), 34(1), 36(2), 38(1), 42(1), 43(3), 44(3), 45(3), 48(2), 49(1), and 50(2). |
| DEV PROGRAMMER MGR - SYSTEMS | 48(1). |
| DEVELOPMENT ENGINEER MANAGER | 30(1), 34(1), 43(2), 44(2), 45(1), 47(1), 48(1), 49(1), 50(1), 53(1), and 55(1). |
| DEVELOPMENT PROGRAMMER MGR | 39(1) and 40(1). |
| DIR, MFG EQUIP TECHGY | 54(1). |
| DIR, WAFER PRODUCTION - MD | 47(1). |
| DIR, WW BAT | 41(1). |
| DIR, 300MM OPERATIONS | 51(1). |
| DISTINGUISHED ENGINEER | 55(1). |
| ENG RELEASE/CHANGE ANALYZER | 44(1), 45(1), and 56(1). |
| ENGINEER/SCIENTIST | 21(1), 22(26), 23(42), 24(34), 25(21), 26(14), 27(11), 28(5), 29(11), 30(6), 31(7), 32(8), 33(6), 34(8), 35(5), 36(5), 37(4), 38(5), 39(3), 40(5), 41(3), 42(4), 43(4), 44(6), 45(4), 46(3), 47(4), 48(4), 50(2), 52(1), 53(1), 54(2), 59(1), and 63(1). |
| ENGINEER/SCIENTIST MFG | 22(2), 23(4), 24(3), 25(2), 29(2), 30(4), 35(1), 38(2), 40(1), and 53(1). |
| ENGINEERING MANAGER | 40(1), 42(2), 44(1), 46(1), 47(1), 50(1), and 62(1). |
| EXEMPT  PRE-PROF - RETRAINEE | 27(1), 31(1), 34(1), 36(1), 39(1), 43(1), and 45(1). |
| FUNCTION MANAGER - FINANCE | 58(1). |
| HARDWARE DEV MANAGER | 35(1), 36(1), 40(1), 41(1), 43(3), 44(1), 45(2), 46(1), 47(1), 49(2), and 50(1). |

**WorldWide SemiConductor Manufacturing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| HOLDING CODE - OUT SALES / SE | 55(1). |
| I/T SPCL-AD/M APPL INTEGRATION - band 07 | 36(1) and 47(1). |
| IBM MANAGER - band 07 | 43(1). |
| IBM MANAGER - band 08 | 37(1), 43(1), 44(2), 45(3), 47(1), 49(1), 50(1), 51(2), and 53(1). |
| IBM MANAGER - band 09 | 42(2), 44(1), 46(2), 48(1), 49(1), 51(1), 52(2), and 60(1). |
| IBM MANAGER - band 10 | 34(1), 44(1), 45(1), 46(1), 50(1), 52(1), and 62(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 08 | 36(1), 42(1), 43(1), 44(1), 45(1), 46(2), 47(2), and 55(1). |
| MATERIAL LOGISTICS MGR 1STLINE - band 09 | 36(1), 45(1), 48(1), 53(1), 54(1), and 55(1). |
| MATERIALS LOGISTICS ADV PROF | 40(1) and 47(1). |
| MATERIALS LOGISTICS PROF | 39(1), 42(1), 44(1), 50(2), 51(2), 54(1), and 55(2). |
| MATERIALS LOGISTICS SR PROF | 39(1). |
| MATERIALS LOGISTICS STAFF PROF | 29(1), 34(1), 36(1), 39(1), 41(1), 42(1), 43(3), 44(3), 47(1), 49(1), and 50(2). |
| PROCUREMENT ADV PROFESSIONAL | 41(2), 42(1), 46(1), 47(1), and 56(1). |
| PROCUREMENT MANAGER | 40(1) and 53(1). |
| PROCUREMENT PROFESSIONAL | 48(1) and 52(1). |
| PROCUREMENT SR PROFESSIONAL | 41(1), 43(1), 48(1), 50(1), and 53(1). |
| PROCUREMENT STAFF PROF | 26(1), 32(1), 36(1), 40(1), 41(1), 42(2), and 45(1). |
| PRODUCTION ASSOCIATE | 19(4), 20(17), 21(41), 22(51), 23(37), 24(37), 25(38), 26(30), 27(20), 28(29), 29(31), 30(24), 31(31), 32(29), 33(23), 34(19), 35(11), 36(22), 37(18), 38(18), 39(20), 40(20), 41(27), 42(18), 43(28), 44(15), 45(21), 46(22), 47(20), 48(28), 49(25), 50(15), 51(17), 52(19), 53(8), 54(12), 55(11), 56(11), 57(5), 58(7), 59(8), 60(4), 62(5), 63(3), 64(3), 67(1), 68(1), and 75(1). |
| PRODUCTION OPERATOR | 19(2), 20(3), 21(7), 22(10), 23(11), 24(21), 25(18), 26(28), 27(27), 28(15), 29(24), 30(26), 31(24), 32(20), 33(23), 34(18), 35(22), 36(17), 37(20), 38(19), 39(28), 40(24), 41(13), 42(35), 43(31), 44(44), 45(19), 46(27), 47(44), 48(32), 49(33), 50(27), 51(18), 52(20), 53(25), 54(25), 55(10), 56(15), 57(20), 58(18), 59(15), 60(8), 61(7), 62(9), 63(4), 64(3), 65(1), 66(2), and 69(1). |

**WorldWide SemiConductor Manufacturing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| PRODUCTION SPECIALIST | 24(1), 25(4), 26(4), 27(4), 28(4), 29(4), 30(3), 31(6), 32(4), 33(5), 34(4), 35(3), 36(4), 37(6), 38(10), 39(12), 40(16), 41(22), 42(26), 43(29), 44(50), 45(38), 46(45), 47(53), 48(36), 49(28), 50(36), 51(28), 52(33), 53(28), 54(29), 55(17), 56(13), 57(8), 58(12), 59(9), 60(7), 61(5), 62(3), 64(3), 66(1), and 67(1). |
| PRODUCTION TECHNICIAN | 24(1), 25(2), 26(1), 27(1), 28(3), 30(2), 31(2), 32(1), 33(2), 34(3), 35(5), 37(4), 38(1), 39(2), 40(1), 41(1), 42(3), 43(3), 44(1), 46(3), 47(1), 48(3), 49(2), 51(2), 53(2), 54(1), 55(1), and 56(1). |
| PRODUCTION TECHNICIAN SPCL | 22(1), 25(1), 26(1), 28(2), 29(4), 30(3), 31(3), 32(4), 34(2), 35(2), 36(2), 37(1), 38(3), 39(2), 40(3), 41(7), 42(4), 43(8), 44(7), 45(2), 46(2), 47(9), 48(6), 49(4), 50(3), 51(5), 52(1), 53(3), 54(1), 55(2), 56(1), 57(1), 58(1), 60(1), and 63(1). |
| PROFESSIONAL - EXEMPT | 30(1), 42(1), 45(1), 49(1), 55(1), 57(1), and 58(2). |
| PROFESSIONAL PRODUCT PLNR | 46(1). |
| PROGRAM MANAGER - band 08 | 58(1). |
| PROGRAMMER ANALYST | 35(1) and 57(1). |
| PROGRAMMER SPECIALIST | 20(1), 26(1), 29(1), 33(1), 36(1), 41(1), 42(2), and 43(2). |
| PROJECT ENGINEER MANAGER | 27(1), 28(1), 29(1), 30(1), 31(2), 32(1), 39(1), 40(2), 42(1), 45(1), 48(1), 51(1), 52(1), 53(1), and 60(1). |
| RESEARCH STAFF MEMBER | 50(1). |
| RESOURCE ANALYST | 24(1), 28(1), 35(1), 40(1), 49(1), 50(1), and 54(1). |
| SENIOR ENGINEERING MANAGER | 33(1), 36(1), 41(1), 42(1), 43(1), 45(1), 46(1), 49(1), 50(1), 52(1), 54(1), 55(1), 58(1), and 59(1). |
| SENIOR LAB TECHNICIAN | 21(3), 22(6), 23(7), 24(7), 25(3), 26(6), 27(14), 28(8), 29(7), 30(5), 31(12), 32(6), 33(5), 34(1), 35(4), 36(3), 37(5), 38(2), 39(2), 40(4), 41(4), 42(5), 43(2), 44(2), 45(2), 46(2), 47(2), 48(1), 49(1), 50(2), 52(2), 53(1), 54(3), 56(1), 57(1), and 59(1). |
| SENIOR PRODUCT PLANNER | 53(2) and 54(1). |
| SENIOR PROGRAMMER MANAGER | 40(1) and 44(1). |
| SENIOR SOFTWARE ENGINEER | 40(1). |
| SENIOR SYSTEMS ANALYST | 43(1). |
| SENIOR TECHNICAL STAFF MEMBER | 42(1) and 47(1). |

I001187

**WorldWide SemiConductor Manufacturing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SOFTWARE ENGINEER | 21(2), 22(5), 23(6), 24(4), 25(5), 26(2), 27(1), 28(1), 29(2), 31(1), 32(2), 33(1), 38(1), 39(2), 41(1), 42(1), 43(1), 45(5), 48(1), 49(1), 51(1), and 53(1). |
| SR  ENGINEER MANAGER - DEV | 41(1), 45(1), and 50(1). |
| SR APPLICATION DEV ANALYST | 48(1). |
| SR ENG/SCI MGR - SECOND LINE | 31(1), 32(1), 35(1), 41(1), 43(2), 45(2), 49(2), 54(1), 58(1), and 59(1). |
| SR ENGINEER/SCIENTIST MFG | 38(1), 43(2), and 57(1). |
| SR ENGINEER/SCIENTIST-DEV | 37(4), 38(1), 39(3), 40(4), 41(4), 42(6), 43(3), 44(4), 45(2), 46(7), 47(2), 48(5), 49(5), 50(3), 51(4), 52(1), 53(6), 54(2), 55(4), 57(1), 58(3), 59(1), 60(3), 61(1), 62(2), and 64(1). |
| SR ENGINEERING MANAGER | 32(1), 33(1), 35(2), 36(1), 38(3), 39(3), 40(5), 41(2), 42(1), 43(3), 44(1), 45(4), 46(3), 48(5), 51(1), 53(1), 54(1), and 57(1). |
| SR I/T SPECIALIST - MANAGER | 42(1). |
| SR LABORATORY SPECIALIST | 25(1), 26(1), 27(1), 28(1), 29(1), 30(3), 33(8), 34(4), 35(5), 36(4), 37(4), 38(9), 39(11), 40(10), 41(7), 42(9), 43(17), 44(22), 45(16), 46(31), 47(17), 48(21), 49(21), 50(14), 51(17), 52(9), 53(5), 54(6), 55(7), 56(2), 57(2), 58(3), 59(3), and 61(1). |
| SR PRODUCTION TECH SPCL | 30(1), 31(1), 32(1), 34(2), 35(2), 36(2), 37(3), 38(3), 39(3), 40(7), 41(7), 42(1), 43(2), 44(1), 45(7), 46(6), 47(5), 48(4), 49(3), 50(4), 51(6), 52(4), 54(5), 56(1), 58(3), and 59(1). |
| SR PROGRAMMING TECHNICIAN | 22(1) and 25(1). |
| SR PROJ MGR (MGR) (CERT) | 48(1). |
| SR TECHNICAL STAFF MEMBER | 42(1), 47(2), 50(1), 51(1), 52(1), 54(1), and 57(1). |
| SR TECHNICIAN SPECIALIST | 23(1), 24(2), 25(3), 26(3), 27(3), 28(5), 29(8), 30(14), 31(8), 32(11), 33(7), 34(12), 35(16), 36(17), 37(10), 38(21), 39(14), 40(30), 41(18), 42(11), 43(15), 44(19), 45(17), 46(19), 47(19), 48(17), 49(13), 50(16), 51(9), 52(9), 53(8), 54(7), 55(5), 56(6), 57(4), 58(1), 59(1), and 60(1). |
| SR TELECOMMUNICATIONS SPCL | 49(1). |
| SR VLSI MASK DESIGN SPCL | 41(1) and 52(1). |
| STAFF APPLICATIONS PROGRAMMER | 32(1), 40(2), 42(1), 45(1), and 52(1). |

I001188

**WorldWide SemiConductor Manufacturing - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| STAFF ENGINEER/SCIENTIST MFG | 23(1), 24(1), 25(2), 26(1), 27(1), 28(1), 29(3), 31(2), 33(2), 34(2), 35(4), 36(3), 37(2), 38(1), 39(1), 40(1), 41(1), 42(2), 43(1), 44(3), 45(3), 49(2), 51(1), 52(3), 53(1), 54(1), 55(2), 58(2), 59(1), and 64(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 23(1), 24(5), 25(5), 26(8), 27(9), 28(13), 29(12), 30(9), 31(9), 32(10), 33(8), 34(7), 35(6), 36(8), 37(6), 38(7), 39(14), 40(14), 41(9), 42(9), 43(15), 44(13), 45(14), 46(6), 47(7), 48(4), 49(4), 50(4), 51(3), 52(3), 53(3), 54(3), 55(1), 56(2), 57(2), 58(1), and 64(1). |
| STAFF PRODUCT COORDINATOR | 46(2). |
| STAFF PRODUCT PLANNER | 37(1), 48(1), and 50(2). |
| STAFF PRODUCT SUPPORT ANALYST | 45(1). |
| STAFF PROFESSIONAL | 27(1), 41(1), 42(2), 43(2), 44(1), 45(1), 46(2), 47(2), 51(1), 53(1), 54(2), 55(1), 57(1), 59(1), and 60(1). |
| STAFF PROGRAMMER ANALYST | 44(1) and 47(1). |
| STAFF RESOURCE ANALYST | 24(1), 28(1), 49(2), 53(1), and 54(1). |
| STAFF SOFTWARE ENGINEER | 24(1), 28(1), 29(1), 30(1), 31(1), 33(1), 34(1), 35(1), 36(1), 37(2), 38(1), 39(2), 40(1), 41(3), 42(2), 43(1), 44(1), 45(3), 46(6), 47(3), 48(1), 49(1), 50(1), 51(2), 53(2), 55(1), 56(1), and 58(2). |
| STAFF SYS AND PROCED ANALYST | 47(1) and 54(1). |
| SYSTEMS ENGINEER | 37(1) and 45(1). |
| SYSTEMS MGMT INTEGR PROF | 46(1). |
| SYSTEMS MGMT INTEGR PROF - SR | 51(1). |
| TECH LAB SPECIALIST | 21(1), 22(3), 25(3), 26(2), 27(3), 28(2), 29(7), 30(5), 31(4), 32(8), 33(9), 34(4), 35(6), 36(7), 37(10), 38(6), 39(5), 40(8), 41(8), 42(5), 43(5), 44(16), 45(11), 46(12), 47(8), 48(3), 49(11), 50(4), 51(10), 52(5), 53(4), 54(4), 55(8), 56(3), 57(3), 58(1), 59(2), and 61(1). |
| TECH VLSI MASK DESIGN SPCL | 45(1), 46(1), 47(1), 49(1), and 51(1). |
| TECHNICIAN SPECIALIST | 20(2), 21(15), 22(24), 23(11), 24(12), 25(16), 26(6), 27(9), 28(12), 29(17), 30(7), 31(16), 32(12), 33(8), 34(13), 35(4), 36(5), 37(9), 38(5), 39(5), 40(12), 41(10), 42(16), 43(5), 44(6), 45(6), 46(5), 47(5), 48(10), 49(3), 50(2), 51(6), 52(3), 53(5), 54(4), 55(2), 57(1), 58(2), and 61(1). |

I001189

**Other Microelectronics Division - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| ADMINISTRATOR ANALYST | 37(1), 42(1), 46(1), 47(1), and 64(1). |
| ADV PROFESSIONAL ACCOUNTANT | 29(1), 33(1), 38(1), 40(1), 41(2), 45(1), 47(1), 53(1), and 55(1). |
| ADV COMMUNICATIONS PROF | 43(1) and 47(1). |
| ADV ENGINEER/SCIENTIST MFG | 30(1) and 54(1). |
| ADV ENGINEER/SCIENTIST-DEV | 32(1), 35(1), 37(1), 40(3), 45(1), 47(1), 48(1), 49(1), and 59(1). |
| ADV IND HYGIENIST/SAFETY | 47(1). |
| ADVANCED TECHNICAL SPCL | 46(1). |
| ADVISOR/LEAD FINANCIAL ANALYST | 24(1), 27(1), 31(1), 32(1), 36(2), 37(2), 39(3), 40(1), 41(1), 42(2), 43(1), 44(1), 45(3), 46(1), 47(3), 51(2), 53(1), and 54(1). |
| ADVISORY HR PARTNER | 32(1), 40(1), 41(1), 46(2), 47(1), 48(2), 50(1), 52(1), 54(1), 61(1), and 63(1). |
| ADVISORY PROFESSIONAL | 39(1) and 58(1). |
| ADVISORY SYSTEMS ENGINEER | 39(1). |
| ASSISTANT - band 04 | 51(1) and 55(1). |
| ASSISTANT CONTROLLER | 47(1). |
| ASSOC GENERAL COUNSEL | 59(1). |
| ASSOC PROJECT MANAGER | 30(1) and 47(1). |
| BUS CONTROLS PRINCIPAL MGR | 47(1). |
| BUS OPERATIONS MANAGER (MGR) | 39(1). |
| BUSINESS CONTROLS ADVISOR | 45(1), 51(1), and 54(1). |
| BUSINESS CONTROLS PROFESSIONAL | 46(1). |
| CAREER FINANCIAL ANALYST | 22(1), 23(1), 24(1), 25(2), 26(3), 27(3), 28(6), 29(3), 30(2), 31(4), 32(5), 33(3), 34(2), 35(2), 36(2), 37(1), 38(2), 39(1), 40(1), 41(4), 42(2), 43(2), 44(1), 46(3), 47(2), 48(1), 50(1), 55(2), 56(1), 57(1), and 60(1). |
| CAREER PROFESSIONAL ACCOUNTANT | 25(1), 27(1), 40(1), 42(1), 43(2), 44(1), 53(1), 54(1), and 61(1). |
| COMMUNICATIONS MANAGER | 36(1). |
| COMMUNICATIONS PROFESSIONAL | 38(1) and 50(1). |
| CONTROLLER - IMD | 45(1). |

**Other Microelectronics Division - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| DEPARTMENT MGR MANUFACTURING | 44(1) and 47(1). |
| DEV ENGINEER MANAGER | 34(1). |
| DIR, BUSINESS ANALYSIS | 43(1). |
| DIR, MARKET MANAGEMENT | 43(1). |
| DIR, MD STRATEGY | 32(1). |
| DIR, MFG EXCELLENCE | 59(1). |
| DIR, MICROSYSTEMS ARCHITECT | 42(1). |
| DIR, OPERATIONS | 38(1). |
| DIR, QUALITY OPERATIONS | 48(1). |
| DIR, VENTURE CAP INVESTMENTS | 31(1). |
| DIR, WW SEMICOND MFG OPS | 44(1). |
| DIR,STD QUALITY | 43(1). |
| DIRECTOR, INTELLECTUAL ASSETS | 47(1). |
| ENGINEER/SCIENTIST | 32(1). |
| ENGINEERING MANAGER | 41(1), 42(1), and 51(1). |
| EXECUTIVE - band C0 | 45(1). |
| EXEMPT PRE-PROF - RETRAINEE | 26(1). |
| EXPERIENCED ACCOUNTING MGR | 47(1). |
| EXPERIENCED PROF BUS CTLS ADV | 35(1). |
| FUNCTION MANAGER - FINANCE | 34(1), 35(1), 39(2), 40(1), 42(2), 43(4), 44(1), 49(2), and 51(1). |
| FUNCTION MGR - FINANCE | 37(1), 41(1), and 60(1). |
| GM, WW SEMICONDUCTOR MOD MFG | 47(1). |
| HARDWARE DEV MANAGER | 41(1), 44(1), and 51(1). |
| HR MANAGER | 32(1), 37(1), and 47(1). |
| I/T SPCL AD/M BUS ANALYSIS-SR | 46(1). |
| IBM MANAGER - band 09 | 31(1). |
| IBM MANAGER - band 10 | 38(1). |
| LEAD ACCOUNTING MANAGER | 31(2), 33(1), 34(1), 38(1), 44(1), and 53(1). |

**Other Microelectronics Division - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| MANUFACTURING CONTROLLER-MD | 42(1). |
| MARKETING MANAGER - band 08 | 33(1). |
| MGR COST/ENGINEERING PROGRAMS | 39(1). |
| MGR TECHNICAL SUPPORT MKTG - band 08 | 31(1). |
| MGR TECHNICAL SUPPORT MKTG - band 09 | 44(1). |
| MKTG MGR (ADVANCED)(NON-MGR) | 44(1). |
| PRINCIPAL FINANCIAL ADVISOR | 46(1). |
| PRINCIPAL/MANAGER TREASURY | 46(1). |
| PRODUCTION ASSOCIATE | 45(1). |
| PRODUCTION OPERATOR | 33(1), 35(1), 44(1), and 50(1). |
| PRODUCTION SPECIALIST | 44(1), 47(1), 59(1), and 61(1). |
| PRODUCTION TECHNICIAN | 40(1) and 51(1). |
| PRODUCTION TECHNICIAN SPCL | 47(1). |
| PROFESSIONAL  ACCOUNTANT | 23(2), 24(1), 27(1), 29(3), 30(1), 31(1), 36(1), 37(1), 38(2), 42(1), 45(1), 47(1), 48(1), 50(1), 51(1), 52(3), and 53(1). |
| PROFESSIONAL FINANCIAL ANALYST | 22(3), 23(2), 26(1), 30(1), 33(2), 34(1), 35(1), 36(1), 37(2), 40(1), 43(2), 45(1), 46(1), 48(2), 51(1), and 54(1). |
| PROJECT MANAGER - FINANCE | 45(1) and 51(1). |
| PROJECT MGR MANUFACTURING | 43(1). |
| SENIOR ADVISOR | 51(1). |
| SENIOR ATTORNEY | 32(1) and 34(1). |
| SENIOR COUNSEL | 38(1). |
| SENIOR ENGINEERING MANAGER | 50(1) and 54(1). |
| SENIOR HR PARTNER | 39(1), 41(1), 42(1), 45(1), 47(1), 56(1), and 63(1). |
| SENIOR HR PROFESSIONAL | 60(1). |
| SENIOR I/T SPECIALIST | 48(1) and 51(1). |
| SENIOR MARKETING MANAGER | 41(1). |
| SENIOR PROFESSIONAL | 43(1) and 52(1). |
| SENIOR TECHNICAL STAFF MEMBER | 43(1). |

**Other Microelectronics Division - Employees Not Selected**

| Title | Age (Number of Employees) |
|---|---|
| SR ENGINEER MANAGER - DEV | 43(1). |
| SR ACCOUNTING MANAGER | 57(1). |
| SR ADV PROF-MGMT INFO ACCESS | 57(1). |
| SR APPLICATION DEV ANALYST | 50(1). |
| SR APPLICATIONS PROGRAMMER | 51(1). |
| SR BUS OPERATIONS MANAGER(MGR) | 58(1). |
| SR EDUCATION SPECIALIST | 38(1). |
| SR ENGINEER/SCIENTIST MFG | 46(2), 48(1), 54(1), and 58(1). |
| SR ENGINEER/SCIENTIST-DEV | 34(1), 39(1), 40(1), 45(2), 50(2), 53(1), 56(1), 57(1), and 62(1). |
| SR ENGINEERING MANAGER | 40(1), 44(1), and 54(1). |
| SR MARKET INTELLIGENCE SPCL | 49(1). |
| SR PROF FINANCIAL ANALYST | 29(1), 31(1), 33(1), 39(1), 40(2), 41(2), 43(2), 44(2), 45(3), 46(1), 47(1), 56(2), and 61(1). |
| SR PROJECT MANAGER - FINANCE | 34(1), 37(1), 40(1), 46(1), and 51(1). |
| SR TECHNICAL STAFF MEMBER | 42(1). |
| SR TECHNICIAN SPECIALIST | 40(1). |
| STAFF APPLICATIONS PROGRAMMER | 49(1). |
| STAFF COMMUNICATIONS PROF | 49(1) and 50(1). |
| STAFF ENGINEER/SCIENTIST MFG | 44(1). |
| STAFF ENGINEER/SCIENTIST-DEV | 47(1). |
| STAFF HR PARTNER | 26(1), 27(2), and 33(1). |
| STAFF PROFESSIONAL | 53(2). |
| TECH LAB SPECIALIST | 43(1). |
| TECHNICAL ASSISTANT - band 10 | 56(1). |
| VP INTERCONNECT PRODUCTS | 42(1). |
| VP, & BLE NETWORK TECHNOLOGY | 42(1). |
| VP, ADVANCED LOGIC DEVELOPMN | 47(1). |
| VP, ALLIANCE & RELATIONSHIPS | 54(1). |
| VP, BUSINESS TRANSFORMATION | 50(1). |

I001193

**Other Microelectronics Division - Employees Not Selected**

| Title | Age (Number of Employees) |
| --- | --- |
| VP, BUSS INFO & TRANS - MD | 46(1). |
| VP, HUMAN RESOURCES | 54(1). |
| VP, MANUFACTURING & OPS | 45(1). |
| VP, MICROELECT SUPPLY MGMT | 61(1). |
| VP, NETWORK PROCESSING BLM | 46(1). |
| VP, SERV SP & WKSTATN DEVEL | 43(1). |
| VP, TECH & ADV STAND PRODS | 53(1). |
| VP, WORLDWIDE SALES/SERVICES | 42(1). |

This is the end of the Table.

I001194

# EXHIBIT 12
## to EXHIBIT A & A-1



IBM Confidential
(When Completed)

| | |
|---|---|
| **Individual Development Plan** | |

W3.IBM.com/hr/careerplanner/idp.html

**Plan Effective Through Date**: __12/30/00_____
(Required)

| Name | **Dennis Rossiter** |
|---|---|
| Serial | **755089** |
| Present Position | **Marketing Programs Manager** |
| Location | **Waltham, MA** |
| Division | **Microelectronics (29)** |

An Individual Development Plan (IDP) documents the learning activities you plan to accomplish over the next 6-18 months to develop the skills you require to successfully carry out your job assignments and further your career development. Skills identified for development should relate to your job assignments and/or to your career aspirations, both current (next 6-12 months) and future (12-36 months).

This IDP facilitates discussions with your manager about your skill development in support of your PBC objectives and goals. The IDP also provides management with an indication of the costs associated with skill development.

When you have completed your Draft IDP, management approval is required.

| Goals <br> List your goals that address your current job assignments and career aspirations. | Target Date |
|---|---|
| • **Align my career goals with shift to internet-based communications, including e-commerce and utiliztion of WWW for marketing programs & communications.** | **6/00** |
| | |
| | |
| | |
| | |

| Skills Needed <br> List the skills you need to develop that relate to your job assignments and career aspirations. | Current Skill Level <br> (0-5)* | Planned Skill Level <br> (1-5)* | Planned Date |
|---|---|---|---|
| • **Technical understanding of WWW development/design** | **0** | **4** | **6/00** |
| • **Implementing web-based design** | **1** | **4** | **6/00** |
| • **Strategic use of WWW as marketing medium** | **2** | **5** | **6/00** |
| • **Using WWW for market research/feedback** | **2** | **5** | **6/00** |
| | | | |

\* Refer to the end of this plan for the skill level definitions.

I000759



DEPOSITION
EXHIBIT
#12
12/22/04
PENGAD 800-631-6989

IBM

IBM Confidential
(When Completed)

| Learning Activity Name<br><br>List the Learning Activities you need to complete to improve your skills in support of your job assignments and career aspirations. Include courses, on the job practice, demonstrations, and mentorships. | Course Number<br>(If Applicable) | Target Date | Completion Date | Duration | Costs<br>(Optional) | |
|---|---|---|---|---|---|---|
| | | | | | Learning Activity Cost | Materials, Travel and Living |
| • IBM WWW Tutorials | | TBD | TBD | | | |
| • "EFFECTIVE USE OF THE INTERNET<br>(Northeastern Univ. On-line learning) | TMG 5271 | 1/00 | 3/00 | | $830 | $250 |
| • "UNDERSTANDING E-COMMERCE"<br>(Northeastern Univ. On-line learning) | TMG 5302 | 3/00 | 6/00 | | $830 | $250 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Projected IBM Investment:** | | | | | $1,660 | $500 |

Use this IDP to plan the learning activities required to develop your skills and add value to IBM and its customers. This plan is not a guarantee or a commitment of a promotion, transfer or any other specific results.

You and your manager must both sign the IDP after reviewing and discussing the development plan. Some organizations may also require a second line manager signature.

**By signing this document:**

- I agree to the development plan,
- I understand and agree that the information provided above may be made available to my manager and Human Resources professionals within the IBM group, and
- I understand that the information provided will be handled in accordance with the IBM Guidelines for the Protection of Employee Information.
  To view the guidelines, refer to http://w3-2.ibm.com/hr/employee/privacy_guide.shtml

| | Name | Signature | Date |
|---|---|---|---|
| **Employee**<br>(Required) | Dennis Rossiter | *Dennis L. Rossiter* | 10-15-99 |
| **First Line Manager**<br>(Required) | Patricia McGloin | *[signature]* | 11/18/99 |
| **Second Line Manager**<br>(Where required) | | | |

**Skill level definitions**
Level 5    Extensive and comprehensive experience. Can give expert advice and lead others to perform.
Level 4    Repeated and successful experience. Can perform without assistance and direct others in performing.
Level 3    Some experience. Can perform with assistance. Performs independently in routine situations.
Level 2    Very limited experience. Limited ability to perform.
Level 1    No experience. Limited knowledge.
Level 0    No experience. No knowledge.

I000760

TMG 5271 Effective Use of the Internet

Course Description:
Use the Internet to access any fact or figure, at any time, from any place. This course is designed to enable participants to become more productive through more efficient and more effective use of the Internet. The course is an introduction to the Internet and its associated tools including access to resources, key strategies for conducting successful Internet market research, different Internet connectivity options, basic and advanced features of HTML scripting and approaches to building functional Web sites. This course is designed to give students the practical knowledge they need to access the information resources on the Internet and construct HTML documents to publish on the World Wide Web.

The sub-title of this course is "Developing client-side and HTML skills" because participants will learn to become more productive through efficient and effective use of the resources of the Internet.

Benefits:
After taking this course, students will be able to:

Understand how the Internet operates and which option to select to get their home or business connected

Find, download and use client-side software applications for the World Wide Web, Email, Usenet, Telnet, FTP and others

Access information resources on the Internet beyond the Web and apply successful strategies for conducting Internet market research

Develop the practical skills to construct HTML documents from scratch that incorporate text, graphics, forms, tables and frames, and publish them on the World Wide Web

Know how to market themselves on the Internet

Intended Audience:
This course is intended for people in general management, marketing, sales and business development in small, medium and large businesses who have an existing Web site or who are considering one.

Prerequisites:
Access to an Internet-connected PC or Mac with a browser (Netscape Navigator or Microsoft Internet Explorer versions 3.0 or higher)
Basic familiarity with the Internet

Quarter Offered: Fall 1999 - Winter 2000 - Spring 2000 ....

Cost: $830, 2 CEUs

Instructor: Page Duffy

I000761

TMG 5302 Understanding Electronic Commerce

Course Description:

Electronic commerce can offer companies both short-term and long-term benefits. Not only can it open new markets, enabling one to reach new customers, but it can also make it easier and faster to do business with an existing customer base. Moving business practices, such as ordering, invoicing, and customer support, to network-based systems can also reduce the paperwork involved in business-to-business transactions. When more of the information is digital, one can better focus on meeting customer's needs. Tracking customer satisfaction, requesting more customer feedback, and presenting custom solutions for clientele are just some of the opportunities that can stem from electronic commerce.

Quarter Offered: Winter 2000 - Spring 2000

Cost: $830, 2 CEUs

Instructor: TBA

I000762

# EXHIBIT 16
# to EXHIBIT A & A-1

**Patricia McGloin**

10/22/2001 05:17 PM

This document expires on
01/20/2002

To: Deborah Guynn/Somers/IBM@IBMUS, Dennis
Rossiter/Waltham/IBM@IBMUS, Karen J Smith/Somers/IBM@IBMUS,
Marge Oppold/Burlington/IBM@IBMUS, Moira L
Roach/Waltham/IBM@IBMUS, Robert Rohrer/Somers/IBM@IBMUS

cc:

From: Patricia McGloin/Waltham/IBM@ibmus

Subject: Teamwork pays off!

Team,

Thanks to great teamwork and sharing, we had two very good meetings with Mark last Friday. Dennis
took him through the work on the "best practice" for IMC, to which many of you contributed. Mark thought
it was very timely and can use it during discussions with the BLE's, and we can use it with the marketing
directors/managers within the BLs.

Mark was also excited by the message architecture work that Karen has been leading. In fact, he
recommended it be presented at the BLE level in November. He felt that the framework was excellent
and would be usable despite any changes.

Great work! Thank you!

Regards,
Pat

Patricia McGloin
Integrated Marketing Communications Mgr

---

IBM Microelectronics
281 Winter Street
Waltham, MA 02451

781-788-0969ph, 0978 fax (t/l 690)
Asst - Moira Roach, 781-788-0956
mcgloin@us.ibm.com



PENGAD 800-631-6989

DEPOSITION
EXHIBIT
#16
12|22|04



**Philip J Bender**
08/10/2001 03:32 PM

This document expires on
08/10/2003

To: Dennis Rossiter/Waltham/IBM@IBMUS
cc:
From: Philip J Bender/Burlington/IBM@IBMUS
Subject: Re: Product Brief/Update

And don't think I don't appreciate it, Dennis.

You presented my case very eloquently and certainly much better than I was prepared to do.

My sincere thanks for your level-headed approach.  I must confess to being in a bit of a snit over the previous response from the affected party.

I really and truly wish you a fabulous weekend.

Regards -

Philip J Bender
InfiniBand Product Marketing Manager
IBM Microelectronics Division
Server Business Line

(802) 769-0598 (T/L 446)
pjbender@us.ibm.com

000085

**Patricia McGloin**

06/22/2001 02:29 PM

This document expires on
06/22/2003

To: Dennis Rossiter/Waltham/IBM
cc: Deborah Guynn/Somers/IBM@IBMUS, Karen J
Smith/Somers/IBM@ibmus, Marge Oppold/Burlington/IBM@ibmus,
Michael Janus/Raleigh/IBM
From: Patricia McGloin/Waltham/IBM@ibmus
Subject: Re: Event Architecture

Dennis,

This is an excellent piece of work that you and Michael collaborated on!

Thanks,
Pat

Patricia McGloin
Integrated Marketing Communications Mgr

---

IBM Microelectronics          781-788-0969ph, 0978 fax (t/l 690)
281 Winter Street             Asst - Moira Roach, 781-788-0956
Waltham, MA 02451             mcgloin@us.ibm.com

Dennis Rossiter

**Dennis Rossiter**

06/22/01 12:51 PM

To: Deborah Guynn/Somers/IBM, Karen J Smith/Somers/IBM@IBMUS
cc: Marge Oppold/Burlington/IBM@IBMUS, Patricia
McGloin/Waltham/IBM@IBMUS
From: Dennis Rossiter/Waltham/IBM@ibmus
Subject: Event Architecture

Debbie/Karen:
Here is the event architecture slide for inclusion in the strategy presentation.  I have
reviewed this with Marge, and added her input.

I asked Marge to join us on our call with Mark, as events comprise almost 50% of the budget
and we are recommending a change in the strategy.  Marge has a lot of background working with the
BLMs which
will help us in shaping our pitch.

Here's the chart ————>> event architecture-2002 proposal.P

Today, I am working @ (603) 525-3523 if you want to discuss.

/Dennis

000086

Dennis Rossiter
Marketing Programs Manager
IBM Microelectronics
(781) 788 0952 - voice (t/l 690)
(781) 788- 0981 - fax    (t/l 690)
rossiter@us.ibm.com
For Admin. assist:
  Moira Roach
  moirar@us.ibm.com
  (781) 788-0956 (t/ 690)

**Patricia McGloin**

05/11/2001 11:43 AM

This document expires on
04/11/2005

To: Dennis Rossiter/Waltham/IBM@IBMUS
cc: Mark Lefebvre/Waltham/IBM@IBMUS
From: Patricia McGloin/Waltham/IBM@ibmus
Subject: Re: Design Forum Content

Dennis,

Thank you for taking the initiative with Marge on the Design Forum! I know she has much on her plate – thanks for pitching in!

Regards,
Pat

Patricia McGloin
Integrated Marketing Communications Mgr

| IBM Microelectronics | 781-788-0969ph, 0978 fax (t/l 690) |
| 281 Winter Street | Asst - Moira Roach, 781-788-0956 |
| Waltham, MA 02451 | mcgloin@us.ibm.com |

Dennis Rossiter



**Dennis Rossiter**

05/11/01 10:37 AM

To: Patricia McGloin/Waltham/IBM@IBMUS
cc:
From: Dennis Rossiter/Waltham/IBM@ibmus
Subject: Design Forum Content

Pat -
FYI - I spoke with Marge and offered to help her drive the content development for the upcoming Design Forum, and she accepted the offer.  As you know, having originally proposed the DFs I still feel I am a stakeholder in their success - so I'm putting my money where my mouth is.

If you're not comfortable with my taking on this work, pls advise ASAP, as we are starting to roll...

/Dennis

Programs Manager
Marketing Communications
IBM Microelectronics

Phone:  (781) 788-0952 (T/L: 690)
Fax:      (781) 788-0981 (T/L:  690)
email:  rossiter@us.ibm.com

000088

Patricia McGloin
04/05/2001 10:00 PM

**This document expires on
03/06/2005**

To: Dennis Rossiter/Waltham/IBM
cc:
From: Patricia McGloin/Waltham/IBM@ibmus
Subject: Re: Follow-up to INFINIBAND conference call today

Dennis,

Looks great! Congratulations!

Pat

Patricia McGloin
Integrated Marketing Communications Mgr

---

IBM Microelectronics          781-788-0969ph, 0978 fax (t/l 690)
281 Winter Street             Asst - Moira Roach, 781-788-0956
Waltham, MA 02451            mcgloin@us.ibm.com

Dennis Rossiter
04/04/2001 05:19 PM

To:      William OLeary/Somers/IBM@IBMUS, J Michael Loughran/Fishkill/IBM@IBMUS, Carrie
         Altieri/Somers/IBM@IBMUS, Debbie Crouchley/Burlington/IBM@IBMUS, Philip J
         Bender/Burlington/IBM@IBMUS, Kevin G Petrunich/Burlington/IBM@IBMUS, Kieran
         Donnelly/Burlington/IBM@IBMUS, Kathleen E Spilke/Waltham/IBM@IBMUS, Elena V
         Krueger/Burlington/IBM@IBMUS, Michael Janus/Raleigh/IBM@IBMUS, Robert
         Rohrer/Somers/IBM@IBMUS, Dorie Gentes/Burlington/IBM@IBMUS
cc:      Patricia McGloin/Waltham/IBM@IBMUS
From:    Dennis Rossiter/Waltham/IBM@ibmus
Subject: Follow-up to INFINIBAND conference call today

Thanks to everyone for participating in the teleconference today.  Here are the follow-up items I logged,
pls let me know if I missed anything:

**Events:**
- DF strategy needs to be confirmed (Oppold/Janus)
- Confirmation req'd on BLM's participation in Taiwan DF at Computex (Bender)
- Clarify availability of e-leads program to BLM (Donnelly)
- Add "PlugFest" to event calendar (Rossiter/Donnelly)

**Interactive:**
- Budget/proposal for web advertising due:  4/9 (Rohrer/Rossiter)
- Propose solution/budget for freelance writing resources for web content ASAP (Rossiter)
- Confirm overall Interactive spend plan for BLM in order to move forward on plans
  (Rossiter/Rohrer)

**MicroNews:**
- Confirm editorial calendar for next InfiniBand article (Bender/Gentes)

000089

**Analyst Relations:**
- Carrie Altieri will research/compile analyst list with interest in Infiband
- If appropriate, Carrie will establish contact either by conference call or at upcoming industry events

**Press Relations:**
- Michael Loughran will review IB pitch (provided by Kevin Petrunich) to explore story lines & timing of product roll-out announcements
- Kevin will get back to Dennis Rossiter regarding editorial calendars.  Dennis & Michael will continue
  exploring feasibility of contracting freelance, or agency help to write/place IBM by-lined articles in key target publications.

**Collateral:**
- Business line will review recommendation by Kathy Spilke to expand/enhance white paper
- Dates for updating product briefs appear to be in-line with product roll-out plans.

**Follow-Up:**
- Dennis will be scheduling periodic follow-up meetings to review program progress.


Regards,
/Dennis

Programs Manager
Marketing Communications
IBM Microelectronics

Phone:  (781) 788-0952 (T/L: 690)
Fax:     (781) 788-0981 (T/L:  690)
email:  rossiter@us.ibm.com

000090



**Patricia McGloin**
02/28/2001 12:59 PM

This document expires on
01/28/2005

To:  Dennis Rossiter/Waltham/IBM@IBMUS
cc:
From:  Patricia McGloin/Waltham/IBM@ibmus
Subject:  *IBM Confidential: Encoder name

More good work!  Congratulations -- your tactic of "small wins" is working.

Pat

Patricia McGloin
Integrated Marketing Communications Manager

---

IBM Microelectronics          781-788-0969ph, 781-788-0978 fax
281 Winter Street                IBM Internal 690-0969
Waltham, MA 02451             mcgloin@us.ibm.com

--------------------- Forwarded by Patricia McGloin/Waltham/IBM on 02/28/2001 12:58 PM ---------------------

## CHRIS HARASYMCZUK
02/28/2001 11:57 AM

To:      dennis rossiter
cc:      andrew mcmanus, pat mcgloin, kathleen spilke
From:    Chris Harasymczuk/Endicott/IBM@IBMUS
Subject: *IBM Confidential: Encoder name

Dennis,
THANK YOU for all your help on this.  As you know, there's much to be said in a name, and the mind
share it helps create.  I can work with this.
Afterall, we are the envy of the industry...

:-)
Thanks again.
Owe you!
C


Christine M. Harasymczuk,
WW MPEG-2 Encoder / Hi- Performance Decoder Prod. Mktg. Manager
IBM Digital Video Products Group
E-mail: Roadkill@us.ibm.com
607-755-5386 PH
607-755-9069 FAX

http://www.chips.ibm.com:80/products/mpeg/


------------------- Forwarded by Chris Harasymczuk/Endicott/IBM on 02/28/2001 07:54 AM -------------------

          Dennis Rossiter
          02/27/2001 11:30 AM

To:      Chris Harasymczuk/Endicott/IBM@IBMUS

cc:        Kathleen E Spilke/Waltham/IBM@IBMUS, Karen J Smith/Somers/IBM@IBMUS, Patricia
           McGloin/Waltham/IBM@IBMUS
From:      Dennis Rossiter/Waltham/IBM@ibmus
Subject:   *IBM Confidential: Encoder name

Chris:
You are cleared to use:

### IBM Digital Video Encoder ENVxxxx

Where "EN" stands for encoder and "V" stands for video.

If you would like to associate a model number you may do that as well - just
plan ahead for future roadmaps, and keep numbering simple and intuitive, so
that customers have a reference point for navigation up/down the roadmap.

Good luck!!
/Dennis

Programs Manager
Marketing Communications
IBM Microelectronics

Phone:  (781) 788-0952 (T/L: 690)
Fax:      (781) 788-0981 (T/L:  690)
email:  rossiter@us.ibm.com

000092



**Chris Harasymczuk**
02/28/2001 07:55 AM

This document expires on
01/28/2005

To: dennis rossiter
cc: andrew mcmanus, pat mcgloin, kathleen spilke
From: Chris Harasymczuk/Endicott/IBM@IBMUS
Subject: *IBM Confidential: Encoder name

Dennis,
THANK YOU for all your help on this.  As you know, there's much to be said in a name, and the mind share it helps create.  I can work with this.
Afterall, we are the envy of the industry...

:-)
Thanks again.
Owe you!
C

Christine M. Harasymczuk,
WW MPEG-2 Encoder / Hi- Performance Decoder Prod. Mktg. Manager
IBM Digital Video Products Group
E-mail: Roadkill@us.ibm.com
607-755-5386 PH
607-755-9069 FAX

http://www.chips.ibm.com:80/products/mpeg/

---------------------- Forwarded by Chris Harasymczuk/Endicott/IBM on 02/28/2001 07:54 AM ----------------------

Dennis Rossiter
02/27/2001 11:30 AM

To:      Chris Harasymczuk/Endicott/IBM@IBMUS
cc:      Kathleen E Spilke/Waltham/IBM@IBMUS, Karen J Smith/Somers/IBM@IBMUS, Patricia
         McGloin/Waltham/IBM@IBMUS
From:    Dennis Rossiter/Waltham/IBM@ibmus
Subject: *IBM Confidential: Encoder name

Chris:
You are cleared to use:

   **IBM Digital Video Encoder ENVxxxx**

Where "EN" stands for encoder and "V" stands for video.

If you would like to associate a model number you may do that as well - just plan ahead for future roadmaps, and keep numbering simple and intuitive, so that customers have a reference point for navigation up/down the roadmap.

Good luck!!
/Dennis

Programs Manager
Marketing Communications
IBM Microelectronics

000093

Phone:  (781) 788-0952 (T/L: 690)
Fax:     (781) 788-0981 (T/L:  690)
email:  rossiter@us.ibm.com

000094



**Mark Lefebvre**
02/12/2001 01:31 PM

This document expires on
01/12/2005

To: Dennis Rossiter/Waltham/IBM@IBMUS
cc: Kathleen E Spilke/Waltham/IBM@IBMUS, Karen J
    Smith/Somers/IBM@IBMUS, Deborah Guynn/Somers/IBM@IBMUS,
    Susan DiPaci/Sterling Forest/IBM@IBMUS, Robert
    Rohrer/Somers/IBM@IBMUS, Patricia McGloin/Waltham/IBM@IBMUS,
    James Gianotti/Waltham/IBM@IBMUS, Sherri
    Hanna/Omaha/IBM@IBMUS, Phyllis Shalvey/Atlanta/IBM@IBMUS
From: Mark Lefebvre/Waltham/IBM@IBMUS
Subject: Re: Marketing Workbench Training

Dennis, thank yo ufor taking the lead on this.

Team, the MWB is an important element of the marketing infrastructure we're putting in place
corporate-wide.   Please make every effort to attend.

Regards,
Mark.


Mark Lefebvre
Director, Marketing
IBM Microelectronics
281 Winter St, Waltham, MA 02454
Phone: 781-642-5994; FAX 781-788-0981; T/L 690
Hampton: 603-929-0218;  e-mail: lefebvrm@us.ibm.com
Assistant - Moira Roach, 781-788-0956


          Dennis Rossiter
          02/12/2001 01:03 PM

To:      Kathleen E Spilke/Waltham/IBM@IBMUS, Karen J Smith/Somers/IBM@IBMUS, Deborah
         Guynn/Somers/IBM@IBMUS, Susan DiPaci/Sterling Forest/IBM@IBMUS, Robert
         Rohrer/Somers/IBM@IBMUS
cc:      Mark Lefebvre/Waltham/IBM@IBMUS, Patricia McGloin/Waltham/IBM@IBMUS, James
         Gianotti/Waltham/IBM@IBMUS, Sherri Hanna/Omaha/IBM@IBMUS, Phyllis Shalvey/Atlanta/IBM@IBMUS
From:    Dennis Rossiter/Waltham/IBM@ibmus
Subject: Marketing Workbench Training


The earlier notification to the MD/IMC team to participate in the Feb 5/6 training for Marketing Workbench
did not receive a high level of response.

I cannot understate the importance of taking this training, as MWB will be a key planning tool utilized
across IBM for years to come.  MD needs
to be viewed as actively supporting the adoption of this tool

On Friday, 2/9, I received special permission  to include a small number of MD/IMC key people in the
final training class - now scheduled for 2/21, 2/22 at the IBM Learning Center/Armonk.

I have reserved seats in the class for:

      Kathleen Spilke
      Karen Smith
      Debbie Guynn
      Susan DiPaci

000095

Robert Rohrer

It is imperative that you work your schedule  so that you will be available for this two day class.  **You must register immediately.**
**Please note:  You will need your IBM Intranet user ID and password to register.**

You need to go to the MWB section of the Corporate Marketing Web site:

**http://w3-1.ibm.com/marketing/mwb/**

1.  **Select Class Schedule**
2.  **Select NA**
3.  **Select 2/21 Class Registration**

Once registered the class leader will be notified and you will receive your class confirmation notice. There is some
preliminary preparation required to install the MWB database - you will be receiving more information on this soon.

Again, please register today.

Thanks
/Dennis

Programs Manager
Marketing Communications
IBM Microelectronics

Phone:  (781) 788-0952 (T/L: 690)
Fax:     (781) 788-0981 (T/L:  690)
email:  rossiter@us.ibm.com

000096

**Patricia McGloin**

12/12/2000 09:54 AM

This document expires on
11/12/2004

To: Dennis Rossiter/Waltham/IBM@IBMUS
cc: Ed Abrams/Somers/IBM@IBMUS
From: Patricia McGloin/Waltham/IBM@ibmus
Subject: Re: Thank You!!!

Dennis,

As I stated, you are quite deserving of the award based on your ability to keep a demanding and politically complex naming project on track, and your perserverance in delivering 2 IMC plans on schedule!

Regards,
Pat

Patricia McGloin
Integrated Marketing Communications Strategy Manager

IBM Technology Group          781-788-0969ph, 781-788-0978 fax
281 Winter Street                  IBM Internal 690-0969
Waltham, MA 02451              mcgloin@us.ibm.com

Dennis Rossiter
12/12/2000 09:50 AM

To:        Patricia McGloin/Waltham/IBM@IBMUS
cc:        Ed Abrams/Somers/IBM@IBMUS
From:    Dennis Rossiter/Waltham/IBM@ibmus
Subject:  Thank You!!!

Pat:
Thank you very much for the cash award!!

It was a complete surprise.  Your thoughtfulness and pat on the back (and wallet) are greatly appreciated.

Regards,
/Dennis

Programs Manager
Integrated Marketing Communications
IBM Technology Group

Phone:  (781) 788-0952 (T/L: 690)
Fax:      (781) 788-0981 (T/L: 690)
email:  rossiter@us.ibm.com



**Patricia McGloin**

06/27/2000 08:57 AM

This document expires on
05/27/2004

To: Dennis Rossiter/Waltham/IBM@IBMUS
cc:
From: Patricia McGloin/Waltham/IBM@ibmus
Subject: Re: Interconnect IMC Planning templates

Dennis,

Thanks for your hard work in assembling these plans from the BLs — I know it was a difficult task!

Regards,
Pat

Patricia McGloin
Integrated Marketing Communications Strategy Manager

IBM Technology Group       781-788-0969ph, 781-788-0978 fax
281 Winter Street          IBM Internal 690-0969
Waltham, MA 02451          mcgloin@us.ibm.com

Dennis Rossiter
06/27/2000 08:32 AM

To:      Patricia McGloin/Waltham/IBM@IBMUS
cc:
From:    Dennis Rossiter/Waltham/IBM@ibmus
Subject: Interconnect IMC Planning templates

Pat,
Here are the IMC planning templates for Interconnect.  Note the disclaimer
on the first page (their request) that numbers are subject to change and may
not reconcile with numbers submitted to Fall plan.

/Dennis

Programs Manager
Integrated Marketing Communications
IBM Technology Group
(781) 788-0952 (t/l: 690) - VOICE
(781) 788-0977 (t/l: 690) - FAX

*******Attachment(s) have been removed*******



**Patricia McGloin**

04/28/2000 03:47 PM

This document expires on
03/28/2004

To: Larry Grant/Burlington/IBM@IBMUS
cc: Stephen K Will/Raleigh/IBM@IBMUS, Kathryn
Weaver/Waltham/IBM@IBMUS, Julie
Druckerman/Burlington/IBM@IBMUS, Dennis
Rossiter/Waltham/IBM@ibmus, Kieran
Donnelly/Burlington/IBM@IBMUS
From: Patricia McGloin/Waltham/IBM@ibmus
Subject: Re: NetWorld web hit measurements

Larry,

Thanks for getting this done so quickly!

Kathy and Dennis,

Great job!

Pat

Patricia McGloin
WW Integrated Marketing Communications Manager

IBM Microelectronics    781-788-0969ph, 781-788-0978 fax
281 Winter Street        IBM Internal 690-0969
Waltham, MA 02451    mcgloin@us.ibm.com

Web site http://www.chips.ibm.com

Larry Grant               04/28/2000 02:30 PM

To:    Patricia McGloin/Waltham/IBM@IBMUS
cc:    Stephen K Will/Raleigh/IBM@IBMUS, Kathryn Weaver/Waltham/IBM@IBMUS
From:    Larry Grant/Burlington/IBM@IBMUS
Subject:    NetWorld web hit measurements

Hi Folks,

Stats for the www.chips.ibm.com/networld redirect are being updated daily at:
http://webstats.btv.ibm.com/HL-Reports/www-chips/chips-networld.htm

Jim Driscoll has added a Networld + Interop Requests link on Kieran's events page at:
http://w3.btv.ibm.com/~donnelly/index.html

Regards,
Larry

Larry Grant
IBM Technology Group
OEM Extranet    www.ibm.com/edge
802-769-7061    lag@us.ibm.com

000111