# EXHIBIT B

1

Volume I
Pages 1 - 44
Exhibits: None

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x
                       :
DENNIS ROSSITER,            :
        Plaintiff,     :
                       :
   vs.               :   Civil Action No.
                       :   04-CR-10069DPW
INTERNATIONAL BUSINESS  :
MACHINES CORPORATION,    :
        Defendant.     :

- - - - - - - - - - - - - - - -x

        DEPOSITION OF JAMES P. MONAHAN, JR., a
witness called on behalf of the Plaintiff, taken
pursuant to the Federal Rules of Civil Procedure,
before Carol H. Kusinitz, Registered Professional
Reporter and Notary Public in and for the
Commonwealth of Massachusetts, at the Offices of
Rodgers, Powers & Schwartz LLP, 18 Tremont Street,
Boston, Massachusetts, on Monday, January 17, 2005,
commencing at 8:58 a.m.

PRESENT:

    Rogers, Powers & Schwartz LLP
        (by Kevin G. Powers, Esq.)
        18 Tremont Street, 5th Floor,
        Boston, MA 02108, for the Plaintiff.

    Prince, Lobel, Glovsky & Tye LLP
        (by Daniel S. Tarlow, Esq.)
        585 Commercial Street, Boston,
        MA 02109, for the Defendant.

              * * * *

13

1     Q.    What was the position you were interviewing

2   Dennis Rossiter for?

3     A.    I don't remember the exact title of the

4   position, but I know it was a marketing

5   communications position.

6     Q.    If I suggested to you that it was a

7   Microelectronics Division MarCom manager, would that

8   refresh your memory?

9     A.    That could have been it.

10     Q.    When you refer to the position as reporting

11   directly to you with a dotted line to another

12   individual, was that other individual Ron Black?

13     A.    That would be right.

14     Q.    Was it your decision whether or not to hire

15   Dennis Rossiter?

16     A.    Yes.

17     Q.    So I assume you made a decision to hire

18   Dennis Rossiter?

19     A.    I did.

20     Q.    And why was that?

21     A.    Because I thought he was a talented

22   individual who had the requisite skills and

23   experience to contribute positively to the business.

24     Q.    During the interview, did you take any

14

1    notes?

2        A.    I don't remember.  I don't remember.

3        Q.    After the interview, did you communicate in

4    writing to anyone at IBM or within IBM?

5        A.    I may have.  I don't -- I'm sure I must

6    have conveyed something to Ron Black and to my

7    manager at the time, but I don't recall if it was in

8    writing.  I'm sure I did communicate in some

9    capacity.  I don't recall the specifics of it,

10   though.

11       Q.    Let me see if I understand your answer.

12   You recall communicating, but you don't know if that

13   communication was in written form or oral?

14       A.    That's correct.

15       Q.    I just want to go back.  You mentioned that

16   when Dennis Rossiter was first hired, and correct me

17   if I'm misstating your testimony, he reported

18   directly to you with a dotted line to Black; is that

19   correct?

20       A.    Yes.

21       Q.    I just want to show you -- actually, you

22   can look at Rossiter Exhibit 1.

23       A.    I see.  What must have happened here is --

24            MR. TARLOW:  There is no question before

1    you.    Let Kevin ask the question.

2         Q.    Does that refresh your memory or change

3    your testimony in any way?

4         A.    Yes.    What it looks like to me is that

5    initially the reporting structure was to Black and

6    then it was transferred to me.    That's what it looks

7    like to me.

8         Q.    Okay.

9         A.    Which is probably how it happened.

10        Q.    And does that change in any way your answer

11   that you were the hiring authority; that is, that

12   you made the final decision to hire Dennis Rossiter?

13        A.    I had direct input in that hiring decision,

14   because Rossiter, the plan was for him to report

15   directly into me.

16        Q.    Okay.    But my question was, in light of the

17   document that you've been shown, do you know who was

18   the final decision maker in the decision whether or

19   not to hire Dennis Rossiter into IBM?

20        A.    The final decision maker?

21        Q.    Yes.

22        A.    Well, if the offer letter came from Ron

23   Black --

24             MR. TARLOW:    Well, you haven't seen the

1  offer letter.

2      A.   I don't -- then I don't remember.

3      Q.   Okay.

4      A.   Then I don't remember.

5      Q.   You don't remember whether or not you were

6  the final hiring authority or the decision maker?

7      A.   I know that I had a decision in Mr.

8  Rossiter's hiring.  Whether or not I was, quote-

9  unquote, the final decision maker, I'm not sure.

10     Q.   Continuing to look at Exhibit 1, I don't --

11  I have a question about -- there's been a term

12  thrown around, and I'm not quite sure if I

13  understand it.  Maybe you can help me out.  That

14  term is "bands," whether someone is an 8 or 9 or 10

15  or 11.  Do you know what a band is and what the

16  significance of a band is?

17     A.   My recollection of what a band is is that

18  it was a certain -- each job description, each

19  classification of jobs, was termed a band, and that

20  had to do with both the scope of responsibility and

21  the compensation for that scope of responsibility.

22  That's my recollection of it.

23     Q.   So was your memory, if you were a -- for

24  instance, if we look at Dennis Rossiter's history

18

1    Q.    To your knowledge?

2    A.    I don't recall.

3    Q.    After interviewing Dennis Rossiter for a

4    position at IBM, you said you communicated in some

5    way.  Did you communicate with Ron Black or someone

6    else?

7    A.    At the minimum it had to be with Ron Black.

8    Q.    Do you recall what if anything you told Ron

9    Black about how the interview went, what you thought

10   of Dennis Rossiter?

11   A.    No, I don't recall the specifics of my

12   conversation.

13   Q.    Do you recall anything in general?

14   A.    I recall -- obviously, I recall having a

15   favorable view of him; otherwise I would not have

16   recommended he be hired.

17   Q.    Do you recall during the interview process

18   discussing with Rossiter any problems you were

19   having in the -- with the Power PC brand?

20   A.    Problems with the Power PC brand?

21   Q.    Yes, and integrating it into the IBM brand

22   image.

23   A.    I don't recall any specifics about a

24   discussion of that nature.

21

1    and --

2        A.    He was somewhere between the ages of 30 and

3    45.

4        Q.    In 1995?

5        A.    Yes.   Probably.

6        Q.    And how old was Dennis Rossiter in '95?

7        A.    I have no idea.

8        Q.    Well, did you make some kind of judgment as

9    to his age?

10       A.    I could only give you parameters of an

11   estimate, but I don't know.

12       Q.    What were they?

13       A.    Somewhere between 40 and 60.  I don't know.

14       Q.    During the interview with Dennis Rossiter,

15   do you recall ever asking him if he still had the

16   fire in his belly?

17       A.    No.  I have no recollection of that.

18       Q.    Do you have a recollection of anything you

19   said to Dennis Rossiter during the interview?

20       A.    No, I don't.

21       Q.    In interviewing him, were you concerned in

22   any way that he might have lost some of his drive or

23   motivation?

24       A.    No.

22

1      Q.    Looking again at Rossiter Exhibit 1, does

2    this refresh -- let me ask a question and ask if

3    this refreshes your memory.  This document appears

4    to indicate that when Rossiter was first hired, he

5    reported to Ron Black, beginning January 23rd, and

6    then in or about April 16th, Rossiter began

7    reporting to you.  Is that consistent with your

8    memory?

9      A.    Yes, that's right.

10     Q.    And is it also your memory that Rossiter

11   continued to report to you until on or about

12   February of 1998?

13     A.    That would be correct, whenever I left the

14   company, right.

15     Q.    Focusing on the year 1995, did IBM have a

16   policy of when employees were to be reviewed?

17          MR. TARLOW:  You mean the date?

18          MR. POWERS:  No, just --

19     A.    I'm sorry, I don't understand the question.

20     Q.    Was there a policy at IBM about how often

21   employees should be reviewed?

22     A.    I seem to recall it was an annual process.

23     Q.    And do you recall whether it was annual on

24   the date of hire or annual at some other significant

31

1    employee's goals?

2        A.    No.

3        Q.    Do you recall, when Rossiter first reported

4    to you, that he was a Band 10?

5        A.    I don't recall the specifics of the band

6    descriptions.

7        Q.    Do you ever recall that Rossiter's band was

8    lowered?

9        A.    The way it normally worked, if a person's

10   job description had changed, and it was of less

11   responsibility, then their band would likely be

12   lowered.

13       Q.    And did Dennis Rossiter's job description

14   change at some point when he reported to you?

15.      A.    I would imagine it did, yes.

16       Q.    Why was that?

17       A.    There was a releveling of the organization.

18       Q.    What is a releveling?

19       A.    Specifically in this case, it was

20   determined that there would be only one manager in

21   the marketing communications organization.  It was

22   determined that I would be the only manager, and

23   therefore the management responsibilities that were

24   Dennis's had to be taken away.

32

1      Q.    And who made that decision that there

2  should be only one manager in marketing?

3      A.    It would have been my manager at the time.

4      Q.    Black?

5      A.    No.   He was not my manager.   He was never

6  my manager.

7      Q.    I'm sorry.   Who was your manager at the

8  time?

9      A.    I believe it was Jesse Parker.

10      Q.    At the time that Dennis Rossiter had his

11  management duties removed, was anyone else in your

12  department affected by the flattening of your

13  position?

14      A.    He was the only manager, so no.

15      Q.    When Dennis Rossiter had his management

16  duties taken away, removed, what, if anything, did

17  you tell him about that?

18      A.    Other than there was a general releveling

19  of the organization, and that it was determined

20  there would be only one manager in the organization,

21  nothing beyond that.

22      Q.    And is it your position that the decision

23  to take Rossiter's management duties away was

24  actually not your decision to make; it was someone

33

1    else's?

2            MR. TARLOW:  Objection.  You mean his

3    decision to make or his -- you're talking like

4    theoretical or who actually made the decision?

5            MR. POWERS:  Who actually made the

6    decision.

7       A.    If I recall correctly, I was pretty much

8    directed to make that change.

9       Q.    At or about the time of the change, did you

10   inform Dennis Rossiter that he was going to be

11   assigned to, quote-unquote, special assignments?

12      A.    I don't recall specifically what I told

13   Dennis he would be assigned to.

14      Q.    Do you recall in general what you told him,

15   other than what you have already testified to?

16      A.    A program management position.  That would

17   be it.

18      Q.    After Dennis Rossiter had his management

19   responsibilities taken away, was he assigned in any

20   way to product naming?

21      A.    Among other things --

22            MR. TARLOW:  You mean after, only after,

23   not before?

24            MR. POWERS:  After, yes.

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS ROSSITER     )
   Plaintiff     )
           )
v.          )  C.A. No. 04 CR 10069DPW
           )
INTERNATIONAL BUSINESS  )
MACHINES CORPORATION  )
   Defendant     )
           )

### AFFIDAVIT OF MARK LEFEBVRE

1) My name is Mark Lefebvre and I am an employee of International Business Machines, Inc. ("IBM"). I have been an employee of IBM since 1995.

2) I am 47 years old.

3) From January 2001 through May 2003 I was the Director of Marketing for IBM's Microelectronics Division ("MD"). In this position, I had a number of marketing groups reporting to me, including Patricia McGloin's group, the Integrated Marketing Communications Group. In the fall of 2001, I had 5 people directly reporting to me in addition to Ms. McGloin. My direct reports in turn had people reporting to them. In total, there were 46 employees in my group at the end of 2001.

4) In 2001, my supervisor was Christine King, the Vice President of the Microelectronics Division. Ms. King's Operations Manager was Maria Lipner.

5) In 2001, there was a significant downturn in the microprocessor/semiconductor industry. As a result, in the fall of 2001, the Microelectronics Division conducted a large-scale lay-off.

Worksheets for this skill group along with her recommendations that the two persons whose skills were rated weakest on a relative basis–Mr. Rossiter and Kathy Weaver--be laid-off. I largely relied on Ms. McGloin's judgment with respect to the skill assessments because of her greater familiarity with the skills necessary going-forward and the skills possessed by these individuals. Although I could not myself assess the exact skill level of the individuals because I was not close enough to their day-to-day work, I was able to confirm that her assessments were consistent with the information and knowledge I had of the individuals in the skill group.    Therefore, I approved Ms. McGloin's lay-off recommendations, including that Mr. Rossiter be laid-off.

13)    In total, I laid-off 16 of the 46 people in my group (some of the lay-offs were work elimination and some, like Mr. Rosster's lay-off, were based on the staff reduction method).

14)    Ms. McGloin and I had to re-distribute Mr. Rossiter's job functions in light of his lay-off. Mr. Rossiter had two primary job functions: a) the Integrated Marketing Communications plan for the Server product line; and b) naming coordinator for new MD products.

15)    As far as the group naming coordinator responsibilities, I had already decided prior to the lay-off to move the naming function from Ms. McGloin's group to the person in charge of Brand Marketing and Corporate Programs (Carol McNerney), because on a corporate level, the product naming function was being aligned with brand management/marketing. I wanted the naming of Microelectronics products to be aligned with the MD Brand Marketing function, which had been under Ms. McNerney since early 2001. Prior to the layoff, Ms. McNerney's responsibilities consisted of MD's Ingredient Brand program, corporate marketing liaison, and eventually naming. In accordance with the direction I

3

had already decided upon, when Mr. Rossiter was selected for lay-off, his naming
responsibilities were shifted over to Carol McNerney. Ms. McNerney maintained her
existing responsibilities in brand marketing and corporate programs, and the naming
responsibilities comprised just a small part of her job after Rossiter's departure.

16)   Ms. McNerney was a "team lead" in Brand Marketing and Corporate Programs (a team
      lead heads a team on particular projects but is not a supervisor per se) and was assisted by
      Ray Chang, who I had hired directly out of college in the Summer of 2001. After
      Rossiter's departure, Ms. McNerney worked with Ray Chang on the naming function.
      Mr. Chang maintained his existing responsibilities in Brand Marketing and Corporate
      Programs, and the naming responsibilities he took on comprised a small piece of his
      overall job.

17)   Rossiter's IMC responsibilities were distributed to Karen Smith, who was a Band 10 IMC
      Strategist in Ms. McGloin's department. Ms. Smith had product lines that she was
      already supporting and she simply added the business line that Rossiter had been
      supporting (the Server line).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9ᵗʰ DAY OF
APRIL, 2005.

_Mark H.L._

Mark Lefebvre

4

# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04 CR 10069DPW |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION ) | |
| Defendant ) | |

## AFFIDAVIT OF PATRICIA MCGLOIN

1) My name is Patricia McGloin Waitt and I am an employee of International Business Machines, Inc. ("IBM"). At work, I go by the name "Patricia McGloin." My current position is Director, Integrated Marketing Communications IBM Americas.

2) I am 51 years old.

3) I was hired to work at IBM in February 1997 by Jesse Parker, then the IBM Microelectronics Division's Director of Marketing. In late 1997 or early 1998, at the time that James Monahan left the company, Jesse Parker re-organized Microelectronics Division Marketing by combining the group I was working in with Mr. Monahan's former group. As part of the reorganization, Mr. Parker asked me to take over Mr. Monahan's responsibilities in addition to the job functions I was already performing in managing Field Programs. My new title was Manager of Field and Marketing Programs. Ultimately, my title became Manager of Integrated Marketing Communications (sometimes referred to as "IMC") in August 2000 although my basic job responsibilities remained the same. Integrated Marketing Communications is a discipline within marketing which is most responsible for promoting the company's offerings to the

customers, and increasing the demand for the offerings.  It includes creating awareness, preference, interest, and demand.

4)    As a result of the above described reorganization, in early 1998, I became the supervisor of Dennis Rossiter (who was providing IMC for the Information Technology/Server business line, and had product naming responsibilities) as well as the supervisor of the other employees who had been reporting to Mr. Monahan, including Marge Oppold (who was working in the event marketing area— i.e., planning events such as trade shows) and Kathleen Spilke (who was working in the collateral marketing area— i.e., producing brochures etc.).

5)    From mid-1999 through early 2001, I reported to Ed Abrams, who was the Director of Integrated Marketing Communications. In February 2001, I began reporting to Mark Lefebvre, who had become the Director of Marketing for IBM's Microelectronics Division ("MD").

6)    In 2001, I was still the Manager of Integrated Marketing Communications  in the Microelectronics Division and Mr. Rossiter was still reporting to me. Mr. Rossiter's position title was IMC Specialist-Advanced.

7)     In 2001, Mr. Rossiter had two primary responsibilities: a) he was responsible for creating and managing an IMC plan for MD's Information Technology /Server business line; b) and he was responsible for coordinating the naming of new MD products.

8)    IBM has a system where employees are grouped into bands 1-10.  Each of these bands has a salary range associated with it.  The next level up from Band 10 is a director level position. During the time he reported to me, Mr. Rossiter was in Band level 9.

2

9)    In 2001, there was a significant downturn in the microprocessor/semiconductor industry. As a result, in the fall of 2001, the Microelectronics Division conducted a large scale lay-off. In IBM parlance, a lay-off is called a "Resource Action." This layoff was called the Microelectronics Resource Action (or MERA).

10)   IBM issued training guidelines for the lay-off, called the TG U.S. Surplus Selection Guidelines ("Selection Guidelines"), which set forth the methodology managers were to follow in selecting which employees to lay-off.

11)   On or about October 18, 2001, IBM conducted training for managers in the methodology of selecting employees to be laid-off. I participated in the training.

12)   The written guidelines and training described two selection methodologies: work elimination (where the person or group's work would be going away altogether) and staff reduction (where the work remained the same but needed to be done by fewer people). IBM instructed managers to follow the following multi-step process in conducting a staff reduction:

- Managers were instructed to define so-called skill groups consisting of people in the same job category, in the same salary band level and with the same managerial status (managers and non-managers could not be in the same skill group). In other words, managers were instructed that they could not compare employees in different job categories, different salary bands or different managerial status.

- Managers were instructed to define the critical skills required for that skill group.

- Managers were instructed to define the proficiency/knowledge level the members of the skill group were to possess in each of the critical skills. These proficiency

3

levels were determined according to a pre-existing IBM scale and were also specifically defined in the Selection Guidelines.  The  six proficiency/knowledge levels, in descending order, are as follows:

→ "Comprehensive Knowledge" meaning the employee can give expert advice and lead others; is sought by other for consultation and leadership; has comprehensive ability to make sound judgments;
→ "In-depth Knowledge" meaning the employee can perform without assistance; can lead or direct others.
→ "Applied Knowledge" meaning the employee can perform with assistance.
→ "Conceptual Knowledge" meaning the employee has limited ability to perform.
→ "Limited Knowledge."
→ "No Skill."

- Managers were instructed to fill out selection worksheets on an established template where the critical skills were listed in left hand column and the manager's assessment of the employee's proficiency/knowledge level in each skill was listed in the right hand column.  In assessing the proficiency level for each skill, the manager was instructed to consider the employee's performance reviews (so-called "Personal Business Commitment" or "PBC"), and other job-related information.  Managers were instructed to provide supporting examples of their assessments.

- Where managers determined that there was a surplus in a skill group (i.e., that the work could be carried on by fewer employees), they were instructed to identify employees in that skill group for lay-off based on the relative skill assessments (i.e., to lay-off the employees whose skills were assessed to be weaker).  If employees' skills were assessed as being identical, seniority was a tie breaker (i.e., the person with less seniority was to be selected for lay-off).

- The Selection Guidelines and training emphasized that managers were not to target skill groups of one—i.e., where there were was only one employee in that job category of the same band and managerial level.

A true and accurate copy of the Selection Guidelines is attached hereto as Attachment 1.

13) Mark Lefebvre told me that my group was expected to contribute to the lay-off but he did not give me a specific target for the number of people I was to lay-off. Mr. Lefebvre instructed me to determine whether my group could reduce staff while still carrying on the required work.

14) At the time of the lay-off selections, I had 14 people in my group, which was called the Integrated Marketing Communications group.

15) I had two subordinate managers in my group, Robert Rohrer and Marge Oppold, both of whom had people reporting directly to them.

16) In following the lay-off methodology for staff reduction, I first grouped my employees into skill groups. In doing so, I readily determined that the skill group with the largest number of incumbents was the Band 9, non-managers, who had the same position title, "IMC Specialist-Advanced." This skill group I called "Integrated Marketing Communications Band 9" (hereinafter, the "IMC/Band 9 Skill Group"). This skill group consisted of 5 people: Dennis Rossiter, Ronald Milos, Kathryn Weaver, Kathleen Spilke, and Deborah Guynn. Based on the relatively large number of people in the IMC/Band 9 Skill Group, I included this group in the lay-off analysis.

17) In accordance with the Selection Guidelines, I defined the skills necessary for the IMC/Band 9 Skill Group. I selected the skills from a pre-existing IBM document entitled

"IBM Marketing Professional Career Skills By Job Level Integrated Marketing Communications Discipline" (hereinafter, "Skills List"), a true and accurate copy of which is attached hereto as Attachment 2. The Skills List defines a wide variety of skills that are used by various employees throughout IBM in the IMC discipline.

18)  The skills I selected from the Skills List for the IMC/Band 9 Skill Group were those I believed reflected the set of skills that would be required for the individuals who would be in the organization going forward, recognizing that the group might be reduced.  In particular, I chose the following  skills (and associated proficiency/knowledge levels):

  a. In-depth knowledge of business plans.
  b. In-depth knowledge of program development.
  c. In-depth knowledge of measurement techniques.
  d. In-depth knowledge of use of cross-functional teams.
  e. In-depth knowledge of agency operations.
  f. In-depth knowledge of basic financial concepts.

19)  Each of the skills I selected has an explanatory definition in the Skills List.  See Attachment 2. As described above in paragraph 12, "In-depth Knowledge" means that the employee can perform the skill without assistance and can lead or direct others.

20)  Next, I assessed the skills of the persons in the IMC/Band 9 Skill Group who reported directly to me (Dennis Rossiter and Deborah Guynn) and I asked Robert Rohrer to assess the skills of the persons who reported directly to him (Ronald Milos, Kathryn Weaver, Kathleen Spilke).

21)  I conducted the skill assessments in late October 2001.   In making the skill assessments of the people who reported directly to me, I relied on my knowledge of the employees' recent work and of their previous work (including reviewing their performance reviews).

22)     My skill assessment of Mr. Rossiter, which I documented on the required Selection

Worksheet, was that he had "Applied Knowledge" in 5 of the 6 skill categories, which

signified that he could perform with assistance in those skill categories. In accordance

with the Guidelines, I provided supporting examples of my assessment of Rossiter.  A

true and accurate copy of Rossiter's Selection Worksheet is attached thereto as

Attachment 3.

23)     The following chart reflects the relative assessments by Mr. Rohrer and me of the

IMC/Band 9 Skill Group, where numbers 1 through 6 reflect the proficiency/ knowledge

level (1= comprehensive knowledge, 2= in-depth; 3=applied; 4=conceptual; 5=limited;

6=no skills).  On this scale, the lower the number the higher the skill level.

| Skill Group | Business plan | Develop programs | IMC measure-ment techniques | To use cross-functional teams | Agency ops. | Basic financial concepts | Avg. of ratings |
|---|---|---|---|---|---|---|---|
| Guynn | 2 | 1 | 2 | 1 | 1 | 2 | 1.5 |
| Milos | 2 | 2 | 2 | 1 | 3 | 2 | 2 |
| Spilke | 2 | 2 | 2 | 2 | 3 | 2 | 2.16 |
| Weaver | 2 | 2 | 3 | 2 | 2 | 3 | 2.33 |
| Rossiter | 3 | 3 | 3 | 2 | 3 | 3 | 2.83 |

True and accurate copies of the Selection Worksheets for the other

IMC/Band 9 Skill Group members are attached hereto as

Attachment 4.

24)     Based on these relative assessments, I recommended the layoff of the two employees

with the lowest overall assessments in the IMC/Band 9 Skill Group: Mr. Rossiter and

Kathryn Weaver.  I made this recommendation to my boss, Mark Lefebvre, who

approved the recommendation.

7

25)    After going through the selection process for other skill groups in my department, I also recommended the layoff of two other employees from a Band 8 skill group. Mr. Lefebvre approved these selections as well. Therefore, in total, I recommended the lay-off of 4 of the 14 employees in my department.

26)    In accordance with the Selection Guidelines, Mr. Rossiter was informed of his selection for lay-off on or about November 28, 2001, and he was given until early January 2002 to try to obtain another job in the company. Mr. Rossiter was not able to obtain another job and his termination date from the company was January 3, 2002.

27)    Mr. Lefebvre and I had to re-distribute Mr. Rossiter's job functions in light of his lay-off. As I said above, Mr. Rossiter had two primary job functions a) creating and managing the integrated marketing communications strategy and plan for the Information Technology/Server product line; and b) group naming coordinator (this relates to choosing product names for new products).

28)    As far as the group naming coordinator responsibilities, even before the lay-off, Mr. Lefebvre had communicated to me that he had decided to move the naming function from my group to the person in charge of Brand Marketing and Corporate Programs (Carol McNerney). As a result, when Mr. Rossiter was selected for lay-off, his naming responsibilities were re-distributed to Carol McNerney. I believe Ms. McNerney was assisted by Ray Chang in carrying out the naming responsibilities.

29)    Rossiter's IMC responsibilities were distributed to Karen Smith, who was a Band 10 IMC Specialist in my department. Ms. Smith had a number of product lines that she was already supporting and she simply added the business line that Rossiter had been supporting (the Information Technology /Server line).

30)    I understand that Mr. Rossiter believes that Karen Smith was a less experienced and inferior performer to him, and that she should have been chosen for lay-off instead of him.  However, Ms. Smith was not in Mr. Rossiter's skill group because she was a Band level 10. Therefore I was not comparing Mr. Rossiter to Ms. Smith in the lay-off selection process. The Selection Guidelines did not allow for such a comparison. Moreover, while I was not comparing Rossiter to Ms. Smith, Ms. Smith, in fact, had superior IMC skills to Mr. Rossiter.

31)    IBM calls the performance reviews Personal Business Commitments ("PBC"). My initial evaluation of Rossiter (for the year 1998) was at the "3" level, which was the second lowest out four possible ratings, and which signifies that an employee has achieved some, but not all, of his/her commitments. However, my assessment of Mr. Rossiter improved over time. In the last two years that I reviewed Mr. Rossiter's performance (1999 and 2000), I rated him a "2" (signifying an employee who had achieved or exceeded commitments) on his annual PBC. This was the second highest out of four possible ratings.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _13th_ DAY OF APRIL, 2005.

Patricia McGloin Waitt

9

# **ATTACHMENT 1**

CONFIDENTIAL

# TG U.S. Surplus
# Selection Guidelines
## Manager Training

October 18, 2001

I001274

IBM Confidential

UNFIDENTIAL

# Agenda

- Introduction

- Selection Methodologies
  - ► Work Elimination
  - ► Staff Reduction

- Roles and Responsibilities

- Next Steps

- Questions and Answers

I001275

2

IBM Confidential

**CONFIDENTIAL**

# Selection Methodologies

- We will discuss two selection methodologies:

  - Work Elimination
  - Staff Reduction

- Business situation dictates which method(s) to use.

I001276

IBM Confidential

3



# Work Elimination

## Definition:

- All positions in a facility, organization, skill group or project are substantially eliminated.

- All or substantially all work will no longer be done.

## Examples:

- Work canceled

- Work outsourced to another company.

- Contract cancelled

- Work consolidated/transferred to a new location - incumbents not moving with work; work moved to a location outside normal commuting distance.

I001277

IBM Confidential

## Affected Population:



# Work Elimination

- All incumbents are surplus, regardless of skills, qualifications, and/or seniority.

- No selection.

- Must include all regular full-time and regular part-time employees, including those from the affected organization who are on S&A, leaves of absence, temporary assignment, or international assignment.

- Emergency Military Callup for U.S. not included in surplus selection.

## Required Documentation:

- Description of work being eliminated as well as the business rationale for this decision.

- Name and serial number of affected employees.

- 2 levels of management signature.

- Submit selection worksheets to project office.

I001278

IBM Confidential

# Selection Worksheet
# Work Elimination

CONFIDENTIAL

Describe work being eliminated and the business rationale for taking this action.  If the work will be performed elsewhere, indicate where.

_____

_____

_____

_____

**Affected Employee(s):**

Name: _____      Serial Number: _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

_____                    _____

**Prepared by:**

_____        _____    _____     _____
Manager Name (print)                  Date              Serial Number             Tie-line

_____
Manager Signature

**Reviewed by:**

_____        _____    _____     _____
Manager Name (print)                  Date              Serial Number             Tie-line

_____
Manager Signature

I001279

IBM Confidential

6



# Selection Worksheet
# Work Elimination
# (Example)

Describe work being eliminated and the business rationale for taking this action.  If the work will be performed elsewhere, indicate where.

I/T contract with XYZ company canceled.  Positions of all employees working on this contract eliminated.  Work will be performed by another company.

_____

_____

**Affected Employee(s):**

| Name: | Serial Number: |
|-------|----------------|
| J. Doe | 000001 |
| P. Leahy | 000002 |
| C. Cook | 000003 |
| K. Zerby | 000004 |
| | |
| | |
| | |

**Prepared by:**

| Manager Name (print) | Date | Serial Number | Tie-line |
|---|---|---|---|

Manager Signature

**Reviewed by:**

| Manager Name (print) | Date | Serial Number | Tie-line |
|---|---|---|---|

Manager Signature

I001280

IBM Confidential



# Staff Reduction

## Definition:

- Decrease in the number of jobs in an organization - must reduce number of incumbents.

- Required skills are essentially unchanged.

- Work remains the same, but a decrease in the number of jobs occurs due to affordability, mission change, service demand, etc...

## Example:

- Reduction in the number of band 9 Engineers from 20 to 13.

I001281

IBM Confidential



## ffected Population:

# Staff Reduction

- Employees in skill groups where reductions are required.

- Must include all regular full-time and regular part-time employees, including those from the affected organization who are on S&A, leaves of absence, temporary assignment, or international assignment.

- University hires
  - Not included in surplus selection using the Staff Reduction Methodology when their date of hire is within 9 months of the planned notification date.
  - Continue to be included for surplus selection when using Work Elimination Methodology.
  - University hires should continue to be managed via the current PBC process for new hires. (ie. New Hire Periodic Reviews; New Hire Assessment)

- Emergency Military Call Up for U.S.
  - Not included in surplus selection.

## Required Documentation:

- Brief definition of each skill group if not obvious from skill group title.
- Completed selection worksheets, including 2 levels of management signature.

I001282

IBM Confidential

CONFIDENTIAL

# Staff Reduction
# Selection Process

- Identify affected employee population.
  - Department, function, organization, geography.

- Determine selection decision-maker(s).

- Define specific skills and numbers required.

- Define appropriate skill groups

I001283

IBM Confidential

CONFIDENTIAL

# Staff Reduction Selection Process
# Skill Groups

- BEGIN WITH SECONDARY JOB CATEGORIES

- SKILLS MUST BE INTERCHANGEABLE WITHIN GROUP
  - RETRAINING CAN OCCUR WITHIN A REASONABLE PERIOD OF TIME

- SAME SALARY BAND

- EXEMPT, NONEXEMPT, MANAGERS SEPARATE

- REGULAR PART-TIME,  REGULAR FULL-TIME SEPARATE

- GEOGRAPHY

- BE FLEXIBLE, BUT NO "PINPOINTING"
  - MINIMIZE SKILL GROUPS OF ONE EMPLOYEE

## EXAMPLE:

| SKILL GROUP / SUBSET | BAND | ON BOARD | REDUCTION TARGET |
|---|---|---|---|
| ENGINEER/SCIENTIST | 6 | 10 | |
| STAFF ENG/SCIENTIST - DEV | 7 | 15 | |
| ADVISORY ENG/SCIENTIST - DEV | 8 | 4 | |
| | | | |
| CHIP/CIRCUIT DESIGN ENG. BTV | 6 | 5 | |
| CHIP/CIRCUIT DESIGN ENG. BTV | 7 | 5 | |
| | | | |
| PROCESS TECH - ENDICOTT | 6 | 12 | |
| PROCESS TECH - ENDICOTT | 8 | 5 | |

I001 284

IBM Confidential

CONFIDENTIAL

# Staff Reduction
# Selection Process

- **Complete selection worksheets**
  - ► Total assessment based on skills

- **Identify surplus**
  - ► Determine best qualified employees
  - ► 2 levels of management signature

- **Submit selection worksheets to project office**

I001285

IBM Confidential

CONFIDENTIAL

## SELECTION WORKSHEET - STAFF REDUCTION

Page____ of _____

Name: _____  S/N: _____  Position Code/Band: _____

Position Title: _____  Most Recent DOH: _____

Skill Group: _____  # in Skill Group: ___of ___

| **Skills** | **Assessment** |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail) |

o                                    o

o                                    o

o                                    o

o                                    o

o                                    o

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS

CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ___ YES ____NO ** ** **

Prepared by:

_____        _____
Manager Name (print)     Date     Serial Number          Tie-line

_____
Manager Signature

Reviewed by:

_____        _____
Manager Name (print)     Date     Serial Number          Tie-line

_____
Manager Signature

Proficiency levels : no skill, limited knowledge, conceptual knowledge, applied knowledge, in-depth knowledge, comprehensive knowledge                     I001286

IBM Confidential



# Staff Reduction
## Selection Worksheet

## Step 1:

- Complete the employee demographic information at the top of the Selection Worksheet.
  - ► The **Skill Group** should define the skill, band, and location as appropriate

## Step 2:

- Enter the relevant skills required for the skill group in the left hand column under **Skills**.
  - ► Identify critical skills required, listing them in order of importance.
  - ► Describe "hard" skills using knowledge-based statements.
    - – Linux Programming
    - – Project Management
    - – CMOS microprocessor design
  - ► Describe "soft" skills using knowledge-based statements.
    - – Written/oral communications
    - – Teamwork, leadership
  - ► Include a proficiency level (from list) for each "hard" skill entered in the left hand column, proficiency levels for "soft" skills optional

I001287

IBM Confidential



# Staff Reduction
## Selection Worksheet

## <u>List of Proficiency Level Definitions</u>

- Comprehensive Knowledge
  - ‣ Can give expert advice and lead others; is sought by others for consultation and leadership; has comprehensive ability to make sound judgments.

- In-depth Knowledge
  - ‣ Can perform without assistance; can lead or direct others

- Applied Knowledge
  - ‣ Can perform with assistance

- Conceptual Knowledge
  - ‣ Limited ability to perform

- Limited Knowledge

- No Skill

1001288

IBM Confidential

## SELECTION WORKSHEET - STAFF REDUCTION

CONFIDENTIAL

Page____ of ____

Name: _____ S/N: _____ Position Code/Band: _____

Position Title: _____ Most Recent DOH: _____

Skill Group: _____ # in Skill Group: ___of ___

## Skills

Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group):

## Assessment

Identify employee proficiency level for each skill.  Must    provide supporting business examples. (Use personal attributes for additional detail)

RELEVANT SKILLS / PROFICIENCY LEVELS

o
o    • KNOWLEDGE BASED STATEMENTS
o    • SAME FOR ALL IN SKILL GROUP
o    • APPROPRIATE FOR BAND
o    • NO FORMULAS

o
o
o
o
o

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.

IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS

CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ___ YES ____NO ** ** **

Prepared by:

_____  _____  _____  _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

Reviewed by:

_____  _____  _____  _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

I001289

    IBM Confidential

CONFIDENTIAL

# Staff Reduction
## Selection Worksheet

## Step 3:

- Enter in the right hand column under **Assessment** the employee's *proficiency* (required for "hard" skills) ***and*** associated *business example* for *each* skill listed in the left hand column under **Skills**.
  - ► Provide comments for each listed skill, identifying employee's proficiency level (from list) for "hard" skills
  - ► Include relevant business examples to support each comment
  - ► Use *personal attributes* to provide additional detail
    - – Creativity
    - – Influence
    - – Judgment
    - – Planning
    - – Teamwork

## Step 4:
    - – Leadership

- Acquire 2 levels of management signature

## Step 5:

- Select Surplus Yes or No
  - ► Generally determined above first line management level.
- Submit selection worksheets to project office

I001290

IBM Confidential

## SELECTION WORKSHEET - STAFF REDUCTION

**CONFIDENTIAL**

Page____ of ____

Name: _____  S/N: _____  Position Code/Band: _____

Position Title: _____  Most Recent DOH: _____

Skill Group: _____  # in Skill Group: ____of ____

### Skills

Relevant Skills/Proficiency
Levels Required (In order of
importance/must be same for all
worksheets in the skill group):

o
o
o
o
o

### Assessment

Identify employee proficiency level
for each skill. Must provide supporting
business examples.  (Use personal attributes
for additional detail)

o
o
o
o
o

- PROFICIENCY LEVEL
- SUPPORTING BUSINESS EXAMPLE (s)
- PERSONAL ATTRIBUTES
- NO FORMULAS

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ____ YES ____NO ** ** **

Prepared by:
_____  _____  _____  _____
Manager Name (print)    Date      Serial Number    Tie-line

_____
Manager Signature

Reviewed by:
_____  _____  _____  _____
Manager Name (print)    Date      Serial Number    Tie-line

_____
Manager Signature

I001291

18

IBM Confidential

CONFIDENTIAL

# Staff Reduction
## Process Points

- A selection worksheet must be completed for each employee in a skill group where a surplus exists.

- Consider the same sources of relevant written documentation for each employee
  - PBC, work history, etc.

- Where skills are identical, seniority (most recent date of hire) is used as the final tie-breaker
  - Document use of seniority via "Seniority Tie-Breaker Attachment" form.

- Selection Worksheet format may not to be modified.

- Assessment based primarily on the presence or absence of specific skills at specified proficiency levels.
  - No formulas

- Basis for surplus status must be clearly evident from the documented Selection Worksheets.
  - Based on a comparison of each employee's skills versus the required skills and those of others in the skill group.

I001292

IBM Confidential

**CONFIDENTIAL**

## SELECTION WORKSHEET - STAFF REDUCTION

Name: _____  S/N: _____    Page _____ of _____
Position Title: _____    Position Code/Band:
Skill Group: <u>Notes Administrator, Band 7</u>    Most Recent DOH:
    # in Skill Group: ____of ___

**Skills**

Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group):

**Assessment**

Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail)

o In-depth knowledge of:
  - Lotus Notes/Domino
  - TCP/IP
  - OS/2, AIX
o In-depth knowledge of 3rd level technical support/problem determination/ solution for customer.
o Applied knowledge of Notes/Domino server design, installation, maintenance and support for mail, DB and web usage.
o Ability to perform in a leadership role on occasion with minimal assistance
o Effective written and verbal communication skills

o Proficiency Level

o Supporting Business Example(s)

o Personal Attributes

o No Formulas

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

**  **  ** SURPLUS: ___ YES ____NO ** ** **

Prepared by:

_____  _____  _____  _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

Reviewed by:

_____  _____  _____  _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

I001293

IBM Confidential

**SELECTION WORKSHEET - STAFF REDUCTION**

CONFIDENTIAL

Page _____ of _____

Name: _____    S/N: _____    Position Code/Band: _____

Position Title:                                              Most Recent DOH: _____

Skill Group: <u>Notes Administrator, Band 7</u>            # in Skill Group: _of_

| Skills | Assessment |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail) |

o In-depth knowledge of:
   - Lotus Notes/Domino
   - TCP/IP
   - OS/2, AIX
o In-depth knowledge of 3rd level technical support/problem determination/ solution for customer.
o Applied knowledge of Notes/Domino server design, installation, maintenance acts
   and support for mail, DB and web usage.
o Ability to perform in a leadership role on occasion with minimal assistance

developers.

o Effective written and verbal communication skills

    o In-depth knowledge of Notes/Domino. Notes Admin Principal certification. Very strong knowledge in TCP/IP, OS/2, and AIX as demonstrated in the XXX project.
o Has in-depth knowledge of 3rd level technical support - Provides guidance to other team members on problem resolutions.
o Has in-depth knowledge - provides accurate timely problem determination, frequently

as team lead for complex solutions
    o Takes lead role with peers. Technical leader on NCO major projects and Notes team; interface with Iris/Notes

Sought by other teams as technical expert
o Very effective written analytical skills and verbal communications skills. Very effective teaming.

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

**\*\* \*\* \*\* SURPLUS: ___ YES ____NO \*\* \*\* \*\***

Prepared by:

_____    _____    _____    _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

Reviewed by:

_____    _____    _____    _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

I001294

IBM Confidential



## SELECTION WORKSHEET - STAFF REDUCTION

Name: _Terry Bradshaw_____    S/N: _235689_____    Page __1____ of __1_____
Position Title: Engineer/Scientist                                      Position Code/Band: 5807/6___
09/18/91____                                                            Most Recent DOH:
Skill Group: Engineer/Scientist Band 6                    # in Skill Group: _1_of _3_

| Skills | Assessment |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail) |

o Applied knowledge of PRODFA application

o Applied knowledge of QMF/SAS and other
  languages
o Applied knowledge of the XXX Data Base
  Structure
o Conceptual knowledge of data analysis
  techniques, recognition of trends, data anomalies,
  etc.
o In-depth knowledge of XYZ products

o Effective presentation skills

o Comprehensive knowledge of PRODFA
  through execution of XXX.
o Compresive knowledge of QMF and
  knowledge of SAS, functions as team leader.
o In-depth knowledge of XXX data base structure,
  exellent judgementinterpreting the data
o Leadership role in all data analysis
  assignments

o In depth knowledge of XYZ products,
  functions as resource to others
o Outstanding verbal communication.

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ____ YES  _X___NO ** ** **

Prepared by:

_Tony Gamble_____    987654_____    _8-555-1212_____ _____
Manager Name (print)        Date        Serial Number        Tie-line

_____
Manager Signature

Reviewed by:

George Maddan_____06/18/00_____    987123_____    _8-555-1212_____ _____
Manager Name (print)        Date        Serial Number        Tie-line

_____
Manager Signature

I001295

IBM Confidential

CONFIDENTIAL

**CONFIDENTIAL**

## SELECTION WORKSHEET - STAFF REDUCTION

Page __1____ of __1_____

Name: _Jennifer Capriotti_____     S/N: _888999_____     Position Code/Band: 5807/6_____

Position Title: Engineer/Scientist     Most Recent DOH:
_02/25/00_____

Skill Group: Engineer/Scientist Band 6     # in Skill Group: _2_of 3__

| Skills | Assessment |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail) |

o Applied knowledge of PRODFA application

    o Displays applied knowledge of PRODFA through execution of XXX.

o Applied knowledge of QMF/SAS and other knowledge of SAS.

    o In-depth  knowledge of QMF only - applied languages

o Applied knowledge of the XXX Data Base Structure

    o Applied knowledge of XXX data base structure, and works independently

o Conceptual knowledge of data analysis techniques, recognition of trends, data anomalies, etc.

    o Has produced consistent results in data analysis assignments

o In-depth knowledge of XYZ products

    o  Applied knowledge of XYZ products, can act  with minimal  assistance

o Effective presentation skills

    o Good verbal communication.

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.

IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS

CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ____ YES  _X___NO ** ** **

Prepared by :

_Tony Gamble_____     987654_____     _8-555-1212____ _____
Manager Name (print)          Date          Serial Number          Tie-line

_____
Manager Signature

Reviewed by:

George Maddan_____06/18/00_____          987123_____     __8-555-1212_____ _____
Manager Name (print)          Date          Serial Number          Tie-line

_____
Manager Signature

I001296

IBM Confidential



**SELECTION WORKSHEET - STAFF REDUCTION**

Page __1____ of __1_____

Name: _Phil Collins_____    S/N: _123654_____    Position Code/Band: 5807/6___
Position Title:   Engineer/Scientist    Most Recent DOH: 06/02/98___
Skill Group: Engineer/Scientist Band 6    # in Skill Group: _3_of _3_

| **Skills** | **Assessment** |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail) |

o Applied knowledge of PRODFA application

o Applied knowledge of QMF/SAS and other
   languages
o Applied knowledge of the XXX Data Base
structure
o Conceptual knowledge of data analysis
techniques, recognition of trends, data anomalies,
   etc.
o In-depth knowledge of XYZ products

o Effective presentation skills

o Displays applied knowledge of PRODFA
   through execution of XXX.
o Applied knowledge of QMF only - limited
   knowledge of SAS.
o Conceptual knowledge of XXX data base structure,
   but little understanding of the data
o Has shown limited results in data analysis
   assignments

o  Limited knowledge of XYZ products,
  can act only with assistance
o  Weak verbal communication.

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: __X__ YES ____NO ** ** **

Prepared by :

_Tony Gamble_____    987654_____    _8-555-1212____ _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

Reviewed by:

George Maddan_____06/18/00_____    987123_____    _8-555-1212_____  _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

I001297

    IBM Confidential



**SELECTION WORKSHEET - STAFF REDUCTION**

Name: _____    S/N: _____

Page _____ of _____

Position Code/Band: _____

Position Title:

Most Recent DOH: _____

Skill Group: <u>Band 08 Application Programmer</u>

# in Skill Group: __ of __

| <u>Skills</u> | <u>Assessment</u> |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each relevant skill. Must provide supporting business examples. (Use personal attributes for additional detail) |
| o In-depth knowledge of C++ | o Expert comprehensive knowledge in C++, but limited knowledge of FCL as evidenced in recent Plantworks project. |
| o Applied knowledge of DASD technology and Ucode development | o Conceptual knowledge of DASD cleanroom Particle Count and Leak testing. Limited knowledge and experience of Device Test code. Worked on Starfire IPI, SAT equalization. |
| o Able to quickly learn and apply channel and processor technologies to processes - applied knowledge | o Proven to be fast learner, IPI SAT code, PC Plantworks, C, Apollo Driver in New PC are examples. Very limited knowledge of channel and processor test code. |
| o Effective communication skills, verbal and written | o Fair verbal, good written communication. |
| o Provides technical guidance within team | o Provides needed guidance to techs and others in as needed |

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.

IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS

CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ____ YES  ____NO ** ** **

Prepared by:

_____    _____    _____    _____
Manager Name (print)        Date           Serial Number         Tie-line

_____
Manager Signature

Reviewed by:

_____    _____    _____    _____
Manager Name (print)        Date           Serial Number         Tie-line

_____
Manager Signature

I001298

IBM Confidential



**SELECTION WORKSHEET - STAFF REDUCTION**

Name: _____  S/N: _____       Page _____ of _____
Position Title:                                              Position Code/Band:_____
Skill Group:  <u>Marketing Strategy Manger</u>                Most Recent DOH: _____
                                                            # in Skill Group: __of__

### Skills

**Relevant Skills/Proficiency
Levels Required (In order of
importance/must be same for all
worksheets in the skill group):**

o Lead creation of multiple, very complex brand and/ or business
unit strategies. Ensures strategies are clearly-defined and
meet overall business objectives on a brand and/or business unit
level.  Requires comprehensive knowledge of strategy development

o Develops new concepts for market research studies. Comprehensive
knowledge of market research practices and tools.

o With executive review, develops and implements strategies for new
or improved complex to very complex offerings/ solutions with the
intention of expanding sales, gaining market share and increasing
IBM's competitive advantage
o In depth knowledge of marketing process in a matrix
managed environment.

o Sets project objectives & manages projects & people effectively
for optimum results.

o Ability to manage people effectively and in accordance with
established IBM policies and procedures.

### Assessment

**Identify employee Proficiency Level
for each relevant skill. Must provide
supporting business examples.
(Use personal attributes for additional detail)**

o In-depth knowledge of strategy development
        -formulated 2000 Spring Strategy document
 for the XX Customer Segment in XXX
o Lead strategist who managed the development
 of the 2000 Strategy & Fall Plan documents for XXX.
 o In-depth knowledge of market research process,
 Worked closely with MI to define and prioritize primary
 research projects for the Customer segment.
o Prior employer product management experience

o Has conceptual knowledge of  the IBM Matrix as
 evidenced by the development of the 2000 spring
 strategy for XXX.
o Has begun to marshal a coordinated team objective
 and is in the early stages of project coordination.

o New to management assignment and has begun to
 learn key management skills. Has IDP's & PBC's in
 place for all employees.

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.
IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

**  **  ** SURPLUS: ____ YES ____ NO **  **  **

Prepared by:

_____  _____  _____
Manager Name (print)         Date          Serial Number      Tie-line

_____
Manager Signature

Reviewed by:

_____  _____  _____
Manager Name (print)         Date          Serial Number      Tie-line

_____
Manager Signature

I001299

26                                                    IBM Confidential



**SELECTION WORKSHEET - STAFF REDUCTION**

Name: _____    S/N: _____    Page _____ of _____
Position Title: _____    Position Code/Band: _____
Skill Group: <u>Band 02, Production Operator</u>    Most Recent DOH: _____
    # in Skill Group: __ of __

| <u>Skills</u> | <u>Assessment</u> |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each relevant skill. Must provide supporting business examples. (Use personal attributes for additional detail.) |

o Requires applied knowledge in following and interpreting documented procedures and verbal directions.
o Requires applied knowledge in operating and using multiple production and quality measurement equipment.
o Requires applied knowledge in successfully working with peers, support groups, and management in providing training and assistance to others.
o Requires applied knowledge in both adaptability and time utilization in meeting business needs.
o Requires applied knowledge in exercising leadership and communication skills.

o Has shown in-depth knowledge in following and interpreting MPI's and lead technician direction.
o Has demonstrated in-depth knowledge in using multiple production & quality measurement equipment.
o Has shown in-depth knowledge as a process certifier and trainer in multiple operations. Excellent ability to get along with others.
o Adaptability and time utilization performed at applied knowledge level.
o Has demonstrated in-depth knowledge in leadership and communications skills.

CONSIDER PBCs, WORK HISTORY, AND OTHER JOB RELATED INFORMATION.

IF ADDITIONAL SPACE REQUIRED, ATTACH MULTIPLE WORKSHEET FORMS
CHECK IF SENIORITY USED AS TIE-BREAKER (ATTACH DOCUMENTATION) _____

** ** ** SURPLUS: ____ YES ____NO ** ** **

Prepared by:

_____    _____    _____    _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

Reviewed by:

_____    _____    _____    _____
Manager Name (print)    Date    Serial Number    Tie-line

_____
Manager Signature

I001300

IBM Confidential



# Staff Reduction
## Seniority Tie-Breaker Attachment
## (Example)

Skill Group: _____

| Employee | Serial Number | Seniority Tie-Breaker | Most Recent DOH | Service Ref Date | Surplus Y/N |
|---|---|---|---|---|---|
| C. Jones | 000001 | | | | N |
| S. Smith | 000002 | | | | N |
| T. Glatt | 000003 | X | 06/15/84 | 06/15/84 | N |
| P. Williams | 000004 | X | 05/20/87 | 01/01/87 | N |
| W. Timmons | 000005 | X | 05/30/88 | 05/30/88 | Y |
| C. Jordan | 000006 | | | | Y |

Comments:

Retain this attachment with the selection worksheets of the appropriate skill group(s) where seniority is used to break ties.

I001301

IBM Confidential

CONFIDENTIAL

# Roles and Responsibilities

## Management

- Establish skill groups
- Identify critical skills and proficiency levels required
- Assess employees in department
- Identify surplus

## Human Resources

- Ongoing advice and counsel on selection process
- Review selection worksheets
- Maintain selection database

## Legal

- Ongoing advice and counsel on selection process
- Review selection worksheets

I001302

IBM Confidential

CONFIDENTIAL

# Next Steps

- Understand reductions as they apply to your organization/department

- Complete selection process - give top priority

- Start now!  Do not wait until deadline to complete

- Be complete and accurate

- Ensure selection decisions are fully documented and do not conflict with other employee records

I001303

IBM Confidential



CONFIDENTIAL

# Calendar

| Activity | Date Complete |
|---|---|
| Reduction Targets Established/ Cascaded | October 19 |
| Management Training - Selection | Oct 22 - 24 |
| Selections Submitted to Project Ofc | November 7 |
| Identify required skill & proficiency level<br>Complete Worksheets<br>Identify surplus employees | |
| Pre-Notification Assessment | November 14 |
| Notification Day Training for Mgrs | November 26 |
| Employee Notification | Week of Nov 26 |

I001304

IBM Confidential

# **ATTACHMENT 2**

**IBM Marketing Professional Career
Skills List By Job Level
Integrated Marketing Communications Discipline**

**May 2001**

## Contents

Integrated Marketing Communications Discipline

Marketing Roles

People Management Skills

I000782

## Integrated Marketing Communications Discipline

Skills are presented in four groups that map to the skills development roadmaps in CareerPlanner.

| Skills List | 6 | 7 | 8 | 9 | 10 | Exec |
|---|---|---|---|---|---|---|
| **Core Marketing Skills** | | | | | | |
| Apply Marketing Concepts & Methods * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Market Intelligence Concepts & Methods * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Customer Requirements & Buying Behavior * | 2 | 3 | 3 | 4 | 4 | |
| Apply Market Segmentation * | 2 | 3 | 3 | 4 | 4 | 4 |
| Develop Strategies | 2 | 3 | 4 | 4 | 5 | 5 |
| Develop Plans | 2 | 3 | 4 | 4 | 5 | 4 |
| Develop Programs | 2 | 3 | 4 | 4 | 5 | 4 |
| **Integrated Marketing Communications - Core Marketing - IBM Internal Skills** | | | | | | |
| Apply IBM Brand Management System * | 2 | 3 | 3 | 3 | 4 | 4 |
| Apply IBM Market Planning Process * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Knowledge of IBM Business Strategy * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply the IBM Brand Strategy | 2 | 3 | 4 | 4 | 5 | 5 |
| Apply Knowledge of Competitive Trends * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Knowledge of IBM Offerings/Technology | 2 | 3 | 4 | 4 | 4 | 4 |
| Use Cross-Functional Teams | 3 | 3 | 4 | 4 | 5 | |
| Apply Basic Financial Concepts | 2 | 3 | 3 | 4 | 4 | 3 |
| Apply Project Management Techniques | 2 | 3 | 4 | 4 | 4 | |
| Apply Self-Directed Learning | 3 | 3 | 4 | 4 | 4 | 4 |
| **Integrated Marketing Communication - Discipline Specific Skills** | | | | | | |
| Apply Knowledge of Business Plan * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Integrated Mktg Comms Concepts & Meth * | 3 | 4 | 4 | 5 | 5 | 5 |
| Develop Marketing Messages & Response Plans * | 2 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of IMC Measurement Techniques * | 2 | 3 | 4 | 4 | 4 | 4 |
| Apply Knowledge of Agency Operations * | 3 | 3 | 4 | 4 | 5 | 4 |
| Apply Knowledge of Creative Development Concepts | 3 | 3 | 4 | 4 | 5 | 4 |
| **Integrated Marketing Communications - Discipline Specific - IBM Internal Skills** | | | | | | |
| Perform Creative Breakthru Thinking | 2 | 3 | 4 | 4 | 4 | |
| Manage Contracted Resource & Services | 3 | 3 | 4 | 4 | 4 | |
| Apply Campaign Planning Process * | 2 | 3 | 4 | 5 | 5 | 4 |

* Critical Marketing Skills

I000783

**Core Marketing Skills**

**Apply Marketing Concepts & Methods**
Apply knowledge of the steps which make up the marketing process: analyzing the market opportunities; developing marketing strategies; and planning/implementing marketing programs that encompass the elements of the business plan (e.g., the "4-P's," or their contemporary implementation). Apply these concepts and methods to assigned programs.

Apply knowledge of the components of the business plan -- the fundamental set of components of an offering/solution which support the delivery of the brand "promise of value" and/or business unit value proposition. Apply these elements in the short- or long-term in order to affect marketing objectives and goals. Is able to integrate these elements into a comprehensive business plan.

**Apply Market Intelligence Concepts & Methods**
Have a thorough working knowledge of the processes (i.e., problem definition, plan development, information collection, information analysis, presentation of findings) used to obtain information about customers, potential customers and competitors.

Have a thorough working knowledge of market research approaches (e.g., observational research, focus-group research, survey research, experimental research, etc.), instruments (e.g., questionnaires, interviews, etc.) data sources (primary or secondary data), and suppliers (internal or external) of marketing research.

If you work in Database Marketing, this skill also includes having a thorough working knowledge of how data is stored and subsequently used for marketing purposes such as lead generation, lead qualification, sales of products or services, or maintenance of customer relationships.

This skill includes having the ability to effectively use qualitative and quantitative market research to create empirically-based and analytically-rich understanding of the business situation and the value of pursuing alternative strategies.

**Apply Customer Requirements & Buying Behavior**
For the business area(s) assigned:
- Apply knowledge of the customers' (internal or external) requirements, wants and needs and how to meet them. Know the difference between customers' stated needs, real needs, unstated needs, etc. Interpret customers needs and develop creative, innovative programs that satisfy them.
- Apply knowledge of customer buying behaviors, including what the market buys, how and why -- who buys, when and where, and their media habits.
- Know the four influencers of buying behavior: cultural, social, personal and psychological and how to find ways to reach and serve the market more effectively.
- Know the steps a buyer goes through (i.e., problem recognition, information search, evaluation of alternatives, purchase decision, and post-purchase behavior) and the buyer's behavior at each stage of the process.
- Apply knowledge of the concepts of customer retention and customer defection. Take the necessary steps (define and measure retention rate, distinguish causes of defection, estimate profit loss, estimate the cost to reduce defection rate) to develop programs/actions to optimize customer retention and minimize customer defection.

I000784

**Apply Market Segmentation**

Have a thorough working knowledge of the concepts and quantitative methods (e.g., cluster analysis, predictive modeling, etc.) used to separate a market into distinct groups with similar characteristics, such as common business requirements, wants and needs, economic activity (industry), enterprise or establishment size, location, and product or service usage.

This skill includes having experience in knowing and applying a consistent and coherent set of strategies, offerings/solutions, marketing campaigns, support programs and sales tactics in order to reach customers more effectively once they have been separated into these groups.

**Develop Strategies**

For the business area(s) assigned:

- Develop the overall plan of action (for a brand unit and/or business unit, market or segment, function, company, etc.) designed to achieve a stated goal.
- Employ appropriate strategic management techniques in developing strategies.
- Know the strategic-planning process steps (i.e., defining business mission, analyzing the environmental, competitive and business situations, developing objectives, goals and strategies; defining offering, pricing/terms, distribution, support, fulfillment and integrated marketing communications plans) required to implement the business strategies.
- Know the linkages between strategic business plans and the development of integrated programs and operating plans (e.g., strategic and tactical business plans, etc.), and has written strategies that facilitate an operational linkage between strategies and plans.

**Develop Plans**

- Convert approved strategies (for a brand unit and/or business unit, market or segment, function, company, etc.) into tactical plan(s).
- Use market intelligence data to create specific plans which enable the execution of strategies in a timely and cost-effective manner.
- Plans should include: specific actions, critical success factors (CSFs), milestones, dates, resources (physical, financial and human), dependencies, responsible parties, metrics, etc.

**Develop Programs**

For the brand unit and/or business unit, market or segment or offerings/solutions assigned:

- Transform business/marketing/functional strategies and/or plans into effective targeted programs that will promote these strategies, create interest, and achieve business objectives.
- Clearly define specific activities, responsibilities and measurements.

**Integrated Marketing Communications - Core Marketing - IBM Internal Skills**

**Apply IBM Brand Management System**

Apply business knowledge of the IBM Brand Management System, its goals and objectives, and its relationship to all IBM business processes. Apply its concepts and principles to all marketing activities.

Effectively use the business plan elements (i.e., offering, pricing/terms, distribution, support, fulfillment, integrated marketing communications) and can apply this knowledge when implementing the common planning processes (e.g., brand unit and/or business unit planning, requirements management, offerings definition, distribution, financial and support planning, portfolio management, communications programs, etc.).

I000785

**Apply IBM Market Planning Process**
Apply knowledge of the IBM Market Planning Process, its goals and objectives and its relationship to other IBM business processes. Apply knowledge of the specific process activities which include:
*   Analyzing and assessing the marketplace
*   Selecting attractive segments based on customer wants and needs, market dynamics, and IBMs core capabilities
*   Performing portfolio analysis
*   Creating a business strategy
*   Developing and optimizing business plans
*   Managing and assessing business plan performance
*   Driving offerings/solutions (hardware, software, services)
*   Determine profitable delivery methods
*   Measure success and future needs

Apply these concepts and methods to assigned programs. This skill includes having the ability to apply this knowledge to complex offerings/solutions in a multi-functional organization.

**Apply Knowledge of IBM Business Strategy**
Apply knowledge of IBMs near-and long-term business strategies.

**Apply the IBM Brand Strategy**
Know the strategy for the IBM Brand. Apply and leverage the IBM Brand strategy to assigned marketing programs.

**Apply Knowledge of Competitive Trends**
*   Understand and anticipate the impact of major competitors' (traditional and emerging) objectives, strategies, market share, methodologies, culture, offerings, trends, and cost structures on IBM's competitive position and customer satisfaction results.
*   Describe IBM's strengths and weaknesses against all competitors, relative to market/customer/business partner needs and buying criteria in the same areas.
*   For external channels, understand the major IBM competitors' channel and support strategy and structure.
*   Implement appropriate strategies to address and overcome competition.
*   Ensure feedback loop into IBM Brand Management System and relevant business processes (e.g., IBM Market Planning, Campaign Planning Process, Solution Design & Delivery, etc.)

**Apply Knowledge of IBM Offerings/Technology**
Can articulate a high-level overview of the major markets in which IBM competes, the key product families IBM brings to those markets, and the strategic architecture and core technologies that provides IBM with a competitive advantage in those markets.

**Use Cross-Functional Teams**
*   Work effectively in cross-functional teams (virtual teams from matrix organizations) by understanding the goals and responsibilities of the other functions and organizations represented on the team.
*   Communicate effectively (e.g., active listening, clarification of ideas, acceptance of others' points of view, etc.) within a team environment. Develop a common set of objectives, agree on schedules, delegation of responsibility, reach consensus on how to achieve results.
*   Expand horizons beyond individual/departmental/functional/geographic goals and objectives (e.g., leave personal agendas at the door, etc.). Focus on collaboration and cooperation among all members of the team. Work synergistically to achieve business objectives.

I000786

**Apply Basic Financial Concepts**
Apply appropriate financial management concepts, principles, and tools to business decision making and problem solving.

**Apply Project Management Techniques**
Apply proven project management techniques and disciplines to any definable quantity of work to ensure the accurate and timely completion of the work.

**Apply Self-Directed Learning**
- Create a continuous learning environment for oneself by taking the responsibility and the initiative to advance own knowledge and skills.
- Continually assess own capabilities against career/personal objectives.
- Actively seek out opportunities to gain exposure to new ideas and experiences and to grow and evolve own expertise. Apply the results of new learning into everyday business situations.
- Exploit available resources (e.g., textbooks and supplemental reading, continuing education, conference participation/attendance, professional association involvement, etc.).
- Learn how to "learn" more effectively and efficiently.

**Integrated Marketing Communications - Discipline Specific Skills**

**Apply Knowledge of Business Plan**
Understand a business plan, including business strategies and marketing and financial plans. The business plan may also include strategies and plans or other information on:
- detailed market segment analysis
- offerings and solutions
- terms, pricing, warranties, terms and conditions
- distribution
- support/skills
- image (communications/advertising)
- customer satisfaction and loyalty targets
- relationship plan

**Apply Integrated Marketing Communication Concepts & Methods**
Apply knowledge of the concepts and methods used to plan and deliver targeted communications messages to customers and prospects over time. Apply these concepts and methods to assigned programs.
- Effectively interpret brand unit and/or business unit marketing strategies and plans. Lead the development of integrated marketing communications strategies, plans and programs which provide a competitive advantage for IBM.
- Know how the IMC strategy is integrated into the overall business plan.
- Develop creative and innovative IMC programs that positively affect customer behavior, increase awareness and get measurable, actionable results.

**Develop Marketing Messages & Response Plans**
Develop effective, targeted marketing messages for IBM offerings/services that facilitate the movement of customers and/or prospects through the purchase decision-making process.
- Determine the desired behaviors and intended responses for each target audience, for each stage in the decision-making process, and determine the message for each intended response.
- Develop message options (i.e., need-benefit combinations) ensuring that the benefit statement directly addresses the specific needs of the target audience and reflects IBM's desired relationship with that target audience.
- Develop the context in which the message will be delivered (e.g., tone, setting, delivery, etc.).

I000787

**Apply Knowledge of IMC Measurement Techniques**
- Apply Knowledge of how to measure actual business-to-business customer/consumer behavior in the marketplace, and how to measure the effectiveness of integrated marketing communications programs (e.g., advertising, promotion, direct marketing campaigns, event marketing, etc.) and deliverables.
- Determine quantitative and qualitative measurement objectives (e.g., number of responses, number of qualified opportunities, revenue generated, etc.) into all IMC planning activities.
- When appropriate, use marketing database capabilities to define pertinent measurements to assess IMC programs efficiency.

**Apply Knowledge of Agency Operations**
- Apply knowledge of the business of advertising and or collateral/sales promotion agencies (e.g., agency organization, client-agency relationships, fee structure, media selection, evaluation, and buying, etc.) of creative agencies (e.g., advertising, direct marketing, promotion agencies, Web/Internet, etc.).
- Direct the daily activity of an agency as it relates to IBM's corporate, brand unit and/or business unit business objectives, and to assigned programs and responsibilities.
- Keep the agency apprised of current corporate, brand unit and/or business unit strategies.
- Participate in the agency selection and evaluation process, and in contract negotiations, as they relate to assigned.

**Apply Knowledge of Creative Development Concepts**
Apply knowledge of the processes by which graphic designers, photographers, illustrators, typographers, Web designers, computer programmers and other professionals providing creative services work.
This skill includes having a thorough working knowledge of:
- The principles of typography, including the proper use of IBM's typeface.
- The principles of graphic design, layout, use of color, image form and proportion, including the proper use of IBM's standards for design, layout and color.
- The principles of Web design, including the proper use of IBM's standards for Web design and deliverables.
- The print production processes (e.g., 4-color printing, newspaper).

**Integrated Marketing Communications - Discipline Specific - IBM Internal Skills**

**Perform Creative Breakthru Thinking**
Freely use imagination to generate new and possibly radical ideas by:
- Making unusual or nonlinear connections
- Changing or reshaping goals
- Imagining new possibilities
- Combining information and ideas into new approaches
- Shaping goals in ways that reveal new possibilities

**Manage Contracted Resource & Services**
Contracted resource and services includes anyone under contract with IBM to provide resource or services. Examples include, but are not limited to: advertising or communications agencies, programmers, project managers, consultants, providers of site services, cabling, security, design, etc.    Identify requirements for contracted resource or services.
- Participate in the identification, evaluation and selection of qualified contracted resource or services, as appropriate.
- Understand and ensure compliance with the terms and conditions of the particular contract involved.
- Understand and ensure compliance with local country rules and regulations regarding contracted resource and services.

I 000788

- Understand project scope and deliverables.

**Apply Campaign Planning Process**
- Understand the customer and the market selected for investment (needs and opinions, purchase and response history, psychographic profiles, decision stages, media preferences, satisfaction levels, market trends, competitive environment, IBM's selected solution offerings, pricing and coverage strategy, etc.) and the goals for expected results.
- Develop the Campaign Strategy and the Data Strategy.
- Develop the Campaign Plan and the Data Plan.
- Develop Messages and the associated Response Plans.
- Filter (identify conflicting messages, integrate messages, apply appropriate suppression) and deliver the messages.

I000789

**Integrated Marketing Communications Specialty Skills**

| Skills | 6 | 7 | 8 | 9 | 10 | Exec |
|---|---|---|---|---|---|---|
| **Advertising** | | | | | | |
| Develop Advertising Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of TV/Video Production | 3 | 3 | 3 | 4 | 4 | 4 |
| **Collateral/Sales Promotion** | | | | | | |
| Develop Collateral/Sales Promotion Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Direct Marketing** | | | | | | |
| Analyze Campaign Plan Results | 2 | 3 | 4 | 4 | 4 | 4 |
| Develop Lead Management Plan | 2 | 3 | 4 | 4 | 4 | 4 |
| Develop Campaign Strategy & Plan | 2 | 3 | 4 | 4 | 5 | 3 |
| Apply Knowledge of Database Marketing | 3 | 3 | 3 | 4 | 4 | 4 |
| Apply Knowledge of Direct Marketing | 3 | 3 | 4 | 5 | 5 | 4 |
| Use Campaign Planning Process Tools | 3 | 3 | 4 | 4 | 4 | 3 |
| **Interactive Marketing** | | | | | | |
| Develop Interactive Marketing (Web) Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Event Marketing** | | | | | | |
| Develop Marketing Events Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Corporate Sponsorships** | | | | | | |
| Develop Corporate Sponsorship Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Sports Marketing** | | | | | | |
| Develop Sports Marketing Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Media Strategy, Planning & Buying** | | | | | | |
| Apply Media Audience Distrb Meas Technqs | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of Media Ordering & Billing | 2 | 3 | 4 | 4 | 4 | 3 |
| Apply Knowledge of Media Planning Development | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of Media Post-Analysis | 2 | 3 | 4 | 4 | 4 | 4 |
| Manage Media Budgets & Expenditures | 2 | 4 | 4 | 4 | 4 | 4 |
| Develop Media Opportunities | 2 | 3 | 4 | 4 | 4 | 4 |
| **Brand Equity & Identity Management** | | | | | | |
| Apply Branding Concepts & Methodologies | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Naming Concepts & Methodologies | 3 | 3 | 4 | 5 | 5 | 4 |

I000790

**Specialty Skills - Integrated Marketing Communications**

**Advertising**

**Develop Advertising Programs**
Plan, develop and direct the execution of IBM's advertising programs (e.g., broadcast, print, radio, Web/Internet, etc.) on a corporate, brand unit and/or business unit basis, that meet business objectives. For the business area(s) assigned:
- Recommend and develop advertising programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM.
- Develop advertising plans and programs in support of sales objectives and issues. Manage and direct advertising programs to achieve optimum advertising effectiveness.

**Apply Knowledge of TV/Video Production**
- Know the TV/video production processes (e.g., film, video, TV, radio, multimedia, electronic, etc.)
- Understand the principles and practices associated with high-quality and effective productions.
- Understand TV/video production processes and cost-management (e.g., retakes, scoreboard planning, talent, labor unions, overtime, etc.)
- Is able to manage and/or produce a TV/video or broadcast production.

**Collateral/Sales Promotion**

**Develop Collateral/Sales Promotion Programs**
Plan, develop and direct the execution of IBM's collateral/sales promotion programs (e.g., product literature, brochures, flyers, specification sheets, videos, diskettes, premiums, POS materials and displays, slides, Web/Internet, etc.) on a corporate, brand unit and/or business unit basis, that meet business objectives.
For the business area(s) assigned:
- Recommend and develop collateral/sales promotion programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM.
- Develop collateral/sales promotion plans and programs in support of IBM's broad variety of channels. Recommends follow-up.

**Direct Marketing**

**Analyze Campaign Plan Results**
For each message, analyze and report results data (e.g., quality of data elements, psychographic profiles, message tactics, new interactive data points/elements of Web behavior, etc.), to evaluate financial efficiencies, overall Campaign Plan effectiveness, process measurements and business attainment. This evaluation should occur throughout the execution of the Campaign Plan, and should include a summary analysis at the end.

**Develop Lead Management Plan**
For each direct marketing customer acquisition or retention campaign/program, develop and implement an effective lead management plan which supports a client's strategic and tactical objectives. Ensure that the plan fulfills business objectives, as outlined in the direct marketing DOU.

I000791

**Develop Campaign Strategy & Plan**

Develop a Campaign Strategy and a Campaign Plan that will ensure delivery of the right messages to the right person, at the right place and at the right time.

This includes the ability to:

- query the marketing database and apply run rates to validate the feasibility of the proposed business opportunity
- segment the targeted audience through the use of the Message Template (i.e., appropriate psychographics, appropriate decision stage and preferred communication method, etc.) to enable customization of effective messages
- perform marketplace situation analysis: gather, study, analyze and synthesize all the available information that describes the "current environment"

**Apply Knowledge of Database Marketing**

- Know the principles of database marketing, i.e., the identification of customers and prospects by name, address, demographics, psychographics, and purchase history in order to practice two-way or relationship marketing.
- Know how to identify customer dynamics through analytic techniques for the purpose of data-driven, targeted communications. Typical techniques include reporting, profiling, modeling and RFM (Recency, Frequency, Monetary) scoring.
- Design and implement data driven marketing campaigns including testing strategies.

**Apply Knowledge of Direct Marketing**

Know the principles of direct marketing (i.e., the structured approach to acquire and cultivate lifetime client relationships utilizing database technology). It relies upon the development, refinement, maturation, and strategic use of a marketing information database, along with the use of cost- effective marketing tactics to effect a measurable response and/or transaction.

**Use Campaign Planning Process Tools**

Understand and use Campaign Planning Process tools in support of the worldwide Campaign Planning process.

**Interactive Marketing**

**Develop Interactive Marketing (Web) Programs**

Plan, develop and direct the execution of IBM's electronic (Web, Internet, Intranet, etc.) programs on a corporate, brand unit and/or business unit basis, that meet business objectives.

For the business area(s) assigned:

- Recommend and develop electronic programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM.
- Develop electronic plans and programs in support of sales objectives and issues. Manage and direct electronic programs to achieve optimum effectiveness.
- Understand offering/solution life cycles and develop appropriate electronic strategies and plans for each stage.

I000792

**Event Marketing**

**Develop Marketing Events Programs**
Plan, develop and direct the execution of IBM's marketing events programs (e.g., business and trade shows, customer conferences, etc.) on a corporate, brand unit and/or business unit basis that meet business objectives.
For the business area(s) assigned:
- Recommend and develop marketing events programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM
- Develop marketing events strategies, plans and programs in support of sales objectives and issues. Manage and direct marketing events programs to achieve optimum effectiveness.
- Understand offering/solution life cycles and develop appropriate marketing events strategies and plans for each stage
- Work with integrated marketing teams to determine the value and nature of marketing events programs that are part of the promotional mix in marketing campaigns.
- Lead the marketing events process: involving and integrating cross-disciplinary integrated marketing functions and divisional/geographical market support programs.
- Select trade/business shows (e.g., international, national, regional, local, etc) which cost-effectively support IBM markets and strategies.
- Participate in and contribute to the worldwide marketing events planning process.
- Provide professional guidance and expertise to management.
- Apply IBM marketing events principles in all situations.
- Administer related budgets and expenditures.

**Corporate Sponsorships**

**Develop Corporate Sponsorship Programs**
Plan, develop and direct the execution of IBM's corporate internal and external sponsorship programs.
For the business area(s) assigned:
- Execute sponsorship strategies and develop plans that outline objectives. Recommend new and/or alternative sponsorship opportunities in line with business objectives.
- Work with integrated marketing teams to determine the value and nature of corporate sponsorship programs that support IBM's business goals or are part of the promotional mix in marketing campaigns.
- Design and implement advertising and promotion programs, and internal/external press/media programs.

**Sports Marketing**

**Develop Sports Marketing Programs**
Plan, develop and direct the execution of IBM's sports marketing programs on a local or corporate-wide basis, that meet business strategies and objectives.
For the business area(s) assigned:
- Execute sports marketing strategies and develop plans that outline objectives. Recommend new and/or alternative sports marketing opportunities in line with business objectives.
- Maintain a high level of worldwide contacts in the sports and TV industries to establish sources for worldwide sponsorship activities.
- Work with integrated marketing teams to determine the value and nature of sports marketing programs that support IBM's business

I000793

**Media Strategy, Planning & Buying**

**Apply Media Audience & Distrb Meas Technqs**
Apply knowledge of media audience and distribution measurement techniques. Apply these techniques to assigned areas of responsibility.

**Apply Knowledge of Media Ordering & Billing**
Apply knowledge of how media is ordered and billed.

**Apply Knowledge of Media Planning Development**
Apply knowledge of the processes and methods used to develop media plans for advertising and/or promotion programs.
- Develop media briefings, objectives, strategies and tactics and make recommendations that meet corporate, brand unit and/or business unit objectives. Articulate media planning and buying concepts, strategies and tactics in general marketing terms.
- Ensure maximum value is secured in return for the media investments made.

**Apply Knowledge of Media Post-Analysis**
Apply knowledge of media post-analysis techniques and methods, and apply them to assigned areas of responsibility.

**Manage Media Budgets & Expenditures**
Manage media budgets and expenditures for assigned areas of responsibility.

**Develop Media Opportunities**
- Apply knowledge of how to select and evaluate media opportunities.
- Evaluate the effectiveness and efficiency of media options including production requirements, message delivery, image, and appropriateness for IBM.
- Know how media is priced, how each media opportunity is positioned and the added value each opportunity offers.
- Negotiate media pricing, getting the best value from IBM's investment while meeting corporate, brand unit and/or business unit objectives.

**Brand Equity & Identity Management**

**Apply Branding Concepts & Methodologies**
Know the concepts and methodologies used to manage the IBM Brand and sub-brands and to differentiate and distinguish offerings/solutions in a global marketplace.
Includes the ability to:
- Develop and implement the strategies, principles, standards and guidelines used to:
  - Manage the IBM Brand and sub-brand strategies
  - Name IBM offerings/solutions
  - Merchandise and promote offerings/solutions

**Apply Naming Concepts & Methodologies**
- Develop and implement the strategies, principles, standards and guidelines used for naming IBM offerings/solutions.
- Know how to structure offering/solution names within a portfolio.
- Know how to use corporate naming process and database.

I000794

## Marketing Roles

Skills and required proficiency levels for marketing professionals performing in the following roles are the same for all marketing disciplines and all job levels.

**Marketing Roles - Skills by Role**

| Skills List | All Bands |
|---|---|
| **Strategist** | |
| Perform Market Analysis | 4 |
| Analyze Customer/Market Needs | 4 |
| Analyze Marketing Information/Data | 4 |
| Perform Forecast Planning | 4 |
| Apply Knowledge of IBM Corporate Planning Cycle | 4 |
| Develop Resource & Skill Plans | 4 |
| **Planner** | |
| Perform Market Analysis | 4 |
| Develop Customer Needs | 4 |
| Analyze Marketing Information/Data | 4 |
| Perform Business Planning | 4 |
| Apply Knowledge of IBM Corporate Planning Cycle | 4 |
| Plan Projects | 4 |
| Develop Resource & Skill Plans | 4 |
| Perform Budgeting/Planning | 4 |
| **Skills Planner** | |
| Develop Skills Training Requirements | 5 |
| Develop Resource & Skill Plans | 5 |
| Use Skills Management System | 4 |
| Develop Skill Templates | 3 |
| Develop Skill Definitions | 3 |
| Deploy Skills Management | 4 |
| Develop Skills Profiles | 4 |
| **Project Leader** | |
| Develop Customer Needs | 3 |
| Plan Projects | 3 |
| Manage Contracted Resource & Services | 3 |

I000795

**Strategist Role Skills**

**Perform Market Analysis**
- Demonstrate an understanding of the overall market place dynamics based on market research and customer input.
- Assess IBMs current position in the market and what is required for future leadership.
- Understand the total market opportunity in terms of customer spending, growth, and environmental factors.

Use this information to properly drive the market planning, offering/solution design, and coverage processes.

**Analyze Customer/Market Needs**
Evaluate major business needs and buyer characteristics of segment and subsegments to properly drive the market planning, offering/solution design, and coverage processes.

Examples:
Employ appropriate methodologies for determining market and/or customer requirements at all levels of the customer's business. Move new ideas to offerings/solutions readily and with good judgement. Understand and analyze a target market's demographics, psychographics, industry trends and directions, business processes, decision-making units, etc. and apply this knowledge to direct marketing strategies.

Non examples:
Use customer requirements and build an offering/solution without employing a continual validation process. Find it impossible to abandon a project if market circumstances change.

**Analyze Marketing Information/Data**
Effectively combine data from multiple, disparate sources (e.g., Market Planning, analytics, previous campaigns, external articles, marketplace business issues, etc., understand how they relate. Analyze, interpret and translate this info/data into meaningful, actionable information.

**Perform Forecast Planning**
Utilize the concepts of forecasting and planning to collect and assemble accurate business cases, to analyze and interpret business data and make recommendations to general management. This includes knowledge of relevant products and/or services.

Some of the skills required for forecasting include:
- * MARKET ANALYSIS
- * PREDICTIVE ANALYSIS TECHNIQUES
- * PERFORM BUSINESS PLANNING
- * PRODUCT KNOWLEDGE
- * SERVICES KNOWLEDGE

**Apply Knowledge of IBM Corporate Planning Cycle**
Thorough applied or thorough technical knowledge of the IBM Corporate Planning Cycle.

**Develop Resource & Skill Plans**
For your area(s) of responsibility:
Based on accepted methodologies (e.g., Routes to Market, Skills Vitality Index analysis, etc.), identify and consolidate the type and amount of resources and level of skills required to support business functions, offerings/solutions, etc., at each step of the business cycle. Evaluate the skill requirements for both internal and external resources, and determine appropriate actions to resolve the skill gap.

I000796

**Planner Role Skills**

**Perform Market Analysis**
- Demonstrate an understanding of the overall market place dynamics based on market research and customer input.
- Assess IBMs current position in the market and what is required for future leadership.
- Understand the total market opportunity in terms of customer spending, growth, and environmental factors.

Use this information to properly drive the market planning, offering/solution design, and coverage processes

**Develop Customer Needs**
Use a structured repeatable process to:
- Identify, analyze and understand the needs of our customers operational processes using Market-Driven Quality techniques.
- Translate the recommended improvements into a solution plan.
- Verify that customer's needs are fully understood and that the solution plan addresses those needs.

The recommended improvements to the operational processes should result in a saving of money, improvement to throughput or shorten cycle time in their environment.

**Perform Business Planning**
- Understand the assumptions in the IBM business plan for the unit the individual works with.
- Understand the IBM business plan process and the relationship to overall operations.
- Access IBM financial data and product volumes data to establish realistic volume and revenue plans and outlooks.
- Use the planning and the management system to influence changes needed to achieve a plan or an outlook
- Apply financial analysis, economic analysis or forecast analysis techniques to address planning issues. Utilize I/S skills to support plan development, analysis or measurement efforts.

**Apply Knowledge of IBM Corporate Planning Cycle**
Thorough applied or thorough technical knowledge of the IBM Corporate Planning Cycle.

**Plan Projects**
- Identify and define standards, deliverables, work products, and project procedures.
- Prepare plans at the task level and develop an organization structure for the project.
- Identify resource requirements in terms of personnel, hardware, software, and facilities.
- Identify all cost elements of a project and develop a cost baseline against which the project can be measured for financial success.

**Develop Resource & Skill Plans**
For your area(s) of responsibility
Based on accepted methodologies (e.g., Routes to Market, Skills Vitality Index analysis, etc.), identify and consolidate the type and amount of resources and level of skills required to support business functions, offerings/solutions, etc., at each step of the business cycle. Evaluate the skill requirements for both internal and external resources, and determine appropriate actions to resolve the skill gap.

I000797

**Perform Budgeting/Planning**
- Collect and build an operating or financial budget for planning and control purposes.
- Use knowledge of the key business assumptions in the budget.
- Use software applications to collect, analyze and measure the actual results to the budget using IBM financial systems.
- Analyze, interpret and make recommendations to line management to remedy negative variances to budget.
- Use actual results to accurately project full year results.
- Apply a wide range of financial analysis techniques to address business questions.
- Use the budgeting process and the management system effectively to influence business decisions.

**Skills Planner Role Skills**

**Develop Skills Training Requirements**
Develop education, training and other learning requirements, and provide input on these requirements to the appropriate individuals, based on critical skill gaps.

**Develop Resource & Skill Plans**
For your area(s) of responsibility:
Based on accepted methodologies (e.g., Routes to Market, Skills Vitality Index analysis, etc.), identify and consolidate the type and amount of resources and level of skills required to support business functions, offerings/solutions, etc., at each step of the business cycle. Evaluate the skill requirements for both internal and external resources, and determine appropriate actions to resolve the skill gap.

**Use Skills Management System**
Understand the features and functions of the SKILLS system. Use the features of the system to assist in the skills enhancement process and career development process for employees or other IBM professionals.

**Develop Skill Templates**
Understand and explain:
- The components of a skill template. (e.g., Name, extended description, skill list, required proficiency level, key skill indicator, etc.).
- The purpose and usage of templates within the skill management process and skills application for employee development, deployment and market management/market selection.
- Use published guidelines and available tools for writing, submitting and obtaining worldwide agreement for skill templates.
- Ensure templates are consistent with similar and/or related templates in regard to number of skills within the template, required proficiency level, use of key skills.
- Follow change management guidelines for communicating the new or revised skill template.

**Develop Skill Definitions**
Understand and explain:
- The components of a complete skill definition (critical attributes, perform verb, object of verb, optional modifiers, examples and non-examples of skill performance, core skill designation).
- The purpose and usage of skill definitions within the skills management process and the skills application for employee development, deployment and market management/market selection.
- Use published guidelines for writing, submitting and obtaining worldwide agreement for new and revised skill definitions.
- Use available tools and procedures to assure the proposed skill is unique (not a duplicate or similar to an existing skill).
- Follow change management guidelines for communicating the new or revised skills definition to the end-user.

I000798

**Deploy Skills Management**
Facilitate and consult with line management on skills process deployment and process effectiveness.

**Develop Skills Profiles**
For a given audience, develop list of skills and competencies required to meet performance requirements.

**Project Leader Role Skills**

**Develop Customer Needs**
Use a structured repeatable process to:
- Identify, analyze and understand the needs of our customers operational processes using Market-Driven Quality techniques.
- Translate the recommended improvements into a solution plan.
- Verify that customer's needs are fully understood and that the solution plan addresses those needs.

The recommended improvements to the operational processes should result in a saving.

**Plan Projects**
- Identify and define standards, deliverables, work products, and project procedures.
- Prepare plans at the task level and develop an organization structure for the project.
- Identify resource requirements in terms of personnel, hardware, software, and facilities.
- Identify all cost elements of a project and develop a cost baseline against which the project can be measured for financial success

**Manage Contracted Resource & Services**
Contracted resource and services includes anyone under contract with IBM to provide resource or services. Examples include, but are not limited to: advertising or communications agencies, programmers, project managers, consultants, providers of site services, cabling, security, design, etc.
- Identify requirements for contracted resource or services.
- Participate in the identification, evaluation and selection of qualified contracted resource or services, as appropriate.
- Understand and ensure compliance with the terms and conditions of the particular contract involved.
- Understand and ensure compliance with local country rules and regulations regarding contracted resource and services.
- Understand project scope and deliverables.
- Assess and evaluate quality of work products as it relates to the contracted project scope and deliverables.
- Validate third party payments.
- Conduct customer satisfaction feedback.
- Validate contract closure.

I000799

## People Management Skills

People management skills apply to any marketing professional who is a people manager or is a team leader with significant people management responsibilities. Skills and required proficiency levels are the same for all marketing disciplines and all job levels.

### People Management Skills

| Skill Name | Level |
|---|---|
| Manage Resources-People Mgmt Competency | 4 |
| Manage Employees-People Mgmt Competency | 4 |
| Develop Skills-People Mgmt Competency | 4 |
| Manage Performance-People Mgmt Competency | 4 |
| Manage Contribution-People Mgmt Competency | 4 |
| Implement Change | 4 |
| Lead by Example | 4 |
| Use Adaptive Leadership Style | 4 |
| Support a Learning Organization | 4 |
| Apply The Practice of Workforce Diversity | 4 |

### People Management Skills

**Manage Resources - People Management Competency**
- Incorporate resource planning (i.e., the right level of resources with the right skills) directly into the business processes.
- Based on a thorough understanding of the work that needs to be performed, ensure the use of appropriate staffing procedures.
- Have a clear understanding of the appropriate use of internal and external resources, and of the issues associated with selecting one or the other; follow the accepted policies and procedures when performing staffing activities.
- Recruit and hire people using skill-based criteria and reflecting the diversity in our marketplace.
- Ensure the optimum balance of employment options, both full- and part-time, while respecting diverse needs.
- Have a thorough understanding of the procedures for job posting and employee development, when and how they should be used, and
- Respond to business needs to increase or reduce staffing levels by taking the appropriate steps to recruit and/or release individuals from the business; ensure that both activities are performed with good judgment and sensitivity.

**Manage Employees - People Management Competency**
- Have a thorough working knowledge of IBM's vision, mission, principles, strategies, initiatives and values. Align employees' goals and objectives to those of the corporation and the unit/team to which they belong; ensure employees can articulate IBM's offerings and technologies; ensure that PBCs collectively accomplish the unit's/team's business results.
- Orient new employees to their new work environment, using resources (e.g., coaches, mentors, etc.) and tools (guides, training materials, etc.) appropriately and effectively.
- Create an environment that accommodates each individual's diverse needs and desires, so that he/she is engaged and energized.
- Take the right steps to resolve any engagement or involvement issues with employees, balancing individual needs with those of the unit/team and the business as a whole.

I000800

**Develop Skills - People Management Competency**
- Based on business needs, determine which skills are required for the unit/team as a whole.
- Have a thorough working knowledge of the Worldwide Skills Management Process and the use of the SKILLS tool to perform self-assessments, determine skill gaps (individual and unit/team) and track and report on progress in closing gaps.
- Ensure that Individual Skills Plan (ISPs) are developed for all unit/team members; support and foster the implementation of ISPs within unit/team.
- Assign appropriate, challenging developmental activities to employees that align with their skills plans.

- Model the way by taking responsibility and initiative for enhancing own skills.

**Manage Performance - People Management Competency**
- Assess an individual's performance against the PBC commitments with the help of feedback from others, including 360 Degree Input.
- Ensure performance is rated equitably and fairly within the unit/team and among related units/teams.
- Hold effective and valuable evaluation sessions with individuals/teams.
- Promptly and effectively address any commitment issues or opportunities.

**Manage Contribution - People Management Competency**
- Compensate employees fairly and equitably by establishing their correct positions and by following compensation guidelines.
- Communicate and explain the total set of compensation programs in an open and responsive manner.

- Select the appropriate rewards and tailor recognition to the stated preferences of employees.
- Solicit input from unit/team colleagues on whom should be recognized and how.
- Take advantage of the full range of formal awards.
- Pay special attention to a simple, very valued and under-estimated recognition approach -- a sincere "thank you."

**Implement Change**
Effectively lead/sponsor and/or support organization change. Assist others in dealing with ambiguity and adapting to change

**Lead By Example**
Create an environment in which open communications, employee empowerment and appropriate risk-taking thrive in order to facilitate the organization's growth and performance. Set the example through your actions, business practices, behavior and communication.

**Use Adaptive Leadership Style**
Be flexible in using a leadership style appropriate to the situation and the individual. Accurately weigh the ethical dilemmas and make trade-offs when personal, group and organizational issues are in conflict. Apply an appropriate situational leadership style (i.e., "coercive," "authoritarian," "affiliative," "democratic," "pacesetting," "coaching").

**Support a Learning Organization**
Facilitate creation of a continuous learning organization through encouraging openness to new ideas and experiences, experimentation and exploration of the unfamiliar. Encourage reflection and adaptation to facilitate learning, growth and improvement. Facilitate the sharing of intellectual capital across organizational boundaries. Develop systemic processes to acquire, use and communicate organizational knowledge.

I000801

**Apply The Practice of Workforce Diversity**

- Workforce diversity is a concept composed of 3 pillars (Equal Opportunity, Affirmative Action and Work/Life Programs) which enable access to the workplace. For IBM, it is a business imperative and is tied to IBM's first principle, "The marketplace is the driving force behind everything we do."
- Understand and articulate the benefits of workforce diversity, and the reasons why IBM has been committed to the concept of "workforce diversity" as a business imperative since the company was formed.
- Demonstrate workforce diversity through management/team leader selection practices: staffing (hiring/outreach); promotion; developing talent; team dynamics (e.g., culture, thought, skills, etc.); fairness in total compensation, etc.
- Utilize work/life flexibility programs as tools to manage workforce diversity, enhance team effectiveness and achieve business results.
- Create a climate in which diverse perspectives are valued.

I000802

# **ATTACHMENT 3**

JAN 04 '02 12:04 FR IBM 300 HUMAN RESOURC 8458945376 TO 25558    P.2

KHED39

## Selection Worksheet—Staff Reduction

Name: Dennis Rossiter        SN: 755089        Position Code/Band: 520A/9Q

Position Title: IMC Specialist - Advanced        Most Recent DOH: 1/23/95

Skill Group: Integrated Marketing Communications Band 9    # in Skill Group: 3 of 5

| Skills Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Assessment Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail): |
|---|---|
| • In-depth knowledge of business plan<br>• In-depth knowledge to develop programs<br>• In-depth knowledge of IMC measurement techniques<br>• In-depth knowledge to use cross-functional teams<br>• In-depth knowledge of agency operations<br>• In-depth knowledge of basic financial concepts | • Applied knowledge as demonstrated by Developing NT naming architecture based on business need, with assistance from team.<br>• Applied knowledge. Needs development in creating simple, effective approaches.<br>• Applied knowledge. Has designed surveys and managed research agencies, but research did not meet validity criteria.<br>• In-depth knowledge. Works cross-organization and cross-geography.<br>• Applied knowledge. Has experience working with agencies; requires guidance in limiting costs.<br>• Applied knowledge. Manages budgets and can explain ROI concepts, needs coaching to stay within budgetary guidelines. |

Consider PBCs, work history, and other job-related information.  Type in bullet spaces above; form will expand as required.

Check if seniority used as tie-breaker (attach documentation):

** ** ** Surplus: xx yes    no ** ** **

Prepared by:

Patricia McGloin
    Manager Name (print)

_(signature)_
    Manager Signature

10/26/01        970686        8/690-0969
Date        Serial Number        Phone

I000110

**IBM Confidential**

©10251/1.fwp

JAN 04 '02 12:04 FR IBM 300 HUMAN RESOURC  6456945576 TO 25556            P.06

## Selection Worksheet—Staff Reduction

**Reviewed by:**

**Mark Lefebvre**

| Manager Name (print) | Date | 751287 | 8/690-5994 |
|---|---|---|---|
| | | Serial Number | Phone |

Manager Signature

Proficiency levels: no skill, limited knowledge, conceptual knowledge, applied knowledge, in-depth knowledge, comprehensive knowledge.

I000111

B10251/2.lwp

**IBM Confidential**

** TOTAL PAGE.08 **

# **ATTACHMENT 4**

KHBD39

# Selection Worksheet—Staff Reduction

Page _ of _

Name: <u>Deborah Guynn</u>    SN: <u>2A7584</u>    Position Code/Band: <u>520A/9Q</u>

Position Title: <u>IMC Specialist - Advanced</u>    Most Recent DOH: <u>5/26/99</u>

Skill Group: <u>Integrated Marketing Communications Band 9</u>    # in Skill Group: <u>1</u> of <u>5</u>

| Skills | Assessment |
|---|---|
| Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail): |
| <ul><li>In-depth knowledge of business plan</li><li>In-depth knowledge to develop programs</li><li>In-depth knowledge of IMC measurement techniques</li><li>In-depth knowledge to use cross-functional teams</li><li>In-depth knowledge of agency operations</li><li>In-depth knowledge of basic financial concepts</li></ul> | <ul><li>In-depth knowledge. Able to read business plan and translate into communications goals/strategies.</li><li>Comprehensive knowledge. Outstanding development of programs with no prior background in MD; backed by experience working at agency. Extremely resourceful.</li><li>In-depth knowledge. Understands and can explain positive impact of programs on results.</li><li>Comprehensive knowledge. Develops and leads adhoc teams; excellent interpersonal and communication skills.</li><li>Comprehensive knowledge. Has firsthand agency experience; can lead others in ways to communicate with and to agencies.</li><li>In-depth knowledge. Tracks complicated budget for 4 business lines. Reports accurately, able to provide ROI.</li></ul> |

Consider PBCs, work history, and other job-related information. Type in bullet spaces above; form will expand as required.

Check if seniority used as tie-breaker (attach documentation): _____

** ** ** Surplus:   yes <u>xx</u>   no ** ** **

Prepared by:

Patricia McGloin    <u>10/26/01</u>    <u>970686</u>    <u>8/690-0969</u>
Manager Name (print)    Date    Serial Number    Phone

IBM Confidential

I000181

B10251/1.lwp



**Selection Worksheet—Staff Reduction**

*[signature]*
Manager Signature

**Reviewed by:**

**Mark Lefebvre**
Manager Name (print)          Date          <u>751287</u>          <u>8/690-5994</u>
                                            Serial Number      Phone

*[signature]*
Manager Signature

Proficiency levels:  no skill, limited knowledge, conceptual knowledge, applied knowledge, in-depth knowledge, comprehensive knowledge.

I000182

B 10251/2.lwp

**IBM Confidential**

**CONFIDENTIAL**

KHB039

## Selection Worksheet—Staff Reduction

Page 1 of 2

Name: Ron Milos          SN: 741046          Position Code/Band: 520A/09Q

Position Title: IMC specialist - Advanced          Most Recent DOH: 5/1/95

Skill Group: Integrated Marketing Communications Band 9    # in Skill Group: 2 of 5

| Skills
Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Assessment
Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail): |
|---|---|
| ▪ In-depth knowledge of business plan

▪ In-depth knowledge to develop programs



▪ In-depth knowledge of IMC measurement techniques
▪ In-depth knowledge to use cross-functional teams



▪ In-depth knowledge of agency operations

▪ In-depth knowledge of basic financial concepts | ▪ In-depth knowledge as demonstrated by cost-justification and strategy work for tech email
▪ In-depth knowledge as demonstrated by setting up the infrastructure for tech email, collateral, and in other areas of IMC.
▪ In-depth knowledge as demonstrated by the creation of the monthly tech email report
▪ Comprehensive knowledge as demonstrated by creation of the advisory sales council wing business line participation in contributing content to tech email

▪ Applied knowledge as demonstrated by combining interactive tactics with agency campaign plans
▪ In-depth knowledge of financials as demonstrated in the presentation to cost justify the tech email program |

Consider PBCs, work history, and other job-related information. Type in bullet spaces above; form will expand as required.

Check if seniority used as tie-breaker (attach documentation):

** ** ** Surplus:   yes  xx  no ** ** **

Prepared by:

Robert S. Rohrer          10/23/01          678544          8/826-3663
Manager Name (print)          Date          Serial Number          Phone

I000188

**IBM Confidential**                                    B10251/1.lwp



MiLos

**Selection Worksheet—Staff Reduction**

Manager Signature    11/07/01

Reviewed by:


Patricia McGloin
Manager Name (print)

<u>10/23/01</u>          <u>970686</u>          <u>8/690-0969</u>
Date          Serial Number          Phone

Manager Signature

Proficiency levels:  no skill, limited knowledge, conceptual knowledge, applied knowledge, in-depth knowledge, comprehensive knowledge.


I000189

B10251(2).wp

**CONFIDENTIAL**

KHBD39

## Selection Worksheet—Staff Reduction

Page 1 of 2

Name:  Kathleen Spilke          SN: 865652      Position Code/Band: 520A/09Q

Position Title:  IMC Specialist - Advanced      Most Recent DOH: 12/12/93

Skill Group: Integrated Marketing Communications band 9    # in Skill Group: 4 of 5

| Skills<br>Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | Assessment<br>Identify employee proficiency level for each skill.  Must provide supporting business examples.  (Use personal attributes for additional detail): |
|---|---|
| • **In-depth knowledge of business plan**<br><br>• **In-depth knowledge to develop programs**<br><br>• **In-depth knowledge of IMC measurement techniques**<br>• **In-depth knowledge to use cross-functional teams**<br><br>• **In-depth knowledge of agency operations**<br><br><br>• **In-depth knowledge of basic financial concepts** | • In-depth knowledge as demonstrated by managing the collateral process for all business lines<br>• In-depth knowledge in program development as demonstrated by developing architecture for collateral.<br>• In-depth knowledge demonstrated by participation in MicroNews research.<br>• In-depth knowledge as demonstrated by her ability in coordinating efforts among departments for creating new collateral<br>• Applied knowledge demonstrated by day to day managing of agency relationship , could improve on managing  the strategic aspect.<br>• In-depth knowledge as demonstrated by creating and managing collateral budget for department and with vendors |

Consider PBCs, work history, and other job-related information. Type in bullet spaces above; form will expand as required.

Check if seniority used as tie-breaker (attach documentation):

** ** ** Surplus:   yes  xx  no  ** ** **

Prepared by:

| Robert S. Rohrer | 10/23/01 | 678544 | 8/826-3663 |
|---|---|---|---|
| Manager Name (print) | Date | Serial Number | Phone |

Robert S Rohrer   11/07/01
Manager Signature

I000204

**IBM Confidential**

B10251/1.lwp

**CONFIDENTIAL**

**Selection Worksheet—Staff Reduction**

**Reviewed by:**

Patricia McGloin
Manager Name (print)

10/23/01     970686          8/690-0969
Date         Serial Number    Phone

Manager Signature

Proficiency levels:  no skill, limited knowledge, conceptual knowledge, applied knowledge, in-depth knowledge, comprehensive knowledge.

I000205

**IBM Confidential**

610251/2.lwp



KHE D39

## Selection Worksheet—Staff Reduction

Page 1 of 2

Name: Kathryn Weaver          SN: 325795          Position Code/Band: 520A/09Q

Position Title: IMC Specialist - Advanced          Most Recent DOH: 1/25/93

Skill Group: Integrated Marketing Communications band 9     # in Skill Group: 5 of 5

| **Skills**<br>Relevant Skills/Proficiency Levels Required (In order of importance/must be same for all worksheets in the skill group): | **Assessment**<br>Identify employee proficiency level for each skill. Must provide supporting business examples. (Use personal attributes for additional detail): |
|---|---|
| • In-depth knowledge of business plan<br><br>• In-depth knowledge to develop programs<br><br><br>• In-depth knowledge of IMC measurement techniques<br><br>• In-depth knowledge to use cross-functional teams<br><br><br>• In-depth knowledge of agency operations<br><br>• In-depth knowledge of basic financial concepts | • In-depth knowledge as demonstrated in the creation of the Wired direct marketing campaign<br>• In-depth knowledge in the Advertising and Direct Marketing areas as demonstrated by her involvement in the Transport mailing campaign.<br>• Applied knowledge as demonstrated in the assistance needed to quantify Transport campaign measurements.<br>• In-depth knowledge as demonstrated in coordinating efforts among departments for DM campaigns. Attention to follow-on activities could be improved.<br>• In-depth knowledge of Ogilvy relationship with IBM, could improve on leadership techniques<br>• Applied knowledge as demonstrated by mechanics of campaign ROI, linkages to marketing results could be improved |

Consider PBCs, work history, and other job-related information. Type in bullet spaces above; form will expand as required.

Check if seniority used as tie-breaker (attach documentation):

** ** ** Surplus: xx yes     no ** ** **

Prepared by:

Robert S. Rohrer          10/23/01          678544          8/826-3663
   Manager Name (print)          Date          Serial Number          Phone

Robert S. Rohrer  11/7/01

**IBM Confidential**

I000213

010251/1.lwp



CONFIDENTIAL

## Selection Worksheet—Staff Reduction

Manager Signature

**Reviewed by:**

Patricia McGloin             <u>10/23/01</u>        <u>970686</u>         <u>8/690-0969</u>
Manager Name (print)          Date        Serial Number      Phone

*Manager Signature*

Proficiency levels:  no skill, limited knowledge, conceptual knowledge, applied knowledge, in-depth knowledge, comprehensive knowledge.

I000214

8102512.jwp

