UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER )<br>      Plaintiff )<br>)<br>v. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION )<br>      Defendant )<br>) | C.A. No. 04 CV 10069DPW |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SHORT REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant International Business Machines Corporation ("IBM") hereby moves this Court to allow it to file a short reply memorandum to Plaintiff Dennis Rossiter's Opposition to Defendant IBM's Motion for Summary Judgment. As grounds for this motion, IBM states that in his opposition plaintiff misstates the law and misrepresents the facts and that a reply will allow IBM to clarify these points.

For example, Rossiter contends that he can satisfy the fourth prong of the prima facie case because his job duties were reassigned to existing employees. This is not the appropriate standard. See Lewis v. City of Boston, 321 F.3d 207, 216 (1st Cir. 2003). Rossiter also ignores the correct legal standard in a layoff context: the issue is not whether he was performing his job well (as he claims), but instead how he compared to others in his peer group. As for Rossiter's attempt to show pretext, it contains numerous misstatements and distortions of the evidence.

As further grounds for this motion, IBM refers the court to the proposed reply memorandum attached hereto.

Respectfully submitted,

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

By its attorneys,

__/s/  Daniel S. Tarlow_____
Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: May 31, 2005