**ATTACHMENT 3**

Page 47

[1] **MR. TARLOW:** Is this her first
[2] communication responding whether she could or
[3] couldn't or how she could respond to his request?
[4] **MR. POWERS:** Yes.
[5] **A:** Okay. I really don't recall.
[6] **Q:** Okay. At some point did you respond to
[7] LeFebvre in writing informing him or anyone else
[8] that you had evaluated your division and decided
[9] whether or not you could continue doing your job
[10] while laying off one or more people?
[11] **A:** Yes.
[12] **Q:** And was that an e-mail? A letter? What
[13] form did it take?
[14] **A:** That would have been in the form of the
[15] work sheets that evaluated individuals and assessed
[16] them in skill groups that we identified.
[17] **Q:** But before you did those rating sheets, did
[18] you communicate to LeFebvre or anyone else, Yes, I
[19] can do the division work while laying off one or
[20] laying off two?
[21] **MR. TARLOW:** Objection.
[22] **A:** I really don't recall.
[23] **MR. POWERS:** This might be a good time to
[24] take a break, and I'll see if I can do something

Page 48

[1] about the heat.
[2]    (A brief recess was taken)
[3] **MR. POWERS:** On the record.
[4]    **BY MR. POWERS:**
[5] **Q:** So prior to you doing the selection work
[6] sheets, did you make a decision that you were going
[7] to lay off someone who reported to you?
[8] **A:** No.
[9] **Q:** So the process was you filled out the
[10] selection work sheets; then after that the decision
[11] was made whether or not to lay off anyone?
[12] **A:** My recollection is that we had to identify
[13] groups, skill groups, which had sufficient number of
[14] employees to enable identification of a, quote,
[15] surplus. I don't recall making a decision on
[16] whether or not I personally was identifying
[17] individuals for layoffs until the selection work
[18] sheets were finished.
[19] **Q:** But before the selection work sheets were
[20] finished, did you communicate to anyone, Yes, I or
[21] my division can do its work with less people?
[22] **A:** I believe I had identified a skill group
[23] with a number of individuals in it that looked as
[24] though there could be a surplus in it.

Page 49

[1] **Q:** And to whom did you communicate that, and
[2] was it orally or in writing?
[3] **A:** I don't recall specifically. Most likely
[4] it was Mark LeFebvre and most likely it was orally.
[5] **Q:** Prior to doing the skills assessments, did
[6] you ever write to anyone informing anyone that in
[7] your opinion the division could do its work with
[8] less people?
[9] **MR. TARLOW:** Could we just switch
[10] "department" for "division"? Division really means
[11] microelectronics. Hers was a department.
[12] **MR. POWERS:** Sure.
[13] **A:** Not in my recollection.
[14] **MR. POWERS:** I'm going to ask you to
[15] identify a series of documents if you can.
[16]    (Document marked as Plaintiff's
[17] Exhibit 5 for identification)
[18] **Q:** Can you identify that document?
[19] **A:** This looks like a description of the skills
[20] in integrated communications marketing taken from
[21] the IBM Website.
[22] **Q:** And in the lower right-hand corner do you
[23] see a date 6/18/01, and a time 3:51 p.m.?
[24] **A:** Yes, I do.

Page 50

[1] **Q:** Do you know if that was the date the
[2] document was written and generated or the date it
[3] was pulled from the Website?
[4] **A:** I would think the date it was pulled from
[5] the Website.
[6] **Q:** Did you use this document in any way in
[7] determining whether or not to lay off anyone?
[8] **A:** I don't believe so.
[9] **Q:** Did you ever review this document during
[10] the period of time that you were determining whether
[11] or not to lay off someone?
[12] **A:** I don't recall ever using it, no.
[13] **Q:** Do you know what the purpose of this
[14] document is?
[15] **A:** Is the question the purpose of this
[16] document in this case or...
[17] **Q:** No, no. For the company.
[18] **A:** Okay. I believe the purpose of this
[19] document is to help individuals with ways that they
[20] can improve their skills in integrated
[21] communications marketing by identifying learning
[22] activities one could do or undertake to enhance
[23] their specific skill.
[24] **Q:** So how would someone use this document to

Page 51

[1] improve their skills?

[2] **A:** One could identify a proficiency — one's
[3] proficiency level at a skill and then see learning
[4] activities, such as reading books or various
[5] classroom courses, that would assist them in getting
[6] to the next level of skill.

[7] **Q:** Did you have any role in drafting this
[8] document?

[9] **A:** I did not.

[10] **Q:** Do you know who did?

[11] **A:** I do not.

[12]   (Document marked as Plaintiff's
[13] Exhibit 6 for identification)

[14] **Q:** Let me show you a document that's been
[15] marked as Exhibit 6. Can you identify that
[16] document?

[17] **A:** Yes.

[18] **Q:** What is that document?

[19] **A:** This is a document about the marketing
[20] profession within IBM, and there's a description of
[21] skills required for the various marketing
[22] disciplines.

[23] **Q:** Did you use this document in determining
[24] whether or not to lay off, or who to lay off, in

Page 52

[1] your department?

[2] **A:** I utilized this document to assist me in
[3] identifying the skills required and the level of
[4] skill required for the individuals in the skill
[5] groups.

[6] **Q:** Tell me how this document assisted you.

[7] **A:** (Reviewing document) This document
[8] identifies, on the second page, the integrated
[9] communications marketing skills required. It
[10] identifies the level of skill required for each
[11] band; and in subsequent pages, it has specific
[12] descriptions of those skills.

[13] **Q:** Okay. And when you talk about bands,
[14] you're talking about Numbers 6 through 10?

[15] **A:** In this document, yes.

[16] **Q:** And bands are in that shaded area on Page 2
[17] which says "Skills List"?

[18] **A:** Yes, that's right. That's correct.

[19] **Q:** Okay. So I understand the bands run along
[20] the top, and if we take Band 9 for instance and we
[21] go down, it has 4s and 5s underneath it?

[22] **MR. TARLOW:** There's a 3 there.

[23] **A:** I see a 3 as well.

[24] **Q:** Okay. A 3, 4s, and 5s. What do those

Page 53

[1] numbers represent?

[2] **A:** They represent a level of skill that is
[3] commonly used within IBM. I don't see it identified
[4] here. I don't see the description of — within this
[5] document of what those numbers mean.

[6] **Q:** So where would one go to find how to
[7] determine if a person who was a Band 9 had a skill
[8] set of 4 or 3 or 5?

[9] **MR. TARLOW:** Are you asking how do you
[10] determine what 2 and 3 and 4 and 5 mean?

[11] **MR. POWERS:** Yes.

[12] **MR. TARLOW:** Abstract from a particular
[13] individual?

[14] **MR. POWERS:** Yes.

[15] **A:** On Exhibit 5, there is reference to the
[16] proficiency skill levels. For example, Level 2 says
[17] "Limited ability to perform. Has general knowledge
[18] only. Very limited experience."

[19]   Level 3 indicates "Can perform with
[20] assistance with applied knowledge. Has performed
[21] with assistance on multiple occasions. Has
[22] performed" —

[23] **Q:** I'm sorry, but you're going much too fast.

[24] **A:** I'm sorry.

Page 54

[1] **MR. TARLOW:** Do you need her to read these?

[2] **MR. POWERS:** No, I don't.

[3] **MR. TARLOW:** She's identified that these
[4] are in that place.

[5] **Q:** So let me make it easy. In order to
[6] determine what the 2, 3, 4, and 5 actually indicate,
[7] we look at Exhibit 5 under "Proficiency Levels," and
[8] that defines what each level requires?

[9] **A:** That is accurate.

[10] **Q:** And to your knowledge is Exhibit 5 the only
[11] document that defines what the numerical level
[12] numbers used in Exhibit 6 mean?

[13] **A:** Is the question is this the only document
[14] in this case, or is it the only document in IBM?

[15] **Q:** The only document at IBM.

[16] **A:** No, it is not.

[17] **Q:** At some point you had to decide whether
[18] Dennis Rossiter and others had skill levels of 2, 3,
[19] 4, or 5; is that correct?

[20] **A:** That's correct.

[21] **Q:** Other than Exhibit 5, what document did you
[22] go to decide what skill level people you were
[23] reviewing had?

[24] **MR. TARLOW:** Objection. Just because I'm

Page 115

[1] supervisor was. First-line supervisor, I guess they
[2] call it in IBM parlance.
[3] **THE WITNESS:** Yeah.
[4] **MR. POWERS:** All right. So it's just
[5] a snapshot —
[6] **MR. TARLOW:** Yeah, just a snapshot of her
[7] department.
[8] **Q:** Looking at the ages of the individuals, do
[9] you believe that those are correct?
[10] **A:** I haven't a clue.
[11] **Q:** Now, at some point you recommended
[12] individuals for layoff, correct, in or about
[13] October/November 2001?
[14] **A:** Yes, I identified the individuals who could
[15] leave the company.
[16] **Q:** And that was?
[17] **A:** Okay. Weaver, Rossiter, Kirkland, and
[18] Gentes.
[19] **Q:** And did you write out some kind of document
[20] that set forth that in your opinion these
[21] individuals could be or should be laid off?
[22] **A:** No, I did not.
[23] **Q:** So was that information given to someone
[24] orally?

Page 116

[1] **A:** If we can refer to the selection work
[2] sheet.
[3] **Q:** Which one, Exhibit 8?
[4] **A:** Exhibit 8. Let's see. (Reviewing
[5] document) Exhibit 8 on the Kathy Weaver page at the
[6] bottom, there's a line that says "Surplus, yes or
[7] no," and hers was selected as "yes." So individuals
[8] who were selected were marked "yes." Individuals
[9] who were not selected were marked "no."
[10] **Q:** And were Rossiter, Weaver, Kirkland, and
[11] Gentes selected for layoff in or about November
[12] 2001?
[13] **A:** Yes, they were.
[14] **Q:** So help me understand the process. It
[15] appears from looking at the selection work sheet
[16] that basically you decided the person should be laid
[17] off or not laid off at the time that you were
[18] filling out the document. Is that fair to say?
[19] **A:** The way I approached it was to review and
[20] assess the skills, and when all of those were
[21] completed then go back and see, based on those
[22] assessments, who was lowest in meeting the criteria
[23] and, you know, therefore would be potentially
[24] identified as surplus.

Page 117

[1] **Q:** Okay. So by the time you filled out, for
[2] instance, Dennis Rossiter's selection work sheet,
[3] the final draft of that work sheet, you had already
[4] made a decision that he would be targeted for
[5] layoff; is that correct?
[6] **MR. TARLOW:** Objection.
[7] **A:** When I did the assessment that is reflected
[8] in this work sheet, I utilized that to then compare
[9] it to the other individuals in that skill group.
[10] Since I could see that Dennis, compared to those
[11] other individuals, was weaker in those skills, he
[12] was identified as "yes" for surplus.
[13] **Q:** So did you do all your assessments on the
[14] very same day?
[15] **A:** I don't know if they were all done on the
[16] very same day. However, the final write-up that was
[17] chosen as yes or no was all done on the very same
[18] day, so it was the addition of the yes or no that
[19] was all done on the very same day.
[20] **Q:** I think you said earlier that the selection
[21] work sheets were actually entered on a screen, on a
[22] form on a screen, correct?
[23] **A:** Correct.
[24] **Q:** Did you ever keep hard copies of the

Page 118

[1] selection work sheet drafts prior to the final one
[2] that you did for each individual?
[3] **A:** Are you asking whether I kept any hard copy
[4] of drafts while I was finalizing them?
[5] **Q:** Yes.
[6] **A:** I may have.
[7] **Q:** And did you keep it after you finalized it?
[8] **A:** No, I did not.
[9] **Q:** What did you do with them?
[10] **A:** I'm sure I destroyed them.
[11] **Q:** So was it basically your assessment — or
[12] at least one of your assessments — that Deborah
[13] Guynn was operating at a higher skill level than
[14] Dennis Rossiter?
[15] **A:** It was my assessment that Deborah Guynn's
[16] skill level in the specific skills reflected in the
[17] work sheet were higher than Dennis Rossiter's, yes.
[18] **Q:** Well, those skills identified in the work
[19] sheet were identical for Rossiter and Guynn, weren't
[20] they?
[21] **A:** Yes.
[22] **Q:** So you are saying that you believe for all
[23] of those skills identified in the work sheet that
[24] Guynn was operating at a higher level than Rossiter?

Page 119

[1] **A:** Yes.

[2] **Q:** Had you assessed Guynn in December of 2000,
[3] done a written performance review of her?

[4] **A:** In December 2001?

[5] **Q:** December 2000.

[6] **A:** I believe I had.

[7] **Q:** And do you know what her overall
[8] performance rating was?

[9] **A:** I don't recall.

[10] **Q:** How about 2001?

[11] **A:** Again, I don't recall.

[12] **Q:** Do you know if it was higher in 2000 than
[13] Rossiter's, the overall performance —

[14] **A:** Again, I don't recall.

[15] **Q:** — rating? When did Karen Smith join MD
[16] marketing communications organization?

[17] **A:** Let's see. I don't recall the date. It
[18] seems like it was in 2000, but I'm not sure. I'd
[19] have to check the records.

[20] **Q:** Did you hire her into MD marketing?

[21] **A:** Yes, I did.

[22] **Q:** And do you know where she had worked before
[23] that?

[24] **A:** I believe she was in the pervasive

Page 120

[1] computing organization in IBM.

[2] **Q:** Do you know what she did?

[3] **A:** I believe she was in marketing
[4] communications.

[5] **Q:** Marketing communications pertaining to
[6] what?

[7] **MR. TARLOW:** She said pervasive computing.
[8] Is that what you mean?

[9] **MR. POWERS:** No.

[10] **Q:** Was she in marketing communications
[11] regarding microelectronics line?

[12] **A:** No. Pervasive computing is another line of
[13] IBM.

[14] **Q:** Was she involved in power PC products?

[15] **A:** Not in her former position, no.

[16] **Q:** Before joining your department, did Smith
[17] have a background in integrated communications
[18] marketing?

[19] **A:** Yes, she did.

[20] **Q:** How did you know that?

[21] **A:** I interviewed her, and I believe I looked
[22] at her records.

[23] **Q:** And you're saying her records, her IBM
[24] records, indicate that had background in IMC?

Page 121

[1] **A:** I believe so.

[2] **Q:** At the time you were interviewing Smith —
[3] considering her for a position in your organization.
[4] What band was she?

[5] **A:** She was a Band 10.

[6] **Q:** And what position did you hire Smith into?

[7] **A:** I hired her as an IMC specialist or
[8] strategist within the microelectronics division.

[9] **Q:** And what is an IMC strategist?

[10] **A:** An individual who develops IMC plans and
[11] programs based on her marketing plan within a
[12] division.

[13] **Q:** And Dennis Rossiter was also an IMC
[14] strategist, correct?

[15] **A:** Yes, he was.

[16] **Q:** So they were both IMC strategists but for
[17] what, different product lines?

[18] **A:** Yes, correct.

[19] **Q:** But basically doing the same thing for
[20] different product lines?

[21] **A:** Yes.

[22] **Q:** So if Rossiter and Smith were both IMC
[23] strategists but were dealing with different product
[24] lines, why did they have a different band number?

Page 122

[1] **A:** Okay, that's a good question. Because the
[2] requirements, the overall requirements, for the
[3] Band 10 position were larger than the Band 9
[4] position.

[5] So in terms of overall responsibility,
[6] Karen Smith had a different and larger set of
[7] programs than did Rossiter or the other Band 9
[8] strategists.

[9] **Q:** When you say "a larger set of programs,"
[10] are you saying that the number of programs is larger
[11] or that the types of programs are bigger?

[12] **A:** Actually, both.

[13] **Q:** So she's handling a higher number of
[14] programs?

[15] **A:** She could be, yes.

[16] **Q:** Was she?

[17] **A:** I believe she was.

[18] **Q:** How many programs was she handling?

[19] **MR. TARLOW:** What do we mean by "programs"?
[20] Was that defined at all?

[21] **MR. POWERS:** Well, that's the term used by
[22] the witness, so maybe the witness can define what
[23] she means by "programs."

[24] **A:** A "program" would be a set of activities

**Human Resources**

CareerPlanner

| Home | Site Map | Help | Quick Search | [_____] 60 | Menu of Common Tasks ▼ | 60 |

**What's Inside**

**Information**
Favorites
General
Careers
Organizations
Geographies

✱ **Actions**
Skills
Dev Plan (IDP)
Mentoring
Roadmaps

**HR Global Home**

# Integrated Marketing Communications - Discipline Specific Skills

## Skills

Apply Knowledge of Business Plan
Apply Integrated Mktg Comms Concepts & Meth
Develop Marketing Messages & Response Plans
Apply Knowledge of IMC Measurement Techniques
Apply Knowledge of Agency Operations
Apply Knowledge of Creative Development Concepts

## Proficiency levels

- Limited ability to perform. Has general knowledge only. Very limited experience. (level 2)
- Can perform with assistance. Has applied knowledge. Has performed with assistance on multiple occasions. Has performed independently in routine situations. (level 3)
- Has in-depth knowledge and can perform without assistance. Can direct others in performing. Repeated and successful experience. (level 4)
- Has comprehensive knowledge with ability to make sound judgements. Can give expert advice and lead others to perform. Extensive and comprehensive experience. (level 5)

## Learning activities

## Level 2

### Books/Journals

Title: Marketing Discipline - Books
ID#: DISBKSGS
Type: Book
Author: Multiple Books/Authors
Description and Enrollment Information

### Classroom/Conference

Title: MM001 Fundamentals of Business Plan Development (Classroom)
ID#: MM001
Duration: 3.0 DAYS
Provider: IBM US Education & Training
Availability: United States
Description and Enrollment Information

Title: MM002 Fundamentals of Business Plan Development

I000776



ID#: 22716
Type: DOWNLOAD & PLAY
<u>Description and Enrollment Information</u>

**Additional Activities**

On-the-job training activities:

- Develop an IMC strategy to appeal to a particular market segment
- Obtain feedback from a more experienced colleague
- Identify key competitor's messages

Visit the <u>IBM Market Planning Homepage</u>

Back to top

## Level 4

**Additional Activities**

On-the-job training activities:

- Participate in a brand/segment planning workshop
- Select the most appropriate media to communicate an offering to a particular audience & measure results

Back to top

## Level 5

**Additional Activities**

On-the-job training activities

- Teach a session of an IMC workshop
- Present a session on IMC at an internal or external conference
- Act as a Mentor to less experienced professionals on IMC methods and techniques

Back to top

**Search for more learning activities**

## Skill descriptions

**Apply Knowledge of Business Plan**
Understand a business plan: including business strategies and marketing and financial plans. The business plan may also include strategies and plans or other information on:
* detailed market segment analysis
* offerings and solutions
* terms: pricing: warranties: terms and conditions
* distribution

I000777

6/18/01 3:51 PM

  * support/skills
  * image (communications/advertising)
  * customer satisfaction and loyalty targets
  * relationship plan


<u>Back to top</u>

**Apply Integrated Mktg Comms Concepts & Meth**
Apply Integrated Marketing Communication Concepts & Methods
Apply knowledge of the concepts and methods used to plan and deliver
targeted communications messages to customers and prospects over
time. Apply these concepts and methods to assigned programs.
* Effectively interpret brand unit and/or business unit marketing
strategies and plans. Lead the development of integrated marketing
communications strategies: plans and programs which provide a
competitive advantage for IBM.
* Know how the IMC strategy is integrated into the overall business
plan.
* Develop creative and innovative IMC programs that positively affect
customer behavior: increase awareness and get measurable: actionable
results.
* Know how and when to combine marketing communications tactics
(e.g.:
advertising: promotion: electronic: direct response: business shows:
sponsorships: etc.) to provide clear: consistent and impactful
messages. Know how messages are delivered: processed and stored
by
customers/prospects.
* Know how integrated marketing communications tactics can be
adjusted in the short- or long-term in order to affect marketing
objectives and goals.
* Know appropriate media: evaluate new and emerging media and/or
technology trends such as electronic (Web: Internet: Intranet: etc.).
This skill includes having the ability to apply this knowledge to complex
offerings/solutions in a multi-functional organization.


<u>Back to top</u>

**Develop Marketing Messages & Response Plans**
Develop effective: targeted marketing messages for IBM
offerings/services that facilitate the movement of customers and/or
prospects through the purchase decision-making process.
* Determine the desired behaviors and intended responses for each
target audience: for each stage in the decision-making process: and
determine the message for each intended response.
* Develop message options (i.e.: need-benefit combinations) ensuring
that the benefit statement directly addresses the specific needs of
the target audience and reflects IBM's desired relationship with that
target audience.
* Develop the context in which the message will be delivered (e.g.:
tone: setting: delivery: etc.).
* Coordinate the delivery of messages by identifying media options
(e.g.: advertising: promotion: direct mail: telephone communications:
trade magazines: Internet: printed publications: electronic
communications: videos: meetings: multimedia: etc.). Assess their
effectiveness and efficiency: including production and delivery
requirements. Recommend the most appropriate media.
* Design and coordinate the execution of appropriate market tests
(e.g.: split testing: partial program execution: etc.) for the
message 'candidates.'
* From the message 'candidates:' select the final messages and
determine the order in which they will be delivered.
* Establish message results targets.
* Develop an appropriate Response Plan for each message which
clearly
defines the activities required: the individuals who will perform
these activities: and the skills and training requirements for those

I000778

individuals.
* Filter all messages: prior to delivery: to identify potential message
conflict or synergy.

Back to top

**Apply Knowledge of IMC Measurement Techniques**
Apply Knowledge of Integrated Marketing Communications (IMC)
Measurement
Techniques
Apply Knowledge of how to measure actual business-to-business
customer/consumer behavior in the marketplace, and how to measure
the
effectiveness of integrated marketing communications programs (e.g.,
advertising, promotion, direct marketing campaigns, event marketing,
etc.) and deliverables.
* Determine quantitative and qualitative measurement objectives
(e.g., number of responses, number of qualified opportunities,
revenue generated, etc.) into all IMC planning activities.
* When appropriate, use marketing database capabilities to define
pertinent measurements to assess IMC programs efficiency and
to optimize IMC program results.
* Know the various forms of IMC testing techniques such as concept
tests, pre- and day-after-day recall, moment-to-moment assessment,
eye-tracking and recognition cue-driven recall, as well as
communications tracking study design.
Back to top

**Apply Knowledge of Agency Operations**
* Apply knowledge of the business of advertising
and or collateral/sales promotion agencies (e.g.: agency
organization: client-agency relationships: fee structure: media
selection: evaluation: and buying: etc.) of creative agencies
(e.g. advertising: direct marketing: promotion agencies:
Web/Internet: etc.).
* Direct the daily activity of an agency as it relates to IBM's
corporate: brand unit and/or business unit business objectives:
and to assigned programs and responsibilities.
* Keep the agency apprised of current corporate: brand unit and/or
business unit strategies.
* Participate in the agency selection and evaluation process: and
in contract negotiations: as they relate to assigned
responsibilities.

Back to top

**Apply Knowledge of Creative Development Concepts**
Apply knowledge of the processes by which graphic designers:
photographers: illustrators: typographers: Web designers: computer
programmers and other professionals providing creative services work.
This skill includes having a thorough working knowledge of:
* The principles of typography: including the proper us of IBM's
typeface.
* The principles of graphic design: layout: use of color: image form
and proportion: including the proper use of IBM's standards for design:
layout and color.
* The principles of Web design: including the proper use of IBM's
standards for Web design and deliverables.
* The print production processes (e.g.: 4-color printing: newspaper
production: etc.)
* Production cost management (e.g.: cost of revisions: retouching:
multiple creative concepts: talent: etc.): including the use of
alternative processes and materials.
Guide and manage the creative process without hampering creativity
and innovative thinking: while producing results which meet corporate:
brand unit and/or business unit integrated marketing communications
objectives.
Back to top

I000779

**Note:**
The "Description and Enrollment Information" and "Search for more learning activities" links take you to IBM Global Campus.

| w3.ibm.com | About IBM | Help | Search | Feedback | www.ibm.com |
|---|---|---|---|---|---|

I000780

6/18/01 3:51 PM

**IBM Marketing Professional Career
Skills List By Job Level
Integrated Marketing Communications Discipline**

**May 2001**

## Contents

Integrated Marketing Communications Discipline

Marketing Roles

People Management Skills



I000782

imc_skills_prof_2000.lwp

## Integrated Marketing Communications Discipline

Skills are presented in four groups that map to the skills development roadmaps in CareerPlanner.

| Skills List | 6 | 7 | 8 | 9 | 10 | Exec. |
|---|---|---|---|---|---|---|
| **Core Marketing Skills** | | | | | | |
| Apply Marketing Concepts & Methods * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Market Intelligence Concepts & Methods * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Customer Requirements & Buying Behavior * | 2 | 3 | 3 | 4 | 4 | |
| Apply Market Segmentation * | 2 | 3 | 3 | 4 | 4 | 4 |
| Develop Strategies | 2 | 3 | 4 | 4 | 5 | 5 |
| Develop Plans | 2 | 3 | 4 | 4 | 5 | 4 |
| Develop Programs | 2 | 3 | 4 | 4 | 5 | 4 |
| **Integrated Marketing Communications - Core Marketing - IBM Internal Skills** | | | | | | |
| Apply IBM Brand Management System * | 2 | 3 | 3 | 3 | 4 | 4 |
| Apply IBM Market Planning Process * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Knowledge of IBM Business Strategy * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply the IBM Brand Strategy | 2 | 3 | 4 | 4 | 5 | 5 |
| Apply Knowledge of Competitive Trends * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Knowledge of IBM Offerings/Technology | 2 | 3 | 4 | 4 | 4 | 4 |
| Use Cross-Functional Teams | 3 | 3 | 4 | 4 | 5 | |
| Apply Basic Financial Concepts | 2 | 3 | 3 | 4 | 4 | 3 |
| Apply Project Management Techniques | 2 | 3 | 4 | 4 | 4 | |
| Apply Self-Directed Learning | 3 | 3 | 4 | 4 | 4 | 4 |
| **Integrated Marketing Communication - Discipline Specific Skills** | | | | | | |
| Apply Knowledge of Business Plan * | 2 | 3 | 3 | 4 | 4 | 4 |
| Apply Integrated Mktg Comms Concepts & Meth * | 3 | 4 | 4 | 5 | 5 | 5 |
| Develop Marketing Messages & Response Plans * | 2 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of IMC Measurement Techniques * | 2 | 3 | 4 | 4 | 4 | 4 |
| Apply Knowledge of Agency Operations * | 3 | 3 | 4 | 4 | 5 | 4 |
| Apply Knowledge of Creative Development Concepts | 3 | 3 | 4 | 4 | 5 | 4 |
| **Integrated Marketing Communications - Discipline Specific - IBM Internal Skills** | | | | | | |
| Perform Creative Breakthru Thinking | 2 | 3 | 4 | 4 | 4 | |
| Manage Contracted Resource & Services | 3 | 3 | 4 | 4 | 4 | |
| Apply Campaign Planning Process * | 2 | 3 | 4 | 5 | 5 | 4 |

* Critical Marketing Skills

I000783

## Core Marketing Skills

### Apply Marketing Concepts & Methods
Apply knowledge of the steps which make up the marketing process: analyzing the market opportunities; developing marketing strategies; and planning/implementing marketing programs that encompass the elements of the business plan (e.g., the "4-P's," or their contemporary implementation). Apply these concepts and methods to assigned programs.

Apply knowledge of the components of the business plan -- the fundamental set of components of an offering/solution which support the delivery of the brand "promise of value" and/or business unit value proposition. Apply these elements in the short- or long-term in order to affect marketing objectives and goals. Is able to integrate these elements into a comprehensive business plan.

### Apply Market Intelligence Concepts & Methods
Have a thorough working knowledge of the processes (i.e., problem definition, plan development, information collection, information analysis, presentation of findings) used to obtain information about customers, potential customers and competitors.

Have a thorough working knowledge of market research approaches (e.g., observational research, focus-group research, survey research, experimental research, etc.), instruments (e.g., questionnaires, interviews, etc.) data sources (primary or secondary data), and suppliers (internal or external) of marketing research.

If you work in Database Marketing, this skill also includes having a thorough working knowledge of how data is stored and subsequently used for marketing purposes such as lead generation, lead qualification, sales of products or services, or maintenance of customer relationships.

This skill includes having the ability to effectively use qualitative and quantitative market research to create empirically-based and analytically-rich understanding of the business situation and the value of pursuing alternative strategies.

### Apply Customer Requirements & Buying Behavior
For the business area(s) assigned:
- Apply knowledge of the customers' (internal or external) requirements, wants and needs and how to meet them. Know the difference between customers' stated needs, real needs, unstated needs, etc. Interpret customers needs and develop creative, innovative programs that satisfy them.
- Apply knowledge of customer buying behaviors, including what the market buys, how and why -- who buys, when and where, and their media habits.
- Know the four influencers of buying behavior: cultural, social, personal and psychological and how to find ways to reach and serve the market more effectively.
- Know the steps a buyer goes through (i.e., problem recognition, information search, evaluation of alternatives, purchase decision, and post-purchase behavior) and the buyer's behavior at each stage of the process.
- Apply knowledge of the concepts of customer retention and customer defection. Take the necessary steps (define and measure retention rate, distinguish causes of defection, estimate profit loss, estimate the cost to reduce defection rate) to develop programs/actions to optimize customer retention and minimize customer defection.

I000784

**Apply Market Segmentation**

Have a thorough working knowledge of the concepts and quantitative methods (e.g., cluster analysis, predictive modeling, etc.) used to separate a market into distinct groups with similar characteristics, such as common business requirements, wants and needs, economic activity (industry), enterprise or establishment size, location, and product or service usage.

This skill includes having experience in knowing and applying a consistent and coherent set of strategies, offerings/solutions, marketing campaigns, support programs and sales tactics in order to reach customers more effectively once they have been separated into these groups.

**Develop Strategies**

For the business area(s) assigned:

- Develop the overall plan of action (for a brand unit and/or business unit, market or segment, function, company, etc.) designed to achieve a stated goal.
- Employ appropriate strategic management techniques in developing strategies.
- Know the strategic-planning process steps (i.e., defining business mission, analyzing the environmental, competitive and business situations, developing objectives, goals and strategies; defining offering, pricing/terms, distribution, support, fulfillment and integrated marketing communications plans) required to implement the business strategies.
- Know the linkages between strategic business plans and the development of integrated programs and operating plans (e.g., strategic and tactical business plans, etc.), and has written strategies that facilitate an operational linkage between strategies and plans.

**Develop Plans**

- Convert approved strategies (for a brand unit and/or business unit, market or segment, function, company, etc.) into tactical plan(s).
- Use market intelligence data to create specific plans which enable the execution of strategies in a timely and cost-effective manner.
- Plans should include: specific actions, critical success factors (CSFs), milestones, dates, resources (physical, financial and human), dependencies, responsible parties, metrics, etc.

**Develop Programs**

For the brand unit and/or business unit, market or segment or offerings/solutions assigned:

- Transform business/marketing/functional strategies and/or plans into effective targeted programs that will promote these strategies, create interest, and achieve business objectives.
- Clearly define specific activities, responsibilities and measurements.

**Integrated Marketing Communications - Core Marketing - IBM Internal Skills**

**Apply IBM Brand Management System**

Apply business knowledge of the IBM Brand Management System, its goals and objectives, and its relationship to all IBM business processes. Apply its concepts and principles to all marketing activities.

Effectively use the business plan elements (i.e., offering, pricing/terms, distribution, support, fulfillment, integrated marketing communications) and can apply this knowledge when implementing the common planning processes (e.g., brand unit and/or business unit planning, requirements management, offerings definition, distribution, financial and support planning, portfolio management, communications programs, etc.).

I000785

**Apply IBM Market Planning Process**
Apply knowledge of the IBM Market Planning Process, its goals and objectives and its relationship to other IBM business processes. Apply knowledge of the specific process activities which include:
* Analyzing and assessing the marketplace
* Selecting attractive segments based on customer wants and needs, market dynamics, and IBMs core capabilities
* Performing portfolio analysis
* Creating a business strategy
* Developing and optimizing business plans
* Managing and assessing business plan performance
* Driving offerings/solutions (hardware, software, services)
* Determine profitable delivery methods
* Measure success and future needs

Apply these concepts and methods to assigned programs. This skill includes having the ability to apply this knowledge to complex offerings/solutions in a multi-functional organization.

**Apply Knowledge of IBM Business Strategy**
Apply knowledge of IBMs near-and long-term business strategies.

**Apply the IBM Brand Strategy**
Know the strategy for the IBM Brand. Apply and leverage the IBM Brand strategy to assigned marketing programs.

**Apply Knowledge of Competitive Trends**
* Understand and anticipate the impact of major competitiors' (traditional and emerging) objectives, strategies, market share, methodologies, culture, offerings, trends, and cost structures on IBM's competitive position and customer satisfaction results.
* Describe IBM's strengths and weaknesses against all competitors, relative to market/customer/business partner needs and buying criteria in the same areas.
* For external channels, understand the major IBM competitors' channel and support strategy and structure.
* Implement appropriate strategies to address and overcome competition.
* Ensure feedback loop into IBM Brand Management System and relevant business processes (e.g., IBM Market Planning, Campaign Planning Process, Solution Design & Delivery, etc.)

**Apply Knowledge of IBM Offerings/Technology**
Can articulate a high-level overview of the major markets in which IBM competes, the key product families IBM brings to those markets, and the strategic architecture and core technologies that provides IBM with a competitive advantage in those markets.

**Use Cross-Functional Teams**
* Work effectively in cross-functional teams (virtual teams from matrix organizations) by understanding the goals and responsibilities of the other functions and organizations represented on the team.
* Communicate effectively (e.g., active listening, clarification of ideas, acceptance of others' points of view, etc.) within a team environment. Develop a common set of objectives, agree on schedules, delegation of responsibility, reach consensus on how to achieve results.
* Expand horizons beyond individual/departmental/functional/geographic goals and objectives (e.g., leave personal agendas at the door, etc.). Focus on collaboration and cooperation among all members of the team. Work synergistically to achieve business objectives.

I000786

**Apply Basic Financial Concepts**
Apply appropriate financial management concepts, principles, and tools to business decision making and problem solving.

**Apply Project Management Techniques**
Apply proven project management techniques and disciplines to any definable quantity of work to ensure the accurate and timely completion of the work.

**Apply Self-Directed Learning**
- Create a continuous learning environment for oneself by taking the responsibility and the initiative to advance own knowledge and skills.
- Continually assess own capabilities against career/personal objectives.
- Actively seek out opportunities to gain exposure to new ideas and experiences and to grow and evolve own expertise. Apply the results of new learning into everyday business situations.
- Exploit available resources (e.g., textbooks and supplemental reading, continuing education, conference participation/attendance, professional association involvement, etc.).
- Learn how to "learn" more effectively and efficiently.

**Integrated Marketing Communications - Discipline Specific Skills**

**Apply Knowledge of Business Plan**
Understand a business plan, including business strategies and marketing and financial plans. The business plan may also include strategies and plans or other information on:
- detailed market segment analysis
- offerings and solutions
- terms, pricing, warranties, terms and conditions
- distribution
- support/skills
- image (communications/advertising)
- customer satisfaction and loyalty targets
- relationship plan

**Apply Integrated Marketing Communication Concepts & Methods**
Apply knowledge of the concepts and methods used to plan and deliver targeted communications messages to customers and prospects over time. Apply these concepts and methods to assigned programs.
- Effectively interpret brand unit and/or business unit marketing strategies and plans. Lead the development of integrated marketing communications strategies, plans and programs which provide a competitive advantage for IBM.
- Know how the IMC strategy is integrated into the overall business plan.
- Develop creative and innovative IMC programs that positively affect customer behavior, increase awareness and get measurable, actionable results.

**Develop Marketing Messages & Response Plans**
Develop effective, targeted marketing messages for IBM offerings/services that facilitate the movement of customers and/or prospects through the purchase decision-making process.
- Determine the desired behaviors and intended responses for each target audience, for each stage in the decision-making process, and determine the message for each intended response.
- Develop message options (i.e., need-benefit combinations) ensuring that the benefit statement directly addresses the specific needs of the target audience and reflects IBM's desired relationship with that target audience.
- Develop the context in which the message will be delivered (e.g., tone, setting, delivery, etc.).

I000787

**Apply Knowledge of IMC Measurement Techniques**
- Apply Knowledge of how to measure actual business-to-business customer/consumer behavior in the marketplace, and how to measure the effectiveness of integrated marketing communications programs (e.g., advertising, promotion, direct marketing campaigns, event marketing, etc.) and deliverables.
- Determine quantitative and qualitative measurement objectives (e.g., number of responses, number of qualified opportunities, revenue generated, etc.) into all IMC planning activities.
- When appropriate, use marketing database capabilities to define pertinent measurements to assess IMC programs efficiency.

**Apply Knowledge of Agency Operations**
- Apply knowledge of the business of advertising and or collateral/sales promotion agencies (e.g., agency organization, client-agency relationships, fee structure, media selection, evaluation, and buying, etc.) of creative agencies (e.g., advertising, direct marketing, promotion agencies, Web/Internet, etc.).
- Direct the daily activity of an agency as it relates to IBM's corporate, brand unit and/or business unit business objectives, and to assigned programs and responsibilities.
- Keep the agency apprised of current corporate, brand unit and/or business unit strategies.
- Participate in the agency selection and evaluation process, and in contract negotiations, as they relate to assigned.

**Apply Knowledge of Creative Development Concepts**
Apply knowledge of the processes by which graphic designers, photographers, illustrators, typographers, Web designers, computer programmers and other professionals providing creative services work. This skill includes having a thorough working knowledge of:
- The principles of typography, including the proper use of IBM's typeface.
- The principles of graphic design, layout, use of color, image form and proportion, including the proper use of IBM's standards for design, layout and color.
- The principles of Web design, including the proper use of IBM's standards for Web design and deliverables.
- The print production processes (e.g., 4-color printing, newspaper).

**Integrated Marketing Communications - Discipline Specific - IBM Internal Skills**

**Perform Creative Breakthru Thinking**
Freely use imagination to generate new and possibly radical ideas by:
- Making unusual or nonlinear connections
- Changing or reshaping goals
- Imagining new possibilities
- Combining information and ideas into new approaches
- Shaping goals in ways that reveal new possibilities

**Manage Contracted Resource & Services**
Contracted resource and services includes anyone under contract with IBM to provide resource or services. Examples include, but are not limited to: advertising or communications agencies, programmers, project managers, consultants, providers of site services, cabling, security, design, etc.    Identify requirements for contracted resource or services.
- Participate in the identification, evaluation and selection of qualified contracted resource or services, as appropriate.
- Understand and ensure compliance with the terms and conditions of the particular contract involved.
- Understand and ensure compliance with local country rules and regulations regarding contracted resource and services.

I000788

- Understand project scope and deliverables.

**Apply Campaign Planning Process**
- Understand the customer and the market selected for investment (needs and opinions, purchase and response history, psychographic profiles, decision stages, media preferences, satisfaction levels, market trends, competitive environment, IBM's selected solution offerings, pricing and coverage strategy, etc.) and the goals for expected results.
- Develop the Campaign Strategy and the Data Strategy.
- Develop the Campaign Plan and the Data Plan.
- Develop Messages and the associated Response Plans.
- Filter (identify conflicting messages, integrate messages, apply appropriate suppression) and deliver the messages.

I000789

**Integrated Marketing Communications Specialty Skills**

| Skills | 6 | 7 | 8 | 9 | 10 | Exec |
|---|---|---|---|---|---|---|
| **Advertising** | | | | | | |
| Develop Advertising Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of TV/Video Production | 3 | 3 | 3 | 4 | 4 | 4 |
| **Collateral/Sales Promotion** | | | | | | |
| Develop Collateral/Sales Promotion Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Direct Marketing** | | | | | | |
| Analyze Campaign Plan Results | 2 | 3 | 4 | 4 | 4 | 4 |
| Develop Lead Management Plan | 2 | 3 | 4 | 4 | 4 | 4 |
| Develop Campaign Strategy & Plan | 2 | 3 | 4 | 4 | 5 | 3 |
| Apply Knowledge of Database Marketing | 3 | 3 | 3 | 4 | 4 | 4 |
| Apply Knowledge of Direct Marketing | 3 | 3 | 4 | 5 | 5 | 4 |
| Use Campaign Planning Process Tools | 3 | 3 | 4 | 4 | 4 | 3 |
| **Interactive Marketing** | | | | | | |
| Develop Interactive Marketing (Web) Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Event Marketing** | | | | | | |
| Develop Marketing Events Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Corporate Sponsorships** | | | | | | |
| Develop Corporate Sponsorship Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Sports Marketing** | | | | | | |
| Develop Sports Marketing Programs | 3 | 3 | 4 | 5 | 5 | 4 |
| **Media Strategy, Planning & Buying** | | | | | | |
| Apply Media Audience Distrb Meas Technqs | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of Media Ordering & Billing | 2 | 3 | 4 | 4 | 4 | 3 |
| Apply Knowledge of Media Planning Development | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Knowledge of Media Post-Analysis | 2 | 3 | 4 | 4 | 4 | 4 |
| Manage Media Budgets & Expenditures | 2 | 4 | 4 | 4 | 4 | 4 |
| Develop Media Opportunities | 2 | 3 | 4 | 4 | 4 | 4 |
| **Brand Equity & Identity Management** | | | | | | |
| Apply Branding Concepts & Methodologies | 3 | 3 | 4 | 5 | 5 | 4 |
| Apply Naming Concepts & Methodologies | 3 | 3 | 4 | 5 | 5 | 4 |

I000790

**Specialty Skills - Integrated Marketing Communications**

**Advertising**

**Develop Advertising Programs**
Plan, develop and direct the execution of IBM's advertising programs (e.g., broadcast, print, radio, Web/Internet, etc.) on a corporate, brand unit and/or business unit basis, that meet business objectives. For the business area(s) assigned:
- Recommend and develop advertising programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM.
- Develop advertising plans and programs in support of sales objectives and issues. Manage and direct advertising programs to achieve optimum advertising effectiveness.

**Apply Knowledge of TV/Video Production**
- Know the TV/video production processes (e.g., film, video, TV, radio, multimedia, electronic, etc.)
- Understand the principles and practices associated with high-quality and effective productions.
- Understand TV/video production processes and cost-management (e.g., retakes, scoreboard planning, talent, labor unions, overtime, etc.)
- Is able to manage and/or produce a TV/video or broadcast production.

**Collateral/Sales Promotion**

**Develop Collateral/Sales Promotion Programs**
Plan, develop and direct the execution of IBM's collateral/sales promotion programs (e.g., product literature, brochures, flyers, specification sheets, videos, diskettes, premiums, POS materials and displays, slides, Web/Internet, etc.) on a corporate, brand unit and/or business unit basis, that meet business objectives.
For the business area(s) assigned:
- Recommend and develop collateral/sales promotion programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM.
- Develop collateral/sales promotion plans and programs in support of IBM's broad variety of channels. Recommends follow-up.

**Direct Marketing**

**Analyze Campaign Plan Results**
For each message, analyze and report results data (e.g., quality of data elements, psychographic profiles, message tactics, new interactive data points/elements of Web behavior, etc.), to evaluate financial efficiencies, overall Campaign Plan effectiveness, process measurements and business attainment. This evaluation should occur throughout the execution of the Campaign Plan, and should include a summary analysis at the end.

**Develop Lead Management Plan**
For each direct marketing customer acquisition or retention campaign/program, develop and implement an effective lead management plan which supports a client's strategic and tactical objectives. Ensure that the plan fulfills business objectives, as outlined in the direct marketing DOU.

I000791

**Develop Campaign Strategy & Plan**
Develop a Campaign Strategy and a Campaign Plan that will ensure delivery of the right messages to the right person, at the right place and at the right time.
This includes the ability to:
- query the marketing database and apply run rates to validate the feasibility of the proposed business opportunity
- segment the targeted audience through the use of the Message Template (i.e., appropriate psychographics, appropriate decision stage and preferred communication method, etc.) to enable customization of effective messages
- perform marketplace situation analysis: gather, study, analyze and synthesize all the available information that describes the "current environment"

**Apply Knowledge of Database Marketing**
- Know the principles of database marketing, i.e., the identification of customers and prospects by name, address, demographics, psychographics, and purchase history in order to practice two-way or relationship marketing.
- Know how to identify customer dynamics through analytic techniques for the purpose of data-driven, targeted communications. Typical techniques include reporting, profiling, modeling and RFM (Recency, Frequency, Monetary) scoring.
- Design and implement data driven marketing campaigns including testing strategies.

**Apply Knowledge of Direct Marketing**
Know the principles of direct marketing (i.e., the structured approach to acquire and cultivate lifetime client relationships utilizing database technology). It relies upon the development, refinement, maturation, and strategic use of a marketing information database, along with the use of cost- effective marketing tactics to effect a measurable response and/or transaction.

**Use Campaign Planning Process Tools**
Understand and use Campaign Planning Process tools in support of the worldwide Campaign Planning process.

**Interactive Marketing**

**Develop Interactive Marketing (Web) Programs**
Plan, develop and direct the execution of IBM's electronic (Web, Internet, Intranet, etc.) programs on a corporate, brand unit and/or business unit basis, that meet business objectives.
For the business area(s) assigned:
- Recommend and develop electronic programs that support the  announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM.
- Develop electronic plans and programs in support of sales objectives and issues. Manage and direct electronic programs to achieve optimum effectiveness.
- Understand offering/solution life cycles and develop appropriate electronic strategies and plans for each stage.

I000792

**Event Marketing**

**Develop Marketing Events Programs**
Plan, develop and direct the execution of IBM's marketing events programs (e.g., business and trade shows, customer conferences, etc.) on a corporate, brand unit and/or business unit basis that meet business objectives.
For the business area(s) assigned:
- Recommend and develop marketing events programs that support the announcement of new or existing offerings/solutions, technologies, services and other significant announcements from IBM
- Develop marketing events strategies, plans and programs in support of sales objectives and issues. Manage and direct marketing events programs to achieve optimum effectiveness.
- Understand offering/solution life cycles and develop appropriate marketing events strategies and plans for each stage
- Work with integrated marketing teams to determine the value and nature of marketing events programs that are part of the promotional mix in marketing campaigns.
- Lead the marketing events process: involving and integrating cross-disciplinary integrated marketing functions and divisional/geographical market support programs.
- Select trade/business shows (e.g., international, national, regional, local, etc) which cost-effectively support IBM markets and strategies.
- Participate in and contribute to the worldwide marketing events planning process.
- Provide professional guidance and expertise to management.
- Apply IBM marketing events principles in all situations.
- Administer related budgets and expenditures.

**Corporate Sponsorships**

**Develop Corporate Sponsorship Programs**
Plan, develop and direct the execution of IBM's corporate internal and external sponsorship programs.
For the business area(s) assigned:
- Execute sponsorship strategies and develop plans that outline objectives. Recommend new and/or alternative sponsorship opportunities in line with business objectives.
- Work with integrated marketing teams to determine the value and nature of corporate sponsorship programs that support IBM's business goals or are part of the promotional mix in marketing campaigns.
- Design and implement advertising and promotion programs, and internal/external press/media programs.

**Sports Marketing**

**Develop Sports Marketing Programs**
Plan, develop and direct the execution of IBM's sports marketing programs on a local or corporate-wide basis, that meet business strategies and objectives.
For the business area(s) assigned:
- Execute sports marketing strategies and develop plans that outline objectives. Recommend new and/or alternative sports marketing opportunities in line with business objectives.
- Maintain a high level of worldwide contacts in the sports and TV industries to establish sources for worldwide sponsorship activities.
- Work with integrated marketing teams to determine the value and nature of sports marketing programs that support IBM's business

I000793

**Media Strategy, Planning & Buying**

**Apply Media Audience & Distrb Meas Technqs**
Apply knowledge of media audience and distribution measurement techniques. Apply these techniques to assigned areas of responsibility.

**Apply Knowledge of Media Ordering & Billing**
Apply knowledge of how media is ordered and billed.

**Apply Knowledge of Media Planning Development**
Apply knowledge of the processes and methods used to develop media plans for advertising and/or promotion programs.
- Develop media briefings, objectives, strategies and tactics and make recommendations that meet corporate, brand unit and/or business unit objectives. Articulate media planning and buying concepts, strategies and tactics in general marketing terms.
- Ensure maximum value is secured in return for the media investments made.

**Apply Knowledge of Media Post-Analysis**
Apply knowledge of media post-analysis techniques and methods, and apply them to assigned areas of responsibility.

**Manage Media Budgets & Expenditures**
Manage media budgets and expenditures for assigned areas of responsibility.

**Develop Media Opportunities**
- Apply knowledge of how to select and evaluate media opportunities.
- Evaluate the effectiveness and efficiency of media options including production requirements, message delivery, image, and appropriateness for IBM.
- Know how media is priced, how each media opportunity is positioned and the added value each opportunity offers.
- Negotiate media pricing, getting the best value from IBM's investment while meeting corporate, brand unit and/or business unit objectives.

**Brand Equity & Identity Management**

**Apply Branding Concepts & Methodologies**
Know the concepts and methodologies used to manage the IBM Brand and sub-brands and to differentiate and distinguish offerings/solutions in a global marketplace.
Includes the ability to:
- Develop and implement the strategies, principles, standards and guidelines used to:
  - Manage the IBM Brand and sub-brand strategies
  - Name IBM offerings/solutions
  - Merchandise and promote offerings/solutions

**Apply Naming Concepts & Methodologies**
- Develop and implement the strategies, principles, standards and guidelines used for naming IBM offerings/solutions.
- Know how to structure offering/solution names within a portfolio.
- Know how to use corporate naming process and database.

I000794

## Marketing Roles

Skills and required proficiency levels for marketing professionals performing in the following roles are the same for all marketing disciplines and all job levels.

**Marketing Roles - Skills by Role**

| Skills List | AE Bands |
|---|---|
| **Strategist** | |
| Perform Market Analysis | 4 |
| Analyze Customer/Market Needs | 4 |
| Analyze Marketing Information/Data | 4 |
| Perform Forecast Planning | 4 |
| Apply Knowledge of IBM Corporate Planning Cycle | 4 |
| Develop Resource & Skill Plans | 4 |
| **Planner** | |
| Perform Market Analysis | 4 |
| Develop Customer Needs | 4 |
| Analyze Marketing Information/Data | 4 |
| Perform Business Planning | 4 |
| Apply Knowledge of IBM Corporate Planning Cycle | 4 |
| Plan Projects | 4 |
| Develop Resource & Skill Plans | 4 |
| Perform Budgeting/Planning | 4 |
| **Skills Planner** | |
| Develop Skills Training Requirements | 5 |
| Develop Resource & Skill Plans | 5 |
| Use Skills Management System | 4 |
| Develop Skill Templates | 3 |
| Develop Skill Definitions | 3 |
| Deploy Skills Management | 4 |
| Develop Skills Profiles | 4 |
| **Project Leader** | |
| Develop Customer Needs | 3 |
| Plan Projects | 3 |
| Manage Contracted Resource & Services | 3 |

I000795

**Strategist Role Skills**

**Perform Market Analysis**
- Demonstrate an understanding of the overall market place dynamics based on market research and customer input.
- Assess IBMs current position in the market and what is required for future leadership.
- Understand the total market opportunity in terms of customer spending, growth, and environmental factors.

Use this information to properly drive the market planning, offering/solution design, and coverage processes.

**Analyze Customer/Market Needs**
Evaluate major business needs and buyer characteristics of segment and subsegments to properly drive the market planning, offering/solution design, and coverage processes.

Examples:
Employ appropriate methodologies for determining market and/or customer requirements at all levels of the customer's business. Move new ideas to offerings/solutions readily and with good judgement. Understand and analyze a target market's demographics, psychographics, industry trends and directions, business processes, decision-making units, etc. and apply this knowledge to direct marketing strategies.

Non examples:
Use customer requirements and build an offering/solution without employing a continual validation process. Find it impossible to abandon a project if market circumstances change.

**Analyze Marketing Information/Data**
Effectively combine data from multiple, disparate sources (e.g., Market Planning, analytics, previous campaigns, external articles, marketplace business issues, etc., understand how they relate. Analyze, interpret and translate this info/data into meaningful, actionable information.

**Perform Forecast Planning**
Utilize the concepts of forecasting and planning to collect and assemble accurate business cases, to analyze and interpret business data and make recommendations to general management. This includes knowledge of relevant products and/or services.

Some of the skills required for forecasting include:
  * MARKET ANALYSIS
  * PREDICTIVE ANALYSIS TECHNIQUES
  * PERFORM BUSINESS PLANNING
  * PRODUCT KNOWLEDGE
  * SERVICES KNOWLEDGE

**Apply Knowledge of IBM Corporate Planning Cycle**
Thorough applied or thorough technical knowledge of the IBM Corporate Planning Cycle.

**Develop Resource & Skill Plans**
For your area(s) of responsibility:
Based on accepted methodologies (e.g., Routes to Market, Skills Vitality Index analysis, etc.), identify and consolidate the type and amount of resources and level of skills required to support business functions, offerings/solutions, etc., at each step of the business cycle. Evaluate the skill requirements for both internal and external resources, and determine appropriate actions to resolve the skill gap.

I000796

**Planner Role Skills**

**Perform Market Analysis**
- Demonstrate an understanding of the overall market place dynamics based on market research and customer input.
- Assess IBMs current position in the market and what is required for future leadership.
- Understand the total market opportunity in terms of customer spending, growth, and environmental factors.

Use this information to properly drive the market planning, offering/solution design, and coverage processes

**Develop Customer Needs**
Use a structured repeatable process to:
- Identify, analyze and understand the needs of our customers operational processes using Market-Driven Quality techniques.
- Translate the recommended improvements into a solution plan.
- Verify that customer's needs are fully understood and that the solution plan addresses those needs.

The recommended improvements to the operational processes should result in a saving of money, improvement to throughput or shorten cycle time in their environment.

**Perform Business Planning**
- Understand the assumptions in the IBM business plan for the unit the individual works with.
- Understand the IBM business plan process and the relationship to overall operations.
- Access IBM financial data and product volumes data to establish realistic volume and revenue plans and outlooks.
- Use the planning and the management system to influence changes needed to achieve a plan or an outlook
- Apply financial analysis, economic analysis or forecast analysis techniques to address planning issues. Utilize I/S skills to support plan development, analysis or measurement efforts.

**Apply Knowledge of IBM Corporate Planning Cycle**
Thorough applied or thorough technical knowledge of the IBM Corporate Planning Cycle.

**Plan Projects**
- Identify and define standards, deliverables, work products, and project procedures.
- Prepare plans at the task level and develop an organization structure for the project.
- Identify resource requirements in terms of personnel, hardware, software, and facilities.
- Identify all cost elements of a project and develop a cost baseline against which the project can be measured for financial success.

**Develop Resource & Skill Plans**
For your area(s) of responsibility:
Based on accepted methodologies (e.g., Routes to Market, Skills Vitality Index analysis, etc.), identify and consolidate the type and amount of resources and level of skills required to support business functions, offerings/solutions, etc., at each step of the business cycle. Evaluate the skill requirements for both internal and external resources, and determine appropriate actions to resolve the skill gap.

I000797

**Perform Budgeting/Planning**
- Collect and build an operating or financial budget for planning and control purposes.
- Use knowledge of the key business assumptions in the budget.
- Use software applications to collect, analyze and measure the actual results to the budget using IBM financial systems.
- Analyze, interpret and make recommendations to line management to remedy negative variances to budget.
- Use actual results to accurately project full year results.
- Apply a wide range of financial analysis techniques to address business questions.
- Use the budgeting process and the management system effectively to influence business decisions.

**Skills Planner Role Skills**

**Develop Skills Training Requirements**
Develop education, training and other learning requirements, and provide input on these requirements to the appropriate individuals, based on critical skill gaps.

**Develop Resource & Skill Plans**
For your area(s) of responsibility:
Based on accepted methodologies (e.g., Routes to Market, Skills Vitality Index analysis, etc.), identify and consolidate the type and amount of resources and level of skills required to support business functions, offerings/solutions, etc., at each step of the business cycle. Evaluate the skill requirements for both internal and external resources, and determine appropriate actions to resolve the skill gap.

**Use Skills Management System**
Understand the features and functions of the SKILLS system. Use the features of the system to assist in the skills enhancement process and career development process for employees or other IBM professionals.

**Develop Skill Templates**
Understand and explain:
- The components of a skill template. (e.g., Name, extended description, skill list, required proficiency level, key skill indicator, etc.).
- The purpose and usage of templates within the skill management process and skills application for employee development, deployment and market management/market selection.
- Use published guidelines and available tools for writing, submitting and obtaining worldwide agreement for skill templates.
- Ensure templates are consistent with similar and/or related templates in regard to number of skills within the template, required proficiency level, use of key skills.
- Follow change management guidelines for communicating the new or revised skill template.

**Develop Skill Definitions**
Understand and explain:
- The components of a complete skill definition (critical attributes, perform verb, object of verb, optional modifiers, examples and non-examples of skill performance, core skill designation).
- The purpose and usage of skill definitions within the skills management process and the skills application for employee development and market management/market selection.
- Use published guidelines for writing, submitting and obtaining worldwide agreement for new and revised skill definitions.
- Use available tools and procedures to assure the proposed skill is unique (not a duplicate or similar to an existing skill).
- Follow change management guidelines for communicating the new or revised skills definition to the end-user.

I000798

**Deploy Skills Management**
Facilitate and consult with line management on skills process deployment and process effectiveness.

**Develop Skills Profiles**
For a given audience, develop list of skills and competencies required to meet performance requirements.

**Project Leader Role Skills**

**Develop Customer Needs**
Use a structured repeatable process to:
* Identify, analyze and understand the needs of our customers operational processes using Market-Driven Quality techniques.
* Translate the recommended improvements into a solution plan.
* Verify that customer's needs are fully understood and that the solution plan addresses those needs.

The recommended improvements to the operational processes should result in a saving.

**Plan Projects**
* Identify and define standards, deliverables, work products, and project procedures.
* Prepare plans at the task level and develop an organization structure for the project.
* Identify resource requirements in terms of personnel, hardware, software, and facilities.
* Identify all cost elements of a project and develop a cost baseline against which the project can be measured for financial success

**Manage Contracted Resource & Services**
Contracted resource and services includes anyone under contract with IBM to provide resource or services. Examples include, but are not limited to: advertising or communications agencies, programmers, project managers, consultants, providers of site services, cabling, security, design, etc.
* Identify requirements for contracted resource or services.
* Participate in the identification, evaluation and selection of qualified contracted resource or services, as appropriate.
* Understand and ensure compliance with the terms and conditions of the particular contract involved.
* Understand and ensure compliance with local country rules and regulations regarding contracted resource and services.
* Understand project scope and deliverables.
* Assess and evaluate quality of work products as it relates to the contracted project scope and deliverables.
* Validate third party payments.
* Conduct customer satisfaction feedback.
* Validate contract closure.

I000799

## People Management Skills

People management skills apply to any marketing professional who is a people manager or is a team leader with significant people management responsibilities. Skills and required proficiency levels are the same for all marketing disciplines and all job levels.

### People Management Skills

| Skill Name | Level |
|---|---|
| Manage Resources-People Mgmt Competency | 4 |
| Manage Employees-People Mgmt Competency | 4 |
| Develop Skills-People Mgmt Competency | 4 |
| Manage Performance-People Mgmt Competency | 4 |
| Manage Contribution-People Mgmt Competency | 4 |
| Implement Change | 4 |
| Lead by Example | 4 |
| Use Adaptive Leadership Style | 4 |
| Support a Learning Organization | 4 |
| Apply The Practice of Workforce Diversity | 4 |

### People Management Skills

**Manage Resources - People Management Competency**
- Incorporate resource planning (i.e., the right level of resources with the right skills) directly into the business processes.
- Based on a thorough understanding of the work that needs to be performed, ensure the use of appropriate staffing procedures.
- Have a clear understanding of the appropriate use of internal and external resources, and of the issues associated with selecting one or the other; follow the accepted policies and procedures when performing staffing activities.
- Recruit and hire people using skill-based criteria and reflecting the diversity in our marketplace.
- Ensure the optimum balance of employment options, both full- and part-time, while respecting diverse needs.
- Have a thorough understanding of the procedures for job posting and employee development, when and how they should be used, and
- Respond to business needs to increase or reduce staffing levels by taking the appropriate steps to recruit and/or release individuals from the business; ensure that both activities are performed with good judgment and sensitivity.

**Manage Employees - People Management Competency**
- Have a thorough working knowledge of IBM's vision, mission, principles, strategies, initiatives and values. Align employees' goals and objectives to those of the corporation and the unit/team to which they belong; ensure employees can articulate IBM's offerings and technologies; ensure that PBCs collectively accomplish the unit's/team's business results.
- Orient new employees to their new work environment, using resources (e.g., coaches, mentors, etc.) and tools (guides, training materials, etc.) appropriately and effectively.
- Create an environment that accommodates each individual's diverse needs and desires, so that he/she is engaged and energized.
- Take the right steps to resolve any engagement or involvement issues with employees, balancing individual needs with those of the unit/team and the business as a whole.

I000800

**Develop Skills - People Management Competency**
- Based on business needs, determine which skills are required for the unit/team as a whole.
- Have a thorough working knowledge of the Worldwide Skills Management Process and the use of the SKILLS tool to perform self-assessments, determine skill gaps (individual and unit/team) and track and report on progress in closing gaps.
- Ensure that Individual Skills Plan (ISPs) are developed for all unit/team members; support and foster the implementation of ISPs within unit/team.
- Assign appropriate, challenging developmental activities to employees that align with their skills plans.

- Model the way by taking responsibility and initiative for enhancing own skills.

**Manage Performance - People Management Competency**
- Assess an individual's performance against the PBC commitments with the help of feedback from others, including 360 Degree Input.
- Ensure performance is rated equitably and fairly within the unit/team and among related units/teams.
- Hold effective and valuable evaluation sessions with individuals/teams.
- Promptly and effectively address any commitment issues or opportunities.

**Manage Contribution - People Management Competency**
- Compensate employees fairly and equitably by establishing their correct positions and by following compensation guidelines.
- Communicate and explain the total set of compensation programs in an open and responsive manner.

- Select the appropriate rewards and tailor recognition to the stated preferences of employees.
- Solicit input from unit/team colleagues on whom should be recognized and how.
- Take advantage of the full range of formal awards.
- Pay special attention to a simple, very valued and under-estimated recognition approach -- a sincere "thank you."

**Implement Change**
Effectively lead/sponsor and/or support organization change. Assist others in dealing with ambiguity and adapting to change

**Lead By Example**
Create an environment in which open communications, employee empowerment and appropriate risk-taking thrive in order to facilitate the organization's growth and performance. Set the example through your actions, business practices, behavior and communication.

**Use Adaptive Leadership Style**
Be flexible in using a leadership style appropriate to the situation and the individual. Accurately weigh the ethical dilemmas and make trade-offs when personal, group and organizational issues are in conflict. Apply an appropriate situational leadership style (i.e., "coercive," "authoritarian," "affiliative," "democratic," "pacesetting," "coaching").

**Support a Learning Organization**
Facilitate creation of a continuous learning organization through encouraging openness to new ideas and experiences, experimentation and exploration of the unfamiliar. Encourage reflection and adaptation to facilitate learning, growth and improvement. Facilitate the sharing of intellectual capital across organizational boundaries. Develop systemic processes to acquire, use and communicate organizational knowledge.

I000801

**Apply The Practice of Workforce Diversity**

- Workforce diversity is a concept composed of 3 pillars (Equal Opportunity, Affirmative Action and Work/Life Programs) which enable access to the workplace. For IBM, it is a business imperative and is tied to IBM's first principle, "The marketplace is the driving force behind everything we do."
- Understand and articulate the benefits of workforce diversity, and the reasons why IBM has been committed to the concept of "workforce diversity" as a business imperative since the company was formed.
- Demonstrate workforce diversity through management/team leader selection practices: staffing (hiring/outreach); promotion; developing talent; team dynamics (e.g., culture, thought, skills, etc.); fairness in total compensation, etc.
- Utilize work/life flexibility programs as tools to manage workforce diversity, enhance team effectiveness and achieve business results.
- Create a climate in which diverse perspectives are valued.

I000802