ATTACHMENT 5

[TO BE FILED SEPARATELY AS A RESULT OF
TECHNICAL PROBLEMS IN ATTACHING TO THE MOTION