UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS ROSSITER<br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>    Defendant. | C.A. No. 04 CR 10069DPW |

## DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S
## CERTIFICATE OF CONSULTATION

Defendant International Business Machines Corporation ("IBM"), through the undersigned counsel, certifies that IBM has consulted with counsel for the plaintiff in good faith to resolve or narrow the issues presented in Defendant's Motion For Leave To File Short Reply To Plaintiff's Opposition To Motion For Summary Judgment, and that the plaintiff does not assent to the filing of Defendant's Motion

Respectfully Submitted,

INTERNATIONAL BUSINESS
MACHINES CORPORATION

By its attorneys,

  /s/ Laurie F. Rubin
Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: June 1, 2005