UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER<br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>    Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 04-10069DPW<br>)<br>)<br>)<br>)<br>) |

## PARTIES' STATUS REPORT

Pursuant to the court's Scheduling Order Defendant International Business Machines Corporation ("IBM") and plaintiff Dennis Rossiter hereby report as follows:

Defendant's Statement:

IBM states that the parties have completed discovery except that plaintiff has not yet complied with Magistrate Judge Bowler's March 31, 2005 order compelling plaintiff to produce the case file from a prior discrimination case he brought against Digital Equipment Corporation. IBM disputes the plaintiff's characterization below of IBM's responses to plaintiff's document requests or that these issues are properly before the court at this time: discovery ended in early January 2005, plaintiff has never filed a motion to compel and IBM's summary judgment motion (and plaintiff's opposition thereto) are currently pending before the court.

Plaintiff's Statement:

In a letter dated May 17, 2005, and copied to IBM's attorney, Daniel S. Tarlow, Plaintiff's attorney, Kevin G. Powers, requested the case file of Dennis Rossiter's prior

discrimination case from Mr. Rossiter's then attorney.

Defendant has filed a Motion for Summary Judgment; Plaintiff has filed an Opposition to the Motion; and over Plaintiff's objection, Defendant has filed a Motion for Leave of Court to file a lengthy reply to Plaintiff's Opposition.

Plaintiff requires additional documents, which IBM did not produce in response to Plaintiff's First Set of Interrogatories, or subsequent to the signing of a confidentiality agreement. In response to Attorney Powers' letter, dated March 14, 2005, seeking the non-produced documents, Defendant, on April 4, 2005, produced only a few of the documents Mr. Powers requested. The documents, which Plaintiff requested and requires include:

- All communications between Patricia McGloin and Mark LeFebvre and between Patricia McGloin and James Monahan concerning Rossiter's job performance (DR 2);

- Performance evaluations of all Technology Group and Microelectronics Group marketing personnel, not merely the RIF ratings of employees in band 9, which had three older workers and which McGloin subjectively selected for reduction, in the absence of performing skills assessments of employees in other bands (DR 3);

- Correspondence between or among McGloin, LeFebvre, Human Resources, and/or any other IBM manager concerning (1) Plaintiff, (2) the layoff, and/or (3) the specific skills needed in the Microelectronics unit after the layoff; (DR 5);

- Job requisition forms for the positions at issue in this case (DR 6);

- The resumes of Karen Smith, Carol McNerney, Cynthia Puttlitz, Ray Chang, Marge Oppold, Phillip Bender, Ed Abrams, and Rob Rohrer – some of whom were promoted to manager and/or replaced Plaintiff; the work histories produced by IBM provide no information about these employees' qualifications and experience prior to IBM (DR 7);

- Re: IBM's claim of "skills rebalancing," all communications between an/or among Patricia McGloin, Mark LeFebvre, Human Resources and/or any other employee concerning the need for employees with certain skills and/or how skills would be "balanced" (DR 9);

2

- Correspondence of any IBM manager concerning the hiring outlook, hiring freezes, cost reductions, and employee hiring and sourcing (DR 12), including but not limited to, all communications from Mark LeFebvre to James Gianotti, Carol McNerney, or any other employee concerning changing jobs, job titles, or job duties prior to the announcement of layoffs (DR 13); and

- Documents concerning Patricia McGloin's and/or Mark LeFebvre's business and/or staffing plans between January 2000 and January 2002 (DR 14).

Respectfully Submitted,

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

By its attorneys,

__/s/ Daniel S. Tarlow__
Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000


Respectfully Submitted,

**DENNIS ROSSITER**

By his attorneys,

__/s/ Kevin G. Powers__
Kevin G. Powers, BBO #405020
Linda Evans, BBO # 635078
Robert S. Mantell, BBO #559715
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

Dated: 6/8/05