DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Dennis Rossiter,<br>              Plaintiff<br><br>v.<br><br>International Business Machines<br>Corporation,<br>              Defendant | C.A. No. 04-CV-10069DPW |

**PLAINTIFF DENNIS ROSSITER'S RULE 37 MOTION
TO COMPEL THE PRODUCTION OF DOCUMENTS**

Plaintiff Dennis Rossiter ("Plaintiff" or "Rossiter") hereby moves the court to compel Defendant International Business Machines Corporation ("Defendant" or "IBM") to produce documents in the above-referenced action. As support for his motion, Plaintiff states:

1. Plaintiff served his First Request for Production of Documents in this action in June 2004. IBM responded to Plaintiff's First Request in July 2004. IBM repeatedly stated in its responses that "subject to the plaintiff agreeing to a suitable confidentiality stipulation," IBM will produce responsive documents.

2. IBM's document production was substantially to totally deficient in response to thirteen (13) of Rossiter's seventeen (17) document requests.

3. On December 15, 2004, the parties signed a Stipulated Confidentiality and Nondisclosure Order. Notwithstanding this signed document, IBM failed to supplement its document production.

4.  Plaintiff's counsel, Kevin G. Powers, wrote a letter, dated March 14, 2005, to IBM's counsel, Daniel Tarlow, in which he reminded Mr. Tarlow about the signed confidentiality agreement and requested that IBM produce documents responsive to thirteen (13) of Rossiter's document requests.

5.  Mr. Tarlow responded to Rossiter's renewed requests in a letter, dated April 4, 2005, and attached documents to a letter, dated April 11, 2005, which were responsive to two (2) of the thirteen (13) requests for which Rossiter seeks documents.

6.  Ten (10) months after IBM failed to produce documents without a confidentiality agreement; five (5) months after IBM failed to produce documents with a signed confidentiality agreement in place; and one month after the Defendant again refused to produce comparator information, as well as other relevant documents, in April 2005, IBM filed a motion for summary judgment on May 4, 2005. Plaintiff was compelled to prepare his opposition to the Defendant's motion without access to discoverable, highly relevant documents, which remain in the exclusive possession of his former employer.

7.  In the Parties' Status Report, which was filed on June 8, 2005, Rossiter again stated that IBM has failed to produce requested documents that Rossiter requires for his claims, a statement that IBM disputed in the same Report.

8.  The outstanding documents pertain to Plaintiff's requests concerning comparators, disparate job opportunities, and the lay-off that affected Rossiter, and they directly relate to Rossiter's claims and testimony that he was subjected to

negative, disparate treatment based on his age; his managers provided advancement opportunities to less experienced, younger employees while withholding such opportunities from Rossiter; his managers hired substantially younger, less experienced employees just prior to the lay-off and replaced Rossiter with the employees; Rossiter was laid off based on his age, not on his performance; and the lay-off was not age neutral.

9.   A hearing is scheduled for October 5, 2005, on IBM's motion for summary judgment. Plaintiff requires the requested documents for preparation for the hearing and for preparation for the trial of this action. Plaintiff's signing of the confidentiality agreement and his informal efforts to obtain the documents have proven unsuccessful, and IBM should now be compelled to produce all of the documents that Rossiter requested more than one year ago. Accordingly, Rossiter requires and seeks the Court's assistance in this Motion to Compel.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Compel the Production of Documents and order the Defendant to fully produce documents in response to Plaintiff's First Request for the Production of Documents, within fourteen (14) days of the order. Plaintiff has enclosed a proposed order for the convenience of the Court.

Respectfully submitted,

Dennis Rossiter
By his Attorneys,

Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

### Certificate of Conference

I hereby certify that the conference with opposing counsel, required by Fed. R. Civ. P. 37, was held on August 22nd, 2005.

Kevin G. Powers
Dated: August 24th, 2005

MotCompelDocProdCt

DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Dennis Rossiter,<br>          Plaintiff<br><br>v.<br><br>International Business Machines<br>Corporation,<br>          Defendant | )<br>)<br>)<br>)<br>)   C.A. No. 04-CV-10069DPW<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER OF THE COURT**

1.  The defendant, International Business Machines Corporation, shall fully produce documents in response to Plaintiff's First Request for Production of Documents within fourteen (14) days of this order.

Dated at Boston, Massachusetts, this _____ day of _____, 2005.

DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| Dennis Rossiter,<br>      Plaintiff<br><br>v.<br><br>International Business Machines Corporation,<br>      Defendant | C.A. No. 04-CV-10069DPW |

Certification Pursuant to Local Rule 7.1 (A) 2

      I hereby certify that on August 22, 2005, undersigned counsel for the Plaintiff spoke with Defendant's counsel Daniel Tarlow and provided Defendant's counsel with a draft of this Motion, in a good faith effort to resolve and narrow the issue presented by said motion, but that counsel were unable to resolve the issue prior to filing of the motion.

8/24/05　　　　　　　　　　　　　　　　/s/ Kevin G. Powers
Date　　　　　　　　　　　　　　　　　Kevin G. Powers