**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER )<br>　　　Plaintiff )<br> )<br>v. )<br> )<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION )<br>　　　Defendant )<br>_____ ) | C.A. No. 04 CR 10069DPW |

## SECOND AFFIDAVIT OF MARK LEFEBVRE

1) My name is Mark Lefebvre and I am an employee of International Business Machines, Inc. ("IBM"). I have been an employee of IBM since 1995.

2) I understand that Mr. Rossiter has taken the position that Carol McNerney was made the manager of Brand Marketing and Corporate Programs shortly after Mr. Rossiter was informed of his lay-off in the fall of 2001. This is simply not true. I hired Carol McNerney into Technology Group in November 2000. In January 2001, Technology Group (which was the combination of IBM's microelectronics and storage business) was being disbanded and I became the Director of Marketing for IBM's Microelectronics Division ("MD"). Carol McNerney continued to report to me and transferred to MD in January 2001. Beginning in January or February of 2001, Ms. McNerney's role was that of the manager of Brand Marketing and Corporate Programs. A true and accurate copy of Ms. McNerney's IBM Work Detail History is attached hereto as Exhibit 1 and reflects the fact that in November 2000 I hired her into Technology Group and in January 2001 she joined me in MD.

3) I understand that Mr. Rossiter has also taken the position that I hired Ray Chang into my group in November 2001. As I stated in my initial affidavit, I hired Ray Chang directly out of college in the summer of 2001. Mr. Chang's initial direct manager was _Amy_ Freeman, who was in PowerPC Marketing, one of the groups that reported to me in 2001. In early October 2001, Ms. Freeman left the group and Mr. Chang began reporting to Wendy McGee (nee Arnette) in PowerPC Marketing, who had been reporting to me since late January 2001. Ms. McGee left my group in November 2001. When Ms. Arnette left my group, Mr. Chang began reporting directly to me, although his team lead was Carol McNerney (as I noted in my initial affidavit). A true and accurate copy of Mr. Chang's Work Detail History Report is attached hereto as Exhibit 2 and reflects the fact that he was hired in August 2001; first reported to _Amy_ Freeman; then began reporting to Wendy McGee in October 2001; and then began reporting to me as of November 2001. In short, Mr. Chang had been in my group since summer of 2001, and the only thing that changed during the fall of 2001 was the identity of the person to whom he was reporting.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _31st_ DAY OF MAY, 2005.

*Mark Lefebvre* (signature)

Mark Lefebvre

2

**EXHIBIT 1**

# Work History Detail Report (IBM Confidential)

**MCNERNEY CAROL**  1A9787

| HISTDT | SOURCE | EEO | CNZ | SALARY | POS1 | POSTITLE | LVL | DIV | SHF | 1 DEPT | DPTNAME | MGR INIT1 | MGRLAST1 | TEXTMSG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/04 | 01 | 60J | | REDACTED | 520A | SR INTEGR MKTG COMM SP | 10Q | 1N | 1 | 812A | VP MARKETING | AF | KOHNSTAMM | |
| 04/01/04 | 01 | 60J | | | 520A | SR INTEGR MKTG COMM SP | 10Q | 1N | 1 | 812A | VP MARKETING | AF | KOHNSTAMM | TRF FROM GSDG HEAD |
| 07/01/03 | 01 | 60J | | | 246A | MARKETING MANAGER | 10Q | 91 | 1 | 4XJA | STRATEGY & MARKET PLANNING-IB | RF | KLINE | |
| 01/01/03 | 01 | 60J | | | 246A | MARKETING MANAGER | 10Q | 91 | 1 | 4XJA | STRATEGY & MARKET PLANNING-IB | RF | KLINE | |
| 05/16/02 | 01 | 60J | | | 246A | MARKETING MANAGER | 10Q | 91 | 1 | 4XJA | STRATEGY & MARKET PLANNING - IBM.COM | RF | KLINE | |
| 04/01/02 | 01 | 60J | | | 246A | MARKETING MANAGER | 10Q | 91 | 1 | 5Z8A | MARKET PLANNING - IBM.COM | JA | DEANDA | |
| 09/16/01 | 01 | 60J | | | 525A | MKTG MGR (ADVANCED)(NO | 09Q | 29 | 1 | 5KOA | MD MARKETING | MF | LEFEBVRE | TRF FROM IMD BURLIN |
| 05/01/01 | 01 | 60J | | | 525A | MKT MGR (ADVANCED)(NON- | 09Q | 29 | 1 | 5KOA | MD MARKETING | MF | LEFEBVRE | RECLASSIFICATION |
| 03/16/01 | 01 | 60J | | | 525A | MKT MGR (ADVANCED)(NON- | 09Q | 29 | 1 | 5KOA | MD MARKETING | MF | LEFEBVRE | |
| 02/01/01 | 01 | 60J | | | 525A | MKT MGR (ADVANCED) | 09Q | 29 | 1 | 5KOA | INTEGRATED PRODUCT MARKETIN | MF | LEFEBVRE | RECLASSIFICATION |
| 01/16/01 | 01 | 60J | | | 525A | MKT MGR (ADVANCED) | 09Q | 29 | 1 | 5KOA | INTEGRATED PRODUCT MARKETIN | MF | LEFEBVRE | |
| 01/01/01 | 01 | 60J | | | 525A | MKT MGR (ADVANCED) | 09Q | 29 | 1 | 5KOA | INTEGRATED PRODUCT MARKETIN | MF | LEFEBVRE | |
| 11/01/00 | 01 | 60J | | | 525A | MKT MGR (ADVANCED) | 09Q | 5T | 1 | Z1TA | TG MARKETING | MF | LEFEBVRE | TRF FROM TGHQ HEAD |
| 10/01/00 | 01 | 60J | | | 525A | MARKETING MANAGER | 08Q | 10 | 1 | HQRB | CORPORATE MARKETING | AF | KOHNSTAMM | TRF FROM CHQ HEADQ |
| 05/01/00 | 01 | 60J | | | 525A | MARKETING MANAGER | 08Q | 10 | 1 | HQRB | CORPORATE MARKETING | D | MUKHERJEE | |
| 11/01/99 | 01 | 60J | | | 525A | MARKETING MANAGER | 08Q | 10 | 1 | HQRB | CORPORATE MARKETING | D | MUKHERJEE | TRF FROM PSG HEADQ |
| 08/01/99 | 01 | 60J | | | 525A | ASSOC MKT MRG (ADVANCE | 07Q | 44 | 1 | Q1JA | NETFINITY SERVERPROVEN MARC | LS | COLE | |
| 05/01/99 | 01 | 60J | | | 520A | ASSOC INTG MKTG COMM S | 07Q | 44 | 1 | Q1JA | NETFINITY SERVERPROVEN MARC | LS | COLE | |
| 12/16/98 | 01 | 60J | | | 521A | ASSOC MKTG COMM SPCL(A | 07Q | 44 | 1 | Q1JA | NETFINITY SERVERPROVEN MARC | LS | COLE | |
| 11/02/98 | 01 | 60J | | | 521A | ASSOC MKTG COMM SPCL(A | 07Q | 44 | 1 | D7VA | NETFINITY SERVERPROVEN MARC | BF | KEMPNER | HIRE REGULAR |

20

**EXHIBIT 2**

# Work History Detail Report (IBM Confidential)

**CONFIDENTIAL**

CHANG  CHIA-RAY    7A4925

| HISTDT | SOURCE SEQNO | SALARY | POS1 POSTITLE | LVL | DIVF | DEPT | DPTNAME | MGRINIT1 | MGRLAST1 | TEXTMSG |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/04 | 01 60O | REDACTED | 525A ASSOC MARKETING MGR (A 07Q | 12 | 1 | 3DNA | PCD - SMB/LE MARKETING | MP | MAHAN | |
| 07/01/03 | 01 60O | | 525A ASSOC MARKETING MGR (A 07Q | 12 | 1 | 3DNA | PCD - SMB/LE MARKETING | RD | GROOM | |
| 04/16/03 | 01 60O | | 525A ASSOC MARKETING MGR (A 07Q | 12 | 1 | 3DNA | PCD - SMB/LE MARKETING | RD | GROOM | TRF FROM SAD RESEA RTC |
| 10/16/02 | 01 60O | | 525A ASSOC MARKETING MGR (A 07Q | 12 | 1 | 3DNA | IND/VSB SEGMENT MARKETING | RD | GROOM | RTC |
| 07/01/02 | 01 60O | | 525A ASSOC MARKETING MGR (A 07Q | 12 | 1 | 3DNA | IND/VSB SEGMENT MARKETING | RD | GROOM | RTC |
| 04/01/02 | 01 60O | | 5806 STAFF ENGINEER/SCIENTIST 07Q | 29 | 1 | 4YXA | TECHNOLOGY GRP INTG COMM | RS | ROHRER | TRF FROM IMD HEADQ RPL |
| 11/16/01 | 01 60O | | 5806 STAFF ENGINEER/SCIENTIST 07Q | 29 | 1 | 5KOA | MD MARKETING | MF | LEFEBVRE | TRF FROM IMD BURLIN RPL |
| 10/01/01 | 01 60O | | 5806 STAFF ENGINEER/SCIENTIST 07Q | 29 | 1 | 356V | POWERPC BRAND MARKETING | WS | ARNETTE | RPL |
| 07/30/01 | 01 60O | | 5806 STAFF ENGINEER/SCIENTIST 07Q | 29 | 1 | 356V | POWERPC BRAND MARKETING | AC | FREEMAN | HIRE REGULAR RPL |

9