**ATTACHMENT 2**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS ROSSITER<br>   Plaintiff | )<br>)<br>) | |
| v. | ) | C.A. No. 04 CR 10069DPW |
| | ) | |
| INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>   Defendant | )<br>)<br>)<br>) | |

## AFFIDAVIT OF LAURIE F. RUBIN

1. My name is Laurie F. Rubin and I am counsel to Defendant International Business Machines Corporation ("IBM") in this case.

2. The layoff statistics are based on the following document, which is attached as part of Exhibit A to IBM's Statement of Undisputed Facts: MICROELECTRONICS RESOURCE ACTION (MERA) NOTICE TO EMPLOYEES, AGE AND TITLE INFORMATION (OWBPA REPORT). The relevant pages are Bates-numbers I001140 and I001165 (discussing, respectively, employees selected and not selected within Microelectronics Marketing Division).

3. Exhibit 1 to this affidavit is a chart that I prepared, which presents in table form (organized by age of employee) the information appearing on pages I001140 and I001165. The underlying document is the source for IBM's observations that:

    - Of the employees 30 and younger, 3 of 5 (or 60%) were laid off;
    - An identical percentage of employees 50 and older were laid off (6 out of 10);
    - 30 of the 46 employees (or 65%) were 40 or older before the layoff;
    - After the layoff, 21 of the 30 remaining employees (or 70%) were 40 or older; and
    - The average age went from 42 to 41.6.

2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF May, 2005.

_____
Laurie F. Rubin

**Exhibit 1**

**EMPLOYEES SELECTED AND NOT SELECTED FOR LAYOFF BY AGE**
(Within Microelectronics Division Marketing (Mark Lefebvre's Organization))

| Age | Total Number of Employees Before Layoff | Selected for Layoff | Not Selected for Layoff |
|---|---|---|---|
| 22 | 1 |  | 1 |
| 24 | 1 | 1 |  |
| 25 | 1 | 1 |  |
| 26 | 1 |  | 1 |
| 30 | 1 | 1 |  |
| 31 | 1 |  | 1 |
| 32 | 1 | 1 |  |
| 33 | 1 |  | 1 |
| 34 | 2 |  | 2 |
| 35 | 1 | 1 |  |
| 36 | 1 | 1 |  |
| 38 | 4 | 1 | 3 |
| 40 | 5 | 1 | 4 |
| 42 | 2 |  | 2 |
| 43 | 2 | 1 | 1 |
| 44 | 4 | 1 | 3 |
| 45 | 1 |  | 1 |
| 46 | 3 |  | 3 |
| 48 | 2 |  | 2 |
| 49 | 1 |  | 1 |
| 50 | 2 |  | 2 |
| 54 | 4 | 2 | 2 |
| 55 | 2 | 2 |  |
| 58 | 1 | 1 |  |
| 59 | 1 | 1 |  |
| **TOTAL** | 46 | 16 | 30 |
| **Average Age (mean)** | 42.0 |  | 41.6 |

Source:    MICROELECTRONICS RESOURCE ACTION (MERA) NOTICE TO EMPLOYEES, AGE AND TITLE INFORMATION (OWBPA REPORT) at Bates-number I001140 (Employees Selected) and Bates-number I001165 (Employees Not Selected) (*attachment to Exhibit A of IBM's Statement of Undisputed Facts*)

3