# Attachment 5
# I of III*

**(*The PDF was too voluminous – Attachment 5 has been broken into three parts)**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER<br>Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 04 CR 10069DPW<br>)<br>)<br>)<br>)<br>) |

## SECOND AFFIDAVIT OF KAREN SMITH

1) My name is Karen Smith and I am an employee of International Business Machines, Inc. ("IBM"). I have been an employee of IBM since 1974.

2) I understand that Mr. Rossiter is taking the position that in 2001 I was relieved of my responsibility as Integrated Marketing Communications ("IMC") strategist for delivering an IMC plan for the PowerPC business line. Mr. Rossiter is just flat wrong. I supported the PowerPC line from 2000 through 2004. Attached hereto as Exhibit 1 is a true and accurate copy of the IMC plan that I prepared for PowerPC in 2001. Attached hereto as Exhibit 2 is my 9/28/01 draft of the PowerPC IMC plan for 2002.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26 DAY OF MAY, 2005.

_Karen J. Smith_
Karen J. Smith

**EXHIBIT 1**

# Integrated Marketing Communications Plan

## Technology Group
## "PowerPC Brand"

(last updated April 2001)



Technology Group

# MD IMC Monthly Status Report -- March 22, 2001

*f* Discipline: PowerPC

| Project | Responsibility | Current Status | Next Steps | Issues/Concerns |
|---|---|---|---|---|
| •PowerPC Family Brochure | •K.Spike | •Initial interviews completed<br>•time line presented | •Signoff from BLE on brief<br>•June target date | •timely input from BLE's to keep on schedule |
| •Linux/PowerPC plan | •C.Puttlitz / K.Smith | •Planning stages | •Create objective of campaign | |
| •PowerPC advertisement | •S.DiPaci | •Creative approved by BLE | •Media plan proposed - get agreement and execute | •NA only |
| •Interactive and Web Portal | •B.Rohr, A.Freeman | •Calendar to reconcile<br>•Tech-on-line course 2/25 - 3/4 : PPC Embedded Dev. course = 922 "leads" | •Merge of tech-on-line leads into tech e-mail and e-leads | |
| •PowerPC product announce // collatral | •D.Parker, A.Freeman | •IAP sched. 2nd qtr<br>•Sahara -May - 750FX<br>•Viper Core - Sept<br>•Duke/Byron - Oct | •Need to promote IAP and overall PowerPC story. | |
| •Newsletter | •A.Freeman | •April issue will feature Roadmap story | | |
| •Overall PowerPC IMC Plan | •K.Smith | •Complete - integrating with NT IMC plan | •Need to review with other BLMs with PowerPC brand | •Waiting to complete PowerPC branding strategy |
| •SOC campaign | •K.Smith/W.Arnette | •Has become Roadmap Campaign. | •create campaign based on objectives | |
| •Co-marketing (Xylinx) | •A.Freeman/D.Parker | •had initial meeting with Xilinx | •develop co-marketing plan | •PowerPC branding strategy will effect |
| •Web Pages | •K.Smith | •New person assigned from Tim Geiss team | •Need to engage | |

# IMC Objectives

- Generate awareness of IBM's PowerPC brand by 30%.

- Create preference for IBM's PowerPC product among key target groups (top tiers) with our leadership roadmap.

- Generate demand for PowerPC offerings to support revenue growth. Increasing Design-Ins by 5%

- Aid in enhancing the overall image of IBM Microelectronics and IBM technology leadership and innovation

Technology Group



# Environmental Description - "Where we are"

| Key Competitors | IBM Strengths | IBM Weakness |
|---|---|---|
| ARM<br>MIPS<br>Hitachi<br>Intel<br>Motorola<br>Texas Instruments | Architecture providing a way to build customized chips using a broad portfolio of system building blocks, allowing for fast time-to market, fast time to volume production, and easy integration of customer proprietary function | Awareness is not high<br><br>Going against entrenched market leaders |

| Opportunity | Threats | Critical Success Factors |
|---|---|---|
| Propagating CoreConnect as standard devalues AMBA<br><br>We have the performance lead cust. req.<br><br>Products available today<br><br>Providing Nintendo with next gen. game chip<br><br>ASICS capabilities coupled with Superstructure products<br><br>CoreConnect | AMBA architecture established as industry defacto standard<br><br>Aggressive core licensing driving potential future market share<br><br>Leveraging Japanese and consumer markets to advantage technology<br><br>Leveraging Altivec to embedded markets, IPI bus architecture<br><br>Combining DSP and RISC architecture from MIPS | Take off of Linux<br><br>Growth of embedded market<br><br>Positioning IBM PowerPC image |

Technology Group



# PowerPC Rolling Thunder

**Focus Areas**

| IBM and the PowerPC | IBM PowerPC Capabilities | IBM PowerPC and its markets |
|---|---|---|
| IBM and PowerPC Awareness Campaign | Technology Makes it Work | |

IBM and PowerPC Awareness Campaign
- Roadmap Awareness
- Tech-on-line
- Focus Cores for NT (Custom Logic)
- ASIC Ldrshp (Custom Logic)
- Storage Capabilities Campaign

- Nintendo Ingredient Branding
- STB Awareness DM
- Wired Awareness Campaign
- Linux (PowerPC and APT)

1. An over-arching campaign is needed to link IBM with PowerPC - suggest creating one initiated in 1Q that can leverage the existing BLM campaigns to re-inforce the capabilities and specific market segments PowerPC plays in.

2. The existing BLM campaigns don't focus specifically on PowerPC - need to be augmented to cover PowerPC or need additional activity to specifically address PowerPC. Must look at existing target audiences so messages don't conflict and avoid multiple campaign mailings to the same target. (ie; SOC is not emphasizing PowerPC cores to the Telecom market)

3. APT could help lead a Linux campaign, currently none planned but falls in nicely with their product announce and objectives. The proposed PowerPC SOC and Wired campaigns can be addressed in conjunction with the current BLM campaigns. Need to sort out how.

4. Corporate initiated PowerPC cross divisional brand work – need update

Technology Group

# PowerPC Rolling Thunder Time Line

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

**Focus Areas**

- IBM and the PowerPC
- IBM PowerPC Capabilities
- IBM PowerPC and its markets
- Technology Makes it Work

**IBM and PowerPC Awareness Campaign**

**Custom Logic/SOC and ASIC Leadership**
- ISSC invit
- EmbSys West
- N+I**
- Wired Awareness DM
- Product Anncmts
- DAC
- Mailings / Computex
- SuperCom
- Storage Capabilities Campaign
- EmbSys East**
- N+I
- Micro Proc Forum
- Comdex

**Apple**
- MacWorld
- CeBit
- 750CXe
- N+I drop
- SuperCom drop
- WW Dev Conf
- MacWorld
- MacWorld
- Sahara Annc
- Comdex*

**STB Awareness DM**
- Pallas Ancmt
- NAB
- Product Ancmt
- Western Cable

**Games**
- Games Dev Conf
- E3 show
- Nintendo Challenge
- Jap/Game Cube
- Space World
- US/Dolphin Intro

**CES**

**Linux (Printer and IAP)**
- Emb Sys Cnf*
- Seneca*, Mercury announce
- Embed Proc Forum*
- Linux World Expo
- Micro Proc Forum*
- *Photon
- GMK Analyst mtg

**Linux Expo**
- Cebit
- Taipai Design Forum
- Computex
- IAP Announcement
- Japanese Design Forum
- Viper Disclosure*
- Comdex

Consumer Electronics

IBM Technology Group

# PowerPC Announcement Plan 2001

Version 1.2 1/15/01

| Activity Description | Announcement Type | Intro Council | Announced Date | Business Line or | Event Tie-in | Notes / status |
|---|---|---|---|---|---|---|
| Linux / embedded Linux segment launch | Segment Launch | | January | PowerPC Pervasive | | Linux porting, vendors, customers, strategy |
| Apple design win with PowerPC 750CX | Customer announcement | | February | Pervasive | | Support Apple's marketing |
| PowerPC 750CXe 500-700 MHz availability | Product Announcement | | February | PowerPC | | |
| Wind River "Center of Excellence" with IBM | Press Release | | February | PowerPC | | Dedicated WR engineers to IBM projects |
| PowerPC Strategy Roadmap launch | Press Release | | April | PowerPC | Embedded Systems Conf | |
| Pallas (PPC4xx) Digital Video Processor | Product Announcement | December | April | Pervasive / DVPG | | |
| Pervasive Computing Initiatives launch | Segment Launch | | April | Pervasive | | Incl. printer segment launch / analyst briefings |
| Gekko / Nintendo custom device | Product Announcement | | June | Pervasive / APT | Embedded Processor Forum | Present with ArtX? |
| Mercury (PPC405xx) Imaging SOC | Product Announcement | | June | Pervasive / APT | | |
| Seneca (PPC405xx) Imaging SOC | Product Announcement | | June | Pervasive / APT | | |
| IAP (PPC405xx) Internet Appliance Processor | Product Announcement | | June | Pervasive / APT | Embedded Processor Forum | Sanyo approval, Insilicon licensing, enablement issues |
| Xilinx announcement, Virtex-2 with PPC405 | Press Release | | July | PowerPC | | Joint announcement with Xilinx, driven by Xilinx |
| PowerPC Low Power Initiatives - Earl / Byron | Press Release | | July | PowerPC | | |
| Sahara (PPC750xx) Microprocessor | Product Announcement | | August | Pervasive / APT | | Wait for Apple, or do separately? |
| Photon (PPC440xx) Digital Imaging SOC | Technical Disclosure | | October | Pervasive / APT | Seybold SF | May be moved to 2001, first product samples 2001 |
| Viper High Performance Core | Technical Disclosure | | October | PowerPC | Microprocessor Forum | |
| Tioga (PPC405xx) Embedded Controller | Product Announcement | | On hold | Pervasive | | Promote Kyocera relationship, new 405FPU in ASIC library. |
| CoreConnect User's Group Formation | Press Release | | On Hold | PowerPC | | Include CoreConnect licensee status, joint with Mentor, et al.? |

# PowerPC 2001 Events

| 2001 Events | Dates | Totals |
|---|---|---|
| Cebit-Hannover Germany | Mar 22-28 | $20 |
| IP2001 US | Mar | $15 |
| Embedded Sys-San Francisco | April 9-13 | $200 |
| The Embedded System Show, London | May 16-17 | $50 |
| Embedded Processor Forum | June 12-16 | $15 |
| SuperCom 2001 | June | $20 |
| Embedded Sys-Chicago | July 9-11 | $100 |
| Embedded Sys Conf-Boston | Sept 4-7 | $50 |
| IP2001 Europe | Oct | $15 |
| Microprocessor Forum | Nov | $15 |
| Comdex | Nov | $20 |
| Co-marketing with other BL events (electronica, MacWorld N&I, Linux World, etc.) | Mar - Nov | $80 |
| Design Forums/Roadshows | Mar - Nov | $370 |
| 3rd Party Events (QNX, Wind River, Mentor, etc) | Mar - Nov | $100 |
| Totals | | $1070K |

12/19/00  from M.Oppold



# PowerPC™ 2001 Event Calendar
*Updated: 3/10/2001*

| Start Date | End Date | Days | Show | Cost | Web Address |
|---|---|---|---|---|---|
| 19-Mar-2001 | 23-Mar-2001 | 5* | IP2001/SoC-Santa Clara | 15,000 | www.ipshows.com |
| 22-Mar-2001 | 28-Mar-2001 | 7 | CeBIT World Techology Fair-Hannover | 20,000 | www4.cebit.de/ |
| 09-Apr-2001 | 13-Apr-2001 | 5* | ESC / San Francisco | 200,000 | www.embedded.com/ |
| 06-May-2001 | 11-May-2001 | 6 | N+I / Las Vegas | | www.key3media.com/interop/lasvegas2001/ |
| 16-May-2001 | 17-May-2001 | 2* | The UK Embedded Systems, London | 50,000 | www.embedded.co.uk/ |
| 03-Jun-2001 | 07-Jun-2001 | 3 | Supercomm 2001-Atlanta | 20,000 | www.supercomm2000.com/2001_information.html |
| 11-Jun-2001 | 15-Jun-2001 | 5* | Embedded Processor Forum -San Jose | 15,000 | www.mdronline.com/ |
| 18-Jun-2001 | 22-Jun-2001 | 5 | Design Automation Conference - Las Vegas | | www.dac.com/ |
| 17-Jul-2001 | 20-Jul-2001 | 4 | Macworld Expo/New York | | www.macworldexpo.com |
| 27-Aug-2001 | 30-Aug-2001 | 4 | LinuxWorld Expo - SFC | | www.linuxworldexpo.com |
| 04-Sep-2001 | 07-Sep-2001 | 4* | ESC / Boston-on wait list | 50,000 | www.embedded.com |
| 09-Sep-2001 | 14-Sep-2001 | 3 | N+I / Atlanta | | www.key3media.com/interop/ |
| 09-Oct-2001 | 11-Oct-2001 | 3* | ESC/ Germany | | www.embedded.com/ |
| 15-Oct-2001 | 16-Oct-2001 | 2* | IP2001-France | | www.IP2001.com |
| 15-Oct-2001 | 19-Oct-2001 | 5* | Microprocessor Forum SJC | 20,000 | www.mdronline.com/ |
| 05-Nov-2001 | 09-Nov-2001 | 5 | Next Generation Networks Atlanta | | www.bcr.com/ngn/ngn2001.asp |
| 12-Nov-2001 | 16-Nov-2001 | 5 | Comdex - Las Vegas | 20,000 | www.key3media.com/comdex/ |

\* Denotes PowerPC lead (All others, we plan to have 1-2 peds and/or customer meetings to represent PowerPC)



# Budget $ From BLMs

| Vehicles | APT | Storage | Custom logic | NetWork Processor | Transport | TOTALS |
|---|---|---|---|---|---|---|
| Advertising | 285 | 20 | 17.5 | 212.5 | 20 | 555k |
| Direct Marketing | | | | | | |
| Event Marketing | 100 | 40 | 42.35 | 514.25 | 48.4 | 745 |
| Event Co-Marketing | 25 | 10 | 3.5 | 42.5 | 4 | 85 |
| Collateral | 75 | 10 | 3.5 | 42.5 | 4 | 135 |
| Interactive (Web Advertising and Web Site) | 50 | 5 | 3.5 | 42.5 | 4 | 105 |
| Public Relations | 25 | 5 | 3.5 | 42.5 | 42.5 | 80 |
| Research | 40 | 10 | 3.15 | 38.25 | 38.25 | 95 |
| **Total** | **600** | **100** | **77** | **935** | **88** | |

PPC Overall Budget = 2.378m

( haven't shown DVPG 78k - not committed )



Technology Group