# Attachment 5
# II of III*

**(*The PDF was too voluminous – Attachment 5 has been broken into three parts)**

# Fall Plan Integrated Product Marketing Input

## Program Dollar Specifics

| Collateral | 1Q | 2Q | 3Q | 4Q | Total |
|---|---|---|---|---|---|
| Family Brochure | 0 | $40 | 0 | $45 | $85 |
| Product Briefs | $5 | $10 | $10 | $15 | $40 |
| Application Specific | $10 | $10 | $15 | $20 | $55 |
| Article Reprints | 0 | $10 | $10 | $15 | $35 |
| Folders | $5 | $10 | $10 | $10 | $35 |
| Tools Catalog | 0 | 0 | $50 | 0 | $50 |
| Giveaways | $10 | $20 | $30 | $40 | $100 |
| Totals | $30 | $100 | $125 | $145 | $400K |

| Web | 1Q | 2Q | 3Q | 4Q | Total |
|---|---|---|---|---|---|
| TechOnLine | $50 | $50 | 0 | $50 | $150 |
| eg3, AMC | $25 | $10 | $15 | $20 | $70 |
| Top Web Portals | $25 | $25 | $20 | $20 | $90 |
| Design and Reuse, etc. | $10 | $10 | $10 | $20 | $50 |
| Chipcenter | 0 | 0 | $10 | $10 | $20 |
| Web Surveys | $5 | $5 | $5 | 0 | $15 |
| IBM Web Site | $10 | $40 | $10 | $40 | $100 |
| Totals | $125 | $140 | $70 | $160 | $495K |

| Other Activities | 1Q | 2Q | 3Q | 4Q | Total |
|---|---|---|---|---|---|
| Research (Semico, Dataqust) | $15 | $15 | $15 | $15 | $60 |
| SoftwareEnablement (co- w/ Collopy) | $100 | $100 | $90 | $100 | $390 |
| Sales Training/Product Marketing Engineers | $25 | $25 | $40 | $40 | $130 |
| Totals | $140 | $140 | $145 | $155 | $580K |



Technology Group

# Collateral

- PowerPC Input
  - Family Brochure    85k  -- would like 1Q
  - Product Briefs     40k  -- 750 CXE, Viper
  - Application Specific  55k  -- Mercury, Sahara, Senecca, Pallas
- Folders              35k  -- Plastic Envelope might do

- Product Announcements
  - Network Processing ??
  - APT
    - Mercury/Seneca - June
    - Sahara - September
    - Photon - February 2002
  - PowerPC
    - 750CXe
    - Viper - October

* covered in individual BLE IMC plans
Brand has come back on other product announcements



Technology Group

# PowerPC Collateral

| PPC Collateral | Lead/resp. | Cost | Status | Next steps |
|---|---|---|---|---|
| PPC family brochure | K.Spilke | 85,000 | Creative Brief under review for sign off | Begin Writing |
| PPC Sales Guide | K.Spilke | | | |
| PPC Interactive CD | ? | | | |
| PPC Newsletter | L.Udell ? | | | |
| PPP Modular folder | K.Spilke | | Not in plan yet | |
| PPC Roadmap handout | ? | | | |



Technology Group



# PowerPC Collateral (continued)

| Related Collateral | Lead/resp | Cost | Status | Next steps |
|---|---|---|---|---|
| Pervasive External Brochure | K.Spilke/K.Smith | | Initial meetings/with sponsor | engage writer - sponsor/writer meeting |
| Networking Brochure | K.Spilke | | Will there be one? | TBD |
| **Product Briefs** | | | | |
| 750CX and 750CXe | M.Vowell | | Complete | |
| 440GP (Comet) | M.Vowell | | April target | |
| 440 (Photon) includes FPU, timing,PCI,PCI-X,USB,add'l serial ports | M.Vowell | | July/August | |
| Mercury | M.Vowell/ K.Spilke/ J.Nieman | | non-NDA 3Q01 | |
| Seneca | M.Vowell/ K.Spilke/ J.Nieman | | non-NDA 3Q01 | |
| 405 IAP | M.Vowell /K.Spilke/ J.Nieman | | | |
| CPC710-133 | M.Vowell/ K.Spilke/ Helena Purgatorio | | | |
| GPS | K.Spilke/K.Conklin | | Initial meeting - on hold - date slip | On hold - date slip |
| Pallas | K.Spilke/ L.Wen | | Sign-offs inprogress | |
| Phoenix | K.Spilke/ B.Smart | | Complete | April Announcement |

# Go to Market Strategy

| Campaign (solution/offering) | Campaign Value Proposition | Message |
|---|---|---|
| (Campaign A) PowerPC Roadmap | For Design Engineers/Management/Procurement who are considering or have selected the PowerPC platform as their processor of choice, only IBM offers leading-edge technology design, with scaleability, high performance and low power, providing a | IBM is committed to the PowerPC architecture -- the roadmap of IBM PowerPC products provides extensive design choice and scalable performance that protects customers' software investments, into the future |
| (Campaign B) PowerPC and Linux | For manufacturers of business laser and inkjet printers, IBMs PowerPC platform has a roadmap and vision for the future. | PowePC is the best architecture for printer applications ...because of it's performance,price,scalabilty and low power. PowerPC is the best architecture for Linux applications..because of it's integration, permoance, price, scalability and low power |
| (Campaign C) PowerPC and Networking | | |

Technology Group



# PowerPC Roadmap Campaign Overview

| Vehicles | Key Activity | Call to Action | Status |
|---|---|---|---|
| Direct Marketing | N/A | | |
| Advertising | Build awareness for IBM as a supplier of PowerPC. | Drive to web | Begin placement in April |
| Collateral | April PPC newsletter Roadmap is feature story | | |
| Web Site | Web Seminar (tech-on-line) - to create awareness and preference for IBM PowerPC | Drive to opt-in, validate leads for sales closure (what type of followup activity?) | |
| Interactive | ??worth doing some media buys to drive to website? what else already doing to drive through other web portals? | Drive leads to web for more information | |
| Events | Embedded Systems Conference -San Francisco.... | Drive to web | |
| Internal Communications | | | |
| Public Relations | Position PowerPC as strategic processor architecture for pervasive computing,server/storage,networknig through Analyst, briefings, press interviews. | | |

# PowerPC Linux Campaign Overview

| Vehicles | Key Activity | Call to Action |
|---|---|---|
| Direct Marketing | | |
| Advertising | Build awareness for IBM as a supplier of PowerPC | Drive to web |
| Web Site | | Drive opt-in |
| Event Marketing | | Drive leads to web for more information |
| Interactive | | Capture leads and sales closure |
| Public Relations | Need to create perception of activity by IBM in the marketplace. Analyst meetings.. | |

# PowerPC Networking Campaign Overview

| Vehicles | Key Activity | Call to Action | Status |
|---|---|---|---|
| Direct Marketing | | | |
| Advertising | Build awareness for IBM as a supplier of PowerPC | Drive to web | |
| Web Site | | | |
| Event Marketing | | Drive leads to web for more information | |
| Interactive | | | |
| Public Relations | | | |

# PowerPC Integrated Calendar 1Q-2Q

| Activity | January | February | March | April | May | June |
|---|---|---|---|---|---|---|
| Advertising/Direct mail | | | Ad campaign for IBM PPC awareness | | | |
| Web | | PPC Embedded Dev Course | | | | |
| Interactive | | Ad for TOL courses/labs | | | | |
| Collateral | Hardcopy Newsletter 750CX product Brief | Begin PPC brochure Softcopy newslt, | Roadmap flyer | softcopy Newsletter 440GP product brief | Hardcopy Newsletter | PowerPC Family Brochure// softcopy newsletter,Mercury,Senneca,Product Briefs - - IAP white paper?? |
| Competitive analysis | PPC brand awareness survey | | | | | |
| Events | Macworld | LinuxWorld | IP2001/SOC CeBIT | Embedded Systems Conference- San Francisco | ESC - UK N+I - Atlanta | Emb.Proc. Forum Supercomm DAC |
| Public Relations | Embedded Linux segment launch | PPC 750CXe- Apple PPC 750CXe MHz avail. | Analyst preview- roadmap | PPC Roadmap announcement | | Gekko /Nintendo ,Mercury, Seneca, IAP |

# PowerPC Integrated Calendar 3Q-4Q

| Activity | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| Advertising/ Direct mail/ | | | | | | |
| Web | Tech on-line course | 440GP eval lab on Tech-on-line | Tech on-line course | | Tech on-line course | |
| Interactive | | | | | | |
| Collateral | Hardcopy newsletter | SoftCopy newsletter Sahara product brief | | Softcopy newsletter | Hardcopy newsletter | Softcopy newsletter |
| Competitive analysis/ Market Intelligence | | | | | PPC Brand Awareness survey | |
| Events | ESC- Chicago Macworld | | ESC-Boston N+I - Atlanta | IP2001 - Germany Microprocessor Forum | Next Generation Networks Comdex | |
| Public Relations | Xilinx, Virtex-2 w/PPC405 Low power initiatives, Earl/Bryon | Sahara PPC750xx | Pallas availability GPS announcement | Photon, Viper tech disclosure | | |

Technology Group



# TG Direct Marketing Calendar: Q1-Q2

| | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|
| Custom Logic/ ASIC | | | | | Acq. Mailing #1 | DAC Invitation (Drop 6/1) DAC 18-21 |
| Network Process | | | OFC Invitation (Drop 2/19) | N+I Invitation (Drop 4/16) | SuperCom Invitation (Drop 5/15) | SUPERCOMM 3-7 |
| | | | | Acq. Mailing #1 | N+I 6-11 | |
| Transport | | | | Acq Mailing (Tier 1 & 2) OFC 17-22 | | |
| STB | | | | NAB Invitation (Drop 4/2) Cab & Sat NAB 21-26 | Acq. Mailing Series 1-2-3 | |
| Wireless | | | Acq Mailing | | | |
| Storage | | | | | | Acq.Mail Series |
| STD | | | | | | |



Technology Group

# TG Direct Marketing Calendar:  Q3-Q4

| | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|
| Custom Logic/ASIC | | | Acq. Mailing #2 | | | |
| Network Processing | | N+I Invitation (Drop 8/24) | N+I 11-13 | Acq. Mailing #2 | | |
| Transport | Opticon Invitation (Drop 7/25) | Opticon 13-16 | | | | |
| STB | | IBC Inv (drops 8/15) | IBC 4-6 | | | |
| Wireless | | | | | | |
| Storage | | | | | | |
| STD | | | | 15K Reseller Mailing | | |



Technology Group

**EXHIBIT 2**

# PowerPC 2002

Market Plan Draft for IMC Plan 9/28/01

# PPC 2002 Objectives

- Create awareness and preference of IBM PowerPC to design engineers and their managers in the storage, communications and pervasive market segments resulting in 5% design ins design-ins and revenue by:
  - ▲ Driving leadership shares at (named accounts by x%)
  - ▲ Significant growth at (named tier2 accounts)
  - ▲ Expand reach through distributors (revenue goals??)
  - ▲ Regain market share from competition
- Promote PPC Value Chain: (IP building blocks, processors, controllers, memory blocks, ultra low power, ASICs with embedded PPC, Cores, Linux capabilities) through:
  - ▲ Aggressive Web strategy to: (tier 1-2 and 3-5)
  - ▲ Co-market proven 3rd party design tools, implementation services to (audience?)
  - ▲ Winback campaign to displace Motorola
  - ▲ Expand reach via distributors



Technology Group