# Attachment 5
# III of III*

**(*The PDF was too voluminous – Attachment 5 has been broken into three parts)**

# PPC IMC Plan (Web)

- **Web Strategy:** Create awareness and preference for IBM PPC through education and advertising.
- **Target design engineers and managers in the communications, pervasive and storage market segments**
  - ▲ Drive engineers to IBM PPC information through external web portals
  - ▲ Use leads to focus on top tier customer design-ins

| Initiative | Portal | Business Line Benefit |
|---|---|---|
| Promote PPC standard Products | Tech On Line | Pervasive, NP, Storage, Distribution |
| Promote System-On-Chip (SoC) Strategy | Design and Reuse | Custom Logic |
| Online tech edu for processors, cores, companions | Tech On Line | All |
| Online eval for standard product eval boards | Tech On Line, Develop On Line | Pervasive, NP, |
| Online dev environment for Linux dev | Develop On Line | All |
| Third party Tool Support -sftware enablement | Design and Reuse, Tech On Line, Develop On Line | All |
| Enhance our existing MD PPC website | PPC | |

Technology Group

# PPC IMC Plan (Co-Marketing)

- Promote and show the growing network of 3rd party developers who have chosen to build their business around IBM PPC to help customers accelerate development efforts and cut time to market.
  - ▲ Jointly run seminars to assist in the training and usage of tools.
  - ▲ Participation in product launches to link 3rd party developers to IBM PPC
  - ▲ Joint marketing collateral - to show benefits of teaming and creating awareness of tools supported by IBM PPC
  - ▲ Joint advertising (?$) - to show 3rd party linkage to IBM and brand visibility
  - ▲ Generate demand for Tier 3-5 customers - through DM activity geared to distribution fulfillment.
  - ▲ Xilinx emphasis- new product - 405 core awareness //innovative

Technology Group



# PPC Winback IMC plan

- Objective : Win PPC sockets from targeted competitors
- Goals:
  - ▲ Achieve 22% market share by 2003 (overall NP PPC #)
  - ▲ #1 market position for control processors by..?
    - Gain recognition in GPS, IAP, STB <sub>(by? winback targets need to be more specific)</sub>
- Short Term Marketing Strategy
  - ▲ Replace Motorola 750P with IBM 750L at targeted accounts
    - OEM: Cisco, Redback, Juniper, Nortel, Alcatal, Ciena, Vivace, Jasmine, Riverstone,, Lucent
    - Distribution: Netscreen, V-packet, pacific, Broadband, Pluris, Luminous, Inara, Maple, Ixia, Parama, Gadzoox
- IMC Strategy
  - ▲ Create mindshare with Distributors (Avnet and Bell Micro)
  - ▲ Awareness campaign to installed Motorola targets - call to action - incentive to change



IBM Technology Group

# PPC Events Budget

| Event | Cust Logic | Broadband | NP | ViaVoice | Total |
|---|---|---|---|---|---|
| EmbSys | 10,000 | 35,000 | 50,000 | 20,000 | |
| MicroProcForu mPaper only | | | | | |
| Partner World | | | | | |
| EmbProcForum portfolio | | | | | (9k) |
| Xilinx | | | | | ? |
| Design Forum | | 10,000 | | | |



Technology Group

# 2002 EVENT PORTFOLIO PLAN-PowerPC

| Events | Date | Location | Budget |
|---|---|---|---|
| Xilinx Partner Event (similar Terabit Networking) | February, 2002 | Ca. | ? |
| Embedded Systems West | March 12 - 16, 2002 | San Jose, Ca. | 155K |
| Embedded Processor Forum & Networking Summit | June, 2002 | San Jose, Ca. | 13K |
| **Speaking Only** | | | |
| Microprocessor Forum | Oct. 2002 | San Jose, Ca. | 0K |
| Hot Chips 14 | August, 2002 | | 0K |
| **Design Forums** | | | |
| Design Forum - Northern Ca. | TBD | TBD | 0K |
| Design Forum - Tokyo, Japan | TBD | TBD | 0K |
| Customer Briefings | TBD | TBD | ?K |
| WindRiver Partner Technical Events | TBD | TBD | 0K |

BL Mktg. Contact: Amy Freeman

Total 168K

Technology Group



# Event Tactics - PowerPC

- **Event:** Xilinx Partner Event (Terabit Networking)
- **Location:** TBD
- **Date:** Feb, 2002
- **Communication Strategy Level:**
- **Attendance -**
- **Status & Recommended Tactics**

| Planned Activity | Status | Next Steps | Resp | Budget |
|---|---|---|---|---|
| Floor Presence | Support Vetex 2 product launch. | Need to contact Show mgmt. for contract | IMC | |
| Speaking Opportunity | Abstracts due: | | | |
| Sponsorships | | Research oppty. | | |
| Off Floor Presence | | | | |
| Website | | | | |
| | | | | TOTAL INVESTMENT |



IBM Technology Group

# Event Tactics - PowerPC

- **Event:** Embedded Systems West
- **Location:** Moscone Convention Centre, San Francisco, Ca.
- **Date:** March 12 - 16, 2002
- **Communication Strategy Level:**
- **Attendance** - 16,000, diverse audience of engineers, developers and technical managers, as well as people who influence products, strategies and business plans.

➤ Status & Recommended Tactics

| Planned Activity | Status | Next Steps | Resp. | Budget |
|---|---|---|---|---|
| Floor Presence 20x30 floor space booth #910 | Booth contract signed pending PO. | Submit PO, update EMB with new budget, plans | IMC | Booth 40K |
| Speaking Opportunity | – Clark Jeffries 1.5 hr class for NP; Strong Quality of Service efficiently supported by hardware, <br>– John Lavere; SoC bus architecture design, <br>– Anthony Marsala, PowerPC Tutorial | Oppty sent to BL all papers listed accepted | IMC | 0 |
| Sponsorships | None | Research oppty. | | 0 |
| Off Floor Presence | 3rd Party Breakfast, Cust. Meetings | Research suite oppty | | 15K |
| Website | http://www.embedded.com/ | | | TOTAL 155K |

Technology Group

IBM

# Event Tactics - PowerPC

- **Event:** Embedded Processor Forum & <u>Networking Summit?</u>
- **Location:** Fairmont Hotel, San Jose, Ca.
- **Date:** June 10-14, 2002
- **Communication Strategy Level:**
- **Attendance** - 900-1200, diverse audience of engineers, developers and technical managers, as well as people who influence products, strategies and business plans.

▲ <u>Status & Recommended Tactics</u>

| Planned Activity | Status | Next Steps | Resp | Budget |
|---|---|---|---|---|
| Floor Presence Possible Tabletop | Depends on Budget | Need to contact Show mgmt. for contract | IMC | 3500. tabletop |
| Speaking Opportunity | Abstracts due: Not posted yet | Contact Show mgmt for oppty and send to BL | IMC | 0 |
| Sponsorships | Chip Portfolio | Contact show mgmt for oppty. Dependant on budget | IMC | 9K |
| Off Floor Presence | None | None | | 0K |
| Website | http://www.mdronline.com/ | | | TOTAL INVESTMENT 13K |



IBM Technology Group

# Event Tactics - PowerPC

- **Event:** Microprocessor Forum (Speaking Only)
- **Location:** Fairmont Hotel, San Jose, Ca.
- **Date:** Nov, 2002 (TBD) Event not posted yet
- **Communication Strategy Level:**
- **Attendance -** 900-1200, diverse audience of engineers, developers and technical managers, as well as people who influence products, strategies and business plans.

▲ <u>Status & Recommended Tactics</u>

| Planned Activity | Status | Next Steps | Resp | Budget |
|---|---|---|---|---|
| Floor Presence | Speaking only | None | IMC | 0 |
| Speaking Opportunity | Abstracts due; Not posted yet | Contact Show mgmt for oppty | IMC | 0 |
| Sponsorships | N/A | None | IMC | 0 |
| Off Floor Presence | None | None | | 0 |
| Website | http://www.mdronline.com/ | | | TOTAL INVESTMENT 0K |



Technology Group
IBM

# Event Tactics - PowerPC

- **Event:** Hot Chips 14 Symposium <u>(Speaking Only)</u>
- **Location:** Stanford University
- **Date:** August, 2002
- **Communication Strategy Level:**
- **Attendance** - Designers and architects of high-performance chips, software, and systems. Presentations focus on up-to-the-minute real developments. This symposium is the primary forum for engineers and researchers to highlight their leading-edge designs. Three full days of tutorials and technical sessions will keep you on top of the industry.

<u>Status & Recommended Tactics</u>

| Planned Activity | Status | Next Steps | Resp | Budget |
|---|---|---|---|---|
| Floor Presence | Speaking only | None | | 0 |
| Speaking Opportunity | Abstracts due: Not posted yet | Contact Show mgmt for oppty | IMC | 0 |
| Sponsorships | N/A | None | IMC | 0 |
| Off Floor Presence | None | None | IMC | 0 |
| Website | | | | |
| | | | TOTAL INVESTMENT | 0K |



Technology Group

# PPC Collateral Budget

| | Cust Logic | Broadband | NP | ViaVoice | Total |
|---|---|---|---|---|---|
| PPC Newsletter | 10,000 | 35,000 | 50,000 | 20,000 | |
| Product briefs | | | | | |
| CD ROM | | | | | (9k) |
| RoadMap Updates | | 10,000 | | | ? |

Needed:
CPC710
NPe405
750FX
440GP
440GPX



IBM Technology Group

# APT IMC Budget 9/18/01

| IMC | | |
|---|---|---|
| Event Mktg | Games Develop. | 50,000 out 11/01 |
| | Games Design Forum | 60,000 out 11/01 |
| PPC | Sahara, Gobi, GPUL, Byron, Roadmap | 29,000 |
| Collateral | | |
| Interactive | e-training for game developers | 20,000 |
| | | |
| | | |
| IMC Total | | 159,000 49,000 |

| MD Marketing | | |
|---|---|---|
| Headcount | | 264,000 |
| Agency | | 60,000 |
| Div Marcom | | 60,000 |
| Brand Mktg | | 60,000 |
| PPC | | 71,000 |
| **Non IMC tech mktg. | | |
| Div MktIntel | | 27,000 |
| TechDoc | | |
| Web | | 44,000 |
| Sub Totals | | |
| MD Mktg | | 585,000 |
| IMC | | 159,000 |
| TOTAL | | 744,000 |

** PPC Non IMC technical Marketing includes:
Web Portal, etc. 32,000
ESC 15,000
Advice Package 2,000
Boards 10,000
3rd Party Enable 5,000
PR 7,000

Technology Group

# Broadband Marketing Budget 9/18/01

| IMC PPC | | |
|---|---|---|
| Awareness | Linux, Technoogy brand | - 0 - |
| Embedded Systems | | 40,000 |
| | | 35,000 |
| Collateral | newsletter, family brochure, CD-Rom | 17,000 |
| Design Forums | | 10,000 |
| 3rd party co-market | WindRiver, Xilin | 10,000 |
| PPC Total | | 112,000 |

| MD Marketing | | |
|---|---|---|
| Headcount | | |
| Agency | | |
| Div Marcom | | |
| Brand Mktg | | |
| PPC | | 112,000 |
| **Non IMC tech mktg. | | |
| Div.MktIntel | | |
| TechDoc | | |
| Web | | |
| Sub Totals | | |
| MD Mktg | | 000,000 |
| IMC | | 000,000 |
| TOTAL | | 112,000 |



Technology Group

# PPC source of funding

| | Network Processig | Custom Logic (ASICS) | Transport | Storage | Pervasive APT | Pervasive Broadbd | DVPG | Wireless |
|---|---|---|---|---|---|---|---|---|
| Advertising | | | | | | ***10,000 | | |
| Direct Mail | | | | | | *40,000 | | |
| Event Marketing | 50,000 | 10,000 | | | | **45,000 | | |
| Collateral | | | | | 29,000 | ***17,000 | | |
| Interactive | | 10,000 | | | | | | |
| IMC Total | | 20,000 | | | 29,000 | | | |
| PPC allocation | 225,000 | 201,000 | 14,000 | 152,000 | 71,000 | 0 | 29,000 | 57,000 |
| Total | | | | | 100,000 | 112,000 | | |

\* -Awareness/winback campaigns
\*\* Embedded systems, design forums,
\*\*\* Co-marketing WindRiver,Xilinx



Technology Group



IBM

# Interactive Budgets
## Custom Logic

- **Includes:**
  - ▲ Media costs for:
    - –Web Alliance Partnerships and tactical web purchases
  - ▲ Media and Account Management Fees
  - ▲ Creative Fees (splash pages and online ad properties etc.)
  - ▲ Production of online ad properties
    - –Note: If there are elements created in Flash for the splash pages Ogilvy will be involved in the production of those elements)

- **Does note include:**
  - ▲ Internal IBM costs for:
    - – Tech Email
    - – iSource
    - – ibm.com/chips site updates

- **$103,000 ($93K for Custom Logic - $10K to support PowerPC)**



Technology Group