UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER )<br>    Plaintiff )<br>)<br>v. )<br>)<br>INTERNATIONAL BUSINESS )<br>MACHINES CORPORATION )<br>    Defendant ) | C.A. No. 04-10069DPW |

**MOTION FOR LEAVE TO FILE
OPPOSITION TO MOTION TO COMPEL IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(B)(4), defendant, International Business Machines ("IBM") hereby moves for leave to file an Opposition to Plaintiff's Motion to Compel the Production of Documents in excess of twenty pages.

As grounds therefor, IBM states that the plaintiff challenges IBM's responses to twelve document requests. Merely setting forth each request and the history of further responses consumes approximately twelve pages. In order to allow sufficient additional pages for IBM to set forth the "facts relevant to the discovery matters to be decided," (which was plaintiff's obligation under L.R. 37.1, but which plaintiff failed to do) and to set forth its argument, IBM seeks leave to file an Opposition in excess of twenty pages.

Respectfully submitted,
**INTERNATIONAL BUSINESS
MACHINES CORPORATION**

By its attorneys,
  /s/ Daniel S. Tarlow
Daniel S. Tarlow, BBO #552920
Laurie F. Rubin, BBO #564947
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Dated: September 7, 2005