# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER<br>　　　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>　　　　Defendant | )<br>)<br>)<br>)<br>)　C.A. No. 04 CR 10069DPW<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DANIEL S. TARLOW IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL

1. My name is Daniel S. Tarlow and I am counsel to Defendant International Business Machines Corporation ("IBM") in this case.

2. On August 11, 2005, plaintiff's counsel sent me a draft motion to compel and indicated that he would file this motion unless we could reach agreement over the contested items.

3. In November 2004, I produced additional documents to plaintiff's counsel, and reminded plaintiff's counsel that IBM would provide the "confidential" documents as soon as we reached agreement over a confidentiality stipulation.

4. On December 15, 2004, I received plaintiff's counsel's signed confidentiality stipulation.

5. On December 16, 2004, I had hand delivered to plaintiff's counsel the documents that IBM considered confidential.

6. Attached hereto as Exhibit A is a true and accurate copy of pages 49-51 of Volume 2 of the deposition of Dennis Rossiter.

7. IBM has not withheld any documents in response to Request No. 2 on the basis of privilege.

8. IBM has produced Mr. Rossiter's personnel evaluations, which discuss his performance, and his skill assessment.

9. IBM also produced the performance ratings for all of the employees within Rossiter's skill group.

10. IBM has produced training materials regarding how the layoff was to be performed, including detailing how managers were to define their skill groups and perform their skill assessments, the skill assessments of Rossiter and his comparators, and general communications regarding the layoff affecting Lefebvre's organization.

11. IBM has produced information about the number of people to be laid off from within Lefebvre's organization, overall statistics of the layoff affecting some 1200 employees, training materials provided to managers on how to create "skill groups" and select people for layoff, and the comparator worksheets for Rossiter's skill group.

12. IBM has produced documents that it was able to locate regarding hiring outlook and hiring freezes affecting Lefebvre's organization.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7TH DAY OF September, 2005.

_____
Daniel S. Tarlow

# EXHIBIT A

# In The Matter Of:

*Dennis Rossiter, v.*
*International Business Machines Corp.*

---

*Dennis Rossiter*
*Vol. 2, December 22, 2004*

---

*JANEY ASSOCIATES*
*Court Reporting Services*
*P.O. Box 365355*
*BOSTON, MA  02136-0003*
*(617) 364-5555    FAX: (617) 364-5550*

Original File ROSSITER.ASC, 142 Pages
Min-U-Script® File ID: 2485182334

**Word Index included with this Min-U-Script®**

**[15] Q:** The next job was the IBM Micro Electronics [16] Server Group Marketing Services Manager job which [17] was filled by Phil Bender, correct?
**A:** Yes.
**Q:** And you testified that you thought that job [20] had been posted.
**[21] A:** I did.
**[22] Q:** Are you asking — you are agreeing with that, [23] that you believe it was posted.
**[24] A:** I believe it was.

---

Page 45

**[1] Q:** Did you apply for it?
**[2] A:** I was — no, I didn't.
**[3] Q:** Why not?
**[4] A:** Because I was already doing that job for [5] another division.
**[6] Q:** So what is your complaint about that job, [7] then?
**[8] A:** It seemed to me to be a duplication of what I [9] had been doing, and seemed to be an opportunity [10] that I could have picked up his responsibilities [11] without having the added headcount [12] within the division.
[13] And as far as age is concerned, he is a much [14] younger guy, and I don't know why I wasn't [15] considered. The job was posted and filled, as I [16] recall, very quickly. He had a relationship with a [17] senior IBM manager, and I believe he was placed in [18] the job.
**[19] Q:** But you weren't interested in applying for [20] that job.
**[21] A:** As I recall at the time, the job was posted, [22] but we knew that they had already selected the [23] candidate. It was another one of these instances [24] where they posted and filled it immediately.

---

Page 46

**[1] Q:** However, I thought you indicated you weren't [2] interested in applying for that job.
**[3] A:** I wasn't interested in applying for the job, [4] but I was interested in not being co-opted by a [5] younger guy who, I was already doing the job.
**[6] Q:** And how did he co-opt you?
**[7] A:** Basically a lot of what he was coming in to do [8] was a job that I had already been doing.
**[9] Q:** When did he fill that job?
**[10] A:** I don't recall.
**[11] Q:** So what effect did it have on your job once he [12] filled it?
**[13] A:** Well, we seemed to be doing a lot of the same [14] things in terms of what he was trying to do [15] internally within the business line and what I was [16] trying to do at the division level. And it seemed [17] to me to be a duplication of effort.

**[18] Q:** So who is it that created that job?
**[19] A:** It was created by the — as I recall, it was [20] created by the business line manager, whose name I [21] don't recall, but that Phil Bender was handpicked [22] by a senior IBM manager to go into the job.
**[23] Q:** And did that business line manager create that [24] job specifically to detract from Dennis Rossiter's

---

Page 47

[1] career?
**[2] A:** You'd have to ask him that.
**[3] Q:** I'm asking you.
**[4] A:** I don't know.
**[5] Q:** Is that your contention?
**[6] A:** I'm not contending that. Those are your [7] words. I'm contending that this was a duplication [8] that was unnecessary, and I was going to get co- [9] opted by a younger guy —
**[10] Q:** Did you end up —
**[11] A:** — with less experience.
**[12] Q:** Strike that. Did you end up getting co-opted?
**[13] A:** To a certain extent at the beginning, I did.
**[14] Q:** When is the beginning?
**[15] A:** Well, when Phil Bender first came on.
**[16] Q:** When is that?
**[17] A:** Whatever the date was. But just in the order [18] of events as they took place, we had to work out [19] who was doing what, and eventually we were able to [20] work it out. His job actually shifted away from [21] the IMC stuff.
**[22] Q:** So it ended up not being a problem for you?
**[23] A:** Eventually it was not. But in the beginning [24] it was.

---

Page 48

**[1] Q:** Okay. But I need — time frames matter a lot [2] in lawsuits because of statutes of limitations and [3] other reasons to want to understand when things [4] occurred.
**[5]** When approximately did Phil Bender fill that [6] job?
**[7] A:** Again, I don't have these dates. We can get [8] them from IBM, but I don't have them.
**[9] Q:** Can you even tell me the year?
**[10] A:** No.
**[11] Q:** Can you tell me whether it was in 2001?
**[12] A:** No, I can't.
**[13] Q:** If I went back further, you're not going to be [14] able to say in any given year you think it's that [15] year.

**[16] A:** No, I can't. We're three years into this [17] complaint against IBM, and a lot of these events [18] took place two or three years, four years prior to [19] that, a lot of these questions you're asking me. I [20] don't remember all these dates, but they can be put [21] together and constructed.
**[22] Q:** Did Phil Bender fill that job more than a year [23] before you left IBM?
**[24] A:** I believe he did.

---

Page 49

**[1] Q:** Did he fill that job more than two years [2] before you left IBM?
**[3] A:** I don't recall.
**[4] Q:** Did Rob Rohr fill the job of Technology Group [5] Interactive Marketing Manager more than a year [6] before you left IBM?
**[7] A:** I don't recall at this point.
**[8] Q:** He might have or might not have?
**[9] A:** He might have or might not have, yes.
**[10] Q:** Okay. Did Cynthia Puttlitz fill the Power [11] P.C. Marketing Communications Manager job more than [12] a year before you left IBM?
**[13] A:** I don't recall the date.
**[14] Q:** She might have or might not have?
**[15] A:** I don't recall the date.
**[16] Q:** Do you recall when the Technology Group was [17] disbanded?
**[18] A:** No.
**[19] Q:** The final job that you mentioned in your [20] Answers to Interrogatories and in the first day of [21] your testimony was the Corporate Events Operations [22] Manager job, I believe where Jim Hasl, H-A-S-L, was [23] the hiring manager.
**[24] A:** That's correct.

---

Page 50

**[1] Q:** And I think you said, and I want to confirm [2] this, that basically that's a job you were [3] interested in at the time that you were leaving [4] IBM, correct?
**[5] A:** Yes.
**[6] Q:** And isn't it true you essentially ran out of [7] time in terms of being able to pursue that job?
**[8] A:** Yes, I did. It was posted and I had applied [9] for it, and I had discussions with Jim Hasl, but I [10] had to leave the company.
**[11] Q:** What were the rules regarding the period [12] within which you could look for and obtain a new [13] job after you had been notified of your selection [14] for layoff?
**[15] A:** Well, we were notified the day after [16] Thanksgiving, so that would have been November [17] 28th. And I left the company the first week in [18]

January. And anytime up until leaving, we were [19] actively looking for positions.

[20] Q: But if you hadn't found a position by January [21] 3rd, 2002, you had to leave the company?

[22] A: Yes.

[23] Q: And are you accusing Jim Hasl of age [24] discrimination?

Page 51

[1] A: No.

[2] Q: You're not suggesting that he didn't hire you [3] or didn't fill this job before you left because he [4] had an animus against you as an older worker?

[5] A: He never met me. So I don't know what — you [6] know, what his animus was toward older workers. [7] But our communication was electronic and on the [8] telephone.

[9] Q: So what is your complaint about this job?

[10] A: On this particular job, I put that in there [11] only as an example of I believe the jobs that I was [12] qualified for and interested in at the time.

[13] Q: So you don't have a complaint about not being [14] hired for this job. I want to —

[15] A: No, I don't.

[16] Q: — eliminate the wheat from the chaff if we [17] can.

[18] A: I don't. No.

[19] Q: Now, you draw a connection between some of [20] these jobs, I gather, that you didn't obtain and [21] Jim Monahan's April '97 demotion of you, correct?

[22] A: Yes.

[23] Q: What is the connection you draw?

[24] A: That there was an underlying stereotype held

Page 52

[1] against older workers that when the opportunity [2] arose for new positions that our candidacies were [3] suppressed in favor of younger people. And that [4] Monahan was kind of the first link in the chain, [5] starting with my interview with him, my demotion, [6] and him telling me that I was overqualified.

[7] Q: I think the connection that I recall being [8] drawn in your Answers to Interrogatories, and maybe [9] in your Complaint, is that Monahan told you you [10] were being demoted due to a leveling of the [11] organization, and somehow some of these jobs [12] suggest to you there was no leveling. Is that [13] correct?

[14] MR. POWERS: Objection.

[15] BY MR. TARLOW:

[16] Q: I don't want to put words in your mouth. I [17] really just want to understand.

[18] A: I believe in my Complaint I said that Monahan [19] told me that there was a leveling of the [20] organization and a reduction of management [21] positions. And then they went ahead and appointed [22] all these managers, a lot of whom were younger and [23] less qualified.

[24] Q: Did Monahan appoint any of these managers?

Page 53

[1] A: I don't know. I don't believe so. No, I [2] don't know. I don't know. I don't believe so. I [3] think he was out of the company by that time.

[4] Q: Was the Technology Group formed after Monahan [5] demoted you?

[6] A: Yes.

[7] Q: For example, what does the hiring of Phil [8] Bender have to do with Jim Monahan's demotion of [9] you?

[10] A: I'm not sure I understand what the question [11] is.

[12] Q: Well, you suggest in your Complaint that the [13] hiring of people into these positions somehow [14] suggest that Jim Monahan's demotion of you was age [15] discrimination.

[16] MR. POWERS: Objection.

[17] THE WITNESS: So what's the question?

[18] BY MR. TARLOW:

[19] Q: What does the hiring of Phil Bender, or what [20] connection does the hiring of Phil Bender have, [21] with the demotion of you in April 1997?

[22] A: It's an example of the underlying stereotype [23] against older people who were well-equipped to do [24] the job, and they were hiring a guy to basically do

Page 54

[1] the job that I was doing, even though I was doing [2] it satisfactorily.

[3] Why they hired him instead of expanding my [4] job, I don't know.

[5] Q: I want you to look at your Answers to [6] Interrogatories.

[7] Answer 10, it's a long answer, unfortunately, [8] it will take you a bit of time to read it, and I'm [9] particularly interested in what you have to say in [10] Subparagraph 6 that appears on Page 9. You can [11] start by reading Answer 10.

[12] A: What do you want me to do, just read this for [13] now?

[14] Q: Well, if you want to skip ahead to [15] Subparagraph 6 on Page 9, I can direct you to [16] specifically what I'm interested in.

[17] A: What's the question?

[18] Q: Did you look at Subparagraph 6?

[19] A: I have it here in front of me.

[20] Q: Why don't you just read the first — at least [21] the first sentence.

[22] A: This is still related to Interrogatory No. 10, [23] is that correct?

[24] Q: Correct.

Page 55

[1] A: Okay. So I'm going to read the Interrogatory.

[2] (Pause.)

[3] A: Interrogatory 10 deals with damages, is that [4] correct?

[5] Q: Yes.

[6] A: Okay. What's the question?

[7] Q: Well, if you look at the first sentence of [8] Paragraph 6, or the first two sentences, you say, [9] "However, subsequent to Plaintiff's demotion, IBM [10] promoted younger, less-experienced employees to [11] manage the positions. New jobs were created for [12] which Plaintiff was well qualified but never [13] considered because the jobs were not posted."

[14] Are you suggesting that your demotion which [15] you were told related to a leveling of the [16] organization, that that was inaccurate because [17] subsequently, younger, less-experienced people were [18] given management positions?

[19] MR. POWERS: Objection. Go ahead.

[20] THE WITNESS: I believe what I'm saying [21] in my Complaint, in my words, is that I was told by [22] James Monahan that I was being reduced to a Level 9 [23] from a Level 10 because of a general flattening of [24] the organization.

Page 56

[1] Subsequent to that, other less-qualified, [2] less-experienced, and younger employees were [3] promoted into management positions.

[4] BY MR. TARLOW:

[5] Q: But not by James Monahan.

[6] A: Not by James Monahan, but it was the same [7] organization.

[8] Q: Well, there was a major business change when [9] it became part of Technology Group, correct?

[10] A: No, we're still dealing with the Micro [11] Electronics Division here. It's the same [12] organization that Jim Monahan was running and [13] eventually Pat McGloin took over.

[14] There was no dynamic of change within the [15] group such as the Technology Group might have [16] acquired this. It was just within the division of [17] Micro Electronics.

[18] Q: And how long after you were demoted in April [19] of '97 did the first of these younger, less- [20] experienced