# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS ROSSITER<br>      Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION<br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      C.A. No. 04 CR 10069DPW |

## AFFIDAVIT OF LAURIE F. RUBIN IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL

1. My name is Laurie F. Rubin and I am counsel to Defendant International Business Machines Corporation ("IBM") in this case.

2. On or about January 21, 2003, while Dennis Rossiter's complaint was pending before the Massachusetts Commission Against Discrimination (MCAD), plaintiff's counsel served a request for production of documents.

3. On March 11, 2003, IBM served a written response, indicating that some of the requested documents were confidential and that IBM would produce the confidential documents after the parties entered into a suitable confidentiality stipulation.

4. On March 31, 2003, IBM produced documents to respond to that request, and again indicated that additional documents, which IBM considered confidential, would be forthcoming.

5. Plaintiff served his First Request for Production of Documents on or about June 22, 2004, with most of his requests tracking the language of the request for documents that he served while the matter was pending before the MCAD.

6.     On July 23, 2004, IBM served its response, which referred plaintiff to the

documents that it produced while the case was pending before the MCAD and

also indicated that additional "confidential" documents would be produced upon

execution of a suitable confidentiality stipulation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th
DAY OF September, 2005.

Laurie F. Rubin