UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS ROSSITER,
    Plaintiff

 v.

CIVIL ACTION NO. 04-10069-DPW

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
    Defendant

**JUDGMENT**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated October 19, 2005, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: October 20, 2005