UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dennis Rossiter,<br>　　　　　Plaintiff<br><br>v.<br><br>International Business Machines Corporation,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 04-CR-10069-DPW<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Dennis Rossiter, appeals to the United States Court of Appeal for the First Circuit from:

1. The order and judgment in favor of defendant against plaintiff, entered October 20, 2005.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　The Plaintiff
　　　　　　　　　　　　　　　　By her Attorney,


　　　　　　　　　　　　　　　　/s/ Kevin G. Powers
　　　　　　　　　　　　　　　　Kevin G. Powers, BBO #405020
　　　　　　　　　　　　　　　　Robert S. Mantell, BBO #559715
　　　　　　　　　　　　　　　　Rodgers, Powers & Schwartz LLP
　　　　　　　　　　　　　　　　18 Tremont Street
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　(617) 742-7010

NoticeofAppealRossiter