UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10069

Dennis Rossiter

v.

International Business Machines Corporation

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 16, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/16/06.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10069-DPW

Rossiter v. International Business Machines Corporation
Assigned to: Judge Douglas P. Woodlock
Cause: 29:621 Job Discrimination (Age)

Date Filed: 01/12/2004
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Dennis Rossiter** represented by **Kevin G. Powers**
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
617-742-7010
Fax: 617-742-7225
Email: KGPowers@TheEmploymentLawyers.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Mantell**
Rodgers, Powers & Schwartz, LLP
Suite 500
18 Tremont Street
Boston, MA 02108
617-742-7010
Fax: 617-742-7225
Email: RMantell@TheEmploymentLawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**International Business** represented by **Daniel S. Tarlow**

| | |
|---|---|
| Machines Corporation | Prince, Lobel Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109<br>617-456-8000<br>Fax: 617-456-8100<br>Email: dstarlow@plgt.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Laurie F. Rubin**<br>Prince, Lobel Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109<br>617-456-8020<br>Fax: 617-456-8100<br>Email: lfrubin@plgt.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2004 | 1 | COMPLAINT against International Business Machines Corporation Filing fee: $ 150, receipt number 53069, filed by Dennis Rossiter.(Rynne, Michelle) (Entered: 01/14/2004) |
| 01/12/2004 | | Summons Issued as to International Business Machines Corporation. (Rynne, Michelle) (Entered: 01/14/2004) |
| 01/12/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Rynne, Michelle) (Entered: 01/14/2004) |
| 02/13/2004 | 2 | WAIVER OF SERVICE Returned Executed: International Business Machines Corporation waiver sent on 1/21/2004, answer due 3/22/2004. (Rynne, Michelle) (Entered: 02/18/2004) |
| 03/18/2004 | 3 | ANSWER to Complaint by International Business Machines Corporation.(Rynne, Michelle) (Entered: 03/19/2004) |
| 03/19/2004 | 4 | NOTICE of Scheduling Conference: Scheduling Conference set for 5/6/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 03/19/2004) |

| | | |
|---|---|---|
| 04/30/2004 | 5 | JOINT STATEMENT re scheduling conference. (Rodgers, Elizabeth) (Entered: 04/30/2004) |
| 05/03/2004 | 6 | JOINT STATEMENT PURSUANT TO LR 16.1. (Greenberg, Rebecca) (Entered: 05/05/2004) |
| 05/06/2004 | 7 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 16.1 (d)(3)* by Kevin G. Powers on behalf of Dennis Rossiter. (Powers, Kevin) (Entered: 05/06/2004) |
| 05/06/2004 | 8 | CERTIFICATE OF CONSULTATION by Laurie F. Rubin on behalf of International Business Machines Corporation. (Rubin, Laurie) (Entered: 05/06/2004) |
| 05/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 5/6/2004. Schedule set. See scheduling order for further details. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 05/06/2004) |
| 05/06/2004 | 9 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER:all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than JANUARY 4, 2005, and by the defendant(s) no later than JANUARY 4, 2005; Rebuttal expert disclosures shall be made by no later than FEBRUARY 4, 2005; Deposition discovery of experts may be conducted through MARCH 4, 2005;discovery is to be completed by JANUARY 4, 2005, unless shortened or enlarged by Order of this Court;motions for summary judgment are to be filed by MAY 4, 2005, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;ELECTRONIC FILING: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked "Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically.A further scheduling/status conference is set for JUNE 15, 2005 AT 2:30 |

|  |  |  |
|---|---|---|
|  |  | P.M. in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J. By JUNE 8, 2005, the parties shall file a STATUS REPORT.(Greenberg, Rebecca) (Entered: 05/06/2004) |
| 05/06/2004 |  | Electronic NOTICE of RESCHEDULING FURTHER CONFERENCE: The Further Scheduling Conference previously set for 6/15/05 (as set forth in the Scheduling Order entered this date) is RE-SET TO JUNE 14, 2005 AT 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 05/06/2004) |
| 12/17/2004 | 10 | STIPULATION *(Stipulated) Confidentiality and Nondisclosure Order* by International Business Machines Corporation. (Tarlow, Daniel) (Entered: 12/17/2004) |
| 12/20/2004 | 27 | Judge Douglas P. Woodlock : ORDER stipulated confidentiality and nondisclosure order entered as to Riccardo Servizio (Nici, Richard) (Entered: 12/23/2004)(Nici, Richard) (Entered: 08/18/2005) |
| 02/18/2005 | 11 | MOTION to Compel by International Business Machines Corporation.(Tarlow, Daniel) (Entered: 02/18/2005) |
| 02/18/2005 | 12 | MEMORANDUM in Support re 11 MOTION to Compel filed by International Business Machines Corporation. (Attachments: # 1)(Tarlow, Daniel) (Entered: 02/18/2005) |
| 03/01/2005 | 13 | Opposition re 11 MOTION to Compel filed by Dennis Rossiter. (Evans, Linda) (Entered: 03/01/2005) |
| 03/01/2005 | 14 | AFFIDAVIT of Linda Evans in Opposition re 11 MOTION to Compel filed by Dennis Rossiter. (Attachments: # 1 Exhibit)(Evans, Linda) (Entered: 03/01/2005) |
| 03/04/2005 | 15 | MOTION for Leave to File *Short Reply to Plaintiff's Opposition to Motion to Compel* by International Business Machines Corporation. (Attachments: # 1)(Tarlow, Daniel) (Entered: 03/04/2005) |
| 03/07/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 15 Motion for Leave to File reply. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Rynne, Michelle) (Entered: 03/07/2005) |
|  |  |  |

| | | |
|---|---|---|
| 03/07/2005 | 16 | MEMORANDUM in Opposition re 15 MOTION for Leave to File *Short Reply to Plaintiff's Opposition to Motion to Compel* filed by International Business Machines Corporation. (Tarlow, Daniel) (Entered: 03/07/2005) |
| 03/09/2005 | 17 | Judge Douglas P. Woodlock : ORDER entered. REFERRING 11 MOTION to Compel filed by International Business Machines Corporation, to Magistrate Judge Marianne B. Bowler.(Rynne, Michelle) Additional attachment(s) added on 3/11/2005 (Rynne, Michelle). (Entered: 03/09/2005) |
| 03/09/2005 | 26 | Judge Douglas P. Woodlock : ORDER entered. (Nici, Richard) (Entered: 08/18/2005) |
| 03/11/2005 | | Notice of correction to docket made by Court staff. Correction: 17 order of reference corrected because: replaced pdf to correct typo. Case is referred to Magistrate Judge Bowler. (Rynne, Michelle) (Entered: 03/11/2005) |
| 03/15/2005 | | NOTICE of Hearing;11 Defendant's Motion to Compel: Motion hearing set for 3/31/2005 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/15/2005) |
| 03/31/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion hearing held on 3/31/2005; 11 MOTION to Compel filed by International Business Machines Corporation; The court hears argument on the motion from each party and makes a ruling in open court. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/31/2005) |
| 03/31/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 11 Motion to Compel as to part a) of the motion, this court having been advised that the information sought in part b) has been provided. The defendant agrees to pay any costs associated with production of the information sought in part a). (Bowler, Marianne) (Entered: 03/31/2005) |
| 03/31/2005 | | Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 04/04/2005) |
| 05/04/2005 | 18 | MOTION for Summary Judgment by International Business Machines Corporation.(Tarlow, Daniel) (Entered: 05/04/2005) |
| 05/04/2005 | 19 | MEMORANDUM in Support re 18 MOTION for Summary Judgment filed by International Business Machines Corporation. (Tarlow, Daniel) (Entered: 05/04/2005) |

| | | |
|---|---|---|
| 05/04/2005 | 20 | STATEMENT of facts re 18 MOTION for Summary Judgment. (Attachments: # 1 # 2 # 3 # 4 # 5)(Tarlow, Daniel) (Entered: 05/04/2005) |
| 05/18/2005 | 21 | Opposition re 18 MOTION for Summary Judgment filed by Dennis Rossiter. (Evans, Linda) (Entered: 05/18/2005) |
| 05/18/2005 | 22 | Plaintiff Dennis Rossiter's Rule 56.1 STATEMENT of facts in dispute. (Nici, Richard) (Entered: 05/19/2005) |
| 05/31/2005 | 23 | First MOTION for Leave to File *Short Reply to Plaintiff's Opposition to Motion for Summary Judgment* by International Business Machines Corporation. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Tarlow, Daniel) (Entered: 05/31/2005) |
| 06/01/2005 | 24 | CERTIFICATE OF CONSULTATION re 23 First MOTION for Leave to File *Short Reply to Plaintiff's Opposition to Motion for Summary Judgment* by Laurie F. Rubin on behalf of International Business Machines Corporation. (Rubin, Laurie) (Entered: 06/01/2005) |
| 06/08/2005 | 25 | STATUS REPORT *of Parties'* by International Business Machines Corporation. (Tarlow, Daniel) (Entered: 06/08/2005) |
| 06/14/2005 | | Notice Cancelling Hearing. Hearing cancelled: Further scheduling/status conference canceled for 6/14/05 and 6/15/05. Motion hearing to be scheduled for 10/5/05. (Rynne, Michelle) (Entered: 06/14/2005) |
| 06/14/2005 | | NOTICE of Hearing on 18 MOTION for Summary Judgment: Motion Hearing set for 10/5/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/14/2005) |
| 08/18/2005 | | Notice of correction to docket made by Court staff. Correction: docket entry #26 &27 corrected because: documents were docketed in the wrong case (Nici, Richard) (Entered: 08/18/2005) |
| 08/24/2005 | 28 | MOTION to Compel *the Production of Documents* by Dennis Rossiter. (Attachments: # 1 Memorandum in Support of Motion with Exhibits)(Powers, Kevin) (Entered: 08/24/2005) |
| 09/01/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 23 Motion for Leave to File reply. (Rynne, Michelle) (Entered: 09/01/2005) |
| 09/02/2005 | 29 | MEMORANDUM in Support re 18 MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment filed by International Business Machines Corporation. (Attachments: # 1 Affidavit Second Affidavit of Mark Lefebvre# 2 Affidavit Affidavit of Laurie F. Rubin# 3 # 4 Affidavit Second Affidavit of Patricia McGloin# 5 Affidavit Second Affidavit of Karen Smith (1 of 3)# 6 Affidavit Second Affidavit of Karen Smith (2 of 3)# 7 Affidavit Second Affidavit of Karen Smith (3 of 3))(Tarlow, Daniel) (Entered: 09/02/2005) |
| 09/07/2005 | 30 | MOTION for Leave to File Excess Pages by International Business Machines Corporation.(Tarlow, Daniel) (Entered: 09/07/2005) |
| 09/07/2005 | 31 | MEMORANDUM in Opposition re 28 MOTION to Compel *the Production of Documents* filed by International Business Machines Corporation. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 # 7 Exhibit 7)(Tarlow, Daniel) (Entered: 09/07/2005) |
| 09/08/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 30 Motion for Leave to File Excess Pages. (Rynne, Michelle) (Entered: 09/08/2005) |
| 09/23/2005 | 32 | Letter/request (non-motion) from Plaintiff Dennis Rossiter *Relating to Defendant's Summary Judgment Motion*. (Mantell, Robert) (Entered: 09/23/2005) |
| 10/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 10/5/2005 re 28 MOTION to Compel *the Production of Documents* filed by Dennis Rossiter, 18 MOTION for Summary Judgment filed by International Business Machines Corporation. Taken under advisement. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 10/05/2005) |
| 10/20/2005 | 34 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER enteredGRANTING 18 MOTION for Summary Judgment filed by International Business Machines Corporation.(Rynne, Michelle) Additional attachment(s) added on 10/20/2005 (Rynne, Michelle). (Entered: 10/20/2005) |
| 10/20/2005 | 33 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of Defendant against Plaintiff.(Rynne, Michelle) (Entered: 10/20/2005) |
| 11/10/2005 | 35 | NOTICE OF APPEAL by Dennis Rossiter. $ 255 NOTICE TO |

|            |   |                                                                                                                                                                                                                                                                                                  |
|------------|---|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/30/2005. (Evans, Linda) (Entered: 11/10/2005) |
| 11/30/2005 | ● | Receipt #68556 $255 for Notice of Appeal. (Nici, Richard) (Entered: 12/01/2005)                                                                                                                                                                                                                  |